FILED by ___ D.C.

**Apr 11, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

## 19-60953-CV-MOORE/HUNT

**African Americans United Alliance**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**United States Government Department of Justice**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

African Americans United Alliance

     Plaintiff

Mailing Address:

4051 NW 34TH Way

Lauderdale Lakes, Florida 33309


      VS.


United States Government

  Department of Justice

     Defendant

Mailing Address:

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

Greetings your Honor,

I hope that you are in great harmony as you read this letter, as it was so emotionally overwhelming for me to write. As you read this letter all I ask of you Judge is to place yourself in our shoes for just a moment to see just how high this wall is stacked up against us and just why we want reparations, freedom, and Independence as a Nation.

If you were an African American and this was your situation what would you do?

Slavery began in 1619 and became legal in 1641. Slaves help build the economic foundation of America. Slavery was abolished in 1865 but the results of slavery have been detrimental. African Americans today are still experiencing modern day slavery through systems and institutional racism.

African Americans have suffered and endured unimaginable hardships because of the United States Government, a Nation that see us as property and not as human beings.

The damages are as follows:

Cruelty and injustice, lynchings, terrorism, police harassment, police brutality, racial profiling, prison labor (forced slavery), mass incarceration, false imprisonment, racism, extreme discrimination, oppression, post traumatic stress symptoms, mental health, pain and suffering, economic inequality, unpaid labor, extreme poverty, redlining, suppression, excessive damages and being forcibly resettled in bondage for approximately 400 years until present. This case is about long overdue justice for African Americans.

African Americans United Alliance

Plaintiff


VS.


United States Government

Department of Justice

Defendant


This case information and the request for sovereign immunity has been submitted to the United Nations and the International Court of Justice.

1

Greetings Your Honor,

Blessings to you, My name is Shaquanna Marie Gary, of the Kingdom of Judah. I am of the Tribe of Judah and the Tribe of Gad. I am a Hebrew Israelite also known as an African- American and Native Indian- American. My history and experience with the United States Government has not been pleasant. As the head of State of  the African Americans United Alliance. I am writing this letter to you to request full sovereign immunity from the United States Government and all Local, State, and Federal Governing Authorities. Please respond to this letter by June 1, 2019. Your assistance is greatly appreciated.

Thank you.

African Americans United Alliance

President,

 Shaquanna Marie Gary

1

Greetings Your Honor,

Blessings to you, My name is Shaquanna Marie Gary, of the Kingdom of Judah. I am of the Tribe of Judah and the Tribe of Gad. I am a Hebrew Israelite also known as an African- American and Native Indian- American. My history and experience with the United States Government has not been pleasant. As the head of State of the African Americans United Alliance. I am writing this letter to you to request full sovereign immunity from the United States Government and all Local, State, and Federal Governing Authorities. Please respond to this letter by June 1, 2019. Your assistance is greatly appreciated.

Thank you.

African Americans United Alliance

President,

Shaquanna Marie Gary

1

KINGDOM OF JUDAH

DECLARATION

OF

INDEPENDENCE

The Kingdom Of Judah is a Sovereign State and a Theocracy subject to GOD, Queen Shaquanna Marie Gary is the Head of State and the highest authority of The Kingdom Of Judah.

I, Queen Shaquanna Marie Gary, of the Tribe of Judah of the Nation of Israel and the Kingdom Of Judah hereby declare, Hebrew Israelites ( A.K.A African Americans) of the Tribe of Judah of the Nation of Israel and The Kingdom of Judah a Nation independent of the U.S. Government.

Hebrew Israelites (A.K.A) African Americans will no longer be subject to the U.S Government. Hebrew Israelites will no longer pay taxes to the U.S Government. Hebrew Israelites will pay taxes to their Governing Authorities The Kingdom Of Judah Treasury. All Hebrew israelites are granted full immunity from the U.S Government and will be subject to our Governing Authorities.

As a Nation we will do Business as a Nation Produce, Invest, and Trade as a Nation. We will reside on U.S Territory. All land and territories that belong to us will be known as Kingdom Of Judah Territories.

1

# Separation of Church and State

"Separation of church and state" is a phrase used by Thomas Jefferson and others expressing an understanding of the intent and function of the Establishment Clause and Free Exercise Clause of the First Amendment to the Constitution of the United States which reads: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof..."

The intent of this clause was to limit the power of the Federal Government in regard to religion thus ensuring freedom of religion in the United States of America.

The phrase "separation of church and state" is generally traced to a January 1, 1802 letter by Thomas Jefferson, addressed to the Danbury Baptist Association in Connecticut, and published in a Massachusetts newspaper. Jefferson wrote,

"     "I contemplate with sovereign reverence that act of the whole American people which declared that their legislature should 'make no law respecting an establishment of religion, or prohibiting the free exercise thereof,' thus building a wall of separation between Church & State.

The first amendment to the US Constitution states "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof" The two parts, known as the "establishment clause" and the "free exercise clause" respectively, form the textual basis for the Supreme Court's interpretations of the "separation of church and state" doctrine. Three central

1

concepts were derived from the 1st Amendment which became America's doctrine for church-state separation: no coercion in religious matters, no expectation to support a religion against one's will, and religious liberty encompasses all religions. In sum, citizens are free to embrace or reject a faith, any support for religion - financial or physical - must be voluntary, and all religions are equal in the eyes of the law with no special preference or favoritism.

An August 15, 1789 entry in Madison's papers indicates he intended for the establishment clause to prevent the government imposition of religious beliefs on individuals. The entry says: "Mr. Madison said he apprehended the meaning of the words to be, that Congress should not establish a religion, and enforce the legal observation of it by law, nor compel men to worship God in any manner contrary to their conscience.

The First Congress' deliberations show that its understanding of the separation of church and state differed sharply from that of their contemporaries in Europe.

The American separation of church and state rests upon respect for the church; the [European anticlerical] separation, on indifference and hatred of the church, and of religion itself…. The constitution did not create a nation, nor its religion and institutions. It found them already existing, and was framed for the purpose of protecting them under a republican form of government, in a rule of the people, by the people, and for the people.

The right to choose a religion (or no religion) without interference by the government. Freedom of religion is guaranteed by the First Amendment to the Constitution

The principle that government must maintain an attitude of neutrality toward religion. Many view separation of church and state as required by the First Amendment. The First Amendment not only allows citizens the freedom to practice any religion of their choice, but also prevents the government from officially recognizing or favoring any religion.

# *PETITION TO THE SUPREME COURTS*

## *THE DECLARATION OF INDEPENDENCE IN CONGRESS JULY 4, 1776*

### *THE PREAMBLE*

*Sometimes in history people have to free themselves from control by other people . They have to make their place with the nations of the world, IN KEEPING WITH THE LAWS OF GOD AND THE LAWS OF NATURE. When people do this it is only right that they give their reasons.*

## *A STATEMENT OF OF RIGHTS*

*We believe these truths: People are created equal. GOD GIVES PEOPLE CERTAIN RIGHTS THAT CANNOT BE TAKEN AWAY. Among these are the right to life, the right to liberty and the right to try to be happy.*

*Government should help people keep these rights. Governments get their power from the people they govern. When government does not protect people's rights, the people must change the government or get rid of it . They then must start a new government based on these rights. It is only wise that a change in government not be made lightly. It is such a serious matter that most people would rather suffer than change governments. HOWEVER WHEN PEOPLE'S RIGHTS ARE TAKEN AWAY OVER AND OVER AGAIN, IT IS THEIR RIGHT AND DUTY TO GET RID OF THE OLD GOVERNMENT AND START A NEW ONE IN SUPPORT OF THIS DECLARATION, WITH GOD'S PROTECTION, WE PLEDGE TO EACH OTHER OUR LIVES, OUR WEALTH, AND OUR HONOR.*

## *CHANGING THE CONSTITUTION*

*The new constitution included a way to make changes , called Amendments. If things did not work out, or if the united states grew or changed, THE CONSTITUTION COULD BE AMENDED WITHOUT BEING ENTIRELY CHANGED. THIS WAS TO PROVE HELPFUL VERY SOON. (TODAY)*

## *BILL OF RIGHTS*

*Once the new government was started Madison wrote many amendments that would make rights like FREEDOM OF THE PRESS, SPEECH, AND WORSHIP PART OF THE CONSTITUTION.*

## *PREAMBLE*

## REASONS FOR CONSTITUTION

*The people of the United States made this constitution and put it in to practice for the following reasons*

1. *To have a better government than under the articles of confederation*

2. *To give everyone fair treatment*

3. *To keep peace within the country*

4. *To defend the country from enemies*

5. *To live comfortably and well*

6. *To keep people free now and in the future*

## 1st AMENDMENT

CONGRESS MAY NOT MAKE RULES TO CHANGE FREEDOM OF RELIGION, FREEDOM OF SPEECH, FREEDOM OF THE PRESS, OR THE RIGHT OF PEOPLE TO COME TOGETHER IN A PEACEFUL WAY OR TO SEND PETITIONS TO THEIR GOVERNMENT. TO FOLLOW THE LAWS THAT THIS NATION WAS FOUNDED UPON, THE **LAWS OF GOD.**

African Americans United Alliance

   Plaintiff

   VS.

United States Government

Department of Justice

   Defendant

### Quote: "No legacy is as rich as honesty" By William Shakesphere.

Today we must be honest and face the truth of the history and the horrors of the United States of America. A nation stolen and built by the blood, sweat and tears of human beings, human beings referred to as slaves.

These human beings today are known as African Americans. A people that were treated like property and still to this day as a commodity by a government they will never be accepted by as human beings.

The truth is human beings never need acceptance from other humans to be human as it is a God given right, as sure as a man is born it is his right to live in liberty, a right that has for centuries been stripped away from these human beings. Human beings that deserve the right to be human without anyone's permission.

It is an evil for a man to rule over another man unjustly.

Is it right for a Chinese man to represent a Mexican man?

1

Is it right for an African man to represent a European man?

No.

Why then are the African Americans represented by Europeans?

This is an evil that must be undone.

These human beings known as African Americans are in fact human beings. A people, a nation, a culture that does not need, a people, a nation, a culture  that hates them, do not understand them, and cannot relate to them in any form to represent them.

Today is a new day and it is time for justice, it is time for African Americans to come out from under this government and represent themselves as a nation. It is time for African Americans to take their rightful place as a nation.

2

African Americans United Alliance

      Plaintiff


VS.


United States Government

  Department of Justice

      Defendant


The following information are excerpts from the H.R. 40 BILL completed by Shaquanna Marie Gary.

1

# Reparations For Slavery Case Exibits

**Exibit I.** Slavery in the United States

**Exibit II.** Lynchings

**Exibit III.** Mass Incarceration

**Exibit IV.** Economic Inequality

**Exibit V.** Redlining

**Exibit VI.** The History of African- Americans

**Exibit VII.** Civil Rights Movement

1

**Exibit VIII.** Police Brutality

**Exibit IX.** Racial Discrimination

**Exibit X.** Cruelty and Injustice

**Exibit XI.** Reparations for Slavery

**Exibit XII.**   H.R. 40 Bill Summary

**Exibit I.**

# <u>Slavery in the United States</u>

Slavery in the United States was the legal institution of human chattel enslavement, primarily of Africans and African Americans, that existed in the United States of America in the 18th and 19th centuries. Slavery had been practiced in British America from early colonial days, and was legal in all Thirteen Colonies at the time of the Declaration of Independence in 1776. It lasted in about half the states until 1865, when it was prohibited nationally by the Thirteenth Amendment. As an economic system, slavery was largely replaced by sharecropping.

By the time of the American Revolution (1775–1783), the status of slaves had been institutionalized as a racial caste associated with African ancestry. When the United States Constitution was ratified in 1789, a relatively small number of free people of color were among the voting citizens (male property owners). During and immediately following the Revolutionary War, abolitionist laws were passed in most Northern states and a movement developed to abolish slavery. Northern states depended on free labor and all had abolished slavery by 1805. The rapid expansion of the cotton industry in the Deep South after the invention of the cotton gin greatly increased demand for slave labor to pick cotton when it all ripened at once, and the Southern states continued as slave societies. Those states attempted to extend slavery into the new Western territories to keep their

1

share of political power in the nation. Southern leaders also wanted to annex Cuba as a slave territory. The United States became polarized over the issue of slavery, split into slave and free states, in effect divided by the Mason–Dixon line which delineated (free) Pennsylvania from (slave) Maryland and Delaware.

During the Jefferson administration, Congress prohibited the importation of slaves, effective 1808, although smuggling (illegal importing) via Spanish Florida was not unusual. Domestic slave trading, however, continued at a rapid pace, driven by labor demands from the development of cotton plantations in the Deep South. More than one million slaves were sold from the Upper South, which had a surplus of labor, and taken to the Deep South in a forced migration, splitting up many families. New communities of African-American culture were developed in the Deep South, and the total slave population in the South eventually reached 4 million before liberation.

As the West was developed for settlement, the Southern state governments wanted to keep a balance between the number of slave and free states to maintain a political balance of power in Congress. The new territories acquired from Britain, France, and Mexico were the subject of major political compromises. By 1850, the newly rich cotton-growing South was threatening to secede from the Union, and tensions continued to rise. Many white Southern Christians, including church ministers, attempted to justify their support for slavery as modified by Christian paternalism. The largest denominations—the Baptist, Methodist, and Presbyterian churches—split over the slavery issue into regional organizations of the North and South. When Abraham Lincoln won the 1860 election on a platform of halting the expansion of slavery, seven states broke away to form the Confederacy. The first six states to secede held the greatest

2

number of slaves in the South. Shortly after, the Civil War began when Confederate forces attacked the US Army's Fort Sumter. Four additional slave states then seceded. Due to Union measures such as the Confiscation Acts and Emancipation Proclamation in 1863, the war effectively ended slavery, even before ratification of the Thirteenth Amendment in December 1865 formally ended the legal institution throughout the United States.

In the early years of the Chesapeake Bay settlements, colonial officials found it difficult to attract and retain laborers under the harsh frontier conditions, and there was a high mortality rate. Most laborers came from Britain as indentured laborers, signing contracts of indenture to pay with work for their passage, their upkeep and training, usually on a farm. The colonies had agricultural economies. These indentured laborers were often young people who intended to become permanent residents. In some cases, convicted criminals were transported to the colonies as indentured laborers, rather than being imprisoned. The indentured laborers were not slaves, but were required to work for four to seven years in Virginia to pay the cost of their passage and maintenance. Many Germans, Scots-Irish, and Irish came to the colonies in the 18th century, settling in the backcountry of Pennsylvania and further south.

| Destination of enslaved Africans (1519–1867)[ Destination | Percentage |
|---|---|
| British mainland North America | 3.7% |
| British Leeward Islands | 3.2% |
| British Windward Islands and Trinidad (British 1797–1867) | 3.8% |
| Jamaica (Spanish 1519–1655, British 1655–1867) | 11.2% |
| Barbados (British) | 5.1% |
| The Guianas (British, Dutch, French) | 4.2% |
| French Windward Islands | 3.1% |

Saint-Domingue (French)          8.2%

Spanish mainland North and South America 4.4%

Spanish Caribbean islands          8.2%

Dutch Caribbean islands  1.3%

Northeast Brazil (Portuguese)   9.3%

Bahia, Brazil (Portuguese)       10.7%

Southeast Brazil (Portuguese)   21.1%

Elsewhere in the Americas        1.1%

Africa          1.4%

The first 19 or so Africans to reach the English colonies arrived in Jamestown, Virginia in 1619, brought by Dutch traders who had seized them from a captured Spanish slave ship. The Spanish usually baptized slaves in Africa before embarking them. As English custom then considered baptized Christians exempt from slavery, colonists treated these Africans as indentured servants, and they joined about 1,000 English indentured servants already in the colony. The Africans were freed after a prescribed period and given the use of land and supplies by their former masters. The historian Ira Berlin noted that what he called the "charter generation" in the colonies was sometimes made up of mixed-race men (Atlantic Creoles) who were indentured servants, and whose ancestry was African and Iberian. They were descendants of African women and Portuguese or Spanish men who worked in African ports as traders or facilitators in the slave trade. For example, Anthony Johnson arrived in Virginia in 1621 from Angola as an indentured servant; he became free and a property owner, eventually buying and owning slaves himself. The transformation of the social status of Africans, from indentured servitude to slaves in a racial

4

caste which they could not leave or escape, happened gradually.

There were no laws regarding slavery early in Virginia's history. But, in 1640, a Virginia court sentenced John Punch, an African, to slavery after he attempted to flee his service. The two whites with whom he fled were sentenced only to an additional year of their indenture, and three years' service to the colony. This marked the first legal sanctioning of slavery in the English colonies and was one of the first legal distinctions made between Europeans and Africans.

Slaves processing tobacco in 17th-century Virginia

Slaves shipped to those regions that are part of the present-day United States Date  Slaves

| Date | Slaves |
| --- | --- |
| 1620–1650 | 824 |
| 1651–1675 | 0 |
| 1676–1700 | 3,327 |
| 1701–1725 | 3,277 |
| 1726–1750 | 34,004 |
| 1751–1775 | 84,580 |
| 1776–1800 | 67,443 |
| 1801–1825 | 109,545 |
| 1826–1850 | 1,850 |
| 1851–1866 | 476 |
| Total | 305,326 |

5

In 1641, Massachusetts became the first colony to authorize slavery through enacted law. Massachusetts passed the Body of Liberties, which prohibited slavery in many instances, but did allow for three legal bases of slavery. Slaves could be held if they were captives of war, if they sold themselves into slavery or were purchased from elsewhere, or if they were sentenced to slavery as punishment by the governing authority. The Body of Liberties used the word "strangers" to refer to people bought and sold as slaves; they were generally not English subjects. Colonists came to equate this term with Native Americans and Africans.

In 1654, John Casor, a black indentured servant in colonial Virginia, was the first man to be declared a slave in a civil case. He had claimed to an officer that his master, Anthony Johnson, himself a free black, had held him past his indenture term. A neighbor, Robert Parker told Johnson that if he did not release Casor, Parker would testify in court to this fact. Under local laws, Johnson was at risk for losing some of his headright lands for violating the terms of indenture. Under duress, Johnson freed Casor. Casor entered into a seven years' indenture with Parker. Feeling cheated, Johnson sued Parker to repossess Casor. A Northampton County, Virginia court ruled for Johnson, declaring that Parker illegally was detaining Casor from his rightful master who legally held him "for the duration of his life".

During the colonial period, the status of slaves was affected by interpretations related to the status of foreigners in England. England had no system of naturalizing immigrants to its island or its colonies. Since persons of African origins were not English subjects by birth, they were among those peoples considered foreigners and generally outside English common law. The colonies struggled with how to classify people born to

foreigners and subjects. In 1656 Virginia, Elizabeth Key Grinstead, a mixed-race woman, successfully gained her freedom and that of her son in a challenge to her status by making her case as the baptized Christian daughter of the free Englishman Thomas Key. Her attorney was an English subject, which may have helped her case. (He was also the father of her mixed-race son, and the couple married after Key was freed.)

## Slaves on a South Carolina plantation (The Old Plantation, c. 1790)

Shortly after the Elizabeth Key trial and similar challenges, in 1662 the Virginia royal colony approved a law adopting the principle of partus sequitur ventrem (called partus, for short), stating that any children born in the colony would take the status of the mother. A child of an enslaved mother would be born into slavery, regardless if the father were a freeborn Englishman or Christian. This was a reversal of common law practice in England, which ruled that children of English subjects took the status of the father. The change institutionalized the skewed power relationships between slaveowners and slave women, freed the white men from the legal responsibility to acknowledge or financially support their mixed-race children, and somewhat confined the open scandal of mixed-race children and miscegenation to within the slave quarters.

The Virginia Slave codes of 1705 further defined as slaves those people imported from nations that were not Christian. Native Americans who were sold to colonists by other Native Americans (from rival tribes), or captured by Europeans during village raids, were also defined as slaves. This codified the earlier principle of non-Christian foreigner enslavement.

7

# Ledger of sale of 118 slaves, Charleston, South Carolina, c. 1754

In 1735, the Georgia Trustees enacted a law to prohibit slavery in the new colony, which had been established in 1733 to enable the "worthy poor" as well as persecuted European Protestants to have a new start. Slavery was then legal in the other twelve English colonies. Neighboring South Carolina had an economy based on the use of enslaved labor. The Georgia Trustees wanted to eliminate the risk of slave rebellions and make Georgia better able to defend against attacks from the Spanish to the south, who offered freedom to escaped slaves. James Edward Oglethorpe was the driving force behind the colony, and the only trustee to reside in Georgia. He opposed slavery on moral grounds as well as for pragmatic reasons, and vigorously defended the ban on slavery against fierce opposition from Carolina slave merchants and land speculators.

The Protestant Scottish highlanders who settled what is now Darien, Georgia added a moral anti-slavery argument, which became increasingly rare in the South, in their 1739 "Petition of the Inhabitants of New Inverness". By 1750 Georgia authorized slavery in the state because they had been unable to secure enough indentured servants as laborers. As economic conditions in England began to improve in the first half of the 18th century, workers had no reason to leave, especially to face the risks in the colonies.

During most of the British colonial period, slavery existed in all the colonies. People enslaved in the North typically worked as house servants, artisans, laborers and craftsmen, with the greater number in cities. Many men worked on the docks and in shipping. In 1703, more than 42 percent of New York City households held slaves, the second-highest proportion of

8

any city in the colonies after Charleston, South Carolina. But slaves were also used as agricultural workers in farm communities, including in areas of upstate New York and Long Island, Connecticut, and New Jersey.

The South developed an agricultural economy dependent on commodity crops. Its planters rapidly acquired a significantly higher number and proportion of slaves in the population overall, as its commodity crops were labor-intensive. Early on, enslaved people in the South worked primarily in agriculture, on farms and plantations growing indigo, rice, and tobacco; cotton did not become a major crop until after the American Revolution and after the 1790s. Before then long-staple cotton was cultivated primarily on the Sea Islands of Georgia and South Carolina.

The invention of the cotton gin in 1793 enabled the cultivation of short-staple cotton in a wide variety of mainland areas, leading in the 19th century to the development of large areas of the Deep South as cotton country. Tobacco was very labor-intensive, as was rice cultivation. In South Carolina in 1720, about 65% of the population consisted of enslaved people. Planters (defined by historians in the Upper South as those who held 20 enslaved people or more) used enslaved workers to cultivate commodity crops. They also worked in the artisanal trades on large plantations and in many southern port cities. Backwoods subsistence farmers, the later wave of settlers in the 18th century who settled along the Appalachian Mountains and backcountry, seldom held enslaved people.

Some of the British colonies attempted to abolish the international slave trade, fearing that the importation of new Africans would be disruptive. Virginia bills to that effect were vetoed by the British Privy Council. Rhode Island forbade the import of enslaved people in 1774. All of the colonies

except Georgia had banned or limited the African slave trade by 1786; Georgia did so in 1798. Some of these laws were later repealed.

Fewer than 350,000 enslaved people were imported into the Thirteen Colonies and the U.S, constituting less than 5% of the twelve million enslaved people brought from Africa to the Americas. The great majority of enslaved Africans were transported to sugar colonies in the Caribbean and to Brazil. As life expectancy was short, their numbers had to be continually replenished. Life expectancy was much higher in the U.S., and the enslaved population was successful in reproduction. The number of enslaved people in the US grew rapidly, reaching 4 million by the 1860 Census. From 1770 until 1860, the rate of natural growth of North American enslaved people was much greater than for the population of any nation in Europe, and it was nearly twice as rapid as that of England.

## Louisiana

Louisiana was founded as a French colony. Colonial officials in 1724 implemented Louis XIV of France's Code Noir, which regulated the slave trade and the institution of slavery in New France and French Caribbean colonies. This resulted in a different pattern of slavery in Louisiana, purchased in 1803, compared to the rest of the United States. As written, the Code Noir gave some rights to slaves, including the right to marry. Although it authorized and codified cruel corporal punishment against slaves under certain conditions, it forbade slave owners to torture them or to separate married couples (or to separate young children from their mothers). It also required the owners to instruct slaves in the Catholic faith.

Together with a more permeable historic French system that allowed

certain rights to gens de couleur libres (free people of color), often born to white fathers and their mixed-race concubines, a far higher percentage of African Americans in Louisiana were free as of the 1830 census (13.2% in Louisiana compared to 0.8% in Mississippi, whose population was dominated by white Anglo-Americans. Most of Louisiana's "third class" of free people of color, situated between the native-born French and mass of African slaves, lived in New Orleans). The Louisiana free people of color were often literate, had gained education, and a significant number owned businesses, properties, and even slaves. The Code Noir forbade interracial marriages. However, interracial unions were widespread under the system known as plaçage. The mixed-race offspring (creoles of color) from such unions were among those in the intermediate social caste of free people of color. The English colonies insisted on a binary system, in which mulatto and black slaves were treated equally under the law, and discriminated against equally if free. But many free people of African descent were mixed race.

When the US took over Louisiana, Americans from the Protestant South entered the territory and began to impose their norms. They officially discouraged interracial relationships (although white men continued to have unions with black women, both enslaved and free.) The Americanization of Louisiana gradually resulted in a binary system of race, causing free people of color to lose status as they were grouped with the slaves. They lost certain rights as they became classified by American whites as officially "black".

While a smaller number of African slaves were kept and sold in England, slavery in Great Britain had not been authorized by statute there. In 1772, it was made unenforceable at common law in England and Wales by a legal decision. The large British role in the international slave trade continued

11

until 1807. Slavery flourished in most of Britain's colonies, with many wealthy slave owners living in England and holding considerable power.

In early 1775 Lord Dunmore, royal governor of Virginia, wrote to Lord Dartmouth of his intent to free slaves owned by Patriots in case of rebellion. On November 7, 1775, Lord Dunmore issued Lord Dunmore's Proclamation which declared martial law and promised freedom for any slaves of American patriots who would leave their masters and join the royal forces. Slaves owned by Loyalist masters, however, were unaffected by Dunmore's Proclamation. About 1500 slaves owned by Patriots escaped and joined Dunmore's forces. Most died of disease before they could do any fighting. Three hundred of these freed slaves made it to freedom in Britain.

Many slaves used the very disruption of war to escape their plantations and fade into cities or woods. For instance, in South Carolina, nearly 25,000 slaves (30% of the total enslaved population) fled, migrated, or died during the war. Throughout the South, losses of slaves were high, with many due to escapes. Slaves also escaped throughout New England and the mid-Atlantic, joining the British who had occupied New York.

In the closing months of the war, the British evacuated 20,000 freedmen from major coastal cities, transporting more than 3,000 for resettlement in Nova Scotia, where they were registered as Black Loyalists and eventually granted land. They transported others to the Caribbean islands, and some to England.

At the same time, the British were transporting Loyalists and their slaves,

12

primarily to the Caribbean, but some to Nova Scotia. For example, over 5,000 enslaved Africans owned by Loyalists were transported in 1782 with their owners from Savannah to Jamaica and St. Augustine, Florida (then controlled by Britain). Similarly, over half of the black people evacuated in 1782 from Charleston by the British to the West Indies and Florida were slaves owned by white Loyalists.

Slaves and free blacks also fought on the side of rebels during the Revolutionary War. Washington authorized slaves to be freed who fought with the American Continental Army. Rhode Island started enlisting slaves in 1778, and promised compensation to owners whose slaves enlisted and survived to gain freedom. During the course of the war, about one fifth of the northern army was black. In 1781, Baron Closen, a German officer in the French Royal Deux-Ponts Regiment at the Battle of Yorktown, estimated the American army to be about one-quarter black. These men included both former slaves and free blacks.

In the 18th century, Britain became the world's largest slave trader. Starting in 1777, the Patriots outlawed the importation of slaves state by state. They all acted to end the international trade but it was later reopened in South Carolina and Georgia. In 1807 Congress acted on President Jefferson's advice and made importing slaves from abroad a federal crime, as the Constitution permitted, starting January 1, 1808.

## **Constitution of the United States**

The Constitution of the United States took effect in 1789 and included several provisions regarding slavery. Section 9 of Article I forbade the

13

Federal government from preventing states from importing slaves before January 1, 1808. As a protection for slavery, the delegates approved Section 2 of Article IV, which prohibited states from freeing slaves who fled to them from another state, and required the return of chattel property to owners.

In a section negotiated by James Madison of Virginia, Section 2 of Article I designated "other persons" (slaves) to be added to the total of the state's free population, at the rate of three-fifths of their total number, to establish the state's official population for the purposes of apportionment of Congressional representation and federal taxation. The protections afforded slavery in the Constitution disproportionately strengthened the political power of Southern representatives, as three-fifths of the (non-voting) slave population was counted for Congressional apportionment.

In addition, many parts of the country were tied to the Southern economy. As the historian James Oliver Horton noted, prominent slaveholder politicians and the commodity crops of the South had a strong influence on United States politics and economy.

Horton said, in the 72 years between the election of George Washington and the election of Abraham Lincoln, 50 of those years had a slaveholder as president of the United States, and, for that whole period of time, there was never a person elected to a second term who was not a slaveholder.

This increased the power of southern states in Congress for decades, affecting national policies and legislation. The planter elite dominated the southern Congressional delegations and the United States presidency for

nearly 50 years.

1790 to 1860

## Slave trade

The U.S. Constitution barred the federal government from prohibiting the importation of slaves for 20 years. Various states passed different restrictions on the international slave trade during that period; by 1808, the only state still allowing the importation of African slaves was South Carolina. After 1808, legal importation of slaves ceased, although there was smuggling via lawless Spanish Florida and the disputed Gulf Coast to the west. This route all but ended after Florida became a U.S. territory in 1821.

The replacement for the importation of slaves from abroad was increased domestic production. Virginia and Maryland had little new agricultural development, and their need for slaves was mostly for replacements for decedents. Normal reproduction more than supplied these: Virginia and Maryland had surpluses of slaves. Their tobacco farms were "worn out" and the climate was not suitable for cotton or sugar cane. The surplus was even greater because slaves were encouraged to reproduce (though they could not marry). The white supremacist Virginian Thomas Roderick Dew wrote in 1832 that Virginia was a "negro-raising state"; i.e. Virginia "produced" slaves.

Where demand for slaves was the strongest was in what was then the southwest of the country: Alabama, Mississippi, and Louisiana, and later Texas, Arkansas, and Missouri. Here there was abundant land suitable for

15

plantation agriculture, which young men with some capital established. This was expansion of the white, monied population: younger men seeking their fortune.

The most valuable crop that could be grown on a plantation in that climate was cotton. That crop was labor-intensive, and the least-costly laborers were slaves. Demand for slaves exceeded the supply in the southwest; therefore slaves, never cheap if they were productive, went for a higher price. As portrayed in Uncle Tom's Cabin (the "original" cabin was in Maryland), "selling South" was greatly feared. A recently (2018) publicized example of the practice of "selling South" is the 1838 sale by Jesuits of 272 slaves from Maryland, to plantations in Louisiana, to benefit Georgetown University, which "owes its existence" to this transaction.

Traders responded to the demand, including John Armfield and his uncle Isaac Franklin, who were "reputed to have made over half a million dollars (in 19th-century value)" in the slave trade. (They did not handle the Jesuit transaction just mentioned.) Setting up an office in what was then the District of Columbia, regional center of the slave trade, in Alexandria, "a major slave trading port for more than a century", the two men went into business in 1828 buying slaves in the North and selling them in the South:

## Cash in Market

The subscribers having leased for a term of years the large three story brick house on Duke Street, in the town of Alexandria, D.C. formerly occupied by Gen. Young, we wish to purchase one hundred and fifty likely young negroes of both sexes, between the ages of 8 and 25 years. Persons

16

who wish to sell will do well to give us a call, as we are determined to give more than any other purchasers that are in market, or that may hereafter come into market.

Any letters addressed to the subscribers through the Post Office at Alexandria, will be promptly attended to. For information, enquire at the above described house, as we can at all times be found there.

FRANKLIN & ARMFIELD

— advertisement in the Alexandria Phoenix Gazette, May 17, 1828

This house on Duke Street houses the Freedom House Museum, with exhibits on the slave trade and the lives of slaves.

Mr. Armfield remained in Alexandria doing the purchasing, with agents in Richmond and Warrenton, Virginia, and Baltimore, Frederick, and Easton, Maryland (on Maryland's Eastern Shore, near Delaware). Mr. Franklin handled the selling out of New Orleans and Natchez, Mississippi, with offices in St. Francisville and Vidalia, Louisiana. Their partnership grew to the point that when the partnership was dissolved in 1836 and the business sold, they owned six ships for the sole purpose of transporting slaves, with monthly and then biweekly sailings. (The ships carried miscellaneous cargo on the return trips.) One of them, the Isaac Franklin, was built for them.

Franklin and Armfield's Alexandria site was visited by various abolitionists, who have left detailed descriptions of it. They concur in that Mr. Armfield,

17

in contrast with Robert Lumpkin among others, was the most scrupulous of the major slave traders, who would not knowingly purchase kidnapped slaves or freedmen, and whose slaves were reasonably well treated while he owned them, at least at the Duke Street facility. Slaves appeared to concur in this relatively positive picture, asking that if they were to be sold, that they be sold to Mr. Armfield. However, Armfield frequently took children from their parents, and sold them South.

A little-discussed but important aspect of slavery in the United States is that owners of female slaves could freely and legally use them as sexual objects. This follows free use of female slaves on slaving vessels by the crews. "Fancy" was a code word that indicated the girl or young woman was suitable for or trained for sexual use. In some cases, children were also abused in this manner. The sale of a 13 year old "nearly a fancy" is documented, Zephaniah Kingsley, Jr. bought his wife when she was 13.

Furthermore, females of breeding age were supposed to be kept pregnant, producing more slaves to sell. The variations in skin color found in the United States make it obvious how often black females were impregnated by whites. For example, in the 1850 Census, 75.4% of "free negros" in Florida were described as mulattos, of mixed race. Nevertheless, it is only very recently, with DNA studies, that any sort of reliable number can be provided, and the research has only begun. Light-skinned girls, who contrasted with the black field workers, were preferred.

The sexual use of black slaves by white men, either slave owners or those who could purchase the temporary services of a slave, took various forms. A slaveowner, or his teenage sons, could go to the slave quarters area of the plantation and do what he wanted, usually in front of the rest of the slaves, or with minimal privacy. It was not unusual for a "house" female —

18

a housekeeper, maid, cook, laundress, or nanny — to be used by one or more white males of the household for their sexual enjoyment. Houses of prostitution throughout the slave states were largely staffed by female slaves providing sexual services, to their owners' profit. There were a small number of free black females engaged in prostitution, or concubinage, especially in New Orleans.

Light-skinned young girls were sold openly for sexual use; their price was much higher than that of a field hand.[66][59]:38, 55 Special markets for the fancy girl trade existed in New Orleans[59]:55 and Lexington, Kentucky. Historian Philip Shaw describes an occasion when Abraham Lincoln and Allen Gentry witnessed such sales in New Orleans in 1828.

   Gentry vividly remembered a day in New Orleans when he and the nineteen-year-old Lincoln came upon a slave market. Pausing to watch, Gentry recalled looking down at Lincoln's hands and seeing that he "doubled his fists tightly; his knuckles went white." Men wearing black coats and white hats buy field hands, "black and ugly," for $500 to 800. And then the real horror begins: "When the sale of "fancy girls" began, Lincoln, "unable to stand it any longer," muttered to Gentry "Allen that's a disgrace. If I ever get a lick at that thing I'll hit it hard."

Those "considered educated and refined, were purchased by the wealthiest clients, usually plantation owners, to become personal sexual companions." "There was a great demand in New Orleans for 'fancy girls'."

The terrifying issue which did come up frequently was the exaggerated threat of sexual intercourse between black male and white female. Just as

19

the black girls were perceived as having "a trace of Africa, that supposedly incited passion and sexual wantonness", the men were perceived as savages, unable to control their lust, given an opportunity.

A colorful but unique approach to the question was offered by Quaker and Florida planter Zephaniah Kingsley, Jr. He advocated, and personally practiced, deliberate racial mixing through marriage, as part of his proposed solution to the slavery issue: racial integration. In an 1829 Treatise, he stated that mixed-race people were healthier and often more beautiful, that interracial sex was hygienic, and that slavery made it convenient. Because of these views, tolerated in Spanish Florida, he felt it impossible to remain long in Territorial Florida, and moved with his slaves and multiple wives to a plantation in Haiti (now in the Dominican Republic). There were many others who less flagrantly practiced interracial, common-law marriages with slaves.

## Justification in the South

"A necessary evil"

In the 19th century, proponents of slavery often defended the institution as a "necessary evil". White people of that time feared that emancipation of black slaves would have more harmful social and economic consequences than the continuation of slavery. In 1820, Thomas Jefferson, one of the Founding Fathers of the United States, wrote in a letter that with slavery:

We have the wolf by the ear, and we can neither hold him, nor safely let him go. Justice is in one scale, and self-preservation in the other.

20

The French writer and traveler Alexis de Tocqueville, in his influential Democracy in America (1835), expressed opposition to slavery while observing its effects on American society. He felt that a multiracial society without slavery was untenable, as he believed that prejudice against blacks increased as they were granted more rights (for example, in northern states). He believed that the attitudes of white Southerners, and the concentration of the black population in the South, were bringing the white and black populations to a state of equilibrium, and were a danger to both races. Because of the racial differences between master and slave, he believed that the latter could not be emancipated.

Robert E. Lee wrote in 1856:

There are few, I believe, in this enlightened age, who will not acknowledge that slavery as an institution is a moral and political evil. It is idle to expatiate on its disadvantages. I think it is a greater evil to the white than to the colored race. While my feelings are strongly enlisted in behalf of the latter, my sympathies are more deeply engaged for the former. The blacks are immeasurably better off here than in Africa, morally, physically, and socially. The painful discipline they are undergoing is necessary for their further instruction as a race, and will prepare them, I hope, for better things. How long their servitude may be necessary is known and ordered by a merciful Provided.

## **"A positive good"**

However, as the abolitionist movement's agitation increased and the area developed for plantations expanded, apologies for slavery became more faint in the South. Leaders then described slavery as a beneficial scheme of

21

labor control. John C. Calhoun, in a famous speech in the Senate in 1837, declared that slavery was "instead of an evil, a good—a positive good". Calhoun supported his view with the following reasoning: in every civilized society one portion of the community must live on the labor of another; learning, science, and the arts are built upon leisure; the African slave, kindly treated by his master and mistress and looked after in his old age, is better off than the free laborers of Europe; and under the slave system conflicts between capital and labor are avoided. The advantages of slavery in this respect, he concluded, "will become more and more manifest, if left undisturbed by interference from without, as the country advances in wealth and numbers".

Other Southern writers who also began to portray slavery as a positive good were James Henry Hammond and George Fitzhugh. They presented several arguments to defend the act of slavery in the South.Hammond, like Calhoun, believed that slavery was needed to build the rest of society. In a speech to the Senate on March 4, 1858, Hammond developed his "Mudsill Theory," defending his view on slavery stating, "Such a class you must have, or you would not have that other class which leads progress, civilization, and refinement. It constitutes the very mud-sill of society and of political government; and you might as well attempt to build a house in the air, as to build either the one or the other, except on this mud-sill." Hammond believed that in every class one group must accomplish all the menial duties, because without them the leaders in society could not progress. He argued that the hired laborers of the North were slaves too: "The difference... is, that our slaves are hired for life and well compensated; there is no starvation, no begging, no want of employment," while those in the North had to search for employment.

George Fitzhugh used assumptions about white superiority to justify

slavery, writing that, "the Negro is but a grown up child, and must be governed as a child." In The Universal Law of Slavery, Fitzhugh argues that slavery provides everything necessary for life and that the slave is unable to survive in a free world because he is lazy, and cannot compete with the intelligent European white race. He states that "The negro slaves of the South are the happiest, and in some sense, the freest people in the world." Without the South, "the (slave) would become an insufferable burden to society" and "Society has the right to prevent this, and can only do so by subjecting him to domestic slavery."

On March 21, 1861, Vice President Alexander Stephens of the Confederacy delivered his Cornerstone Speech. He explained the differences between the constitution of the Confederate Republic and that of the United States, and laid out the cause for the American Civil War, and a defense of slavery.

The new Constitution has put at rest forever all the agitating questions relating to our peculiar institutions—African slavery as it exists among us—the proper status of the negro in our form of civilization. This was the immediate cause of the late rupture and present revolution. Jefferson, in his forecast, had anticipated this, as the "rock upon which the old Union would split." He was right. What was conjecture with him, is now a realized fact. But whether he fully comprehended the great truth upon which that rock stood and stands, may be doubted. The prevailing ideas entertained by him and most of the leading statesmen at the time of the formation of the old Constitution were, that the enslavement of the African was in violation of the laws of nature; that it was wrong in principle, socially, morally and politically. It was an evil they knew not well how to deal with; but the general opinion of the men of that day was, that, somehow or other, in the order of Providence, the institution would be evanescent and pass away... Those ideas, however, were fundamentally wrong. They rested

23

upon the assumption of the equality of races. This was an error. It was a sandy foundation, and the idea of a Government built upon it—when the "storm came and the wind blew, it fell."

Our new Government is founded upon exactly the opposite ideas; its foundations are laid, its cornerstone rests, upon the great truth that the negro is not equal to the white man; that slavery, subordination to the superior race, is his natural and moral condition.

Claims against slaves were allegedly backed by contemporary research. The leading researcher was Dr. Samuel A. Cartwright, inventor of the mental illness of drapetomania — the desire of a slave to run away. The Medical Association of Louisiana set up a committee, of which he was chair, to investigate "The Diseases and Physical Peculiarities of the Negro Race". Their report, first delivered to the Medical Association in an address, was published in their journal, and then reprinted in part in the widely circulated DeBow's Review.

## **Abolitionism in the North**

Beginning during the revolution and in the first two decades of the postwar era, every state in the North abolished slavery, ending with New Jersey in 1804, although in some cases existing slaves were not liberated immediately. These were the first abolitionist laws in the Atlantic World.

In Massachusetts, slavery was successfully challenged in court in 1783 in a freedom suit by Quock Walker; he said that slavery was in contradiction to

24

the state's new constitution of 1780 providing for equality of men. Freed slaves were subject to racial segregation and discrimination in the North, and it took decades for some states to extend the franchise to them.

Most northern states passed legislation for gradual abolition, first freeing children born to slave mothers (and requiring them to serve lengthy indentures to their mother's masters, often into their 20s as young adults). As a result of this gradualist approach, New York did not fully free its last ex-slaves until 1827, Rhode Island had seven slaves still listed in the 1840 census. Pennsylvania's last ex-slaves were freed in 1847, Connecticut's in 1848, and New Hampshire and New Jersey in 1865.

None of the Southern states abolished slavery, but it was common for individual slaveholders in the South to free numerous slaves, often citing revolutionary ideals, in their wills. Methodist, Quaker and Baptist preachers traveled in the South, appealing to slaveholders to manumit their slaves. By 1810, the number and proportion of free blacks in the population of the United States had risen dramatically. Most free blacks resided in the North, but even in the Upper South, the proportion of free blacks went from less than one percent of all blacks to more than 10 percent, even as the total number of slaves was increasing through importation.

Through the Northwest Ordinance of 1787 under the Congress of the Confederation, slavery was prohibited in the territories northwest of the Ohio River; existing slaves were not freed for years, although they could no longer be sold. This was a compromise. Thomas Jefferson proposed in 1784 to end slavery in all the territories, but his bill lost in the Congress by one vote. The territories south of the Ohio River (and Missouri) had authorized slavery. Northerners predominated in the westward movement into the

25

Midwestern territory after the American Revolution; as the states were organized, they voted to prohibit slavery in their constitutions when they achieved statehood: Ohio in 1803, Indiana in 1816, and Illinois in 1818. What developed was a Northern block of free states united into one contiguous geographic area that generally shared an anti-slavery culture. The exceptions were the areas along the Ohio River settled by Southerners, the southern portions of states such as Indiana, Ohio and Illinois. Residents of those areas generally shared in Southern culture and attitudes. In addition, these areas were devoted to agriculture longer than the industrializing northern parts of these states, and some farmers used slave labor. The emancipation of slaves in the North led to the growth in the population of northern free blacks, from several hundred in the 1770s to nearly 50,000 by 1810.

## Agitation against slavery

Throughout the first half of the 19th century, abolitionism, a movement to end slavery, grew in strength; most abolitionist societies and supporters were in the North. They worked to raise awareness about the evils of slavery, and to build support for abolition.

This struggle took place amid strong support for slavery among white Southerners, who profited greatly from the system of enslaved labor. But slavery was entwined with the national economy; for instance, the banking, shipping and manufacturing industries of New York City all had strong economic interests in slavery, as did similar industries in other major port cities in the North. The northern textile mills in New York and New England processed Southern cotton and manufactured clothes to outfit slaves. By

1822 half of New York City's exports were related to cotton.

Slaveholders began to refer to slavery as the "peculiar institution" to differentiate it from other examples of forced labor. They justified it as less cruel than the free labor of the North.

Henry Clay (1777–1852), one of three founders of the American Colonization Society, intended to relocate free blacks from the US to Africa, founding Liberia.

The principal organized bodies to advocate abolition and anti-slavery reforms in the north were the Pennsylvania Abolition Society and the New York Manumission Society. Before the 1830s the antislavery groups called for gradual emancipation.[90] By the late 1820s, under the impulse of religious evangelicals, the sense emerged that owning slaves was a sin and the owner had to immediately free himself from this grave sin by emancipation.

## **Colonization Movement**

In the early part of the 19th century, other organizations were founded to take action on the future of black Americans. Some advocated removing free black people from the United States to places where they would enjoy greater freedom; some endorsed colonization in Africa, while others advocated emigration. During the 1820s and 1830s, the American Colonization Society (ACS) was the primary organization to implement the "return" of black Americans to Africa. The ACS was made up mostly of Quakers and slaveholders, who found uneasy common ground in support

27

of "repatriation". But, by this time, most black Americans were native-born and did not want to emigrate; rather, they wanted full rights in the United States, where their people had lived and worked for generations.

In 1822 the ACS established the colony of Liberia in West Africa. The ACS assisted thousands of freedmen and free blacks (with legislated limits) to emigrate there from the United States. Many white people considered this preferable to emancipation in the United States. Henry Clay, one of the founders and a prominent slaveholder politician from Kentucky, said that blacks faced unconquerable prejudice resulting from their color, they never could amalgamate with the free whites of this country. It was desirable, therefore, as it respected them, and the residue of the population of the country, to drain them off.

After 1830, abolitionist and minister William Lloyd Garrison promoted emancipation, characterizing slaveholding as a personal sin. He demanded that slaveowners repent and start the process of emancipation. His position increased defensiveness on the part of some southerners, who noted the long history of slavery among many cultures. A few abolitionists, such as John Brown, favored the use of armed force to foment uprisings among the slaves, as he did at Harper's Ferry. Most abolitionists tried to raise public support to change laws and to challenge slave laws. Abolitionists were active on the lecture circuit in the North, and often featured escaped slaves in their presentations. The eloquent Frederick Douglass became an important abolitionist leader after escaping from slavery. Harriet Beecher Stowe's novel Uncle Tom's Cabin (1852) was an international bestseller and aroused popular sentiment against slavery. It also provoked the publication of numerous anti-Tom novels by Southerners in the years before the American Civil War.

## Prohibiting International Trade

While under the Constitution, Congress could not prohibit the import slave trade until 1808, the third Congress regulated it in the Slave Trade Act of 1794, which prohibited shipbuilding and outfitting for the trade. Subsequent acts in 1800 and 1803 sought to discourage the trade by limiting investment in import trading and prohibiting importation into states that had abolished slavery, which most in the North had by that time.[94] The final Act Prohibiting Importation of Slaves was adopted in 1807, effective in 1808. However, illegal importation of African slaves (smuggling) was common.

After Great Britain and the United States outlawed the international slave trade in 1807, British slave trade suppression activities began in 1808 through diplomatic efforts and formation of the Royal Navy's West Africa Squadron. From 1819, they were assisted by forces from the United States Navy. With the Webster-Ashburton Treaty of 1842, the relationship with Britain was formalized, and the two countries jointly ran the Blockade of Africa with their navies.

## Post-revolution Southern manumissions

Although Virginia, Maryland, and Delaware were slave states, the latter two already had a high proportion of free blacks by the outbreak of war. Following the Revolution, the three legislatures made manumission easier, allowed by deed or will. Quaker and Methodist ministers particularly urged

slaveholders to free their slaves. The number and proportion of freed slaves in these states rose dramatically until 1810. More than half of the number of free blacks in the United States were concentrated in the Upper South. The proportion of free blacks among the black population in the Upper South rose from less than one percent in 1792 to more than 10 percent by 1810. In Delaware, nearly 75 percent of blacks were free by 1810.

In the US as a whole, by 1810 the number of free blacks reached 186,446, or 13.5 percent of all blacks. After that period few slaves were freed, as the development of cotton plantations featuring short-staple cotton in the Deep South drove up the internal demand for slaves in the domestic slave trade and high prices were paid.

## Domestic slave trade and forced migration

Movement of slaves between 1790 and 1860.

The growing international demand for cotton led many plantation owners further west in search of suitable land. In addition, the invention of the cotton gin in 1793 enabled profitable processing of short-staple cotton, which could readily be grown in the uplands. The invention revolutionized the cotton industry by increasing fifty-fold the quantity of cotton that could be processed in a day. At the end of the War of 1812, fewer than 300,000 bales of cotton were produced nationally. By 1820 the amount of cotton produced had increased to 600,000 bales, and by 1850 it had reached 4,000,000. There was an explosive growth of cotton cultivation throughout the Deep South and greatly increased demand for slave labor to support it. As a result, manumissions decreased dramatically in the South.

Slaves Waiting for Sale: Richmond, Virginia. Painted upon the sketch of

1853. Most of the slaves sold from the Upper South were from Maryland, Virginia, and the Carolinas, where changes in agriculture decreased the need for their labor and the demand for slaves. Before 1810, primary destinations for the slaves who were sold were Kentucky and Tennessee, but after 1810 Georgia, Alabama, Mississippi, Louisiana and Texas of the Deep South received the most slaves. This is where cotton became king. Kentucky and Tennessee joined the slave exporting states.

By 1815, the domestic slave trade had become a major economic activity in the United States; it lasted until the 1860s.Between 1830 and 1840 nearly 250,000 slaves were taken across state lines. In the 1850s more than 193,000 were transported, and historians estimate nearly one million in total took part in the forced migration of this new Middle Passage. By 1860 the slave population in the United States had reached 4 million. Of all 1,515,605 free families in the fifteen slave states in 1860, nearly 400,000 held slaves (roughly one in four, or 25%), amounting to 8% of all American families.

Ashley's Sack is a cloth that recounts a slave sale separating a mother and her daughter. The sack belonged to a nine-year-old girl Ashley which was a parting gift from her mother, Rose, after Ashley had been sold. Rose filled the sack with a dress, braid of her hair, pecans, and "my love always"

The historian Ira Berlin called this forced migration of slaves the "Second Middle Passage", because it reproduced many of the same horrors as the Middle Passage (the name given to the transportation of slaves from Africa to North America). These sales of slaves broke up many families and caused much hardship. Characterizing it as the "central event" in the life of a slave between the American Revolution and the Civil War, Berlin wrote that whether slaves were directly uprooted or lived in fear that they or their

31

families would be involuntarily moved, "the massive deportation traumatized black people, both slave and free." Individuals lost their connection to families and clans. Added to the earlier colonists combining slaves from different tribes, many ethnic Africans lost their knowledge of varying tribal origins in Africa. Most were descended from families who had been in the United States for many generations.

In the 1840s, almost 300,000 slaves were transported, with Alabama and Mississippi receiving 100,000 each. During each decade between 1810 and 1860, at least 100,000 slaves were moved from their state of origin. In the final decade before the Civil War, 250,000 were moved. Michael Tadman wrote in Speculators and Slaves: Masters, Traders, and Slaves in the Old South (1989) that 60–70% of inter-regional migrations were the result of the sale of slaves. In 1820 a child in the Upper South had a 30% chance of being sold south by 1860. The death rate for the slaves on their way to their new destination across the American South was less than that suffered by captives shipped across the Atlantic Ocean, but mortality was higher than the normal death rate.

## Slave trader's business in Atlanta, Georgia, 1864

Slave traders transported two-thirds of the slaves who moved west. Only a minority moved with their families and existing master. Slave traders had little interest in purchasing or transporting intact slave families; in the early years, planters demanded only the young male slaves needed for heavy labor. Later, in the interest of creating a "self-reproducing labor force", planters purchased nearly equal numbers of men and women. Berlin wrote:

 The internal slave trade became the largest enterprise in the South outside the plantation itself, and probably the most advanced in its employment of

32

modern transportation, finance, and publicity. The slave trade industry developed its own unique language, with terms such as "prime hands, bucks, breeding wenches, and "fancy girls" coming into common use.

The expansion of the interstate slave trade contributed to the "economic revival of once depressed seaboard states" as demand accelerated the value of slaves who were subject to sale.

Some traders moved their "chattels" by sea, with Norfolk to New Orleans being the most common route, but most slaves were forced to walk overland. Others were shipped downriver from such markets as Louisville on the Ohio River, and Natchez on the Mississippi. Traders created regular migration routes served by a network of slave pens, yards, and warehouses needed as temporary housing for the slaves. In addition, other vendors provided clothes, food, and supplies for slaves. As the trek advanced, some slaves were sold and new ones purchased. Berlin concluded, "In all, the slave trade, with its hubs and regional centers, its spurs and circuits, reached into every cranny of southern society. Few southerners, black or white, were untouched."

Once the trip ended, slaves faced a life on the frontier significantly different from most labor in the Upper South. Clearing trees and starting crops on virgin fields was harsh and backbreaking work. A combination of inadequate nutrition, bad water, and exhaustion from both the journey and the work weakened the newly arrived slaves and produced casualties. New plantations were located at rivers' edges for ease of transportation and travel. Mosquitoes and other environmental challenges spread disease, which took the lives of many slaves. They had acquired only limited immunities to lowland diseases in their previous homes. The death rate

was so high that, in the first few years of hewing a plantation out of the wilderness, some planters preferred whenever possible to use rented slaves rather than their own.

The harsh conditions on the frontier increased slave resistance and led owners and overseers to rely on violence for control. Many of the slaves were new to cotton fields and unaccustomed to the "sunrise-to-sunset gang labor" required by their new life. Slaves were driven much harder than when they had been in growing tobacco or wheat back east. Slaves had less time and opportunity to improve the quality of their lives by raising their own livestock or tending vegetable gardens, for either their own consumption or trade, as they could in the east.

In Louisiana, French colonists had established sugar cane plantations and exported sugar as the chief commodity crop. After the Louisiana Purchase in 1803, Americans entered the state and joined the sugar cultivation. Between 1810 and 1830, planters bought slaves from the North and the number of slaves increased from less than 10,000 to more than 42,000. Planters preferred young males, who represented two-thirds of the slave purchases. Dealing with sugar cane was even more physically demanding than growing cotton. The largely young, unmarried male slave force made the reliance on violence by the owners "especially savage".

New Orleans became nationally important as a slave market and port, as slaves were shipped from there upriver by steamboat to plantations on the Mississippi River; it also sold slaves who had been shipped downriver from markets such as Louisville. By 1840, it had the largest slave market in North America. It became the wealthiest and the fourth-largest city in the nation, based chiefly on the slave trade and associated businesses. The trading

34

season was from September to May, after the harvest.

Slave traders were men of low reputation, even in the South. In the 1828 presidential election, candidate Andrew Jackson was strongly criticized by opponents as a slave trader who transacted in slaves in defiance of modern standards or morality.

## Treatment of slaves in the United States

The treatment of slaves in the United States varied widely depending on conditions, times and places. The power relationships of slavery corrupted many whites who had authority over slaves, with children showing their own cruelty. Masters and overseers resorted to physical punishments to impose their wills. Slaves were punished by whipping, shackling, hanging, beating, burning, mutilation, branding and imprisonment. Punishment was most often meted out in response to disobedience or perceived infractions, but sometimes abuse was carried out to re-assert the dominance of the master or overseer of the slave. Treatment was usually harsher on large plantations, which were often managed by overseers and owned by absentee slaveholders, conditions permitting abuses.

William Wells Brown, who escaped to freedom, reported that on one plantation, slave men were required to pick 80 pounds per day of cotton, while women were required to pick 70 pounds; if any slave failed in his or her quota, they were subject to whip lashes for each pound they were short. The whipping post stood next to the cotton scales. A New York man who attended a slave auction in the mid-19th century reported that at least three-quarters of the male slaves he saw at sale had scars on their backs

from whipping. By contrast, small slave-owning families had closer relationships between the owners and slaves; this sometimes resulted in a more humane environment but was not a given.

Historian Lawrence M. Friedman wrote: "Ten Southern codes made it a crime to mistreat a slave. ... Under the Louisiana Civil Code of 1825 (art. 192), if a master was "convicted of cruel treatment," the judge could order the sale of the mistreated slave, presumably to a better master." Masters and overseers were seldom prosecuted under these laws.

According to Adalberto Aguirre, there were 1,161 slaves executed in the U.S. between the 1790s and 1850s. Quick executions of innocent slaves as well as suspects typically followed any attempted slave rebellions, as white militias overreacted with widespread killings that expressed their fears of rebellions, or suspected rebellions.

Although most slaves had lives that were very restricted in terms of their movements and agency, exceptions existed to virtually every generalization; for instance, there were also slaves who had considerable freedom in their daily lives: slaves allowed to rent out their labor and who might live independently of their master in cities, slaves who employed white workers, and slave doctors who treated upper-class white patients. After 1820, in response to the inability to import new slaves from Africa and in part to abolitionist criticism, some slaveholders improved the living conditions of their slaves, to encourage them to be productive and to try to prevent escapes. It was part of a paternalistic approach in the antebellum era that was encouraged by ministers trying to use Christianity to improve the treatment of slaves. Slaveholders published articles in southern agricultural journals to share best practices in treatment and management

of slaves; they intended to show that their system was better than the living conditions of northern industrial workers.

Medical care for slaves was limited in terms of the medical knowledge available to anyone. It was generally provided by other slaves or by slaveholders' family members. Many slaves possessed medical skills needed to tend to each other, and used folk remedies brought from Africa. They also developed new remedies based on American plants and herbs.

According to Andrew Fede, a master could be held criminally liable for killing a slave only if the slave he killed was "completely submissive and under the master's absolute control". For example, in 1791 the North Carolina legislature defined the willful killing of a slave as criminal murder, unless done in resisting or under moderate correction (that is, corporal punishment).

Because of the power relationships at work, slave women in the United States were at high risk for rape and sexual abuse. Many slaves fought back against sexual attacks, and some died resisting. Others carried psychological and physical scars from the attacks. Sexual abuse of slaves was partially rooted in a patriarchal Southern culture which treated black women as property or chattel. Southern culture strongly policed against sexual relations between white women and black men on the purported grounds of racial purity but, by the late 18th century, the many mixed-race slaves and slave children showed that white men had often taken advantage of slave women. Wealthy planter widowers, notably such as John Wayles and his son-in-law Thomas Jefferson, took slave women as concubines; each had six children with his partner: Elizabeth Hemings and her daughter Sally Hemings (the half-sister of Jefferson's late wife),

respectively. Both Mary Chesnut and Fanny Kemble, wives of planters, wrote about this issue in the antebellum South in the decades before the Civil War. Sometimes planters used mixed-race slaves as house servants or favored artisans because they were their children or other relatives. As a result of centuries of slavery and such relationships, DNA studies have shown that the vast majority of African Americans also have historic European ancestry, generally through paternal lines.

## Slave Sale, Charleston, 1856

While slaves' living conditions were poor by modern standards, Robert Fogel argued that all workers, free or slave, during the first half of the 19th century were subject to hardship.

## Slave Codes

To help regulate the relationship between slave and owner, including legal support for keeping the slave as property, states established slave codes, most based on laws existing since the colonial era. The code for the District of Columbia defined a slave as "a human being, who is by law deprived of his or her liberty for life, and is the property of another".

While each state had its own slave code, many concepts were shared throughout the slave states. According to the slave codes, some of which were passed in reaction to slave rebellions, teaching a slave to read or write was illegal. This prohibition was unique to American slavery, believed to reduce slaves forming aspirations that could lead to escape or rebellion.

Informal education occurred when white children taught slave companions what they were learning; in other cases, adult slaves learned from free artisan workers, especially if located in cities, where there was more freedom of movement.

In Alabama, slaves were not allowed to leave their master's premises without written consent or passes. This was a common requirement in other states as well, and locally run patrols (known to slaves as pater rollers) often checked the passes of slaves who appeared to be away from their plantations. In Alabama slaves were prohibited from trading goods among themselves. In Virginia, a slave was not permitted to drink in public within one mile of his master or during public gatherings. Slaves were not permitted to carry firearms in any of the slave states.

Slaves were generally prohibited by law from associating in groups, with the exception of worship services (a reason why the Black church is such a notable institution in black communities today). Following Nat Turner's rebellion in 1831, which raised white fears throughout the South, some states also prohibited or restricted religious gatherings of slaves, or required that they be officiated by white men. Planters feared that group meetings would facilitate communication among slaves that could lead to rebellion. Slaves held private, secret "brush meetings" in the woods.

In Ohio, an emancipated slave was prohibited from returning to the state in which he or she had been enslaved. Other northern states discouraged the settling of free blacks within their boundaries. Fearing the influence of free blacks, Virginia and other southern states passed laws to require blacks who had been freed to leave the state within a year (or sometimes less

time) unless granted a stay by an act of the legislature.

## High Demand and Smuggling

The United States Constitution, adopted in 1787, prevented Congress from completely banning the importation of slaves until 1808, although Congress regulated it in the Slave Trade Act of 1794, and in subsequent Acts in 1800 and 1803. After the Revolution, numerous states individually passed laws against importing slaves. By contrast, the states of Georgia and South Carolina reopened their trade due to demand by their upland planters, who were developing new cotton plantations: Georgia from 1800 until December 31, 1807, and South Carolina from 1804. In that period, Charleston traders imported about 75,000 slaves, more than were brought to South Carolina in the 75 years before the Revolution.Approximately 30,000 were imported to Georgia.

By January 1, 1808, when Congress banned further imports, South Carolina was the only state that still allowed importation of slaves. Congress allowed continued trade only in slaves who were descendants of those currently in the United States. In addition, US citizens could participate financially in the international slave trade and the outfitting of ships for that trade. The domestic slave trade became extremely profitable as demand rose with the expansion of cultivation in the Deep South for cotton and sugar cane crops. Slavery in the United States became, more or less, self-sustaining by natural increase among the current slaves and their descendants.

Despite the ban, slave imports continued through smugglers bringing in slaves past the U.S. Navy's African Slave Trade Patrol to South Carolina, and

overland from Texas and Florida, both under Spanish control. Congress increased the punishment associated with importing slaves, classifying it in 1820 as an act of piracy, with smugglers subject to harsh penalties, including death if caught. After that, "it is unlikely that more than 10,000 [slaves] were successfully landed in the United States." But, some smuggling of slaves into the United States continued until just before the start of the Civil War.

## War of 1812

During the War of 1812, British Royal Navy commanders of the blockading fleet, based at the Bermuda dockyard, were instructed to offer freedom to defecting American slaves, as the Crown had during the Revolutionary War. Thousands of escaped slaves went over to the Crown with their families. Men were recruited into the Corps of Colonial Marines on occupied Tangier Island, in the Chesapeake Bay.

The freedmen fought for Britain throughout the Atlantic campaign, including the attack on Washington D.C. and the Louisiana Campaign. Seven hundred of these ex-marines were granted land (they reportedly organised themselves in villages along the lines of their military companies).[citation needed] Many other freed American slaves were recruited directly into existing West Indian regiments, or newly created British Army units[citation needed] The British later resettled a few thousand freed slaves at Nova Scotia, as they had for freedmen after the Revolution. Some of the earlier freedmen had migrated to Sierra Leone in the late 18th century, when it was established as a British colony. Descendants have established the Black Loyalist Heritage Museum and

41

website.

Slaveholders, primarily in the South, had considerable "loss of property" as thousands of slaves escaped to British lines or ships for freedom, despite the difficulties. The planters' complacency about slave "contentment" was shocked by seeing that slaves would risk so much to be free.Afterward, when some freed slaves had been settled at Bermuda, slaveholders such as Major Pierce Butler of South Carolina tried to persuade them to return to the United States, to no avail.

The Americans protested that Britain's failure to return all slaves violated the Treaty of Ghent. After arbitration by the Tsar of Russia, the British paid $1,204,960 in damages (about $26.7 million in today's money) to Washington, which reimbursed the slaveowners.

## Religion

Prior to the American Revolution, masters and revivalists spread Christianity to slave communities, supported by the Society for the Propagation of the Gospel. In the First Great Awakening of the mid-18th century, Baptists and Methodists from New England preached a message against slavery, encouraged masters to free their slaves, converted both slaves and free blacks, and gave them active roles in new congregations. The first independent black congregations were started in the South before the Revolution, in South Carolina and Georgia.

Over the decades and with the growth of slavery throughout the South,

Baptist and Methodist ministers gradually changed their messages to accommodate the institution. After 1830, white Southerners argued for the compatibility of Christianity and slavery, with a multitude of both Old and New Testament citations. They promoted Christianity as encouraging better treatment of slaves and argued for a paternalistic approach. In the 1840s and 1850s, the issue of accepting slavery split the nation's largest religious denominations (the Methodist, Baptist and Presbyterian churches) into separate Northern and Southern organizations see Methodist Episcopal Church, South, Southern Baptist Convention, and Presbyterian Church in the Confederate States of America).

Southern slaves generally attended their masters' white churches, where they often outnumbered the white congregants. They were usually permitted to sit only in the back or in the balcony. They listened to white preachers, who emphasized the obligation of slaves to keep in their place, and acknowledged the slave's identity as both person and property. Preachers taught the masters responsibility and the concept of appropriate paternal treatment, using Christianity to improve conditions for slaves, and to treat them "justly and fairly" (Col. 4:1). This included masters having self-control, not disciplining under anger, not threatening, and ultimately fostering Christianity among their slaves by example.

Slaves also created their own religious observances, meeting alone without the supervision of their white masters or ministers. The larger plantations with groups of slaves numbering twenty, or more, tended to be centers of nighttime meetings of one or several plantation slave populations.These congregations revolved around a singular preacher, often illiterate with limited knowledge of theology, who was marked by his personal piety and ability to foster a spiritual environment. African Americans developed a theology related to Biblical stories having the most meaning for them,

including the hope for deliverance from slavery by their own Exodus. One lasting influence of these secret congregations is the African-American spiritual.

## Slave Rebellions

According to Herbert Aptheker, "there were few phases of ante-bellum Southern life and history that were not in some way influenced by the fear of, or the actual outbreak of, militant concerted slave action."

Historians in the 20th century identified 250 to 311 slave uprisings in U.S. and colonial history. Those after 1776, include:

Gabriel's conspiracy (1800)

Igbo Landing slave escape (1803)

Chatham Manor Rebellion (1805)

1811 German Coast Uprising, (1811)

George Boxley Rebellion (1815)

Denmark Vesey's conspiracy (1822)

Nat Turner's slave rebellion (1831)

Black Seminole Slave Rebellion (1835–1838)

Amistad seizure (1839)

Creole case (1841)

1842 Slave Revolt in the Cherokee Nation

44

In 1831, Nat Turner, a literate slave who claimed to have spiritual visions, organized a slave rebellion in Southampton County, Virginia; it was sometimes called the Southampton Insurrection. Turner and his followers killed nearly 60 white inhabitants, mostly women and children. Many of the men in the area were attending a religious event in North Carolina. Eventually Turner was captured with 17 other rebels, who were subdued by the militia. Turner and his followers were hanged, and Turner's body was flayed. In a frenzy of fear and retaliation, the militia killed more than 100 slaves who had not been involved in the rebellion. Planters whipped hundreds of innocent slaves to ensure resistance was quelled.

This rebellion prompted Virginia and other slave states to pass more restrictions on slaves and free people of color, controlling their movement and requiring more white supervision of gatherings. In 1835 North Carolina withdrew the franchise for free people of color, and they lost their vote.

## Anti-literacy

Across the South, white legislatures enacted harsh new laws to curtail the already limited rights of African Americans. Virginia prohibited blacks, free or slave, from practicing preaching, prohibited blacks from owning firearms, and forbade anyone to teach slaves or free blacks how to read. It specified heavy penalties for both student and teacher if slaves were educated, including whippings or jail.

Every assemblage of negroes for the purpose of instruction in reading or

writing, or in the night time for any purpose, shall be an unlawful assembly. Any justice may issue his warrant to any office or other person, requiring him to enter any place where such assemblage may be, and seize any negro therein; and he, or any other justice, may order such negro to be punished with stripes.

Unlike in the South, slave owners in Utah were required to send their slaves to school. Black slaves did not have to spend as much time in school as Indian slaves.

## Economics

Eli Whitney's invention of the cotton gin in 1793, made processing of short-staple cotton profitable, and it was cultivated throughout the South to satisfy US and international demand. Statistical data shows that 7% of the slaves (680,000 total in 1790 of 720,000 blacks) were in the North, population of 2 million. There had been approximately 15,000 slaves in New England in 1770 of 650,000 inhabitants. 35,000 slaves live in the Mid-Atlantic States of 600,000 inhabitants of whom 19,000 lived in New York where they made up 11% of the population. By 1790 Virginia held 44% (315,000 in a total population of 750,000 the State). It was common in agriculture, with a more massive presence in the South – the region where climate was more propitious for widescale agricultural activity. By 1790 slavery in the New England States was abolished in Massachusetts, New Hampshire and Vermont and phased out in Rhode Island and Connecticut. New York introduced gradual emancipation in 1799 (completed in 1827). Pennsylvania abolished slavery during the War for Independence. Some economists and historians who regard slavery as a profitable system. They do not fully account for the government costs necessary to maintain the

46

institution, nor for human suffering. The transition from indentured servants to slaves is cited to show that slaves offered greater profits to their owners. Thus, it is the near-universal consensus among economic historians and economists that slavery was not "a system irrationally kept in existence by plantation owners who failed to perceive or were indifferent to their best economic interests". The relative price of slaves and indentured servants in the antebellum period did decrease. Indentured servants became more costly with the increase in the demand of skilled labor in England. At the same time, slaves were mostly supplied from within the United States and thus language was not a barrier, and the cost of transporting slaves from one state to another was relatively low. In the decades preceding the civil war, the United States experienced a rapid natural increase of black population. The slave population multiplied nearly fourfold between 1810 and 1860, although the international slave trade was banned in 1808. Thus, it is also the universal consensus among modern economic historians and economists that slavery in the United States was not "economically moribund on the eve of the Civil War".

Robert Fogel and Stanley Engerman, in their 1974 book Time on the Cross, argued that the rate of return of slavery at the market price was close to 10 percent, a number close to investment in other assets. Fogel's 1989 work, Without Consent or Contract: The Rise and Fall of American Slavery, elaborated on the moral indictment of slavery which ultimately led to its abolition.

## Efficiency of Slaves

Scholars disagree on how to quantify efficiency of slavery. In Time on the Cross, Fogel and Engerman equate efficiency to total factor productivity

(TFP)—the output per average unit of input on a farm. Using this measurement, southern farms that enslaved black people using the Gang System were 35% more efficient than Northern farms which used free labor. Under the Gang System, groups of slaves perform synchronized tasks under the constant vigilance of an overseer. Each group was like a part of a machine. If perceived to be working below his capacity, a slave could be punished. Fogel argues that this kind of negative enforcement was not frequent and that slaves and free laborers had similar quality of life; however, there is controversy on this last point.[166] A critique of Fogel and Engerman's view was published by Paul A. David in 1976. In 1995, a random survey of 178 members of the Economic History Association sought to study the views of economists and economic historians on the debate. The study found that 72 percent of economists and 65 percent of economic historians would generally agree that "Slave agriculture was efficient compared with free agriculture. Economies of scale, effective management, and intensive utilization of labor and capital made southern slave agriculture considerably more efficient than nonslave southern farming." 48 percent of the economists agreed without provisos, while 24 percent agreed when provisos were included in the statement. On the other hand, 58 percent of economic historians and 42 percent of economists disagreed with Fogel and Engerman's "proposition that the material (not psychological) conditions of the lives of slaves compared favorably with those of free industrial workers in the decades before the Civil War".

## Prices of slaves

Controlling for inflation, prices of slaves rose dramatically in the six decades prior to Civil War, reflecting demand due to commodity cotton, as well as use of slaves in shipping and industry. Although the prices of slaves relative to indentured servants declined, both got more expensive. Cotton

production was rising and relied on the use of slaves to yield high profits. Fogel and Engeman initially argued that if the Civil War had not happened, the slave prices would have increased even more, an average of more than 50 percent by 1890.

Prices reflected the characteristics of the slave—such factors as sex, age, nature, and height were all taken into account to determine the price of a slave. Over the life-cycle, the price of enslaved women was higher than their male counterparts up to puberty age, as they would likely bear children and produce more slaves, in addition to serving as laborers. Men around the age of 25 were the most valued, as they were at the highest level of productivity and still had a considerable life-span. If slaves had a history of fights or escapes, their price was lowered reflecting what planters believed was risk of repeating such behavior. Slave traders and buyers would examine a slave's back for whipping scars—a large number of injuries would be seen as evidence of laziness or rebelliousness, rather than the previous master's brutality, and would lower the slave's price. Taller male slaves were priced at a higher level, as height was viewed as a proxy for fitness and productivity.

The conditions of the market led to shocks in the supply and demand of slaves, which in turn changed prices. For instance, slaves became more expensive after the decrease in supply caused by the ban on importation of slaves in 1808. The market for the products of their work also affected slaves' economic value: demand for slaves fell with the price of cotton in 1840. Anticipation of changes also had a huge influence on prices. As the civil war progressed, there was great doubt that slavery would continue to be legal, and prime males in New Orleans were sold at $1,116 by 1862 as opposed to $1,381 in 1861.

49

## Effects on Southern Economic Development

While slavery brought profits in the short run, discussion continues on the economic benefits of slavery in the long-run. In 1995, a random anonymous survey of 178 members of the Economic History Association found that out of the 40 propositions about American economic history that were surveyed, the propositions most disputed by economic historians and economists were those surrounding the postbellum economy of the American South. The only exception was the proposition initially put forward by historian Gavin Wright that the "modern period of the South's economic convergence to the level of the North only began in earnest when the institutional foundations of the southern regional labor market were undermined, largely by federal farm and labor legislation dating from the 1930s." 62 percent of economists (24 percent with and 38 percent without provisos) and 73 percent of historians (23 percent with and 50 percent without provisos) agreed with this statement. Wright has also argued that the private investment of monetary resources in the cotton industry, among others, delayed development in the South of commercial and industrial institutions. There was little public investment in railroads or other infrastructure. Wright argues that agricultural technology was far more developed in the South, representing an economic advantage of the South over the North of the United States.

In Democracy in America, Alexis de Tocqueville noted that "the colonies in which there were no slaves became more populous and more rich than those in which slavery flourished." Economists Peter H. Lindert and Jeffrey G. Williamson, in a pair of articles published in 2012 and 2013, found that, despite the American South initially having per capita income roughly double that of the North in 1774, incomes in the South had declined 27% by 1800 and continued to decline over the next four decades, while the

economies in New England and the Mid-Atlantic states vastly expanded. By 1840, per capita income in the South was well behind the Northeast and the national average. (Note: This is also true of contemporary incomes in the United States in the early 21st century.)

Lindert and Williamson argue that this antebellum period is exemplary of what economists Daron Acemoglu, Simon Johnson, and James A. Robinson call "a reversal of fortune". Economist Thomas Sowell, in his essay "The Real History of Slavery," confirms the observation made by de Tocqueville, by comparing slavery in the United States to slavery in Brazil. He notes that slave societies reflected similar economic trends in those and other parts of the world, suggesting that the trend Lindert and Williamson identify may have continued until the American Civil War:

Both in Brazil and in the United States—the countries with the two largest slave populations in the Western Hemisphere—the end of slavery found the regions in which slaves had been concentrated poorer than other regions of these same countries. For the United States, a case could be made that this was due to the Civil War, which did so much damage to the South, but no such explanation would apply to Brazil, which fought no Civil War over this issue. Moreover, even in the United States, the South lagged behind the North in many ways even before the Civil War.

Although slavery in Europe died out before it was abolished in the Western Hemisphere, as late as 1776 slavery had not yet died out all across the continent when Adam Smith wrote in The Wealth of Nations that it still existed in some eastern regions. But, even then, Eastern Europe was much poorer than Western Europe. The slavery of North Africa and the Middle East, over the centuries, took more slaves from sub-Saharan Africa than the

51

Western Hemisphere did... But these remained largely poor countries until the discovery and extraction of their vast oil deposits.

Sowell also notes in Ethnic America: A History, citing historians Clement Eaton and Eugene Genovese, that three-quarters of Southern white families owned no slaves at all. Most slaveholders lived on farms rather than plantations, and few plantations were as large as the fictional ones depicted in Gone with the Wind. In "The Real History of Slavery," Sowell draws the following conclusion regarding the macroeconomic value of slavery:

In short, even though some individual slaveowners grew rich and some family fortunes were founded on the exploitation of slaves, that is very different from saying that the whole society, or even its non-slave population as a whole, was more economically advanced than it would have been in the absence of slavery. What this means is that, whether employed as domestic servants or producing crops or other goods, millions suffered exploitation and dehumanization for no higher purpose than the...aggrandizement of slaveowners.

1850s

Eastman Johnson (American, 1824–1906). A Ride for Liberty -- The Fugitive Slaves (recto), ca. 1862. Oil on paperboard. Brooklyn Museum

Uncle Marian, a slave of great notoriety, of North Carolina. Daguerreotype of elderly North Carolina slave, circa 1850.

Because of the three-fifths compromise in the U.S. Constitution, in which slaves counted in the calculation of how many representatives a state had

in Congress (though only three-fifths as much as a free person), the planter class had long held power in Congress out of proportion to the total number of free people in the US population as a whole.

In 1850, Congress passed the Fugitive Slave Act, which required law enforcement and citizens of free states to cooperate in the capture and return of slaves. This met with considerable overt and covert resistance in free states and cities such as Philadelphia, New York, and Boston. Refugees from slavery continued to flee the South across the Ohio River and other parts of the Mason–Dixon line dividing North from South, to the North and Canada via the Underground Railroad. Some white northerners helped hide former slaves from their former owners or helped them reach freedom in Canada.

As part of the Compromise of 1850, Congress abolished the domestic slave trade (though not the legality of slavery) in the District of Columbia. After 1854, Republicans argued that the Slave Power, especially the pro-slavery Democratic Party, controlled two of the three branches of the Federal government.

The abolitionists, realizing that the total elimination of slavery was, as an immediate goal, unrealistic, had worked to prevent expansion of slavery into the new states formed out of the Western territories. The Missouri Compromise, the Compromise of 1850, and the Bleeding Kansas crisis dealt with whether new states would be slave or free, or how that was to be decided. Both sides were anxious about effects of these decisions on the balance of power in the Senate.

Main article: Bleeding Kansas

53

After the passage of the Kansas–Nebraska Act in 1854, border fighting broke out in Kansas Territory, where the question of whether it would be admitted to the Union as a slave or free state was left to the inhabitants. Migrants from free and slave states moved into the territory to prepare for the vote on slavery. Abolitionist John Brown was active in the fighting in "Bleeding Kansas," but so too were many white Southerners who opposed abolition.

Abraham Lincoln's and the Republicans' political platform in 1860 was to stop slavery's expansion. Historian James McPherson says that in a famous speech in 1858, Lincoln said American republicanism can be purified by restricting the further expansion of slavery as the first step to putting it on the road to 'ultimate extinction.' Southerners took Lincoln at his word. When he won the presidency they left the Union to escape the 'ultimate extinction' of slavery."

## Freedom suits and Dred Scott

With the development of slave and free states after the American Revolution, and far-flung commercial and military activities, new situations arose in which slaves might be taken by masters into free states. Most free states not only prohibited slavery, but ruled that slaves brought and kept there illegally could be freed. Such cases were sometimes known as transit cases.

Dred Scott and his wife Harriet Scott each sued for freedom in St. Louis after the death of their master, based on their having been held in a free territory (the northern part of the Louisiana Purchase from which slavery

54

was excluded under the terms of the Missouri Compromise). (Later the two cases were combined under Dred Scott's name.) Scott filed suit for freedom in 1846 and went through two state trials, the first denying and the second granting freedom to the couple (and, by extension, their two daughters, who had also been held illegally in free territories). For 28 years, Missouri state precedent had generally respected laws of neighboring free states and territories, ruling for freedom in such transit cases where slaves had been held illegally in free territory. But in the Dred Scott case, the State Supreme Court ruled against the slaves, saying that "times were not what they once were".

After Scott and his team appealed the case to the U.S. Supreme Court, the slaveowning Supreme Court Justice Roger B. Taney denied Scott his freedom in a sweeping decision. The 1857 decision, decided 7–2, held that a slave did not become free when taken into a free state; Congress could not bar slavery from a territory; and people of African descent imported into the United States and held as slaves, or their descendants, could never be citizens. A state could not bar slaveowners from bringing slaves into that state. Many Republicans, including Abraham Lincoln, considered the decision unjust and as proof that the Slave Power had seized control of the Supreme Court. Written by Chief Justice Roger B. Taney, the decision effectively barred slaves and their descendants from citizenship. Abolitionists were enraged and slave owners encouraged, contributing to tensions on this subject that led to civil war. Critics note that at the time the Constitution was drafted, five states including North Carolina allowed free blacks to vote.

## Civil War and Emancipation

Events leading to

the American Civil War

Slavery

Northwest Ordinance

Kentucky and Virginia Resolutions

Battle of Negro Fort

Missouri Compromise

Tariff of 1828

Nat Turner's slave rebellion

Nullification Crisis

American Slavery As It Is

The Amistad

Prigg v. Pennsylvania

Texas annexation

Mexican–American War

Wilmot Proviso

Manifest destiny

Underground Railroad

Nashville Convention

Compromise of 1850

Fugitive Slave Act of 1850

Uncle Tom's Cabin

Kansas–Nebraska Act

Ostend Manifesto

Bleeding Kansas

Caning of Charles Sumner

Dred Scott v. Sandford

The Impending Crisis of the South

Brown's raid on Harpers Ferry

1860 presidential election

Crittenden Compromise

Secession of Southern States

Star of the West

Corwin Amendment

Morrill Tariff

Battle of Fort Sumter

vte

## 1860 presidential election

The divisions became fully exposed with the 1860 presidential election. The electorate split four ways. The Southern Democrats endorsed slavery, while

the Republicans denounced it. The Northern Democrats said democracy required the people to decide on slavery locally, state by state and territory by territory. The Constitutional Union Party said the survival of the Union was at stake and everything else should be compromised.

Lincoln, the Republican, won with a plurality of popular votes and a majority of electoral votes. Lincoln, however, did not appear on the ballots of ten southern slave states. Many slave owners in the South feared that the real intent of the Republicans was the abolition of slavery in states where it already existed, and that the sudden emancipation of four million slaves would be disastrous for the slave owners and for the economy that drew its greatest profits from the labor of people who were not paid.

The slave owners also argued that banning slavery in new states would upset what they saw as a delicate balance of free states and slave states. They feared that ending this balance could lead to the domination of the federal government by the northern free states. This led seven southern states to secede from the Union. When the southern forces attacked a US Army installation at Fort Sumter, the American Civil War began and four additional slave states seceded. Northern leaders had viewed the slavery interests as a threat politically, but with secession, they viewed the prospect of a new Southern nation, the Confederate States of America, with control over the Mississippi River and parts of the West, as politically unacceptable.

## Civil War

The consequent American Civil War, beginning in 1861, led to the end of

chattel slavery in America. Not long after the war broke out, through a legal maneuver credited to Union General Benjamin F. Butler, a lawyer by profession, slaves who came into Union "possession" were considered "contraband of war". General Butler ruled that they were not subject to return to Confederate owners as they had been before the war. Soon word spread, and many slaves sought refuge in Union territory, desiring to be declared "contraband". Many of the "contrabands" joined the Union Army as workers or troops, forming entire regiments of the U.S. Colored Troops. Others went to refugee camps such as the Grand Contraband Camp near Fort Monroe or fled to northern cities. General Butler's interpretation was reinforced when Congress passed the Confiscation Act of 1861, which declared that any property used by the Confederate military, including slaves, could be confiscated by Union forces.

Slaves on J. J. Smith's cotton plantation near Beaufort, South Carolina, photographed by Timothy O'Sullivan standing before their quarters in 1862

At the beginning of the war, some Union commanders thought they were supposed to return escaped slaves to their masters. By 1862, when it became clear that this would be a long war, the question of what to do about slavery became more general. The Southern economy and military effort depended on slave labor. It began to seem unreasonable to protect slavery while blockading Southern commerce and destroying Southern production. As Congressman George W. Julian of Indiana put it in an 1862 speech in Congress, the slaves "cannot be neutral. As laborers, if not as soldiers, they will be allies of the rebels, or of the Union." Julian and his fellow Radical Republicans put pressure on Lincoln to rapidly emancipate the slaves, whereas moderate Republicans came to accept gradual, compensated emancipation and colonization. Copperheads, the border states and War Democrats opposed emancipation, although the border states and War Democrats eventually accepted it as part of total war

needed to save the Union.

## Emancipation Proclamation

The Emancipation Proclamation was an executive order issued by President Lincoln on January 1, 1863. In a single stroke it changed the legal status, as recognized by the U.S. government, of 3 million slaves in designated areas of the Confederacy from "slave" to "free". It had the practical effect that as soon as a slave escaped the control of the Confederate government, by running away or through advances of federal troops, the slave became legally and actually free. Plantation owners, realizing that emancipation would destroy their economic system, sometimes moved their slaves as far as possible out of reach of the Union army. By June 1865, the Union Army controlled all of the Confederacy and had liberated all of the designated slaves.

In 1861, Lincoln expressed the fear that premature attempts at emancipation would mean the loss of the border states. He believed that "to lose Kentucky is nearly the same as to lose the whole game." At first, Lincoln reversed attempts at emancipation by Secretary of War Simon Cameron and Generals John C. Fremont (in Missouri) and David Hunter (in South Carolina, Georgia and Florida) to keep the loyalty of the border states and the War Democrats.

Lincoln mentioned his Emancipation Proclamation to members of his cabinet on July 21, 1862. Secretary of State William H. Seward told Lincoln to wait for a victory before issuing the proclamation, as to do otherwise would seem like "our last shriek on the retreat". In September 1862 the

Battle of Antietam provided this opportunity, and the subsequent War Governors' Conference added support for the proclamation. Lincoln had already published a letter encouraging the border states especially to accept emancipation as necessary to save the Union. Lincoln later said that slavery was "somehow the cause of the war".

Lincoln issued his preliminary Emancipation Proclamation on September 22, 1862, and said that a final proclamation would be issued if his gradual plan, based on compensated emancipation and voluntary colonization, was rejected. Only the District of Columbia accepted Lincoln's gradual plan, and Lincoln issued his final Emancipation Proclamation on January 1, 1863. In his letter to Hodges, Lincoln explained his belief that

If slavery is not wrong, nothing is wrong ... And yet I have never understood that the Presidency conferred upon me an unrestricted right to act officially upon this judgment and feeling ... I claim not to have controlled events, but confess plainly that events have controlled me.

Lincoln's Emancipation Proclamation of January 1, 1863 was a powerful action that promised freedom for slaves in the Confederacy as soon as the Union armies reached them, and authorized the enlistment of African Americans in the Union Army. The Emancipation Proclamation did not free slaves in the Union-allied slave-holding states that bordered the Confederacy. Since the Confederate States did not recognize the authority of President Lincoln, and the proclamation did not apply in the border states, at first the proclamation freed only those slaves who had escaped behind Union lines. The proclamation made the abolition of slavery an official war goal that was implemented as the Union took territory from the Confederacy. According to the Census of 1860, this policy would free nearly

61

four million slaves, or over 12% of the total population of the United States.

Based on the President's war powers, the Emancipation Proclamation applied to territory held by Confederates at the time. However, the Proclamation became a symbol of the Union's growing commitment to add emancipation to the Union's definition of liberty. Lincoln played a leading role in getting the constitutionally-required two-thirds majority of both houses of Congress to vote for the Thirteenth Amendment, which made emancipation universal and permanent.

Enslaved African Americans had not waited for Lincoln before escaping and seeking freedom behind Union lines. From early years of the war, hundreds of thousands of African Americans escaped to Union lines, especially in Union-controlled areas such as Norfolk and the Hampton Roads region in 1862 Virginia, Tennessee from 1862 on, the line of Sherman's march, etc. So many African Americans fled to Union lines that commanders created camps and schools for them, where both adults and children learned to read and write. The American Missionary Association entered the war effort by sending teachers south to such contraband camps, for instance, establishing schools in Norfolk and on nearby plantations.

In addition, nearly 200,000 African-American men served with distinction in the Union forces as soldiers and sailors. Most were escaped slaves. The Confederacy was outraged by armed black soldiers and refused to treat them as prisoners of war. They murdered many, as at the Fort Pillow Massacre, and re-enslaved others.

The Arizona Organic Act abolished slavery on February 24, 1863 in the

newly formed Arizona Territory. Tennessee and all of the border states (except Kentucky) abolished slavery by early 1865. Thousands of slaves were freed by the operation of the Emancipation Proclamation as Union armies marched across the South. Emancipation came to the remaining southern slaves after the surrender of all Confederate troops in spring 1865.

In spite of the South's shortage of manpower, until 1865, most Southern leaders opposed arming slaves as soldiers. However, a few Confederates discussed arming slaves. Finally in early 1865 General Robert E. Lee said black soldiers were essential, and legislation was passed. The first black units were in training when the war ended in April.

## The End of Slavery

Abraham Lincoln presents the first draft of the Emancipation Proclamation to his cabinet.

Booker T. Washington remembered Emancipation Day in early 1863, when he was a boy of nine in Virginia:

As the great day drew nearer, there was more singing in the slave quarters than usual. It was bolder, had more ring, and lasted later into the night. Most of the verses of the plantation songs had some reference to freedom.... Some man who seemed to be a stranger (a United States officer, I presume) made a little speech and then read a rather long paper— the Emancipation Proclamation, I think. After the reading we were told that we were all free, and could go when and where we pleased. My mother, who was standing by my side, leaned over and kissed her children, while tears of joy ran down her cheeks. She explained to us what it all meant, that this was the day for which she had been so long praying, but fearing that she would never live to see.

63

Abolition of slavery in the various states of the US over time:

Abolition of slavery during or shortly after the American Revolution

The Northwest Ordinance, 1787

Gradual emancipation in New York (starting 1799) and New Jersey (starting 1804)

The Missouri Compromise, 1821

Effective abolition of slavery by Mexican or joint US/British authority

Abolition of slavery by Congressional action, 1861

Abolition of slavery by Congressional action, 1862ff.

Emancipation Proclamation as originally issued, 1 Jan 1863

Subsequent operation of the Emancipation Proclamation in 1863

Abolition of slavery by state action during the Civil War

Operation of the Emancipation Proclamation in 1864

Operation of the Emancipation Proclamation in 1865

Thirteenth Amendment to the US constitution, 18 Dec 1865

Territory incorporated into the US after the passage of the Thirteenth Amendment


The war ended on June 22, 1865, and following that surrender, the Emancipation Proclamation was enforced throughout remaining regions of the South that had not yet freed the slaves. Slavery officially continued for a couple of months in other locations. Federal troops arrived in Galveston,

Texas on June 19, 1865, to enforce the emancipation. That day of gaining freedom in Texas is now celebrated as Juneteenth in many U.S. states.

The Thirteenth Amendment, abolishing slavery except as punishment for a crime, had been passed by the Senate in April 1864, and by the House of Representatives in January 1865. The amendment did not take effect until it was ratified by three fourths of the states, which occurred on December 6, 1865, when Georgia ratified it. On that date, all remaining slaves became officially free.

Legally, the last 40,000-45,000 slaves were freed in the last two slave states of Kentucky and Delaware by the final ratification of the Thirteenth Amendment to the Constitution on December 18, 1865. Slaves still held in Tennessee, Kentucky, Kansas, New Jersey, Delaware, West Virginia, Maryland, Missouri, Washington, D.C., and twelve parishes of Louisiana also became legally free on this date.

American historian R.R. Palmer opined that the abolition of slavery in the United States without compensation to the former slave owners was an "annihilation of individual property rights without parallel...in the history of the Western world". Economic historian Robert E. Wright argues that it would have been much cheaper, with minimal deaths, if the federal government had purchased and freed all the slaves, rather than fighting the Civil War. Another economic historian, Roger Ransom, writes about how Gerald Gunderson compared compensated emancipation to the cost of the war and "notes that the two are roughly the same order of magnitude — 2.5 to 3.7 billion dollars". Ransom also writes that compensated emancipation would have tripled federal outlays if paid over the period of 25 years and was a program that had no political support within the United

States during the 1860s.

## **Reconstruction to Present**

Proponents of the 13th Amendment to the Constitution knew that without legislation that codified the 13th Amendment in the form of laws and statutes along with law enforcement agencies to uphold the laws, there would be no true end to slavery, and this is the reason for the inclusion of Section 2 of the 13th Amendment authorizing Congress to establish laws upholding the amendment. The federal government also sent troops to the south to provide protection to the former slaves who were still living among their former masters.

During the Reconstruction Era, from January 1, 1863 to March 31, 1877, federal troops were stationed in the south specifically to protect black rights and prevent them from being re-enslaved. However, in the Gilded Age that followed the withdrawal, blacks were left at the mercy of the whites. When African Americans in the South no longer had the protection of federal troops, whites imposed laws to prevent them from voting, restrict their movement, and found other ways to practice involuntary servitude.

This lasted well into the 20th century. President Lyndon B. Johnson abolished peonage in 1966, which rapidly decreased sharecropping in every plantation nationwide. Journalist Douglas A. Blackmon reported in his Pulitzer Prize-winning book Slavery By Another Name that many blacks were virtually enslaved under convict leasing programs, which started after the Civil War. Most Southern states had no prisons; they leased convicts to

businesses and farms for their labor, and the lessee paid for food and board. The incentives for abuse were satisfied.

The continued involuntary servitude took various forms, but the primary forms included convict leasing, peonage, and sharecropping, with the latter eventually encompassing poor whites as well. By the 1930s, whites constituted most of the sharecroppers in the South. Mechanization of agriculture had reduced the need for farm labor, and many blacks left the South in the Great Migration.

Jurisdictions and states created fines and sentences for a wide variety of minor crimes, and used these as an excuse to arrest and sentence blacks. Under convict leasing programs, African American men, often guilty of no crime at all, were arrested, compelled to work without pay, repeatedly bought and sold, and coerced to do the bidding of the leaseholder. Sharecropping, as it was practiced during this period, often involved severe restrictions on the freedom of movement of sharecroppers, who could be whipped for leaving the plantation. Both sharecropping and convict leasing were legal and tolerated by both the north and south. However, peonage was an illicit form of forced labor. Its existence was ignored by authorities while thousands of African Americans and poor Anglo Americans were subjugated and held in bondage until the mid 1960s to the late 1970s.

With the exception of cases of peonage, beyond the period of Reconstruction, the federal government took almost no action to enforce the 13th Amendment until December 1941 when President Franklin Delano Roosevelt summoned his attorney general. Five days after Pearl Harbor, at the request of the president Attorney General Francis Biddle issued Circular No. 3591 to all federal prosecutors, instructing them to actively investigate

67

and try any case of involuntary servitude or slavery. Several months later, convict leasing was officially abolished. But aspects have persisted in other forms, while historians argue that other systems of penal labor, were all created in 1865 and convict leasing was simply the most oppressive form.

Over time a large civil rights movement arose to bring full civil rights and equality under the law to all Americans.

## Convict leasing

With emancipation a legal reality, white Southerners were concerned with both controlling the newly freed slaves and keeping them in the labor force at the lowest level. The system of convict leasing began during Reconstruction and was fully implemented in the 1880s and officially ending in the last state, Alabama, in 1928. It persisted in various forms until it was abolished in 1942 by President Franklin D. Roosevelt during World War II, several months after the attack on Pearl Harbor involved the U.S. in the conflict. This system allowed private contractors to purchase the services of convicts from the state or local governments for a specific time period. African Americans, due to "vigorous and selective enforcement of laws and discriminatory sentencing," made up the vast majority of the convicts leased.

Writer Douglas A. Blackmon writes of the system:

It was a form of bondage distinctly different from that of the antebellum South in that for most men, and the relatively few women drawn in, this slavery did not last a lifetime and did not automatically extend from one generation to the next. But it was nonetheless slavery – a system in which armies of free men, guilty of no crimes and entitled by law to freedom,

68

were compelled to labor without compensation, were repeatedly bought and sold, and were forced to do the bidding of white masters through the regular application of extraordinary physical coercion. Today this is considered Modern Day Slavery and explains the mass incarceration of African- Americans.

The constitutional basis for convict leasing is that the Thirteenth Amendment, while abolishing slavery and involuntary servitude generally, expressly permits it as a punishment for crime.

## Educational Issues

The anti-literacy laws after 1832 contributed greatly to the problem of widespread illiteracy facing the freedmen and other African Americans after Emancipation and the Civil War 35 years later. The problem of illiteracy and need for education was seen as one of the greatest challenges confronting these people as they sought to join the free enterprise system and support themselves during Reconstruction and thereafter.

Consequently, many black and white religious organizations, former Union Army officers and soldiers, and wealthy philanthropists were inspired to create and fund educational efforts specifically for the betterment of African Americans; some African Americans had started their own schools before the end of the war. Northerners helped create numerous normal schools, such as those that became Hampton University and Tuskegee University, to generate teachers, as well as other colleges for former slaves. Blacks held teaching as a high calling, with education the first priority for children and adults. Many of the most talented went into the field. Some of

69

the schools took years to reach a high standard, but they managed to get thousands of teachers started. As W. E. B. Du Bois noted, the black colleges were not perfect, but "in a single generation they put thirty thousand black teachers in the South" and "wiped out the illiteracy of the majority of black people in the land".

Northern philanthropists continued to support black education in the 20th century, even as tensions rose within the black community, exemplified by Booker T. Washington and W. E. B. Du Bois, as to the proper emphasis between industrial and classical academic education at the college level. An example of a major donor to Hampton Institute and Tuskegee was George Eastman, who also helped fund health programs at colleges and in communities. Collaborating with Washington in the early decades of the 20th century, philanthropist Julius Rosenwald provided matching funds for community efforts to build rural schools for black children. He insisted on white and black cooperation in the effort, wanting to ensure that white-controlled school boards made a commitment to maintain the schools. By the 1930s local parents had helped raise funds (sometimes donating labor and land) to create over 5,000 rural schools in the South. Other philanthropists, such as Henry H. Rogers and Andrew Carnegie, each of whom had arisen from modest roots to become wealthy, used matching fund grants to stimulate local development of libraries and schools.

## **Apologies**

On February 24, 2007, the Virginia General Assembly passed House Joint Resolution Number 728 acknowledging "with profound regret the involuntary servitude of Africans and the exploitation of Native Americans, and call for reconciliation among all Virginians". With the passing of this

resolution, Virginia became the first state to acknowledge through the state's governing body their state's negative involvement in slavery. The passing of this resolution was in anticipation of the 400th anniversary commemoration of the founding of Jamestown, Virginia (the first permanent English settlement in North America), which was an early colonial slave port. Apologies have also been issued by Alabama, Florida, Maryland, North Carolina and New Jersey.

On July 30, 2008, the United States House of Representatives passed a resolution apologizing for American slavery and subsequent discriminatory laws.

The U.S. Senate unanimously passed a similar resolution on June 18, 2009, apologizing for the "fundamental injustice, cruelty, brutality, and inhumanity of slavery". It also explicitly states that it cannot be used for restitution claims.

## Political Legacy

A 2016 study, published in The Journal of Politics, finds that "Whites who currently live in Southern counties that had high shares of slaves in 1860 are more likely to identify as a Republican, oppose affirmative action, and express racial resentment and colder feelings toward blacks." The study contends that "contemporary differences in political attitudes across counties in the American South in part trace their origins to slavery's prevalence more than 150 years ago. " The authors argue that their findings are consistent with the theory that "following the Civil War, Southern whites faced political and economic incentives to reinforce

71

existing racist norms and institutions to maintain control over the newly freed African American population. This amplified local differences in racially conservative political attitudes, which in turn have been passed down locally across generations."

A 2017 study in the British Journal of Political Science argued that the British American colonies without slavery adopted better democratic institutions in order to attract migrant workers to their colonies.

## Barbary Pirates

Barbary pirates from North Africa began to seize North American colonists as early as 1625, and roughly 700 Americans were held captive in this region as slaves between 1785 and 1815. Some captives used their experiences as a North African slave to criticize slavery in the United States, such as William Ray in his book Horrors of Slavery.

The Barbary situation led directly to the creation of the United States Navy in March 1794. While the United States managed to secure peace treaties, these obliged it to pay tribute for protection from attack. Payments in ransom and tribute to the Barbary states amounted to 20% of United States government annual expenditures in 1800. The First Barbary War in 1801 and the Second Barbary War in 1815 led to more favorable peace terms ending the payment of tribute.

## Distribution of slaveholders

72

Enumerating slave schedules by county, 393,975 named persons held 3,950,546 unnamed slaves, for an average of about ten slaves per holder. As some large holders held slaves in multiple counties and are thus multiply counted, this slightly overestimates the number of slaveholders.

Excluding slaves, the 1860 U.S. population was 27,167,529, yielding about 1 in 70 free persons (1.5%) being slaveholders. By counting only named slaveowners, this approach does not acknowledge people who benefited from slavery by being in a slaveowning household, e.g. the wife and children of an owner. Only 8% of all US families owned slaves,while in the South, 33% of families owned slaves. According to historian Joseph Glatthaar, the number of soldiers of the Confederacy's Army of Northern Virginia who either owned slaves or came from slave owning households is "almost one of every two 1861 recruits". In addition he notes that, "Untold numbers of enlistees rented land from, sold crops to, or worked for slaveholders. In the final tabulation, the vast majority of the volunteers of 1861 had a direct connection to slavery."

The distribution of slaves among holders was very unequal: holders of 200 or more slaves, constituting less than 1% of all US slaveholders (fewer than 4,000 persons, 1 in 7,000 free persons, or 0.015% of the population) held an estimated 20–30% of all slaves (800,000 to 1,200,000 slaves). Nineteen holders of 500 or more slaves have been identified. The largest slaveholder was Joshua John Ward, of Georgetown, South Carolina, who in 1850 held 1,092 slaves, and whose heirs in 1860 held 1,130 or 1,131 slaves he was dubbed "the king of the rice planters", and one of his plantations is now part of Brookgreen Gardens.

The percentage of families that owned slaves in 1860 in various groupings of states was as follows:

15 states where slavery was legal

73

Alabama, Arkansas, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, Missouri, North Carolina, South Carolina, Tennessee, Texas, Virginia 26%

11 states that seceded

Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas, Virginia    31%

7 states that seceded before Lincoln's inauguration

Alabama, Florida, Georgia, Louisiana, Mississippi, South Carolina, Texas 37%

4 states that seceded later

Arkansas, North Carolina, Tennessee, Virginia        25%

4 slave states that did not secede

Delaware, Kentucky, Maryland, Missouri      16%

## SLAVERY IN THE UNITED STATES

## REFERENCES

Wood, Peter (2003). "The Birth of Race-Based Slavery". Slate. (May 19, 2015): Reprinted from "Strange New Land: Africans in Colonial America" by Peter H. Wood with permission from Oxford University Press. ©1996, 2003.

Walton Jr, Hanes; Puckett, Sherman C.; Deskins, Donald R., eds. (2012). The African American Electorate: A Statistical History. I Chap. 4. CQ Press. p. 84. ISBN 978-087289508-9.

Smith, Julia Floyd (1973). Slavery and Plantation Growth in Antebellum Florida, 1821–1860. Gainesville: University of Florida Press. pp. 44–46. ISBN 978-0-8130-0323-8.

McDonough, Gary W. (1993). The Florida Negro. A Federal Writers' Project Legacy. University Press of Mississippi. ISBN 978-0878055883.

Stephen D. Behrendt, David Richardson, and David Eltis, W. E. B. Du Bois Institute for African and African-American Research, Harvard University. Based on "records for 27,233 voyages that set out to obtain slaves for the Americas". Stephen Behrendt (1999). "Transatlantic Slave Trade". Africana: The Encyclopedia of the African and African American Experience. New York: Basic Civitas Books. ISBN 978-0-465-00071-5.

Introduction – Social Aspects of the Civil War Archived July 14, 2007, at the Wayback Machine, National Park Service.

"Why Did So Many Christians Support Slavery?". christianitytoday.com. Retrieved August 28, 2017.

"A vision of Puerto Rico". Retrieved 25 February 2019.

Robert Wright, Richard (1941). "Negro Companions of the Spanish Explorers". Phylon. 2 (4).

"St. Augustine, Florida founded". Retrieved 25 February 2019.

Richard Hofstadter, "White Servitude", n.d., Montgomery College. Retrieved January 11, 2012.

1.Deborah Gray White, Mia Bay, and Waldo E. Martin, Jr., Freedom on My Mind: A History of African Americans (New York: Bedford/St. Martin's, 2013), 59.

Behrendt, Stephen (2005). "Transatlantic Slave Trade". In Appiah, Kwame Anthony; Gates Jr., Henry Louis. Africana: The Encyclopedia of the African and African American Experience. 5 (Second ed.). Oxford: Oxford University Press. p. 199. ISBN 978-0-19-517055-9. Retrieved April 9, 2017.

Donoghue, John (2010). Out of the Land of Bondage": The English Revolution and the Atlantic Origins of Abolition. The American Historical Review.

Higginbotham, A. Leon (1975). In the Matter of Color: Race and the American Legal Process: The Colonial Period. Greenwood Press. ISBN 9780195027457.

Tom Costa (2011). "Runaway Slaves and Servants in Colonial Virginia". Encyclopedia Virginia.

"Assessing the Slave Trade: Estimates". The Trans-Atlantic Slave Trade Database. Emory University, Atlanta, Georgia.

Higginbotham, A. Leon (1975). In the Matter of Color: Race and the American Legal Process: The Colonial Period. Greenwood Press. ISBN 9780195027457.

William M. Wiecek (1977). "the Statutory Law of Slavery and Race in the Thirteen Mainland Colonies of British America". The William and Mary

2

Quarterly. 34 (2): 258–280. doi:10.2307/1925316. JSTOR 1925316.

William J. Wood. "The Illegal Beginning of American Negro Slavery," American Bar Association Journal, January 1970.

Taunya Lovell Banks, "Dangerous Woman: Elizabeth Key's Freedom Suit – Subjecthood and Racialized Identity in Seventeenth Century Colonial Virginia", Digital Commons Law, University of Maryland Law School. Retrieved April 21, 2009.

Seybert, Tony (August 4, 2004). "Slavery and Native Americans in British North America and the United States: 1600 to 1865". Slavery in America. Archived from the original on August 4, 2004. Retrieved June 14, 2011.

Wilson, Thomas D., The Oglethorpe Plan: Enlightenment Design in Savannah and Beyond, Charlottesville: University of Virginia Press, 2012, chapter 3

Scott, Thomas Allan (July 1995). Cornerstones of Georgia history. University of Georgia Press. ISBN 978-0-8203-1743-4.

"Thurmond: Why Georgia's founder fought slavery". Archived from the original on July 15, 2012. Retrieved October 4, 2009.

"It is shocking to human Nature, that any Race of Mankind and their Posterity should be sentanc'd to perpetual Slavery; nor in Justice can we think otherwise of it, that they are thrown amongst us to be our Scourge one Day or other for our Sins: And as Freedom must be as dear to them as it is to us, what a Scene of Horror must it bring about! And the longer it is unexecuted, the bloody Scene must be the greater." – Inhabitants of New Inverness, s:Petition against the Introduction of Slavery

"Slavery in New York", The Nation, November 7, 2005

"The First Black Americans" Archived February 2, 2011, at the Wayback Machine, Hashaw, Tim; US News and World Report, 1/21/07

3

"Slavery in America", Encyclopædia Britannica's Guide to Black History. Retrieved October 24, 2007.

Trinkley, M. "Growth of South Carolina's Slave Population", South Carolina Information Highway. Retrieved October 24, 2007.

Morison and Commager: Growth of the American Republic, pp. 212–220.

Michael Tadman, "The Demographic Cost of Sugar: Debates on Slave Societies and Natural Increase in the Americas," The American Historical Review, December 2000, 105:5 online Archived August 1, 2012, at Archive.today

Martin H. Steinberg, Disorders of Hemoglobin: Genetics, Pathophysiology, and Clinical Management, pp. 725–726 Google Books

Rodney Stark, For the Glory of God: How Monotheism Led to Reformations, Science, Witch-hunts, and the End of Slavery, p.322 Google Books Note that the hardcover edition has a typographical error stating "31.2 percent"; it is corrected to 13.2 in the paperback edition. The 13.2% value for the percentage of free people of color (see below) is confirmed with 1830 census data.

Cook, Samantha; Hull, Sarah (2011-03-01). The Rough Guide to the USA. ISBN 9781405389525.

Jones, Terry L. (2007). The Louisiana Journey. ISBN 9781423623809.

Stark, Rodney (2003). For the Glory of God: How Monotheism Led to Reformations, Science, Witch-hunts, and the End of Slavery. p. 322. ISBN 978-0691114361.

Gomez, Michael A: Exchanging Our Country Marks: The Transformation of African Identities in the Colonial and Antebellum South, p. 29. Chapel Hill, NC: University of North Carolina, 1998.

Rucker, Walter C. (2006). The River Flows On: Black Resistance, Culture, and

Identity Formation in Early America. LSU Press. p. 126. ISBN 978-0-8071-3109-1.

Sandhu, Sukhdev (2011-02-17). "BBC – History – British History in depth: The First Black Britons". Retrieved 2018-06-19.

Padraic Xavier Scanlan, "Blood, Money and Endless Paper: Slavery and Capital in British Imperial History." History Compass 14.5 (2016): 218–230.

Selig, Robert A. "The Revolution's Black Soldiers". AmericanRevolution.org. Retrieved October 18, 2007.

Scribner, Robert L. (1983). Revolutionary Virginia, the Road to Independence. University of Virginia Press. p. xxiv. ISBN 978-0-8139-0748-2.

James L. Roark; et al. (2008). The American Promise, Volume I: To 1877: A History of the United States. Macmillan. p. 206. ISBN 978-0-312-58552-5.

Peter Kolchin, American Slavery: 1619–1877, New York: Hill and Wang, 1994, p. 73.

Nell, William C. (1855). "IV, Rhode Island". The Colored Patriots of the American Revolution. Robert F. Wallcut.

Foner, Eric (2010). The Fiery Trial: Abraham Lincoln and American Slavery. New York: W. W. Norton & Company, Inc. p. 205.

Liberty! The American Revolution (Documentary), Episode II:Blows Must Decide: 1774–1776. ©1997 Twin Cities Public Television, Inc. ISBN 1-4157-0217-9

"The Revolution's Black Soldiers" by Robert A. Selig, Ph.D., American Revolution website, 2013–2014

Finkelman, Paul (2007). "The Abolition of The Slave Trade". New York Public Library. Retrieved June 25, 2014.

Section 2 of Article I provides in part:

Representatives and direct taxes shall be apportioned among the several states . . . by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three-fifths of all other persons.

"Interview: James Oliver Horton: Exhibit Reveals History of Slavery in New York City", PBS Newshour, January 25, 2007. Retrieved February 11, 2012.

Hall, Robert L. (1995). "African Religious Retentions in Florida". In Colburn, David R.; Landers, Jane L. The African American Heritage of Florida. University Press of Florida. pp. 42–70. ISBN 978-0813013329.

Wasserman, Adam (2010). A People's History of Florida 1513–1876. How Africans, Seminoles, Women, and Lower Class Whites Shaped the Sunshine State (Revised 4th ed.). Adam Wasserman. ISBN 9781442167094.

Sweig, Donald (October 2014). "Alexandria to New Orleans: The Human Tragedy of the Interstate Slave Trade" (PDF). Alexandria Gazette-Packet. Retrieved February 13, 2018.

Dew, Charles B. (2016). The Making of a Racist. University of Virginia Press. ISBN 9780813938875.

Elliot, Debbie (February 4, 2006). "A Visit to the Real 'Uncle Tom's Cabin'". All Things Considered. NPR. Retrieved February 28, 2018.

Swarns, Rachel (February 14, 2018). "272 Slaves Were Sold to Save Georgetown. What Does It Owe Their Descendants?". New York Times. Retrieved February 15, 2018.

Swarns, Rachel L. (March 12, 2017). "A Glimpse Into the Life of a Slave Sold

to Save Georgetown". New York Times.

Sullivan, Patricia (August 1, 2018). "Battle over park name shows that history is never the past in Alexandria". Washington Post.

Schafer, Daniel L. (2013). Zephaniah Kingsley Jr. and the Atlantic World. Slave Trader, Plantation Owner, Emancipator. University Press of Florida. ISBN 9780813044620.

Manganelli, Kimberly Snyder (2012). Transatlantic spectacles of race : the tragic mulatta and the tragic muse. Rutgers University Press. ISBN 9780813549873.

Johnson, Walter. "The Slave Trader, the White Slave, and the Politics of Racial Determination in the 1850s". Journal of American History. 87 (1). Retrieved May 25, 2018.

Allman, T.D. (2013). Finding Florida. The True History of the Sunshine State. Atlantic Monthly Press. ISBN 9780802120762.

"She's Breeding Age: Dehumanizing Price For Getting Pregnant During Slavery | Black Then". blackthen.com. Retrieved 2018-09-05.

Phillips, Patrick (2016). Blood at the Root. A Racial Cleansing in America. W. W. Norton. ISBN 9780393293012.

Kingsley, Jr., Zephaniah; Stowell, Daniel W. (2000). "Introduction". Balancing Evils Judiciously : The Proslavery Writings of Zephaniah Kingsley. University Press of Florida. ISBN 9780813017334.[permanent dead link]

Guillory, Monique (1999), Some Enchanted Evening on the Auction Block: The Cultural Legacy of the New Orleans Quadroon Balls, Ph.D. dissertation, New York University

Dunn, Marvin (2016). A History of Florida through Black Eyes. pp. 87–88. ISBN 9781519372673.

Bercaw, Nancy. "Clary and the Fancy Girl Trade, 1806". National Museum of African-American History and Culture. Retrieved May 15, 2018.

Eblen, Tom (February 1, 2012). "Without the Civil War, who knows when Lexington's slave trade might have ended?". Lexington Herald-Leader. Retrieved May 15, 2018.

Paludan, Phillip Shaw (Summer 2006). "Lincoln and Negro Slavery: I Haven't Got Time for the Pain". Journal of the Abraham Lincoln Association. 27 (2). pp. 1–23.

Genovese, Eugene D. (1974). Roll, Jordan, Roll: The World the Slaves Made. Pantheon Books. p. 416.

Adler, Jeffrey S. (1995). "Black Violence in the New South. Patterns of Conflict in Late-Nineteenth-Century Tampa". In Colburn, David R.; Landers, Jane L. The African Ameritage Heritage of Florida. University Press of Florida. pp. 207–239. ISBN 978-0813013329.

Jefferson, Thomas. "Like a fire bell in the night" Letter to John Holmes, April 22, 1820. Library of Congress. Retrieved October 24, 2007.

de Tocqueville, Alexise. "Chapter XVIII: Future Condition Of Three Races In The United States". Democracy in America (Volume 1). ISBN 978-1-4209-2910-2.

Lee, R.E. "Robert E. Lee's opinion regarding slavery", Letter to president Franklin Pierce, December 27, 1856. civilwarhome.com. Retrieved October 24, 2007.

Beard, Charles A.; Beard, Mary R. (1921). History of the United States. New York: The Macmillan Company. p. 316.

Hammond, James Henry (March 4, 1858). "The 'Mudsill' Theory". Retrieved December 10, 2017.

Fitzhugh, George. "The Universal Law of Slavery". Retrieved December 10,

2017.

Schott, Thomas E. Alexander H. Stephens of Georgia: A Biography, 1996, p. 334.

Davis, William C. (2002). "Men but Not Brothers". Look Away!: A History of the Confederate States of America. Simon & Schuster. pp. 130–162.

Cartwright, Samuel A. (May 1851). "Report on the Diseases and Physical Peculiarities of the Negro Race". New Orleans Medical and Surgical Journal: 691–715. Retrieved May 15, 2018.

Cartwright, Samuel A. (1851). "Diseases and Peculiarities of the Negro Race". DeBow's Review. XI. Retrieved 16 November 2011.

Arthur Zilversmit, The First Emancipation: The Abolition of Slavery in the North (1967).

Junius P. Rodriguez, ed. (2015). Encyclopedia of Emancipation and Abolition in the Transatlantic World. Routledge. pp. 34–35. ISBN 9781317471806.

"Africans in America" – PBS Series – Part 4 (2007).

Miller, Randall M.; Smith, John David (1997). "Gradual abolition". Dictionary of Afro-American Slavery. Greenwood Publishing Group. p. 471.

Peter Kolchin (1993), American Slavery, pp. 77–78, 81.

Paul Finkelman, Encyclopedia of American civil liberties (2006) Volume 1, p. 845 online.

Berlin, Generations of Captivity, p. 104.

"King Cotton: Dramatic Growth of the Cotton Trade", New York Divided: Slavery and the Civil War, New-York Historical Society, accessed May 12, 2012

"Background on conflict in Liberia". Archived from the original on January

8, 2011. Paul Cuffee, a successful New England black shipping man, financed and captained a voyage for American blacks in 1815–1816 to British-ruled Sierra Leone. Cuffee believed that African Americans could more easily "rise to be a people" in Africa than in the U.S. because of its slavery, racial discrimination, and limits on black rights. Although Cuffee died in 1817, his early efforts encouraged the ACS to promote further settlements. The Friends opposed slavery but believed blacks would face better chances for freedom in Africa than in the U.S. Slaveholders opposed freedom for blacks, but thought repatriation of freedmen was a way to remove their threat to slave societies and avoid their leading rebellions.

Gilbert Hobbs Barnes, The antislavery impulse: 1830–1844 (1933)

Anne C. Loveland, "Evangelicalism and" Immediate Emancipation" in American Antislavery Thought." Journal of Southern History 32.2 (1966): 172–188. in JSTOR

"Map of Liberia, West Africa". World Digital Library. 1830. Retrieved June 3, 2013.

Sale, Maggie Montesinos (1997). The Slumbering Volcano: American Slave Ship Revolts and the Production of Rebellious Masculinity. Duke University Press. p. 45. ISBN 978-0-8223-1992-4.

"Regulation of the Trade". New York Public Library. Retrieved June 23, 2014.

"Potomac Books – University of Nebraska Press – University of Nebraska Press". Archived from the original on October 15, 2007.

Kolchin (1993), American Slavery, p. 78.

Peter Kolchin (1993), American Slavery, p. 81.

Kolchin (1993), American Slavery, p. 87.

The People's Chronology, 1994, by James Trager.

Kolchin p. 96. Through the domestic slave trade, about one million enslaved African Americans were forcibly removed from the Upper South to the Deep South, with some transported by ship in the coastwise trade. In 1834, Alabama, Mississippi, and Louisiana grew half the nation's cotton; by 1859, along with Georgia, they grew 78%. By 1859 cotton growth in the Carolinas had fallen to just 10% of the national total. Berlin p. 166.

Berlin, Generations of Captivity, pp. 168–69. Kolchin p. 96.

Marcyliena H. Morgan (2002). Language, Discourse and Power in African American Culture, p. 20. Cambridge University Press, 2002.

1860 Census Results, The Civil War Home Page.

"American Civil War Census Data". Civil-war.net. Retrieved May 27, 2014.

Berlin, Generations of Captivity, pp. 161–62.

Berlin, Generations of Captivity, pp. 168–69. Kolchin p. 96. Kolchin notes that Fogel and Engerman maintained that 84% of slaves moved with their families but "most other scholars assign far greater weight ... to slave sales." Ransome (p. 582) notes that Fogel and Engermann based their conclusions on the study of some counties in Maryland in the 1830s and attempted to extrapolate that analysis as reflective of the entire South over the entire period.

Kulikoff, Allan (1992). The Agrarian Origins of American Capitalism. Charlottesville: University of Virginia Press. pp. 226–69. ISBN 978-0-8139-1388-9.

Berlin, Generations of Captivity, pp. 166–69.

Kolchin, p. 98.

Berlin, Generations of Captivity, pp. 168–71.

Berlin, Generations of Captivity, p. 174.

Berlin, Generations of Captivity, pp. 175–77.

Berlin, Generations of Captivity, pp. 179–80.

Walter Johnson, Soul by Soul: Life Inside the Antebellum Slave Market, Cambridge, Massachusetts: Harvard University Press, 1999.

Johnson (1999), Soul by Soul, p. 2.

Mark Cheathem, "Frontiersman or Southern Gentleman? Newspaper Coverage of Andrew Jackson during the 1828 Presidential Campaign," The Readex Report (2014) 9#3 online

Collins, Kathleen (January 9, 1985). "The Scourged Back". The New York Times. History of Photography. pp. 43–45.

Moore, p. 114.

Clinton, Catherine, Scholastic Encyclopedia of the Civil War, New York: Scholastic Inc., 1999, p. 8.

Maurie D. McInnis (December 1, 2011). Slaves Waiting for Sale: Abolitionist Art and the American Slave Trade. University of Chicago Press. pp. 129–. ISBN 978-0-226-55933-9.

Moore, p. 118.

Lawrence M. Friedman (2005). A History of American Law: Third Edition. Simon and Schuster, p. 163. ISBN 0-7432-8258-2

A. Aguirre, Jr., "Slave executions in the United States," The Social Science Journal, vol. 36, issue 1 (1999), pp. 1–31.

Davis, p. 124.

Christian, Charles M., and Bennet, Sari, Black Saga: The African American

Experience: A Chronology, Basic Civitas Books, 1998, p. 90.

Burke, p. 155.

Andrew Fede (2012). People Without Rights (Routledge Revivals): An Interpretation of the Fundamentals of the Law of Slavery in the U.S. South. Routledge, p. 79. ISBN 1-136-71610-6

Morris, Thomas D. (1999). Southern Slavery and the Law, 1619–1860. University of North Carolina Press. p. 172. ISBN 978-0-8078-6430-2.

Davis, Floyd James (2001). Who Is Black?: One Nation's Definition. Penn State Press. p. 38. ISBN 978-0-271-04463-7.

Moon, p. 234.

Marable, p. 74.

"Memoirs of Madison Hemings". PBS Frontline.

Bryc, Katarzyna; Durand, Eric Y.; Macpherson, J. Michael; Reich, David; Mountain, Joanna L. (January 8, 2015). "The Genetic Ancestry of African Americans, Latinos, and European Americans across the United States". The American Journal of Human Genetics. 96 (1): 37–53. doi:10.1016/j.ajhg.2014.11.010. Retrieved May 15, 2016.

Zakharia, Fouad; Basu, Analabha; Absher, Devin; Assimes, Themistocles L; Go, Alan S; Hlatky, Mark A; Iribarren, Carlos; Knowles, Joshua W; Li, Jun; Narasimhan, Balasubramanian; Sidney, Steven; Southwick, Audrey; Myers, Richard M; Quertermous, Thomas; Risch, Neil; Tang, Hua (2009). "Characterizing the admixed African ancestry of African Americans". Genome Biology. 10 (R141): R141. doi:10.1186/gb-2009-10-12-r141.

Thomas Weiss, Review: Time on the Cross: The Economics of American Negro Slavery Archived December 20, 2011, at the Wayback Machine, Project 2001: Significant Works in Economic History, EH.net (Economic

History.net)

"Slaves and the Courts, 1740–1860 Slave code for the District of Columbia, 1860."[permanent dead link] The Library of Congress. Retrieved July 19, 2008.

Foner, Eric. Nat Turner.

Rodriguez, pp 616–17.

Morris, Thomas D. (1999). Southern Slavery and the Law, 1619–1860. University of North Carolina Press. p. 347. ISBN 978-0-8078-6430-2.

James A. McMillin, The Final Victims: Foreign Slave Trade to North America, 1783–1810, Volume 2, Univ of South Carolina Press, 2004, p. 86

Thomas, Hugh (1997). The Slave Trade. The Story of the Atlantic Slave Trade: 1440–1870. New York: Simon and Schuster. p. 568. ISBN 978-0-684-81063-8.

Finkelman, Paul (2007). "The Abolition of the Slave Trade". New York Public Library. Retrieved February 14, 2012.

Schama, Simon (2006). "Endings, Beginnings". Rough Crossings: Britain, the Slaves and the American Revolution. New York: HarperCollins. pp. 406–407. ISBN 978-0-06-053916-0.

Lindsay, Arnett G. (1920). "Diplomatic Relations Between the United States and Great Britain Bearing on the Return of Negro Slaves, 1783–1828". Journal of Negro History. 5 (4): 391–419. doi:10.2307/2713676. JSTOR 2713676.

See "Arbitration, Mediation, and Conciliation". American Foreign Relations.

Frost, J. William (1998). "Christianity and Culture in America". In Kee, Howard Clark. Christianity: A Social and Cultural History. Upper Saddle River, NJ: Prentice Hall. p. 446. ISBN 978-0-13-578071-8.

Frost, J. William (1998). "Christianity and Culture in America". In Kee, Howard Clark. Christianity: A Social and Cultural History. Upper Saddle River, NJ: Prentice Hall. p. 447. ISBN 978-0-13-578071-8.

Ahlstrom 1972, p. 648-649.

Frost (1998), Christianity, 448.

Aptheker, Herbert (1993), American Negro Slave Revolts (50th Anniversary ed.), New York, p. 368, ISBN 978-0717806058

Gates, Henry Louis (January 12, 2013). "The Five Greatest Slave Rebellions in the United States | African American History Blog | The African Americans: Many Rivers to Cross". The African Americans: Many Rivers to Cross. WTTW. Retrieved October 11, 2016.

Rasmussen, Daniel (2011). American Uprising: The Untold Story of America's Largest Slave Revolt. HarperCollins. p. 288.

J.B. Bird, author and designer. "Black Seminole slave rebellion, introduction – Rebellion". Johnhorse.com. Retrieved October 4, 2013.

"Unidentified Young Man". World Digital Library. 1839–1840. Retrieved July 28, 2013.

"Slave Revolt of 1842 | Encyclopedia of Oklahoma History and Culture".

Foner, Eric (2009). Give Me Liberty. London: Seagull Edition. pp. 406–407.

Basu, B.D. Chatterjee, R., ed. History of Education in India under the rule of the East India Company. Calcutta: Modern Review Office. pp. 3–4. Retrieved March 9, 2009.

"The Code of Virginia". Richmond: William F. Ritchie. 1849: 747–48.

"The Utah Territory Slave Code (1852) – The Black Past: Remembered and Reclaimed". www.blackpast.org. 2007-06-27. Retrieved August 28, 2017.

Acts, Resolutions, and Memorials Passed at the ... Annual, and Special Sessions, of the Legislative Assembly of the Territory of Utah. Brigham H. Young, Printers. 1866. pp. 87–88.

"Historical Demographic, Economic and Social Data: the United States, 1790–1970". Historical Statistics of the United States. ICPSR Study. Archived from the original on April 1, 2003.

Whaples, Robert (March 1995). "Where is There Consensus among American Economic Historians? The Results of a Survey on Forty Propositions". Journal of Economic History. 55 (1): 139–154. doi:10.1017/S0022050700040602. JSTOR 2123771. (Registration required (help)).

Galenson, D.W. (March 1984). "The Rise and Fall of Indentured Servants in the Americas: An Economic Approach". Journal of Economic History. 44: 1. doi:10.1017/S002205070003134X.

Tadman, M. (December 2000). "The Demographic Cost of Sugar: Debates on Slave Societies and Natural Increase in the Americas". American Historical Review. 105 (5): 1534–1575. doi:10.2307/2652029. JSTOR 2652029.

Whaples, Robert (March 1995). "Where Is There Consensus Among American Economic Historians? The Results of a Survey on Forty Propositions". The Journal of Economic History. 55 (1): 139–154. doi:10.1017/S0022050700040602. JSTOR 2123771. (Registration required (help)).

Baptist, Edward E. (2016). The Half Has Never Been Told: Slavery And The Making Of American Capitalism. Basic Books. ISBN 9780465097685.

Beckert, Sven; Rockman, Seth, eds. (2016). Slavery's Capitalism: A New History of American Economic Development. University of Pennsylvania Press. ISBN 9780812224177.

Fogel & Engerman (1974). Time on the Cross: The Economics of American Negro Slavery. New York: W.W. Norton and Company.

David, Paul A., Herbert G. Gutman, Richard Sutch, and Peter Temin. "Reckoning with slavery." (1985).

Whaples, Robert (March 1995). "Where Is There Consensus Among American Economic Historians? The Results of a Survey on Forty Propositions". The Journal of Economic History. 55 (1): 141, 146–147. doi:10.1017/S0022050700040602. JSTOR 2123771. (Registration required (help)).

Kotlikoff, L. J. (October 1979). "The Structure of Slave prices in New Orleans". Economic Inquiry. 17 (4): 496. doi:10.1111/j.1465-7295.1979.tb00544.x.

Wright, Gavin (Summer 1987). "The Economic Revolution in the American South". The Journal of Economic Perspectives. 1 (1): 161–178. doi:10.1257/jep.1.1.161. JSTOR 1942954. (Registration required (help)).

Whaples, Robert (March 1995). "Where Is There Consensus Among American Economic Historians? The Results of a Survey on Forty Propositions". The Journal of Economic History. 55 (1): 142, 147–148. doi:10.1017/S0022050700040602. JSTOR 2123771. (Registration required (help)).

Wright, Gavin (1978). The Political Economy of the Cotton South: Households, Markets, and Wealth in the Nineteenth Century. New York: W. W. Norton & Company.

de Tocqueville, Alexise. "Chapter XVIII: Future Condition Of Three Races In The United States". Democracy in America. 1. Translated by Reeve, Henry. ISBN 978-1-4209-2910-2.

Lindert, Peter H.; Williamson, Jeffrey G. (2013). "American Incomes Before and After the Revolution" (PDF). Journal of Economic History. 73 (3): 725–

765. doi:10.1017/S0022050713000594.

Lindert, Peter H.; Williamson, Jeffrey G. (September 2012). "American Incomes 1774–1860" (PDF). NBER Working Paper Series No. 18396. doi:10.3386/w18396.

Acemoğlu, Daron; Johnson, Simon; Robinson, James A. (2002). "Reversal of Fortune: Geography and Institutions in the Making of the Modern World Income Distribution" (PDF). Quarterly Journal of Economics. 117 (4): 1231–1294. doi:10.3386/w18396.

Sowell, Thomas (June 25, 2005), "The Real History of Slavery", Black Rednecks and White Liberals, New York: Encounter Books, pp. 157–158, ISBN 978-1-59403-086-4

Eaton, Clement (1964), The Freedom-of-Thought Struggle in the Old South, New York: Harper & Row, pp. 39–40

Genovese, Eugene D. (1974), Roll, Jordan, Roll, New York: Pantheon, p. 7

Sowell, Thomas (1981), Ethnic America: A History, New York: Basic Books, p. 190

Sowell, Thomas (June 25, 2005), "The Real History of Slavery", Black Rednecks and White Liberals, New York: Encounter Books, pp. 158–159, ISBN 978-1-59403-086-4

Davis, Adrienne (2002). ""Don't Let Nobody Bother Yo' Prinicple" The Sexual Economy of American Slavery". Sister Circle: Black Women and Work. Rutgers University Press. p. 107. ISBN 978-0813530611.

Davis, Adrienne (2002). ""Don't Let Nobody Bother Yo' Principle" Sexual Economy of American Slavery". Sister Circle: Black Women and Work. Rutgers University Press. p. 108. ISBN 978-0813530611.

Davis, Adrienne (2002). ""Don't Let Nobody Bother Yo' Principle" The Sexual Economy of American Slavery". Sister Circle: Black Women and Work.

Rutgers University Press. p. 109. ISBN 978-0813530611.

Davis, Adrienne (2002). ""Don't Let Nobody Bother Yo' Principle" The Sexual Economy of American Slavery". Sister Circle: Black Women and Work. Rutgers University Press. p. 119. ISBN 978-0813530611.

James M. McPherson (1992). Abraham Lincoln and the Second American Revolution. p. 134. ISBN 9780199762705.

Fehrenbacher, Don E. (1978). The Dred Scott Case: Its Significance in American Law and Politics. New York: Oxford University Press. ISBN 978-0-19-502403-6.

McPherson, Battle Cry of Freedom, p. 495.

McPherson, Battle Cry, pp. 355, 494–6, quote from George Julian on 495.

Litwack, Leon F. (1979). Been in the Storm So Long: The Aftermath of Slavery. New York: Knopf. ISBN 978-0-394-50099-7.

Lincoln's letter to O. H. Browning, September 22, 1861.

Stephen B. Oates, Abraham Lincoln: The Man Behind the Myths, page 106.

Images of America: Altoona, by Sr. Anne Francis Pulling, 2001, 10.

Letter to Greeley, August 22, 1862.

Abraham Lincoln, Second Inaugural Address, March 4, 1865.

Lincoln's Letter to A. G. Hodges, April 4, 1864.

James McPherson, The War that Never Goes Away.

James McPherson, "Drawn With the Sword", from the article "Who Freed the Slaves?"

Doyle, Robert C. C. (2010). The Enemy in Our Hands: America's Treatment of Prisoners of War from the Revolution to the War on Terror. University

Press of Kentucky. p. 76. ISBN 978-0-8131-3961-6.

Bruce C. Levine, Confederate Emancipation: Southern Plans to Free and Arm Slaves during the Civil War (2007).

Up from Slavery (1901), pp. 19–21.

"History of Juneteenth". Juneteenth World Wide Celebration. Retrieved March 9, 2014.

Charters of Freedom – The Declaration of Independence, The Constitution, The Bill of Rights

Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Section 2. Congress shall have power to enforce this article by appropriate legislation.

— Thirteenth Amendment to the United States Constitution

\* Including slaves still held in Tennessee, Kentucky, Kansas, New Jersey, Delaware, West Virginia, Maryland, Missouri, Washington, D.C., and twelve parishes of Louisiana

E. Merton Coulter, The Civil War and Readjustment in Kentucky (1926), pp. 268–70.

Bobby G. Herring. The Louisiana Tiger, "Juneteenth and Emancipation Proclamation" July 2011, p. 17.

E. Merton Coulter. The Civil War and Readjustment in Kentucky (1926), pp. 268–70.

Bobby G. Herring. The Louisiana Tiger, "Juneteenth and Emancipation Proclamation" July 2011, p. 17.

Palmer, R.R.; Colton, Joel (1995). A History of the Modern World. New York: McGraw-Hill. pp. 572–573. ISBN 978-0-07-040826-5.

Robert E. Wright, Fubarnomics (Buffalo, N.Y.: Prometheus, 2010), 83–116.

Gunderson, Gerald (1974). "The Origin of the American Civil War". Journal of Economic History. 34 (4): 915–950. doi:10.1017/S0022050700089361. JSTOR 2116615.

Ransom, Roger (August 24, 2001). Whaples, Robert, ed. "Economics of the Civil War". EH.Net Encyclopedia. Retrieved July 16, 2014.

Litwack (1998), p. 271.

Blackmon (2008), p. 4.

Anderson, James D. (1988). The Education of Blacks in the South, 1860–1935. Chapel Hill, NC: University of North Carolina Press. pp. 244–45. ISBN 978-0-8078-1793-3.

Ford, Carin T. (2004). George Eastman: The Kodak Camera Man. Enslow Publishers, INC.

O'Dell, Larry (February 25, 2007). "Virginia Apologizes for Role in Slavery". The Washington Post.

"Florida apologizes for role in slavery". Tampa Bay Times. Archived from the original on August 10, 2017. Retrieved August 28, 2017.

Congress Apologizes for Slavery, Jim Crow npr.org

Barack Obama praises Senate slavery apology Telegraph. Retrieved

September 21, 2011.

Thompson, Krissah (June 19, 2009). "Senate Backs Apology for Slavery". The Washington Post. Retrieved June 21, 2009.

Acharya, Avidit; Blackwell, Matthew; Sen, Maya (May 19, 2016). "The Political Legacy of American Slavery". The Journal of Politics. 78 (3): 000. CiteSeerX 10.1.1.397.3549. doi:10.1086/686631. ISSN 0022-3816.

Nikolova, Elena (January 1, 2017). "Destined for Democracy? Labour Markets and Political Change in Colonial British America". British Journal of Political Science. 47 (1): 19–45. doi:10.1017/S0007123415000101. ISSN 0007-1234.

Lauber, Almon Wheeler (1913). "Indian Slavery in Colonial Times Within the Present Limits of the United States Chapter 1: Enslavement by the Indians Themselves". 53 (3). Columbia University: 25–48.

Gallay, Alan (2009). "Introduction: Indian Slavery in Historical Context". In Gallay, Alan. Indian Slavery in Colonial America. Lincoln, NE: University of Nebraska Press. pp. 1–32. Retrieved March 8, 2017.

Lauber (1913), "The Number of Indian Slaves" [Ch. IV], in Indian Slavery, pp. 105–117.

Gallay, Alan. (2002) The Indian Slave Trade: The Rise of the English Empire in the American South 1670–171. New York: Yale University Press. ISBN 0-300-10193-7.

Reséndez, Andrés (2016). The other slavery: The uncovered story of Indian enslavement in America. Boston: Houghton Mifflin Harcourt. p. 324. ISBN 978-0-544-94710-8.

Yarbrough, Fay A. (2008). "Indian Slavery and Memory: Interracial sex from the slaves' perspective". Race and the Cherokee Nation. University of Pennsylvania Press. pp. 112–123.

Castillo, E.D. 1998. "Short Overview of California Indian History" Archived 2006-12-14 at the Wayback Machine, California Native American Heritage Commission, 1998. Retrieved October 24, 2007.

Castillo, E. D. 1998. "Short Overview of California Indian History" Archived December 14, 2006, at the Wayback Machine, California Native American Heritage Commission, 1998. Retrieved October 24, 2007.

Beasley, Delilah L. (1918). "Slavery in California," The Journal of Negro History, Vol. 3, No. 1. (January), pp. 33–44.

A history of the descendants of the slaves of Cherokee can be found at Sturm, Circe (1998). "Blood Politics, Racial Classification, and Cherokee National Identity: The Trials and Tribulations of the Cherokee Freedmen". American Indian Quarterly. 22 (1/2): 230–58. JSTOR 1185118. In 1835, 7.4% of Cherokee families held slaves. In comparison, nearly one-third of white families living in Confederate states owned slaves in 1860. Further analysis of the 1835 Federal Cherokee Census can be found in McLoughlin, W. G.; Conser, W. H. (1977). "The Cherokees in Transition: a Statistical Analysis of the Federal Cherokee Census of 1835". Journal of American History. 64 (3): 678–703. doi:10.2307/1887236. JSTOR 1887236. A discussion on the total number of Slave holding families can be found in Olsen, Otto H. (December 2004). "Historians and the extent of slave ownership in the Southern United States". Civil War History. Archived from the original on July 20, 2007. Retrieved June 8, 2007.

Perdue, Theda (1979). Slavery and the Evolution of Cherokee Society, 1540–1866. University of Tennessee Press. pp. 207 pages. Retrieved 28 February 2019.

Katz, William Loren (3 January 2012). Black Indians: A Hidden Heritage. Simon and Schuster. p. 254. Retrieved 1 March 2019.

Duncan, J. W. (1928). "Interesting ante-bellum laws of the Cherokee, now Oklahoma history". Chronicles of Oklahoma. 6 (2): 178–180. Retrieved July

13, 2007.

Davis, J. B. (1933). "Slavery in the Cherokee nation". Chronicles of Oklahoma. 11 (4): 1056–1072. Retrieved July 13, 2007.

Watson W. Jennison (18 January 2012). Cultivating Race: The Expansion of Slavery in Georgia, 1750–1860. University Press of Kentucky. p. 132. ISBN 978-0-8131-4021-6.

McCall, George A. (1868). Letters from the Frontiers. Philadelphia: J.B. Lippincott. p. 160. ISBN 9781429021586.

Kevin Mulroy (18 January 2016). The Seminole Freedmen: A History. University of Oklahoma Press. p. 25. ISBN 978-0-8061-5588-3.

Philip Deloria; Neal Salisbury (15 April 2008). A Companion to American Indian History. John Wiley & Sons. pp. 348–349. ISBN 978-1-4051-4378-3.

Bruce G. Trigger; Wilcomb E. Washburn (13 October 1996). The Cambridge History of the Native Peoples of the Americas. Cambridge University Press. p. 525. ISBN 978-0-521-57392-4.

Wolfgang Binder (1987). Westward Expansion in America (1803-1860). Palm & Enke. p. 147. ISBN 978-3-7896-0171-2.

James Shannon Buchanan (1955). Chronicles of Oklahoma. Oklahoma Historical Society. p. 522.

Kevin Mulroy (2007). The Seminole Freedmen: A History. University of Oklahoma Press. p. 79. ISBN 978-0-8061-3865-7.

Digital "African American Voices" Archived July 15, 2007, at the Wayback Machine, Digital History. Retrieved October 24, 2007.

"Haida Warfare", civilization.ca. Retrieved October 24, 2007.

Berthrong, Donald J. (1976). The Cheyenne and Arapaho Ordeal: Reservation and Agency Life in the Indian Territory, 1875 to 1907.

University of Oklahoma Press. p. 124. ISBN 978-0-8061-1277-0.

Breen, T. H. (2004). "Myne Owne Ground" : Race and Freedom on Virginia's Eastern Shore, 1640–1676. New York: Oxford University Press. pp. 13–15. ISBN 978-0-19-972905-0.

Conlin, Joseph (2011). The American Past: A Survey of American History. Cengage Learning. p. 370. ISBN 978-1-111-34339-2.

Stampp p. 194. Oakes pp. 47–48.

Kranz, Rachel (2004). African-American Business Leaders and Entrepreneurs. Infobase Publishing. p. 72. ISBN 978-1-4381-0779-0.

Franklin and Schweninger, p. 201.

Berlin, Generations of Captivity, p. 9.

Gates Jr.; Henry Louis (March 4, 2013). "Did Black People Own Slaves?". The Root. Archived from the original on January 23, 2014.

Mason pp. 19–20.

Berlin, Generations of Captivity, p. 138.

Oakes pp. 47–48.

Oakes pp. 47–49.

Koger, Larry (1985). "Foreword". Black Slaveowners: Free Black Masters in South Carolina, 1790–1860. Columbia, SC: University of South Carolina Press. ISBN 978-0-7864-5128-9.

"White Slaves, African Masters". University of Chicago Press

Adams, Charles Hansford (2005). The Narrative of Robert Adams: A Barbary Captive. New York: Cambridge University Press. pp. xlv–xlvi. ISBN 978-0-521-60373-7.

25

Horrors of Slavery: or, The American Tars in Tripoli, 1808.

Oren, Michael B. (November 3, 2005). "The Middle East and the Making of the United States, 1776 to 1815". Retrieved February 18, 2007.

"Total Slave Population in US, 1790–1860, by State". Archived from the original on August 22, 2007. Retrieved December 28, 2007.

Jason B. Johnson, "Slavery in Gold Rush Days – New Discoveries Prompt Exhibition, Re-examination of State's Involvement," SFGate, January 27, 2007.

Mark Gutglueck. "Mormons Created And Then Abandoned San Bernardino". San Bernardino County Sentinel.

Mary Ellen Snodgrass (2015-03-26). The Civil War Era and Reconstruction: An Encyclopedia of Social, Political, Cultural and Economic History. p. 556. ISBN 9781317457916.

Nathaniel R. Ricks (2007). A Peculiar Place for the Peculiar Institution: Slavery and Sovereignty in Early Territorial Utah.

Reeve, W. Paul; Parshall, Ardis E (2010). Mormonism: A Historical Encyclopedia. p. 26. ISBN 9781598841077.

Ronald G. Coleman. Blacks in Utah History: An Unknown Legacy (PDF).

Castillo, E.D. 1998. "Short Overview of California Indian History" Archived December 14, 2006, at the Wayback Machine, California Native American Heritage Commission, 1998. Retrieved October 24, 2007.

United States. Congress (1857). The Congressional Globe, Part 2. Blair & Rives. pp. 287–288.

Large Slaveholders of 1860 and African American Surname Matches from 1870 Archived September 5, 2015, at the Wayback Machine, by Tom Blake, 2001–2005.

1860 Census Civil War Home Page.

Glatthaar, Joseph (2009). General Lee's Army: From Victory to Collapse. New York: Free Press. pp. 20, 474. ASIN 1416596976.

The Sixteen Largest American Slaveholders from 1860 Slave Census Schedules Archived July 19, 2013, at the Wayback Machine, Transcribed by Tom Blake, April to July 2001, (updated October 2001 and December 2004 – now includes 19 holders)

Damian Alan Pargas, "Boundaries and Opportunities: Comparing Slave Family Formation in the Antebellum South"[permanent dead link], Journal of Family History 2008; 33; 316, doi:10.1177/0363199008318919

Bonekemper III, Edward H. (2015). The Myth of the Lost Cause: Why the South Fought the Civil War and Why the North Won. Washington, D.C.: Regnery Publishing. p. 39.

Kolchin p. 134.

Kolchin pp. 137–43. Horton and Horton p. 9.

Exibit II.

# LYNCHINGS

Lynching is a premeditated extrajudicial killing by a group. It is most often used to characterize informal public executions by a mob in order to punish an alleged transgressor, or to intimidate a group. It is an extreme form of informal group social control such as charivari, riding the rail, and tarring and feathering, and often conducted with the display of a public spectacle for maximum intimidation. It is to be considered an act of terrorism and punishable by law. Instances of lynchings and similar mob violence can be found in every society.

In the United States, lynchings of African Americans, typically by hanging, became frequent in the South during the period after the Reconstruction era and especially during the decades on either side of the turn of the 20th century. At the time, Southern states were passing new constitutions and laws to disenfranchise African Americans and impose legal segregation and Jim Crow rule. Most lynchings were conducted by white mobs against black victims, often suspects taken from jail before they were tried by all-white juries, or even before arrest. The political message—the promotion of white supremacy and black powerlessness—was an important element of the ritual. Lynchings were photographed and published as postcards, which were popular souvenirs in the U.S., to expand the intimidation of the acts. Victims were sometimes shot, burned alive, or otherwise tortured and mutilated in the public events In some cases the mutilated body parts were taken as mementos by the spectators. Particularly in the West.

## Etymology

The origins of the word "lynch" are obscure, but it likely originated during the American revolution. The verb comes from the phrase "Lynch Law", a

term for a punishment without trial. Two Americans during this era are generally credited for coining the phrase: Charles Lynch and William Lynch, who both lived in Virginia in the 1780s. Charles Lynch has the better claim, as he was known to have used the term in 1782, while William Lynch is not known to have used the term until much later. There is no evidence that death was imposed as a punishment by either of the two men. In 1782, Charles Lynch wrote that his assistant had administered "Lynch's law" to Tories "for Dealing with Negroes."

The origin of the terms lynching and lynch law is traditionally attributed In the United States to Charles Lynch, a Virginia Quaker. Charles Lynch (1736–1796) was a Virginia planter and American Revolutionary who headed a county court in Virginia which incarcerated Loyalist supporters of the British for up to one year during the war. While he lacked proper jurisdiction, he claimed this right by arguing wartime necessity. Subsequently, he prevailed upon his friends in the Congress of the Confederation to pass a law that exonerated him and his associates from wrongdoing. He was concerned that he might face legal action from one or more of those so incarcerated, even though the American Colonies had won the war. This action by the Congress provoked controversy, and it was in connection with this that the term "Lynch law", meaning the assumption of extrajudicial authority, came into common parlance in the United States. Lynch was not accused of racist bias. He acquitted blacks accused of murder on three separate occasions. He was accused, however, of ethnic prejudice in his abuse of Welsh miners.

William Lynch (1742–1820) from Virginia claimed that the phrase was first used in a 1780 compact signed by him and his neighbors in Pittsylvania County. While Edgar Allan Poe claimed that he found this document, it was probably a hoax.

A 17th-century legend of James Lynch fitz Stephen, who was Mayor of Galway in Ireland in 1493, says that when his son was convicted of murder,

the mayor hanged him from his own house. The story was proposed by 1904 as the origin of the word "lynch". It is dismissed by etymologists, both because of the distance in time and place from the alleged event to the word's later emergence, and because the incident did not constitute a lynching in the modern sense.

The archaic verb linch, to beat severely with a pliable instrument, to chastise or to maltreat, has been proposed as the etymological source; but there is no evidence that the word has survived into modern times, so this claim is also considered implausible.


## History

Rioters breaking into a parish prison during anti-Italian lynchings in New Orleans, Louisiana, in 1891

Every society has had forms of extrajudicial punishments, including murder. The legal and cultural antecedents of American lynching were carried across the Atlantic by migrants from the British Isles to colonial North America. Collective violence was a familiar aspect of the early modern Anglo-American legal landscape. Group violence in the British Atlantic was usually nonlethal in intention and result. In the seventeenth century, in the context of political turmoil in England and unsettled social and political conditions in the American colonies, there arose rebellions and riots that took multiple lives. In the United States, during the decades before the Civil War (sometimes called the Antebellum era), free Blacks, Latinos in the South West, and runaways were the objects of racial lynching.

But lynching attacks on U.S. blacks, especially in the South, increased dramatically in the aftermath of Reconstruction, after slavery had been abolished and freed men gained the right to vote. The peak of lynchings occurred in 1892, after southern white Democrats had regained control of state legislatures. Many incidents were related to economic troubles and

competition. At the turn of the 20th century, southern states passed new constitutions or legislation which effectively disenfranchised most blacks and many poor whites, established segregation of public facilities by race, and separated blacks from common public life and facilities through Jim Crow rules. Nearly 3,500 African Americans and 1,300 whites were lynched in the United States between 1882 and 1968.

Lynching in the British Empire during the 19th century coincided with a period of violence which denied people participation in white-dominated society on the basis of race after the Emancipation Act of 1833.

## United States

Main article: Lynching in the United States

Bodies of three men lynched in Georgia, May 1892.

Lynchings took place in the United States both before and after the American Civil War, most commonly in Southern states and Western frontier settlements and most frequently in the late 19th century. It was performed without due process of law by self-appointed commissions, mobs, or vigilantes as a form of punishment for presumed criminal offences. At the first recorded lynching, in St. Louis in 1835, a black man named McIntosh who killed a deputy sheriff while being taken to jail was captured, chained to a tree, and burned to death on a corner lot downtown in front of a crowd of over 1,000 people.

In the South in the antebellum era, members of the abolitionist movement or other people who opposed slavery were sometimes victims of mob violence. The largest lynching during the war and perhaps the largest lynching in all of U.S. history, was the lynching of 41 men in the Great Hanging at Gainesville, Texas in October 1862. Most of the victims were hanged after an extrajudicial "trial" but at least fourteen of them did not receive that formality. The men had been accused of insurrection or

treason. Five more men were hanged in Decatur, Texas as part of the same sweep.

After the war, southern whites struggled to maintain their social dominance. Secret vigilante and insurgent groups such as the Ku Klux Klan (KKK) instigated extrajudicial assaults and killings in order to keep whites in power and discourage freedmen from voting, working and getting educated. They also sometimes attacked Northerners, teachers, and agents of the Freedmen's Bureau. A study of the period from 1868 to 1871 estimates that the KKK was involved in more than 400 lynchings. The aftermath of the war was a period of upheaval and social turmoil, in which most white men had been war veterans. Mobs usually alleged crimes for which they lynched blacks. In the late 19th century, however, journalist Ida B. Wells showed that many presumed crimes were either exaggerated or had not even occurred.

The lynching of Laura Nelson in Okemah, Oklahoma, on May 25, 1911

From the 1890s onwards, the majority of those lynched were black, including at least 159 women. Between 1882 and 1968, the Tuskegee Institute recorded 1,297 lynchings of whites and 3,446 lynchings of blacks. However, lynchings of members of other ethnic groups, such as Mexicans and Chinese, were undercounted in the Tuskegee Institute's records. One of the largest mass lynchings in American history occurred in 1891, when a mob lynched eleven Italian immigrants in New Orleans, Louisiana, following their acquittal on charges that they had killed the local police chief. The largest lynching was the Chinese massacre of 1871.

Mob violence arose as a means of enforcing white supremacy and it frequently verged on systematic political terrorism. "The Ku Klux Klan, paramilitary groups, and other whites united by frustration and anger ruthlessly defended the interests of white supremacy. The magnitude of the extralegal violence which occurred during election campaigns reached epidemic proportions, leading the historian William Gillette to label it

guerrilla warfare."

Body of a lynched black male, propped up in a rocking chair for a photograph, circa 1900. Paint has been applied to his face, circular disks glued to his cheeks, cotton glued to his face and head, while a rod props up the victim's head.

During Reconstruction, the Ku Klux Klan and others used lynching as a means to control blacks, forcing them to work for planters and preventing them from exercising their right to vote. Federal troops and courts enforcing the Civil Rights Act of 1871 largely broke up the Reconstruction-era Klan.

By the end of Reconstruction in 1877, with fraud, intimidation and violence at the polls, white Democrats regained nearly total control of the state legislatures across the South. They passed laws to make voter registration more complicated, reducing black voters on the rolls. In the late 19th and early 20th centuries, from 1890 to 1908, ten of eleven Southern legislatures ratified new constitutions and amendments to effectively disenfranchise most African Americans and many poor whites through devices such as poll taxes, property and residency requirements, and literacy tests. Although required of all voters, some provisions were selectively applied against African Americans. In addition, many states passed grandfather clauses to exempt white illiterates from literacy tests for a limited period. The result was that black voters were stripped from registration rolls and without political recourse. Since they could not vote, they could not serve on juries. They were without official political voice.

The ideology behind lynching, directly connected with the denial of political and social equality, was stated forthrightly by Benjamin Tillman, governor of South Carolina and later a United States Senator:

We of the South have never recognized the right of the negro to govern white men, and we never will. We have never believed him to be the equal of the white man, and we will not submit to his gratifying his lust

on our wives and daughters without lynching him.

The lynching of African American Will James in Cairo, Illinois, on November 11, 1909. A crowd of ten thousand watched the lynching.

Postcards of the 1920 Duluth, Minnesota lynchings. Two of the black victims are still hanging while the third is on the ground. Postcards of lynchings were popular souvenirs in the U.S.

Lynchings declined briefly after the takeover in the 1870s. By the end of the 19th century, with struggles over labor and disenfranchisement, and continuing agricultural depression, lynchings rose again. The number of lynchings peaked at the end of the 19th century, but these kinds of murders continued into the 20th century. Tuskegee Institute records of lynchings between the years 1880 and 1951 show 3,437 African-American victims, as well as 1,293 white victims. Lynchings were concentrated in the Cotton Belt (Mississippi, Georgia, Alabama, Texas and Louisiana).

Due to the high rate of lynching, racism, and lack of political and economic opportunities in the South, many black southerners decided to live outside the South to escape these conditions. From 1910 to 1940, 1.5 million southern blacks migrated to urban and industrial Northern cities during the Great Migration such as New York City, Chicago, Detroit, Cincinnati, Boston, and Pittsburgh. The rapid influx of southern blacks into the North disturbed the racial balance within Northern cities, exacerbating hostility between both black and white Northerners. Many whites defended their space with violence, intimidation, or legal tactics toward blacks, while many other whites migrated to more racially homogeneous regions, a process known as white flight. Overall, blacks in Northern cities experienced systemic discrimination in a plethora of aspects of life. Throughout this period, racial tensions exploded, most violently in Chicago, and lynchings—mob-directed hangings—increased dramatically in the 1920s.

African Americans resisted through protests, marches, lobbying Congress, writing of articles, rebuttals of so-called justifications of lynching, organizing

women's groups against lynching, and getting integrated groups against lynching. African-American playwrights produced 14 anti-lynching plays between 1916 and 1935, ten of them by women.

After the release of the movie The Birth of a Nation (1915), which glorified lynching and the Reconstruction-era Klan, the Klan re-formed. Unlike its earlier form, it was heavily represented among urban populations, especially in the Midwest. In response to a large number of mainly Catholic and Jewish immigrants from Southern and Eastern Europe, the Klan espoused an anti-immigrant, anti-Catholic and anti-Jewish stance, in addition to exercising the oppression of blacks.

Members of mobs that participated in lynchings often took photographs of what they had done to their victims in order to spread awareness and fear of their power. Some of those photographs were published and sold as postcards. In 2000, James Allen published a collection of 145 lynching photos in book form as well as online, with written words and video to accompany the images.

## Dyer Bill

The Dyer Anti-Lynching Bill was first introduced to the United States Congress in 1918 by Republican Congressman Leonidas C. Dyer of St. Louis, Missouri. The bill was passed by the United States House of Representatives in 1922, and in the same year it was given a favorable report by the United States Senate Committee. Its passage was blocked by white Democratic senators from the Solid South, the only representatives elected since the southern states had disenfranchised African Americans around the start of the 20th century. The Dyer Bill influenced later anti-lynching legislation, including the Costigan-Wagner Bill. The Dyer and Costigan Wagner bills were blocked by Senator William Borah (R-ID).

As passed by the House, the Dyer Anti-Lynching Bill stated:

"To assure to persons within the jurisdiction of every State the equal protection of the laws, and to punish the crime of lynching.... Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the phrase 'mob or riotous assemblage,' when used in this act, shall mean an assemblage composed of three or more persons acting in concert for the purpose of depriving any person of his life without authority of law as a punishment for or to prevent the commission of some actual or supposed public offense."

## Decline and Civil Rights Movement

While the frequency of lynching dropped in the 1930s, there was a spike in 1930 during the Great Depression. For example, in North Texas and southern Oklahoma alone, four people were lynched in separate incidents in less than a month. In his book Russia Today: What Can We Learn from It? (1934), Sherwood Eddy wrote: "In the most remote villages of Russia today Americans are frequently asked what they are going to do to the Scottsboro Negro boys and why they lynch Negroes." A spike in lynchings occurred after World War II, as tensions arose after veterans returned home. Whites tried to re-impose white supremacy over returning black veterans. The last documented mass lynching occurred in Walton County, Georgia, in 1946, when two war veterans and their wives were killed by local white landowners.

By the 1950s, the Civil Rights Movement was gaining new momentum. It was spurred by the lynching of Emmett Till, a 14-year-old youth from Chicago who was killed while visiting an uncle in Mississippi. His mother insisted on having an open-casket funeral so that people could see how badly her son had been beaten. The black community throughout the U.S. became mobilized. Vann R. Newkirk wrote "the trial of his killers became a pageant illuminating the tyranny of white supremacy". The state of Mississippi tried two defendants, but they were acquitted by an all-white

jury.

David Jackson writes that it was the photograph of the "child's ravaged body, that forced the world to reckon with the brutality of American racism." Soviet media frequently covered racial discrimination in the U.S. Deeming American criticism of Soviet Union human rights abuses at this time as hypocrisy, the Russians responded with "And you are lynching Negroes". In Cold War Civil Rights: Race and the Image of American Democracy (2001), the historian Mary L. Dudziak wrote that Soviet Communist criticism of racial discrimination and violence in the United States influenced the federal government to support civil rights legislation.

Most, but not all, lynchings ceased by the 1960s. The murder of James Craig Anderson in Mississippi in 2011 was the last recorded fatal lynching in the United States. Jasmine Richards was convicted of "lynching" in 2016, but her conviction was for "taking by means of a riot of any person from the lawful custody of a peace officer" (California penal code 405a), not for killing anybody.


## Civil rights law

Title 18, U.S.C., Section 241, is the civil rights conspiracy statute, which makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory, or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States (or because of his/her having exercised the same) and further makes it unlawful for two or more persons to go in disguise on the highway or premises of another person with intent to prevent or hinder his or her free exercise or enjoyment of such rights. Depending upon the circumstances of the crime, and any resulting injury, the offense is punishable by a range of fines and/or imprisonment for any term of years up to life, or the death penalty.

## Felony lynching

The term 'felony lynching' was used in California law. It described the act of taking someone out of the custody of a police officer by "means of riot". It does not refer to the act of lynching, or murder by physical violence. This statute has been used to charge individuals who have tried to free someone from police custody. There have been several notable cases in the twenty-first century, some controversial, when a black person has attempted to free another black person from police custody. In 2015, Governor Jerry Brown signed legislation by Senator Holly Mitchell removing the word "lynching" from the state's criminal code without comment after it received unanimous approval in a vote by state lawmakers. Mitchell stated, "It's been said that strong words should be reserved for strong concepts, and 'lynching' has such a painful history for African Americans that the law should only use it for what it is – murder by mob." The law was otherwise unchanged.

## Effects

A 2017 study found that exposure to lynchings in the post-Reconstruction South "reduced local black voter turnout by roughly 2.5 percentage points." There was other violence directed at blacks, particularly in campaign season. Most significantly for voting, from 1890 to 1908, southern states passed new constitutions and laws that disenfranchised most blacks due to barriers to voter registration. These actions had major effects, soon reducing black voter turnout in most of the South to insignificant amounts.

Another 2017 study found supportive evidence of Stewart Tolnay and E. M. Beck's claim that lynchings were "due to economic competition between African American and white cotton workers". The study found that lynchings were associated with greater black out-migration from 1920 to 1930, and higher state-level wages.

# LYNCHING

## References

Auslander, Mark, "Holding on to Those Who Can't be Held": Reenacting a Lynching at Moore's Ford, Georgia", Southern Spaces, November 8, 2010.

"The Real Judge Lynch" (December 1901), The Atlantic Monthly

Quinones, Sam, True Tales From Another Mexico: the Lynch Mob, the Popsicle Kings, Chalino and the Bronx (University of New Mexico Press): recounts a lynching in a small Mexican town in 1998.

Without Sanctuary: Lynching Photography in America by James Allen, Hilton Als, United States Rep. John Lewis and historian Leon F. Litwack (Twin Palm Publishers: 2000). ISBN 978-0-944092-69-9.

Etymology OnLine

Wikisource Fleming, Walter Lynwood (1911). "Lynch Law" . In Chisholm, Hugh. Encyclopædia Britannica. 17 (11th ed.). Cambridge University Press. p. 169.

Gonzales-Day, Ken, Lynching in the West: 1850–1935. Duke University Press, 2006.

Markovitz, Jonathan, Legacies of Lynching: Racial Violence and Memory. University of Minnesota Press, 2004.

Before the Needles, Executions (and Lynchings) in America Before Lethal Injection. Details of thousands of lynchings

Houghton Mifflin: The Reader's Companion to American History –

1

Lynching

Lynchings in the State of Iowa

Lynchings in America

Lyrics to "Strange Fruit" a protest song about lynching, written by Abel Meeropol and recorded by Billie Holiday

The Lynching of Big Steve Long

Ida B. Wells, Lynch Law, 1893

NAACP, Thirty Years of Lynching in the United States, 1889–1918. New York City: Arno Press, 1919.

Encyclopedia of Arkansas History & Culture entry: Lynching in Arkansas

Smith, Tom. The Crescent City Lynchings: The Murder of Chief Hennessy, the New Orleans 'Mafia' Trials, and the Parish Prison Mob, crescentcitylynchings.com

Exibit III.

# MASS INCARCERATION

## MASS INCARCERATION

Mass incarceration is a term used to describe the substantial increase in the number of incarcerated people in the United States' prisons over the past forty years. The prison population of the United States dwarfs the prison population of every other developed country in the world, including countries like China and Russia. Since 1985, the number of people imprisoned in the United States has risen drastically.

The 13 Amendment rendered slavery illegal with the exception of prisoners. After slavery, many laws were passed in order to target the black population in America, such as the Jim Crow laws, which were one of the many tools used to allow the marginalization of black people and lead to mass incarceration. For example, a grant was filed in 1995 that offered a monetary reward to prisons that increased their prison population. There are currently 2.3 million African Amercans incarcerated in the United States.

## BACKGROUND

Mass incarceration began in the 1960s and 1970s with a rise in tough on crime approaches to criminal justice and with deliberate imposed intentionally punitive sentences. This approach has increased both the numbers of people entering the criminal justice system and how long they

remain under correctional control. Much of the justice system has been criticized for it's approach to incarceration, as the number of people incarcerated for non-violent offenses is large. For example, in 2016 out of 2.4 million people incarcerated 15,000 of them were minors, 12,000 of which were jailed for offenses most Americans would not even consider a crime. They are behind bars because of technical violations. Technical violations constitute not being able to meet probation or parole requirements. 3,000 minors are behind bars for status offenses, that for adults would not even be considered crimes such as truancy, running away, and incorrigibility.

Mass incarceration is a way to further stratify the country along racial lines. The way in which being a felon alters one's life qualifies as a way they became a stratified class of people. Disadvantaged social groups are more likely to go to prison, and the prison population in a way reflects their lack of privilege. It stratifies people by incapacitating them in prison, and making them unable to labor and contribute to society through their work. Eroding their ability to work and properly socialize enforces their position and stigmatization in society.

## STATISTICS

Mass incarceration predominantly affects people of color. The rate of imprisonment for black men in 2015 was 2,613 per 100,000, was 1,043 per 100,000 for Latino Men, yet it was a mere 457 per 100,000 for white men. In 2016, the United States population was 17% Latino and 13% African American. The two groups make up roughly 30% of the population but make up 60% of the united States population. Growth in incarceration is largely concentrated among young black males from impoverished inner-city neighborhoods. Incarceration rates are at least five times higher for black males than for white males across every age group. One in five black males face incarceration at some point in their adult life. Since these numbers have shown that the prison industrial system disproportionately targets these communities, it is impossible to talk about mass incarceration

without talking about its impact on minority communities.

## THE WAR ON DRUGS

The War on Drugs policy is considered to be a significant contributor to mass incarceration. In 1980, 40,900 people were incarcerated in the United States for drugs across state, federal, and local jails. In 2015, the number was 469,545, a 1048% increase over 35 years. Drug offenses make up nearly half of the federal prison population but account for only 15.7% of those incarcerated in state prisons. Around the mid 1980s, the United States' entered a phase population growth which was largely driven by policies that alligned with the war on drugs. Several federal legislative initiatives passed during this period of time targeting drug offenders. Not only did the likelihood of receiving a sentence to imprisonment increase dramatically for drug offenders over this period, but so too did the length of sentence they could expect to serve.

## SCHOOL TO PRISON PIPELINE

The term school to prison pipeline also known as the schoolhouse to jail track is a concept that was named in the 1980s. The school to prison pipeline idea that a school's harsh punishments which typically push students out of the classroom lead to the criminalization of students' misbehaviors and result in increasing a student's probability of entering the prison system. Although the school to prison pipeline is aggravated by a combination of ingredients, zero-tolerance policies are viewed as main contributors.

## WOMEN IN PRISON

While a significant number of women are imprisoned for minor offenses there are also many social factors that lead up to their detainment, particularly in women of color. Given their history of social exclusion, it seems almost certain that the social condition African American women face prior to their incarceration is marked by extreme powerlessness.

Approximately 55% of women in prison are serving for their first prison sentence. African American women are the largest group to be incarcerated as a result of drug crimes.

# MASS INCARCERATION

## References

Correctional Populations in the United States, 2010 (NCJ 236319). By Lauren E. Glaze, BJS Statistician. US Bureau of Justice Statistics (BJS), published December 2011. See PDF. See page 2 for explanation of the difference between number of prisoners in custody and the number under jurisdiction. See appendix table 3 for "Estimated number of inmates held in custody in state or federal prisons or in local jails per 100,000 U.S. residents, by sex, race and Hispanic/Latino origin, and age, June 30, 2010". See appendix table 2 for "Inmates held in custody in state or federal prisons or in local jails, December 31, 2000, and 2009–2010."

Correctional Populations in the United States, 2013 (NCJ 248479). Published December 2014 by U.S. Bureau of Justice Statistics (BJS). By Lauren E. Glaze and Danielle Kaeble, BJS statisticians. See PDF. See page 1 "highlights" section for the "1 in ..." numbers. See table 1 on page 2 for adult numbers. See table 5 on page 6 for male and female numbers. See appendix table 5 on page 13, for "Estimated number of persons supervised by adult correctional systems, by correctional status, 2000–2013." See appendix table 2: "Inmates held in custody in state or federal prisons or in local jails, 2000 and 2012–2013".

Highest to Lowest. World Prison Brief (WPB). Use dropdown menu to choose lists of countries by region, or the whole world. Use menu to select highest-to-lowest lists of prison population totals, prison population rates, percentage of pre-trial detainees / remand prisoners, percentage of female prisoners, percentage of foreign prisoners, and occupancy rate. Column headings in WPB tables can be clicked to reorder columns lowest to highest, or alphabetically. For detailed information for each country click

1

on any country name in lists. See also the WPB main data page and click on the map links and/or the sidebar links to get to the region and country desired.

""Contempt for the poor in US drives cruel policies," says UN expert". OHCHR. June 4, 2018. Retrieved June 25, 2018.

Haymes, Stephen N.; de Haymes, María V.; Miller, Reuben J., eds. (2015). The Routledge Handbook of Poverty in the United States. London and New York: Routledge. pp. 346, 389. ISBN 978 0 41 567344 0.

United States of America. World Prison Brief.

"Correctional Populations In The United States, 2014" http://www.bjs.gov/index.cfm?ty=pbdetail&iid=5519

Kaeble, Danielle (April 2018). "Correctional Populations in the United States 2016" (PDF). U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics. Retrieved October 22, 2018.

Sickmund, M., Sladky, T.J., Kang, W., & Puzzanchera, C.. "Easy Access to the Census of Juveniles in Residential Placement". Office of Juvenile Justice and Delinquency Prevention. Click "National Crosstabs" at the top, and then choose the census years. Click "Show table" to get the total number of juvenile inmates for those years. Or go here for all the years. And here.

Writer, Staff (April 14, 2009). "Debtors' prison – again". The Tampa Bay Times. United States.

California, State of (2012). "CAL. PEN. CODE § 1205". Find Law.com. California Penal Code.

Knafo, Saki (February 12, 2014). The U.S. Is Locking People Up For Being Poor. The Huffington Post. Retrieved February 12, 2014.

Genevieve LeBaron and Adrienne Roberts (March 2012). "Confining Social Insecurity: Neoliberalism and the Rise of the 21st Century Debtors' Prison".

Politics & Gender. 8 (1): 25–49. doi:10.1017/S1743923X12000062.

Timothy Williams (February 11, 2015). Jails Have Become Warehouses for the Poor, Ill and Addicted, a Report Says. The New York Times. Retrieved February 11, 2015.

Nation Behind Bars: A Human Rights Solution. Human Rights Watch, May 2014. Retrieved May 8, 2014.

Bureau of Justice Statistics (2018) Prisoners in 2016 [1].

"Why Texas is closing prisons in favour of rehab". BBC News. December 2014.

Oliver Laughland (February 12, 2015). Mass incarceration does not explain dramatic fall in US crime, study finds. The Guardian. Retrieved February 14, 2015. "Researchers at the Brennan Center for Justice placed crime statistics from all 50 states over the past four decades against 13 other potential explainers of crime reduction, including decreases in alcohol consumption, growth in income and data-driven policing techniques. The conclusion was that the sharp increase in prison numbers has had a negligible effect on the downward trend in crime, with mass incarceration responsible for around 6% of property crime reduction in the 1990s and less than a single percentage point in the 2000s."

Levitt, Steven D (2004). "Understanding Why Crime Fell in the 1990s: Four Factors that Explain the Decline and Six that Do Not". Journal of Economic Perspectives. 18 (1): 163–190. CiteSeerX 10.1.1.210.3073. doi:10.1257/089533004773563485. ISSN 0895-3309.

Emma Brown and Danielle Douglas-Gabriel (July 7, 2016). Since 1980, spending on prisons has grown three times as much as spending on public education. The Washington Post. Retrieved July 12, 2016.

"Rise of the Penitentiary | Yale University Press". yalebooks.yale.edu.

Retrieved 2018-11-19.

Christianson, Scott (2000-10-19). With Liberty for Some: 500 Years of Imprisonment in America. UPNE. ISBN 9781555534684.

Dix, Dorothea L (1843), Memorial to the Legislature of Massachusetts 1843, p. 2, retrieved November 12, 2010

O'Donnell, Jayne. "State time or federal prison?" (Archive). USA Today. March 18, 2004. Retrieved on February 5, 2016.

John Pfaff (January 28, 2017). "A Better Approach to Violent Crime". Wall Street Journal. Retrieved January 28, 2017.

Holwager, James K. (August 2012). "Behavioral management disorders and serious mental illness in a maximum-security prison: it takes a "healthily codependent" staff". Corrections Today. Retrieved 20 April 2018.

Prisoners in 2008. (NCJ 228417). December 2009 report from the U.S. Bureau of Justice Statistics (BJS). By William J. Sabol, Ph.D. and Heather C. West, Ph.D., BJS Statisticians. Also, Matthew Cooper, BJS Intern. See PDF. Table 9 on page 8 has the number of inmates in state or federal prison facilities, local jails, U.S. territories, military facilities, U.S. Immigration and Customs Enforcement (ICE) owned and contracted facilities, jails in Indian country, and juvenile facilities (2006 Census of Juveniles in Residential Placement). See 2007 juvenile total here. Table 8 on page 8 has the incarceration rates for 2000, 2007, and 2008.

Sawyer, Wendy; Wagner, Peter (March 19, 2019). "Mass Incarceration: The Whole Pie 2019". www.prisonpolicy.org. Retrieved 2019-03-22.

Walmsley, Roy (30 Jan 2009). World Prison Population List (8th Edition). From World Prison Population Lists. By International Centre for Prison Studies. "The information is the latest available in early December 2008. ... Most figures relate to dates between the beginning of 2006 and the end of November 2008." According to the summary on page one there were 2.29

4

million U.S. inmates and 9.8 million inmates worldwide. The U.S. held 23.4% of the world's inmates. The U.S. total in this report is for December 31, 2007 (see page 3), and does not include inmates in juvenile detention facilities.

Sawyer, Wendy; Wagner, Peter (March 19, 2019). "Mass Incarceration: The Whole Pie 2019". www.prisonpolicy.org. Retrieved 2019-03-22.

Sawyer, Wendy (February 27, 2018). "Youth Confinement: The Whole Pie". www.prisonpolicy.org. Retrieved 2019-03-22.

West, Heather; Sabol, William (December 2010). "Prisoners in 2009" (PDF). Bureau of Justice Statistics.

"Report: Oklahoma now 'world's prison capital'". KAKE. June 7, 2018. Retrieved December 12, 2018.

Wagner, Peter; Sawyer, Wendy (June 2018). "States of Incarceration: The Global Context 2018". Prison Policy Initiative. Retrieved December 12, 2018. "Oklahoma now has the highest incarceration rate in the U.S., unseating Louisiana from its long-held position as "the world's prison capital.""

"GAO-05-337R Information on Criminal Aliens Incarcerated in Federal and State Prisons and Local Jails" (PDF). General Accounting Office. April 7, 2005.

Mauer, Marc; King, Ryan S; Young, Malcolm C (May 2004). "The Meaning of "Life": Long Prison Sentences in Context" (PDF). The Sentencing Project. p. 3.

"2016 Crime Statistics Released". FBI.gov. Federal Bureau of Investigation. 25 September 2017. Retrieved 25 November 2017.

"Mass Incarceration: The Whole Pie 2016". National Institute of Justice. U.S. Department of Justice. 2016-03-16. Retrieved 25 November 2017.

Profile of Jail Inmates, 2002. By Doris J. James. July 18, 2004. NCJ 201932. U.S. Bureau of Justice Statistics. See Table 3 of the PDF file for the percent of inmates in for violent offenses.

"United States - Punishment and Prejudice: Racial Disparities in the War on Drugs". www.hrw.org. Retrieved 2017-04-24.

"Incarcerated America" Human Rights Watch (April 2003)

United States Crime Rates 1960–2009. Source: FBI, Uniform Crime Reports.

U.S. Department of Justice Bureau of Justice Statistics: "Prisoners in 2012 Trends in Admissions and Releases, 1991–2012" by E. Ann Carson and Daniela Golinelli Table 11: Estimated sentenced state prisoners on December 31, by most serious offense and type of admission, 1991, 2001, 2006, and 2011 | December 2013

Langan, Patrick A.; Levin, David J. (June 2, 2002). "Recidivism of Prisoners Released in 1994" (PDF). Bureau of Justice Statistics.

Durose, Matthew (April 2014). "Recidivism of Prisoners Released in 30 States in 2005: Patterns from 2005 to 2010" (PDF). Bureau of Justice Statistics. line feed character in |title= at position 46 (help)

Gefangenenraten im internationalen und nationalen Vergleich (Prison rates international comparison), University Greifswald, FRIEDER DÜNKEL • BERND GENG • STEFAN HARRENDORF, Bewährungshilfe – Soziales • Strafrecht • Kriminalpolitik, Jg. 63, 2016, Heft 2, S. 178–200, 2016.

American Exception. Inmate Count in US Dwarfs Other Nations'. New York Times. April 22, 2008. Page 1, Section A, Front Page.

Walmsley, Roy (2 Feb 2016). World Prison Population List (11th edition) (PDF). From the Research & Publications page of the World Prison Brief website. From page 1 of the PDF: "The information is the latest available at the end of October 2015." And from page 2: "This report shows that more

than 10.35 million people are held in penal institutions throughout the world, either as pre-trial detainees/remand prisoners or having been convicted and sentenced."

Correctional Populations in the United States, 2015. By Danielle Kaeble and Lauren Glaze, BJS Statisticians. Dec. 2016. Bureau of Justice Statistics. See PDF. Page 2 says: "At yearend 2015, an estimated 2,173,800 persons were either under the jurisdiction of state or federal prisons or in the custody of local jails in the United States".

Population Clock. U.S. Census Bureau. 321,032,786 people in the US on June 30, 2015.

The World Population Prospects: 2015 Revision. 29 July 2015 article. From United Nations Department of Economic and Social Affairs. 7.3 billion people in 2015.

Canada. World Prison Brief.

United Kingdom: England & Wales. World Prison Brief.

Australia. World Prison Brief.

Spain. World Prison Brief.

Greece. World Prison Brief.

Norway. World Prison Brief.

Netherlands. World Prison Brief.

Japan. World Prison Brief.

Liptak, Adam (28 Feb 2008). 1 in 100 U.S. Adults Behind Bars, New Study Says. New York Times.

Rosefielde, Steven (2007). The Russian economy: from Lenin to Putin. By Steven Rosefielde. ISBN 978-1-4051-1337-3.

7

Applebaum, Anne (2003). Gulag: a history. By Anne Applebaum. ISBN 978-0-7679-0056-0.

Gopnik, Adam (30 January 2012). The Caging of America. The New Yorker.

Breaking Down Mass Incarceration in the 2010 Census: State-by-State Incarceration Rates by Race/Ethnicity. Briefing by Leah Sakala. May 28, 2014. Prison Policy Initiative. Figures calculated with US Census 2010 SF-1 table P42 and the PCT20 table series.

Prisoners in 2015. By E. Ann Carson, Ph.D., BJS Statistician. And Elizabeth Anderson, BJS Intern. December 2016. Bureau of Justice Statistics.

"Prisoners in 2013" (PDF). Bureau of Justice Statistics. September 30, 2014. Retrieved March 18, 2016.

Jamaal Bell. Mass Incarceration: A Destroyer of People of Color and Their Communities The Huffington Post. May 17, 2010.

American Indians and Crime Bureau of Justice Statistics.

Behind Bars: Native incarceration rates increase. Indianz.com. July 13, 2001.

Percent of American Indians in jail is high The Bismarck Tribune, February 26, 2009.

Study of Native American Prisoner Issues. Native American Rights Fund, 1996.

Rubén G. Rumbaut, Roberto G. Gonzales, Golnaz Komaie, and Charlie V. Morgan. Debunking the Myth of Immigrant Criminality: Imprisonment Among First- and Second-Generation Young Men. Migration Policy Institute. June 1, 2006.

Ashley Klann. MA Hispanic Incarceration Rate 4th Highest in US. Go Local Worcester, April 29, 2013.

Sophia Kerby. The Top 10 Most Startling Facts About People of Color and Criminal Justice in the United States. Center for American Progress. March 13, 2012

Why is the African American Imprisonment Rate Higher than Whites? The Sentencing Project. October 4, 2013.

ACS DEMOGRAPHIC AND HOUSING ESTIMATES. United States Census Bureau, 2013.

Prison Inmates at Midyear 2009 - Statistical Tables (NCJ 230113). Published June 2010, by U.S. Bureau of Justice Statistics (BJS). By Heather C. West, Ph.D., BJS Statistician. See PDF. See tables 18 and 19. The rates are for adults. Rates per 100,000 can be converted to percentages.

Overview of Race and Hispanic Origin: 2010 Census Briefs Archived April 29, 2011, at the Wayback Machine. US Census Bureau. See Tables 1 and 2.

"Hispanic, Black incarceration rates signal trouble ahead". elreporterosf.com. August 3, 2007. Retrieved 2012-08-17.

"The Sentencing Project : Uneven Justice : State Rates of Incarceration by Race and Ethnicity" (PDF). Sentencingproject.org. Retrieved 2013-10-23.

"Model Minority? - Society and Culture". AEI. March 3, 2010. Retrieved 2012-08-17.

SpearIt (2015-04-02). "How Mass Incarceration Underdevelops Latino Communities". Rochester, NY: Social Science Research Network. SSRN 2589112.

Bennett, Hans (October 22, 2009). "Book Review: Asian-American Prisoners". ColorLines.com. Retrieved August 10, 2013.

Engel, Robin S. (2014). Bucerius, Sandra, ed. The Oxford Handbook of Ethnicity, Crime, and Immigration. Oxford University Press. p. 147. ISBN

9780199859016.

Stephan Thernstrom, Abigail Thernstrom (1997). America in Black and White: One Nation, Indivisible. ISBN 9780684844978. Retrieved 2012-08-17.

Simon McCormack (2014-01-06). "Nearly Half Of Black Males, 40 Percent Of White Males Are Arrested By Age 23: Study". Huffington Post. huffingtonpost.com. Retrieved 2014-02-14.

Antonio Moore (February 23, 2015). The Black Male Incarceration Problem Is Real and It's Catastrophic. The Huffington Post. Retrieved February 23, 2015.

"World Female Imprisonment List (fourth edition) | World Prison Brief". www.prisonstudies.org. Retrieved 2018-11-02.

"Did You Know? The Number Of Black Men Imprisoned In U.S. Could Fill The Prisons Of 8 Other Countries Combined". Bossip. 2015-02-25. Retrieved 2018-11-02.

Michelle., Alexander (©2012), The new Jim Crow : mass incarceration in the age of colorblindness, Chilton, Karen., Recorded Books, ISBN 9781464046148, OCLC 794597582 Check date values in: |date= (help)

Barbara H. Zaitzow; Jim Thomas (2003). Women in Prison: Gender and Social Control. Lynne Rienner Publishers. p. vii. ISBN 978-1-58826-228-8.

Cyndi Banks (2003). Women in Prison: A Reference Handbook. ABC-CLIO. pp. 1–. ISBN 978-1-57607-929-4.

Mustard, David B. "Racial, ethnic, and gender disparities in sentencing: Evidence from the U.S. Federal Courts". The Journal of Law, Economics & Policy. 285.

"Men Sentenced to Longer Prison Terms for Same Crimes, Study Says". The Huffington Post.

Stacey, Ann Martin. "Gender and the Social Costs of Sentencing: An Analysis of Sentences Imposed on Male and Female Offenders in Three U.S. District Courts". Berkeley Journal of Criminal Law.

Ed Pilkington (March 13, 2014). US criticised by UN for human rights failings on NSA, guns and drones. The Guardian. Retrieved April 5, 2014.

Natasja Sheriff (March 9, 2015). UN expert slams US as only nation to imprison kids for life without parole. Al Jazeera America. Retrieved March 13, 2015.

Chris Kirkham (October 22, 2013). Prisoners of Profit: Private Prison Empire Rises Despite Startling Record Of Juvenile Abuse. The Huffington Post. Retrieved October 22, 2013.

Case, Anne C., and Lawrence F. Katz. The company you keep: The effects of family and neighborhood on disadvantaged youths. No. w3705. National Bureau of Economic Research, 1991.

"Aging inmates clogging nation's prisons". Associated Press. September 30, 2007.

Aday, Ronald H. (2003). Aging Prisoners: Crisis in American Corrections. Praeger. ISBN 978-0-275-97123-6.

"Elderly Inmate Population Soared 1,300 Percent Since 1980s: Report". The Huffington Post. June 13, 2012.

Marksamer, Jody; Tobin, Harper (2013). Standing With LGBT Prisoners: An Advocate's Guide to Ending Abuse and Combating Imprisonment (PDF). Washington, DC: National Center for Transgender Equality. pp. 1–88. Retrieved February 14, 2015.

Tobin, Harper (April 1, 2014). "Putting Prisons on the LGBT Agenda". The Huffington Post. The Huffington Post. Retrieved February 14, 2015.

Bassichis, Daniel (2007). "It's War In Here": A Report on the Treatment of

Transgender and Intersex People in New York State Men's Prisons (PDF). Sylvia Rivera Law Project. pp. 1–50. Retrieved February 14, 2015.

Whitlock, Kay (December 15, 2005). "Corrupting Justice: A Primer for LGBT Communities on Racism, Violence, Human Degradation & the Prison Industrial Complex" (PDF). American Friends Service Committee. American Friends Service Committee. Retrieved February 14, 2015.

Beck, Allan; Berzofsky, Marcus; Caspar, Rachel; Krebs, Christopher (May 2013). Sexual Victimization in Prisons and Jails Reported by Inmates, 2011-12. National Criminal Justice Reference Service.

Horowitz, Alana (2013-02-04). "Mental Illness Soars In Prisons, Jails While Inmates Suffer". Huffington Post. Retrieved February 15, 2015.

"Mentally Ill Persons in Corrections". nicic.gov. National Institute of Corrections. Retrieved February 15, 2015.

Geller, Adam (July 15, 2014). "U.S. Jails Struggle With Role As Makeshift Asylums". The Seattle Times. The Seattle Times. Retrieved October 18, 2018.

Skeem, Jennifer; Manchak, Sarah; Peterson, Jillian (April 2011). "Correctional Policy for Offenders with Mental Illness: Creating a New Paradigm for Recidivism Reduction". Law and Human Behavior. 35 (2): 110–126. doi:10.1007/s10979-010-9223-7. PMID 20390443.

James, Doris; Glaze, Lauren (December 14, 2006). Mental Health Problems of Prison and Jail Inmates (PDF). U.S. Department of Justice: Office of Justice Programs: Bureau of Justice Statistics. pp. 1–12. Retrieved February 16, 2015.

Mental Illness, Human Rights, and US Prisons: Human Rights Watch Statement for the Record Senate Judiciary Committee Subcommittee on Human Rights and the Law (PDF). Human Rights Watch. September 22,

2009. pp. 1–14. Retrieved February 20, 2015. See p. 10.

Marisa Taylor (May 12, 2015). Report: Mentally ill inmates are routinely abused by corrections officers. Al Jazeera America. Retrieved May 17, 2015.

Peterson, Jillian; Skeem, Jennifer; Kennealy, Patrick; Bray, Beth; Zvonkovic, Andrea (2014). "How Often and How Consistently do Symptoms Directly Precede Criminal Behavior Among Offenders With Mental Illness?" (PDF). Law and Human Behavior. 38 (5): 439–449. doi:10.1037/lhb0000075. PMID 24730388. Retrieved February 20, 2015.

Torrey, E. Fuller; Kennard, Aaron; Eslinger, Don; Lamb, Richard; Pavle, James (May 2010). More Mentally Ill Persons Are in Jails and Prisons Than Hospitals: A Survey of the States (PDF). Arlington, Virginia: Treatment Advocacy Center. pp. 1–22. Retrieved February 21, 2015.

Sarah Biehl, The School-to-Prison Pipeline, 28 OHIO LAWYER, Jan.–Feb. 2014,

David M. Pedersen, Zero-Tolerance Policies, in SCHOOL VIOLENCE: FROM DISCIPLINE TO DUE PROCESS 48 (James C. Hanks ed., 2004); see also CATHERINE Y. KIM, DANIEL J. LOSEN & DAMON T. HEWITT, THE SCHOOL-TO-PRISON PIPELINE: STRUCTURING LEGAL REFORM 79 (2010)

Ralph M. Gerstein & Lois A. Gerstein Education Law: An Essential Guide for Attorneys, Teachers, Administrators, Parents and Students 195 (2nd ed. 2007).

U.S. Dep't of Educ. Office for Civil Rights, School Climate and Discipline, http://www2.ed.gov/policy/gen/guid/school-discipline/index.html

Catherine Y. Kim, Policing School Discipline, 77 BROOK. L. REV. 861, 901–02 (2012); Moll & Simmons, supra note 22, at 7; Advancement Project, Clayton County, GA, http://safequalityschools.org/pages/clayton-county-ga [https://perma.cc/8CKX-URDD] (last visited Feb. 1, 2017).

Heitzeg, Nancy A. (2009). "Education Or Incarceration: Zero Tolerance Policies And The School To Prison Pipeline" (PDF).

Koon, Danfeng Soto-Vigil. "Exclusionary School Discipline: An Issue Brief and the Review of Literature." The Chief Justice Earl Warren Institute on Law and Social Policy . University of California, Berkeley School of Law, n.d. Web. Apr. 2013.

O'Conner, R., Porowski, A., & Passa (2014). "Disproportionality in school discipline: An assessment of trends in Maryland, 2009–12" (PDF).

Mallet, Christopher A. (2016). "The School-to-Prison Pipeline: Disproportionate Impact on Vulnerable Children and Adolescents" (PDF).

Smith & Harper (2015). "Disproportionate impact of K-12 school suspension and expulsion on Black students in southern states" (PDF).

Feld, Barry C. (1999). "Bad Kids: Race and the Transformation of the Juvenile Court".

Edelman & Smith (1975). School Suspensions: Are they helping children?. Washington Research Project.

"Transfer Of State Prisoners." United States Department of Justice. Retrieved on April 14, 2016.

"How The Program Works." United States Department of Justice. Retrieved on April 14, 2016.

"What Do Security Levels Means". Injustice Security. Retrieved 28 August 2016.

Christopher Zoukis (19 May 2013). "Inmate Housing in the Federal Bureau of Prisons". Prison Law Blog. Retrieved 15 January 2017.

DEPARTMENT OF CORRECTIONS TO BAN INMATES FROM SOLICITING PEN PALS ON WEBSITES – Missouri Department of Corrections, press release

May 13, 2007. "During our review, we have identified numerous offenders who, through misleading web postings and photos, have solicited thousands of dollars from individuals and have devised other creative and purposeful intents to defraud the public"

"Arizona Inmates Back on the Net". Wired News. December 17, 2002. Retrieved 2008-01-26.

Neal Moore (March 28, 2011). "Employment Upon Release". CNN. Retrieved 2011-03-28.

"Prisoners' Rights – Legal Correspondence". FindLaw. Retrieved 2008-01-26.

"California Prison Reform and Rehabilitation". California Department of Corrections and Rehabilitation.

Prison and Detention Conditions. Human Rights Watch, retrieved May 22, 2015.

"Inhumane Prison Conditions Still Threaten Life, Health of Alabama Inmates Living with HIV/AIDS, According to Court Filings". Human Rights Watch. February 27, 2005. Retrieved 2006-06-13.

Cindy Struckman-Johnson & David Struckman-Johnson (December 2000). "Sexual Coercion Rates in Seven Midwestern Prisons for Men" (PDF). The Prison Journal. 80 (4): 379–390. doi:10.1177/0032885500080004004.

Hylton, Wil S. (July 2003). "Sick on the Inside". Harper's Magazine. Retrieved 2012-02-29.

Liliana Segura (October 1, 2013).With 2.3 Million People Incarcerated in the US, Prisons Are Big Business. The Nation. Retrieved October 9, 2013.

Abigail Leonard & Adam May (May 28, 2014). Whistleblower: Arizona inmates are dying from inadequate health care. Al Jazeera America. Retrieved July 22, 2014.

15

David M. Reutter, Gary Hunter & Brandon Sample. Appalling Prison and Jail Food Leaves Prisoners Hungry for Justice. Prison Legal News. Retrieved January 4, 2013.

Paul Egan (May 7, 2013). Michigan's new prison food contractor accused of skimping on size and quality of meals to boost profits. Detroit Free Press. Retrieved January 4, 2014.

Fassler, Joe; Brown, Claire (December 27, 2017). "Prison Food Is Making U.S. Inmates Disproportionately Sick". The Atlantic. Retrieved December 29, 2017.

"Gang and Security Threat Group Awareness". Florida Department of Corrections. Retrieved 2006-06-13.

Thompson, Don (April 5, 2008). "Prison Attacks Calling Attention to Overcrowding". Associated Press. Retrieved 2009-08-06.

Moore, Solomon (August 5, 2009). "California Prisons Must Cut Inmate Population". New York Times. p. A10. Retrieved 2009-08-06.

Order for population reduction plan, pg. 9, three-judge court convened by the Chief Judge of the United States Court of Appeals for the Ninth Circuit hearing Plata v. Schwarzenegger and Coleman v. Schwarzenegger

Medina, Jennifer (May 24, 2011). "In a California Prison, Bunk Beds Replace Pickup Games". The New York Times.

"Calif. Faces Tough Choices on Overcrowded Prisons".

Liptak, Adam (May 23, 2011). "Justices, 5-4, Tell California to Cut Prisoner Population". The New York Times. Adam Liptak. Retrieved February 15, 2016.

"RBGG and Co-Counsel Win Affirmance at Supreme Court of the United States". Rosen Bien Galvan & Grunfeld LLP. 50 Fremont Street, 19th Floor

16

San Francisco, CA 94105. May 23, 2011. Retrieved February 15, 2016.

"How Many Prisoners Are in Solitary Confinement in the United States?". February 2012.

UN News (2011-10-18). "Solitary confinement should be banned in most cases".

Dana Larson (December 8, 1999). "Norway Grants Refuge to US Smuggler". Cannabis Culture.

Cara Tabachnick (December 27, 2013). There's an alarming number of deaths in US jails. The Guardian. Retrieved December 28, 2013.

Berman, Mark (July 23, 2015). "How often do prisoners die behind bars?". The Washington Post. Retrieved February 24, 2018.

Holly Richmond (September 18, 2013). "Everybody wants condom vending machines". Grist Magazine. Grist Magazine, Inc. Retrieved September 19, 2013.

George Lavender (January 21, 2015). "California Prisons Aim To Keep Sex Between Inmates Safe, If Illegal". Around the Nation. NPR. Retrieved June 17, 2017.

Alabama Guards Stage Work Strike Months After Prisoner Uprising at Overcrowded Holman Facility. Democracy Now! September 28, 2016.

Khalek, Rania. How private prisons game the system. Salon.com. December 1, 2011.

Harcourt, Bernard (2012). The Illusion of Free Markets: Punishment and the Myth of Natural Order. Harvard University Press. ISBN 0674066162 pp. 235 & 236

Selman, Donna and Paul Leighton (2010). Punishment for Sale: Private Prisons, Big Business, and the Incarceration Binge. Rowman & Littlefield

Publishers. ISBN 1442201738 p. xi

Archambeault, William G.; Donald R. Deis Jr. (1997–1998). "Cost Effectiveness Comparisons of Private Versus Public Prisons in Louisiana: A Comprehensive Analysis of Allen, Avoyelles, and Winn Correction Centers". Journal of the Oklahoma Criminal Justice Research Consortium. 4.

Marie Gottschalk. Caught: The Prison State and the Lockdown of American Politics. Princeton University Press, 2014. p. 70

Shapiro, David. "Banking on Bondage: Private Prisons and Mass Incarceration" (PDF). American Civil Liberties Union. Retrieved March 31, 2013.

Chang, Cindy (May 29, 2012). "Louisiana is the world's prison capital". The Times-Picayune. Retrieved April 4, 2013.

Margaret Newkirk & William Selway (July 12, 2013). "Gangs Ruled Prison as For-Profit Model Put Blood on Floor." Bloomberg. Retrieved July 16, 2013.

Jerry Mitchell (September 25, 2014). East Mississippi prison called 'barbaric'. The Clarion-Ledger. Retrieved December 1, 2014. See also: A Tour of East Mississippi Correctional Facility. ACLU.

Timothy Williams (November 6, 2014). Christopher Epps, Former Chief of Prisons in Mississippi, Is Arraigned. The New York Times. Received December 2, 2014.

Stroud, Matt (February 24, 2014). The Private Prison Racket. Politico. Retrieved February 25, 2014.

Kirkham, Chris (September 27, 2012). Private Prisons: Immigration Convictions In Record Numbers Fueling Corporate Profits. The Huffington Post. Retrieved February 25, 2014.

Renee Lewis (February 23, 2015). Inmates riot at for-profit Texas immigrant

detention facility. Al Jazeera America. Retrieved February 24, 2015.

John L. Campbell (2010). "Neoliberalism's penal and debtor states". Theoretical Criminology. 14 (1): 59–73. doi:10.1177/1362480609352783.

Boucher, Dave (October 28, 2016). "CCA changes name to CoreCivic amid ongoing scrutiny". The Tennessean. Retrieved October 26, 2017.

Matt Taibbi (2014). The Divide: American Injustice in the Age of the Wealth Gap. Spiegel & Grau. ISBN 081299342X pp. 214-216.

"Prison Economics Help Drive Ariz. Immigration Law". NPR. October 28, 2010. Retrieved 2012-08-17.

Sullivan, Laura (2010). Shaping State Laws With Little Scrutiny. National Public Radio.

Elk, Mike and Sloan, Bob (2011). The Hidden History of ALEC and Prison Labor. The Nation.

Prison Privatization and the Use of Incarceration. The Sentencing Project, September 2004.

Whitehead, John (April 10, 2012). "Jailing Americans for Profit: The Rise of the Prison Industrial Complex". The Rutherford Institute. Retrieved April 2, 2013.

Pat Beall (November 22, 2013). Big business, legislators pushed for stiff sentences. The Palm Beach Post. Retrieved November 10, 2014.

Greenblatt, Alan (October 2003). "What Makes Alec Smart?". Governing.

Beau Hodai, "Corporate Con Game. How the private prison industry helped shape Arizona's anti-immigrant law", In These Times, June 20, 2010, http://inthesetimes.com/article/6084/corporate_con_game, retrieved July 25, 2015.

Page, Joshua (2011). Toughest Beat - Oxford Scholarship.

doi:10.1093/acprof:oso/9780195384055.001.0001. ISBN 9780195384055.

California Prison Guards Union Pushes For Prison Expansion. The Huffington Post. September 9, 2013.

Chris Kirkham (September 19, 2013). Prison Quotas Push Lawmakers To Fill Beds, Derail Reform. The Huffington Post. Retrieved September 20, 2013.

Eric Schlosser (December 1998). The Prison-Industrial Complex. The Atlantic. Retrieved December 31, 2013.

Ray Downs (May 17, 2013). Who's Getting Rich Off the Prison-Industrial Complex? Vice. Retrieved December 31, 2013.

Selman, Donna and Paul Leighton (2010). Punishment for Sale: Private Prisons, Big Business, and the Incarceration Binge. Rowman & Littlefield Publishers. ISBN 1442201738 p. 78

Prison Payback on YouTube. Russia Today on YouTube

Marie Gottschalk (March 5, 2015). It's Not Just the Drug War. Jacobin. Retrieved March 5, 2015.

Detention Watch Network, "The Influence of the Private Prison Industry in Immigration Detention", 2012, http://www.detentionwatchnetwork.org/privateprisons, retrieved July 25, 2015.

DiversityInc, "The Prison Industrial Complex: Biased, Predatory and Growing", October 8, 2010, http://www.diversityinc.com/diversity-management/the-prison-industrial-complex-biased-predatory-and-growing/, retrieved July 25, 2015.

David Harris-Gershon, "America's Corrupt Justice System: Federal Private Prison Populations Grew by 784% in 10 Year Span", Alternet, crossposted on Tikkun Daily, May 23, 2013, http://www.alternet.org/speakeasy/tikkundaily/americas-corrupt-justice-

system-federal-private-prison-populations-grew-784-10, retrieved July 25, 2015.

Camp, Camille; Camp, George (2000). "Corrections Yearbook 2000: Private Prisons". National Criminal Justice Reference Service. Retrieved June 14, 2015.

Justice Is Not For Sale Act. Sanders.senate.gov

Bernie Sanders declares war on the prison-industrial complex with major new bill. Salon. September 17, 2015.

Private federal prisons more dangerous, damning DoJ investigation reveals. The Guardian. August 12, 2016.

Justice Department Will Stop the Use of Private Prisons. Time. August 18, 2016.

U.S. reverses Obama-era move to phase out private prisons. Reuters. Feb 23, 2017

Watkins, Eli; Tatum, Sophie (August 18, 2017). "Private prison industry sees boon under Trump administration". CNN. Retrieved August 22, 2017.

Washington, John (December 14, 2017). "Under Trump, the Private-Prison Boom Shows No Sign of Slowing". The Nation. Retrieved December 18, 2017.

Lartey, Jamiles (December 28, 2017). "Private prison investors set for giant windfall from Trump tax bill". The Guardian. Retrieved December 29, 2017.

Conlin, Michelle; Cooke, Kristina (January 18, 2019). "$11 toothpaste: Immigrants pay big for basics at private ICE lock-ups". www.reuters.com. Retrieved January 18, 2019.

Nathan James. Federal Prison Industries. CRS Report for Congress. Updated July 13, 2007.

McCollum, William (1996). Federal Prison Industries, Inc: Hearing Before the Committee on the Judiciary, U.S. House of Representatives. DIANE Publishing. p. 7. ISBN 978-0-7567-0060-7.

Nate C. Hindman (August 15, 2012). Unicor Under Fire For Dominating Small Competitors With Cheap Prison Labor. The Huffington Post. Retrieved May 9, 2014.

Beth Schwartzapfel (February 12, 2009). Your Valentine, Made in Prison. The Nation. Retrieved April 15, 2015.

Simon McCormack (December 10, 2012). Prison Labor Booms As Unemployment Remains High; Companies Reap Benefits. The Huffington Post. Retrieved April 15, 2015.

Chris Hedges (April 5, 2015). Boycott, Divest and Sanction Corporations That Feed on Prisons. Truthdig. Retrieved April 4, 2015.

Marie Gottschalk. Caught: The Prison State and the Lockdown of American Politics. Princeton University Press, 2014. p. 61

Justin Jouvenal (January 28, 2012). "Town struggles to survive close of prison". Washington Post.

Inmates strike in prisons nationwide over 'slave labor' working conditions. The Guardian September 9, 2016.

The Largest Prison Strike in U.S. History Enters Its Second Week. The Intercept September 16, 2016.

Work Stoppage Prison Strike Continues in 11 US States. The Real News. September 20, 2016.

Kamala Kelkar (December 18, 2016). "From media cutoffs to lockdown, tracing the fallout from the U.S. prison strike". PBS Newshour.

Tarr, Duncan; Onderchanin, Stephanie (August 21, 2018). "How the

National Prisoner Strike Is Working to Help Incarcerated People in the United States". Teen Vogue. Retrieved August 23, 2018.

Neufeld, Jennie (August 22, 2018). "A mass incarceration expert says the 2018 prison strike could be "one of the largest the country has ever seen"". Vox. Retrieved August 23, 2018.

Pilkington, Ed (August 23, 2018). "Major prison strike spreads across US and Canada as inmates refuse food". The Guardian. Retrieved August 23, 2018.

Corley, Cheryl (August 21, 2018). "U.S. Inmates Plan Nationwide Prison Strike To Protest Labor Conditions". NPR. Retrieved August 23, 2018.

Bozelko, Chandra; Lo, Ryan (August 25, 2018). "As prison strikes heat up, former inmates talk about horrible state of labor and incarceration". USA Today. Retrieved August 30, 2018.

Direct expenditures by justice function, 1982–2007 (billions of dollars). Inflation adjusted to 2007 dollars. U.S. Bureau of Justice Statistics (BJS). Retrieved January 1, 2012 by the Internet Archive. See BJS timeline graph based on the data.

Justice Expenditures and Employment, FY 1982–2007 - Statistical Tables (NCJ 236218). Published December 2011. U.S. Bureau of Justice Statistics (BJS). By Tracey Kyckelhahn, Ph.D., BJS statistician. See table 2 of the PDF. "Total justice expenditures, by justice function, FY 1982–2007 (real dollars)". A total of around $74 billion for corrections in 2007.

As Arrest Records Rise, Americans Find Consequences Can Last a Lifetime. August 18, 2014. Wall Street Journal.

Annual Determination of Average Cost of Incarceration. A notice by the Prisons Bureau on March 9, 2015 in the Federal Register.

The Price of Prisons: What Incarceration Costs Taxpayers. February 29, 2012, the Vera Institute of Justice. By Christian Henrichson and Ruth

Delaney. "Total taxpayer cost per inmate. Among the 40 states surveyed, representing more than 1.2 million inmates (of 1.4 million total people incarcerated in all 50 state prison systems), the total per-inmate cost averaged $31,286 and ranged from $14,603 in Kentucky to $60,076 in New York (see Figure 4)."

California Criminal Justice FAQ: How much does it cost to incarcerate an inmate? California Legislative Analyst's Office.

Inmates Who Can't Make Bail Face Stark Options. By Laura Sullivan. January 22, 2010. National Public Radio.

Bail Burden Keeps U.S. Jails Stuffed With Inmates. By Laura Sullivan. January 21, 2010. National Public Radio.

Jail Inmates at Midyear 2009 – Statistical Tables. By Minton D. Todd. June 3, 2010. NCJ 230122. U.S. Bureau of Justice Statistics. See Table 7 of the PDF file for percent unconvicted.

Bondsman Lobby Targets Pretrial Release Programs. By Laura Sullivan. January 22, 2010. National Public Radio.

Jails Stuffed To Capacity In Many U.S. Counties. January 20, 2010. National Public Radio. Chart using 2008 jail statistics showing "50 U.S. counties with the largest numbers of inmates."

"Fiscal Year 2009 State Expenditure Report". National Association of State Budget Officers. Retrieved October 10, 2011.

One in 100: Behind Bars in America 2008. February 28, 2008. The Pew Center on the States.

The Full Cost Of Incarceration In The U.S. Is Over $1 Trillion, Study Finds. The Huffington Post. September 13, 2016.

"Violent crime rate per 1,000 persons age 12 and up".

Liedka, Raymond V.; Piehl, Anne Morrison; Useem, Bert (2006-05-01). "The Crime-Control Effect of Incarceration: Does Scale Matter?". Criminology & Public Policy. 5 (2): 245–276. doi:10.1111/j.1745-9133.2006.00376.x.

Kubrin, Charis; Seron, Carroll; Lofstrom, Magnus; Raphael, Steven (2016-03-01). "Incarceration and Crime: Evidence from California's Public Safety Realignment Reform". The Annals of the American Academy of Political and Social Science. 664: 196–220. doi:10.1177/0002716215599732.

Clear, Todd R.; Rose, Dina R.; Waring, Elin; Scully, Kristen (2003-03-01). "Coercive mobility and crime: A preliminary examination of concentrated incarceration and social disorganization". Justice Quarterly. 20 (1): 33–64. doi:10.1080/07418820300095451. ISSN 0741-8825.

DeFina, Robert; Hannon, Lance (2010-11-01). "For incapacitation, there is no time like the present: The lagged effects of prisoner reentry on property and violent crime rates". Social Science Research. 39 (6): 1004–1014. doi:10.1016/j.ssresearch.2010.08.001.

John J. Gibbons and Nicholas de B. Katzenbach (June 2006). "Confronting Confinement". Vera Institute of Justice.

Lyons, John. War on the Family: Mothers in Prison and the Children They Leave Behind (DVD). Peace Productions.

Alexander, Elizabeth (Fall 1998). "A Troubling Response To Overcrowded Prisons". Civil Rights Journal.

Aizenman, N.C. (February 29, 2008). "The high cost of incarceration". Denver Post.

"Majority of employers background check employees ... Here's why".

Michelle Alexander (2010-12-06). "How mass incarceration turns people of color into permanent second-class citizens". The American Prospect.

Michael O'Hear (November 8, 2014). "The "New Jim Crow" Reconsidered".

Retrieved November 8, 2014.

Renny., Golden (2013-10-18). War on the family : mothers in prison and the families they leave behind. New York. ISBN 9781135939700. OCLC 861692996.

Cochran, Joshua C.; Siennick, Sonja E.; Mears, Daniel P. (April 2018). "Social Exclusion and Parental Incarceration Impacts on Adolescents' Networks and School Engagement". Journal of Marriage and the Family. 80 (2): 478–498. doi:10.1111/jomf.12464. ISSN 0022-2445. PMC 5880045. PMID 29622839.

"POP1 Child population: Number of children (in millions) ages 0–17 in the United States by age, 1950–2017 and projected 2018–2050". www.childstats.gov. Retrieved 2018-10-21.

Geller, Amanda; Garfinkel, Irwin; Cooper, Carey E.; Mincy, Ronald B. (2009-12-01). "Parental Incarceration and Child Wellbeing: Implications for Urban Families". Social Science Quarterly. 90 (5): 1186–1202. doi:10.1111/j.1540-6237.2009.00653.x. ISSN 0038-4941. PMC 2835345. PMID 20228880.

Lee, Rosalyn D.; Fang, Xiangming; Luo, Feijun (April 2013). "The impact of parental incarceration on the physical and mental health of young adults". Pediatrics. 131 (4): e1188–1195. doi:10.1542/peds.2012-0627. ISSN 1098-4275. PMC 3608482. PMID 23509174.

Turney, Kristin (September 2014). "Stress proliferation across generations? Examining the relationship between parental incarceration and childhood health". Journal of Health and Social Behavior. 55 (3): 302–319. doi:10.1177/0022146514544173. ISSN 2150-6000. PMID 25138199.

Geller, Amanda; Cooper, Carey E.; Garfinkel, Irwin; Schwartz-Soicher, Ofira; Mincy, Ronald B. (February 2012). "Beyond absenteeism: father incarceration and child development". Demography. 49 (1): 49–76. doi:10.1007/s13524-011-0081-9. ISSN 0070-3370. PMC 3703506. PMID 22203452.

Garner, Andrew S.; Shonkoff, Jack P.; Committee on Psychosocial Aspects of Child and Family Health; Committee on Early Childhood, Adoption, and Dependent Care; Section on Developmental and Behavioral Pediatrics (January 2012). "Early childhood adversity, toxic stress, and the role of the pediatrician: translating developmental science into lifelong health". Pediatrics. 129 (1): e224–231. doi:10.1542/peds.2011-2662. ISSN 1098-4275. PMID 22201148.

Murray, Joseph; Murray, Lynne (July 2010). "Parental incarceration, attachment and child psychopathology". Attachment & Human Development. 12 (4): 289–309. doi:10.1080/14751790903416889. ISSN 1469-2988. PMID 20582842.

Poehlmann, Julie (September 2005). "Incarcerated mothers' contact with children, perceived family relationships, and depressive symptoms". Journal of Family Psychology: JFP: Journal of the Division of Family Psychology of the American Psychological Association (Division 43). 19 (3): 350–357. doi:10.1037/0893-3200.19.3.350. ISSN 0893-3200. PMID 16221015.

Murray, Joseph; Farrington, David P.; Sekol, Ivana (March 2012). "Children's antisocial behavior, mental health, drug use, and educational performance after parental incarceration: a systematic review and meta-analysis". Psychological Bulletin. 138 (2): 175–210. doi:10.1037/a0026407. ISSN 1939-1455. PMC 3283435. PMID 22229730.

Sack, W. H. (May 1977). "Children of imprisoned fathers". Psychiatry. 40 (2): 163–174. ISSN 0033-2747. PMID 870921.

Petsch, P., & Rochlen, A. B. (2009). Children of Incarcerated Parents: Implications for School Counselors. Journal of School Counseling, 7(40), n40.

Dacass, Tennecia (July 25, 2017). "Intergenerational Effects of Mass

Incarceration" (PDF).

Shaw, Marcus (December 2016). "The racial implications of the effects of parental incarceration on intergenerational mobility". Sociology Compass. 10 (12): 1102–1109. doi:10.1111/soc4.12440. ISSN 1751-9020.

Children of incarcerated parents. Gabel, Katherine., Johnston, Denise, 1947-. New York: Lexington Books. 1995. ISBN 978-0029110423. OCLC 31739788.

Peterson, Bryce (June 2015). "Children of Incarcerated Parents Framework Document" (PDF). Urban Institute. Retrieved October 2, 2018.

N.M. Stat. Ann. §29-7-7.3

"Safeguarding Children of Arrested Parents" (PDF). Bureau of Justice Assistance. Retrieved November 12, 2018.

Okla. Stat. tit. 22, §22-20

N.Y. Corrections Law §611

Winston, Robert; Chicot, Rebecca (2016). "The importance of early bonding on the long-term mental health and resilience of children". London Journal of Primary Care. 8 (1): 12–14. doi:10.1080/17571472.2015.1133012. ISSN 1757-1472. PMC 5330336. PMID 28250823.

Ohio Rev. Code Ann. §5120.65

Cal. Penal Code §§3410-3424

Perry, Bruce (2013). "Bonding and Attachment in Maltreated Children" (PDF). The ChildTrauma Academy. Retrieved October 4, 2018.

"Deputy Attorney General Sally Q. Yates Announces Family-Friendly Prison Policies to Strengthen Inmate-Familial Bonds". 2016-04-26. Retrieved 2018-11-12.

Naser, Rebecca L.; La Vigne, Nancy G. (March 2006). "Family Support in the Prisoner Reentry Process". Journal of Offender Rehabilitation. 43 (1): 93–106. doi:10.1300/j076v43n01_05. ISSN 1050-9674.

Serin, Ralph C.; Lloyd, Caleb D.; Hanby, Laura J. (August 2010). "Enhancing Offender Re-Entry an Integrated Model for Enhancing Offender Re-Entry". European Journal of Probation. 2 (2): 53–75. doi:10.1177/206622031000200205. ISSN 2066-2203.

2007 Okla. Sess. Laws, Chap. 274

Turanovic, Jillian J.; Rodriguez, Nancy; Pratt, Travis C. (2012). "The Collateral Consequences of Incarceration Revisited: A Qualitative Analysis of the Effects on Caregivers of Children of Incarcerated Parents". Criminology. 50 (4): 913–959. doi:10.1111/j.1745-9125.2012.00283.x.

"Having a Parent Behind Bars Costs Children, States". www.pewtrusts.org. Retrieved 2018-11-12.

Pager, Devah (March 2003). "The Mark of a Criminal Record" (PDF). American Journal of Sociology. 108 (5): 937–975. doi:10.1086/374403.

"Marked: Race, Crime, and Finding Work in an Era of Mass Incarceration by Devah Pager, an excerpt". press.uchicago.edu. Retrieved 2017-04-09.

Western, Bruce (August 2002). "The Impact of Incarceration on Wage Mobility and Inequality" (PDF). American Sociology Review. 67 (4): 526–546. doi:10.2307/3088944. JSTOR 3088944.

"The Psychological Impact of Incarceration: Implications for Post-Prison Adjustment". ASPE. 2015-11-23. Retrieved 2017-04-09.

Schmitt, John; Warner, Kris (2010). Ex-Offenders and the Labor Market (PDF). Center for Economic and Policy Research.

Decker, Scott; Spohn, Cassia; Ortiz, Natalie; Hedberg, Eric (2014). Criminal Stigma, Race, Gender, and Employment: An Expanded Assessment of the

Consequences of Imprisonment for Employment (PDF). National Institute of Justice.

Carson, E. Ann (2014). Prisoners in 2013 (PDF). U.S. Department of Justice.

Davis, Angela. Freedom is a Constant Struggle. Haymarket Books.

SpearIt (2016-01-06). "Keeping It REAL: Why Congress Must Act to Restore Pell Grant Funding for Prisoners". Rochester, NY: Social Science Research Network. SSRN 2711979.

"11 Facts About Education and Poverty in America | DoSomething.org | Volunteer for Social Change". www.dosomething.org. Retrieved 2017-02-18.

Initiative, Prison Policy. "Prisons of Poverty: Uncovering the pre-incarceration incomes of the imprisoned | Prison Policy Initiative". www.prisonpolicy.org. Retrieved 2017-02-18.

SpearIt (2014-01-01). "Economic Interest Convergence in Downsizing Imprisonment". Rochester, NY: Social Science Research Network. SSRN 2608698.

"The effect of prison on criminal behavior". Public Safety Canada. November 1999. Retrieved 2009-08-28.

18 U.S.C. § 3582(a)

Fellner, Jamie (November 30, 2006). "US Addiction to Incarceration Puts 2.3 Million in Prison". Human Rights Watch. Retrieved 2007-06-02.

Abramsky, Sasha (January 22, 2002). Hard Time Blues: How Politics Built a Prison Nation. Thomas Dunne Books. ISBN 978-0-312-26811-4.

"America's One-Million Nonviolent Prisoners" (PDF). Center on Juvenile and Criminal Justice. March 1999.

Slevin, Peter (June 8, 2006). "U.S. Prison Study Faults System and the

Public". The Washington Post.

READ: Matt Taibbi on "The Divide: American Injustice in the Age of the Wealth Gap". Democracy Now! April 14, 2014. Retrieved April 18, 2014.

Meranze, Michael (February 4, 2015). Pathology of the Carceral State. Los Angeles Review of Books. Retrieved February 16, 2015.

Alston, Philp (December 15, 2017). "Statement on Visit to the USA, by Professor Philip Alston, United Nations Special Rapporteur on extreme poverty and human rights". OHCHR. Retrieved December 21, 2017. "In many cities and counties the criminal justice system is effectively a system for keeping the poor in poverty while generating revenue to fund not only the justice system but diverse other programs. The use of the legal system, not to promote justice, but to raise revenue, as documented so powerfully in the Department of Justice's report on Ferguson, is pervasive around the country."

Hadar Aviram (September 7, 2014). Are Private Prisons to Blame for Mass Incarceration and its Evils? Prison Conditions, Neoliberalism, and Public Choice. University of California, Hastings College of the Law. Retrieved December 27, 2014.

Loïc Wacquant. Prisons of Poverty. University of Minnesota Press (2009). ISBN 0816639019.

David Jaffee (December 29, 2014). Guest column: Real reason behind prison explosion. The Florida Times-Union. Retrieved January 8, 2015.

Marie Gottschalk. Caught: The Prison State and the Lockdown of American Politics. Princeton University Press, 2014. p. 10

Loïc Wacquant. Punishing the Poor: The Neoliberal Government of Social Insecurity. Duke University Press, 2009. ISBN 082234422X

Frances Goldin, Debby Smith, Michael Smith (2014). Imagine: Living in a

Socialist USA. Harper Perennial. ISBN 0062305573 pp. 59-60.

Bernard Harcourt (April 30, 2012). Laissez-faire with strip-searches: America's two-faced liberalism. The Guardian. Retrieved December 27, 2014.

"There is nothing inevitable about America's over-use of prisons". The Economist. Retrieved 2018-10-25.

Chris Hedges. The Shame of America's Gulag. Truthdig. March 17, 2013.

Schwarz, Joel (August 3, 2008). "Bulging Prison System Called Massive Intervention in American Family Life" (Press release). University of Washington.

Fields, Gary (September 24, 2012). "Federal Guilty Pleas Soar As Bargains Trump Trials". Wall Street Journal. New York City. pp. A1.

"Federal judge blocks Alabama policy of segregating HIV inmates". Washington Post. December 21, 2012. Retrieved December 21, 2012.

Carter, Terry (August 12, 2013). "Sweeping reversal of the War on Drugs announced by Atty General Holder". ABA's 560-member policy making House of Delegates. American Bar Association. p. 1. Retrieved August 16, 2013.

"Smart on Crime: Reforming The Criminal Justice System" (PDF). Remarks to American Bar Association's Annual Convention in San Francisco, CA. US Department of Justice. August 12, 2013. p. 7. Retrieved August 16, 2013.

"Prison Strip Search is Sexually Abusive". ACLU. Retrieved December 24, 2013.

Tibbs, Donald F. (Fall 2015). "HIP HOP AND THE NEW JIM CROW: RAP MUSIC'S INSIGHT ON MASS INCARCERATION". University of Maryland Law Journal of Race, Religion, Gender & Class.

Butler, Bethonie (October 6, 2016). "Ava DuVernay's Netflix film '13th' reveals how mass incarceration is an extension of slavery". Washington Post. Retrieved 23 April 2017.

Garza, Alicia (October 7, 2014). "A Herstory of the #BlackLivesMatter Movement by Alicia Garza". The Feminist Wire. Archived from the original on 2014-10-09. Retrieved June 6, 2017.


Johnson, Kevin (March 31, 2014). "Toughness on Crime gradually gives way to fairness". USA Today. pp. 1B, 2B. Retrieved March 31, 2014.

Exibit IV.

## ECONOMIC INEQUALITY

In the United States, despite the efforts of equality proponents, income inequality persists among races and ethnicities. Asian Americans have the highest average income, followed by white Americans, Latino Americans, African Americans, and Native Americans. A variety of explanations for these differences have been proposed—such as differing access to education, two parent home family structure (70% of African American children are born out of wedlock), high school dropout rates and experience of discrimination—and the topic is highly controversial.

When the Civil Rights Act of 1964 was passed, it became illegal for employers to discriminate based on race; however, income disparities have not flattened out. After the passage of the act, the wage gap for minority groups narrowed, both in absolute difference with white wages and as a percentage of white wages, until the mid-1970s; at this time, progress for many racial minorities slowed, stopped, or reversed. As of 2009, the median weekly wage for African American and Hispanic workers was about 65 percent and 61 percent that of white workers, respectively. Asian workers' median wage was about 110 percent that of white workers.Overall, minority women's wages in comparison to those of white women are better than minority men's wages when compared to those of white men.

Wages from the labor market are the primary source of income for most families in America, and income is a socio-demographic status indicator

that is important in understanding the building of wealth.

## History of the Racial Wage Gap

The documented history of the Racial Wage Gap in the United States goes back before the Civil Rights Act, where many modern causes of racial wage inequity, such as educational disparities and discrimination, stem from were even more prevalent. Public state records from the 1930s indicate white owned schools in the south spent approximately $61 dollars per student, or $1,074.14 in 2018 dollars when adjusted for inflation, compared to just $9 per student, or $158.48 in 2018 dollars. Simultaneously, the same schools saw a discrepancy in school time, with white schools in sessions for 156 days on average, compared to 123 days on average for black schools.

However, aside from statistics of wage discrepancy between black individuals and their white counterparts, much is still unknown of wage inequity due to a lack of literature with solid empirical data to link data with an accurate model of wage discrimination. Subject to debate during the 1970s and 80s in the scholarly community was the link between geographical location and wage inequality. Following urban-dominated studies and shifting research based on evolved conceptual and study driven thinking, sociologists determined that the racial composition of a local population means for a key element in racial wage inequality. Among other factors, studies performed by Leslie Mcall indicate immigration population density as one of the leading factors in racial wage inequality. While black immigrant earnings do not deviate from the already substandard average earnings, numbers on Hispanic and Asian immigrant earnings suggest more extensive negative effects, especially in areas of high immigration density. Hispanic and Asian women, in particular, are shown to be most affected;

Hispanic and Asian women are shown to fill less skilled, domestic service jobs where the concentration of their black and white counterparts are lower. Such barriers such as language show that such large dominance of immigrant population in such sectors only breed competition between lower-earning groups, further lowering average wages for such families. Since 1980, studies have found that, conversely, such low earning labor may actually boost the economy as a whole, keeping many corporations and higher level jobs afloat with cheap skilled work, boosting the salaries of native born hispanics and whites alike.

Historically, there have been links in the discrepancies between not only earnings from labor, but in the benefits received voluntarily from employers as well. Benefits include health care, pensions, holiday and vacation days, among other government mandated and voluntary benefits. Studies done by Tali Kristal and Yinon Cohen show the link between such wage inequality and benefits received, with empirical evidence showing a steady degradation of benefits received for those of different ethnic groups. As of 2015, 32% of workers received benefits - including both mandatory and voluntary - from their employers, up from 28% in 1980. As of 2015, 44% of white employees received pension benefits, compared 36% for blacks and 28% for Hispanic employees. Health care showed similar trends, as the 2015 health coverage rates for white, black, and hispanic employees sit at 60%, 55%, and 46%, respectively.

## Causes

Studies of the wage gap for various minority races in the United States have revealed a number of factors that contribute to the differences in wages observed between white Americans and Americans of other races.

The factors contributing to the wage gaps for various races and the degree to which they affect each race varies, but many factors are common to most or all races.

## Educational Disparities

Education being one of the leading determinants of wage, contributes in a similar manner to the racial wage gap. Varying education levels among races lead to different wages for various racial groups. Education affects wages because it allows access to occupations of higher status that offer greater earnings. Mary C. Waters and Karl Eschbach studied the decrease in the black-white wage gap from the 1940s through the 1970s and found the primary reason for the decrease in the wage gap to be the narrowing of the education gap between blacks and whites.

When the education of different groups becomes more equal, wage gaps decrease, though they do not disappear. A 2017 study found that the boost to earnings from legal education was lower for minorities than for whites, although all groups typically benefited from additional education.

## Occupational Distribution Disparities

Distribution of US occupations by race.

The occupation distribution of employed persons in the United States, 1997.

The way in which races are distributed throughout occupations affects the racial wage gap. White and Asian Americans, who have the highest median incomes, are concentrated more in professional, executive, and managerial occupations than blacks, Hispanics, or American Indians. Black and Hispanic workers are not only more likely to work in blue-collar or service jobs, but they tend to be concentrated in the lower-wage/skilled jobs, such as operators, fabricators, and laborers, rather than higher-paying precision production and craft jobs within those categories. Even at similar levels of education, minorities might work in less prestigious roles. For example, among law school graduates, minorities are about 10 percent less likely than whites to practice law.

Occupational distribution varies for women of various races as well. White and Asian women are more likely to work in managerial and professional occupations, while black, Hispanic, and American Indian Women are more likely to work in service occupations. Thus, because certain races are more likely to have lower-paying jobs, gaps in median incomes between races arise.

A study conducted by Kenneth Couch and Mary Daly found that the occupational distribution between blacks and white improved between 1970 and the 1990s. In 1968, a black male was only 20 percent as likely to be employed as a manager as a white male and only 40 percent as likely to work in a professional occupation. In 1998, the percentages increased to 50% and 70 percent, respectively. Despite this improvement, however, occupational distribution differences still exist between blacks and whites. In 1998, a black male was still more likely than a white male to work in lower-skills jobs and less likely than a white male to work in high-paying jobs.

## Geographic Distribution

The distance between jobs and the location of minorities' homes affects the ability of minorities to find profitable work. Saskia Sassen found that the redistribution of manufacturing jobs out of central cities in the 1980s negatively affected the wage gap between blacks and whites because most blacks live in cities.

## Client Channeling

When wage gaps in occupations for blacks and whites are compared, it is observed that occupations that depend on social networking for success tend to have the largest racial disparities, while occupations in which success does not depend on the type of clients served tend to have the least racial disparities. This difference has been attributed to employee channeling, or the assignment by white employers of minority employees to serve minority clients. The implications of employee channeling for a black real estate agent, for example, would be that they disproportionately served black clients and neighborhoods, resulting in lower sales commissions. In this way, employee channeling, identified as a social form of discrimination, contributes to the wage gap.

## Discrimination

When human capital, skills, and other factors contributing to the racial wage gap are taken into account, many researchers find that there is still a portion of the racial wage gap that is unexplained. Many attribute this to

another factor: race. Differences in wages due solely to race is racial discrimination. Through the use of statistical controls, sociologists and economists "ask whether a given person with the same background characteristics, such as level of education, region of residence, gender, marital characteristics, has the same earnings as a statistically equivalent person from a different racial/ethnic group". Differences that emerge are taken as evidence of racial discrimination. Research has found wage and employment discrimination against blacks, Native Americans, Hispanics, and Asians; however, discrimination has been found to be a much larger contributing factor for black wages than wages of other races.

A study conducted by Grodsky & Pager (2001) found that individual attributes, such as human capital and region, account for just more than half of the black-white wage gap, and an additional 20 percent is due to different occupational distributions between blacks and whites. The remaining portion of the wage gap not accounted for by individual and occupational distribution factors is thought to be due, at least in part, to discrimination.

Discrimination based on race has been found in other research as well. Seventy-four percent of employers in one study were found to be racially biased against blacks, and blacks have been found to make lower wages than whites working in the same industry. White Latinos earn higher wages than nonwhite Latinos, regardless of whether they are native or immigrant, suggesting possible discrimination based on skin color. Additionally, many employers openly admit to discriminating against blacks and workers in the inner city, as one study by Kirschenman and Neckerman (1991) found. Hiring audits have also found discrimination in the labor market. Blacks and whites who have the same credentials receive jobs at a rate of 3:1.

## Specific Races

Wage gaps have been identified for many races within the United States; however, research has found that the size and causes of the wage gap differs by race. For instance, the median black male worker earns 74 percent as much as the median white male worker, while the median Hispanic male worker earns only 63 percent as much. To understand more fully and accurately the subject of the racial wage gap in the United States, it is useful to look at different races individually to understand the causes and outcomes that are unique to them.

Comparison of earnings by race, 1970 and 1997.

Black and Hispanic Male Earnings as a Percentage of White Male Earnings, 1979 and 1997.

Comparison of weekly earnings by race, 1965-1995.

Comparison of weekly earnings by race, 1965-1995.

## Black

The Civil Rights Act of 1964, which forbade employers from discriminating on the basis of race, was one of the earliest and greatest influences on the black-white wage gap. The act, along with the economic prosperity of the 1960s, contributed to rising black wages, increased education for blacks, and increased returns to education. Indeed, in 1940, weekly wages of the average black male were only 48.4 percent that of the average white male. In 1990, that had risen to 75 percent, a 60 percent improvement over five decades.

From the ending of legal segregation through the mid-1970s, the black-white wage gap continued to narrow. However, from the mid-1970s until almost 1990, progress in wage equality greatly slowed. From 1968-1979, the black-white wage gap decreased by an average of 1.2 percent each year. During the 80s, however, it increased .24 percent each year. During the 1990s, the black-white wage gap decreased .59 percent each year. This proportional decrease was also accompanied by a decrease in the absolute difference of black and white wages.

Analyses have uncovered some of the underlying influences in the improvements of the black-white wage gap. During the decades of progress (the 1970s and 1990s), 30 percent of the wage gap convergence can be attributed to changes in black education and experience. More equalization in employment distribution also influenced the convergence during those decades. Factors identified as contributing to decreases in wage gap convergence include "shifts in industry demand, greater occupational crowding, relative deterioration of unobservable skills in blacks, and rising overall male wage inequality".

The decline of the black-white wage gap in the 1990s was greatest for those who have less than 10 years of potential experience, for whom it decreased 1.40 percent per year. Kenneth Couch and Mary C. Daly report in their 2002 study on black-white wage inequality that these decreases are the result of greater occupational diversity and reductions in unobserved or residual differences. In the first decade of the twenty-first century, the wage gap has fluctuated in terms of the ratio between black and white wages: 67.7 percent in 2000, 64.0 percent in 2005, 67.5 percent in 2008, and 64.5 percent in 2009. The absolute difference in black and white wages, however, has decreased over this period.

Black Americans now number 47 million, 12.9% of the total population. As of 2009, the median black male income was $23,738, compared to the median white non-Hispanic male income of $36,785.

While progress in wage inequality for blacks has been made since the passage of the 1964 Civil Rights Acts, inequality and discrimination still exist. A study conducted by Major G. Coleman (2003) reports that as black and white men have more similar competitive performance ratings, racial wage differences increase rather than decrease. He also found that black wages are less than white wages in the same industry. When no factors other than race are considered, Coleman predicts the black hourly wage to be $7.49 and the white hourly wage to be $8.92, 19 percent higher than the black hourly wage. When Coleman controlled for human capital, such as education and skills, the difference decreased to 11 percent. Coleman attributed this 11 percent difference to racial discrimination.

Grodsky and Pager also calculated wage differences, and found blacks to make $3.65 less per hour than whites in the private sector and $2.85 less in the public sector. Using statistical regressions, they found that human capital, region, and marital status account for 55 percent of the wage gap difference. An additional 20 percent of the wage gap was attributed to differences in occupational distributions between blacks and whites. Thus, 25 percent of the wage gap was unaccounted for by their model.

Black women experience more wage equality in comparison to white women than black men do to white men. By the mid-1970s, wages for black and white women were almost equal; however, since then, black women's wages have decreased about 10 percent relative to white

women's wages. This difference that emerged has been attributed to the increase of white women in the labor force following the mid-1970s.

It has been suggested that when more white women began working, the advantages of black women from unmeasured differences in labor force attachment disappeared, revealing a racial wage gap. While an overall wage gap appeared between black and white women, by 1980, the earnings of black women with college degrees surpassed those of white women with college degrees. An understanding of the earnings of black women has recently become recognized as an important area of research due to role that black women traditionally have in terms of family income: black married couples typically have relied more on women's earnings than other races and the percentage of single-parent, female-maintained families is highest among the black population.

# ECONOMIC INEQUALITY

## References

"FACTS: Income Inequality in the United States". inequality.org. Retrieved 10 January 2019.

"Why the gap between worker pay and productivity might be a myth". 2015-07-23.

"The Distribution of Household Income and Federal Taxes 2011". Congressional Budget Office, US Government. November 2014.

John Cassidy (November 18, 2013). "American Inequality in Six Charts". The New Yorker.

Porter, Eduardo (2013-11-12). "Rethinking the Rise of Inequality". New York Times.

"Income Inequality in the U.S. in Cross-National Perspective" (PDF). Luxembourg Income Study Center. April 2015.

"The World Factbook". cia.gov.

"The Distribution of Household Income and Federal Taxes 2007". Congressional Budget Office, US ；  Government. October 2011.

Krugman, Paul (2007). The Conscience of a Liberal. W.W. Norton Company, Inc. ISBN 978-0-393-06069-0.

https://persquaremile.com/2011/12/16/income-inequality-in-the-roman-empire/

https://www.huffingtonpost.com/2011/12/19/us-income-inequality-ancient-rome-levels_n_1158926.html

1

https://voxeu.org/article/ancient-income-inequality

http://www.pewresearch.org/fact-tank/2013/12/05/u-s-income-inequality-on-rise-for-decades-is-now-highest-since-1928/

"Emmanuel Saez". berkeley.edu.

"US Census Bureau. (2001). Historical Income Tables – Income Equality". Archived from the original on February 8, 2007. Retrieved June 20, 2007.

"Weinberg, D. H. (June 1996). A Brief Look At Postwar U.S. Income Inequality. US Census Bureau" (PDF). Retrieved June 20, 2007.

"Burtless, G. (January 11, 200). Has U.S. Income Inequality Really Increased?. The Brookings Institution". Archived from the original on June 16, 2007. Retrieved June 20, 2007.

"Johnston, D. (March 29, 2007). Income Gap Is Widening, Data Shows. The New York Times". March 29, 2007. Retrieved June 20, 2007.

"Shaprio, E. (October 17, 2005). New IRS Data Show Income Inequality Is Again of The Rise. Center on Budget and Policy Priorities". Retrieved June 20, 2007.

Rugaber, Christopher S.; Boak, Josh (January 27, 2014). "Wealth gap: A guide to what it is, why it matters". AP News. Retrieved January 27, 2014.

Gilbert, Dennis (2002). American Class Structure in an Age of Growing Inequality. Wadsworth.

Beeghley, Leonard (2004). The Structure of Social Stratification in the United States. Boston, MD: Pearson, Allyn & Bacpn.

Piketty, Thomas (2014). Capital in the Twenty-First Century. Belknap Press. ISBN 067443000X "The Explosion of US Inequality after 1980": pp. 294–96.

Weeks, J. (2007). Inequality Trends in Some Developed OECD countries. In J. K. S. & J. Baudot (Ed.), Flat World, Big Gaps (159–74). New York: ZED

Books (published in association with the United Nations).

"Compare your country". compareyourcountry.org.

"Can Domestic Policy Affect Income Distribution?" by Timothy Noah, The New Republic (March 13, 2012)

"Among the industrial democracies where income inequality is increasing, it's much worse in the United States than it is almost anywhere else. Among 34 nations recently surveyed by the OECD, the United States got beat only by Turkey, Mexico, and Chile. That's as measured by the Gini coefficient, and including taxes and government transfer payments." Note: inequality is higher in less economically developed countries such as Turkey, Mexico, Chile, which are also members of the OECD

Maxwell Strachan (May 1, 2014). The U.S. Is Even More Unequal Than You Realized. The Huffington Post. Retrieved May 1, 2014.

Richard Wolff (October 26, 2011). How the 1% got richer, while the 99% got poorer. The Guardian. Retrieved October 6, 2014

Wiseman, Paul (September 10, 2013). "Richest 1 percent earn biggest share since '20s". AP News. Retrieved September 10, 2013.

"More Bad News For The Middle Class," by Timothy Noah, The New Republic (September 12, 2012)

"Emanuel Saez-Income and Wealth Inequality: Evidence and Policy Implications-October 2014" (PDF).

Kevin McCormally (April 23, 2016). "Where do you rank as a taxpayer?". Kiplinger.

"The United States of Inequality Entry 8: The Stinking Rich and the Great

3

Divergence," by Timothy Noah, Slate.com (September 14, 2010)

"Distributional National Accounts". Retrieved December 21, 2016.

"It can be morning again for the world's middle class". Financial Times. 2015-01-18.

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2015. November 2018.

CBO-The Distribution of Household Income, 2015-November 8, 2018

Stiglitz, J.E. (June 14, 2012) "We've been brainwashed" Salon

"The U.S.'s high income gap is met with relatively low public concern". Pew Research Center. December 6, 2013.

"Credit Suisse Research Institute Global Wealth Databook 2013" (PDF).

Steven Rattner (November 2014). "Inequality, Unbelievably, Gets Worse". The New York Times.

"Monetary policy and long-term trends". voxeu.org. 2014-11-03.

Stiglitz, Joseph E. (2013-01-19). "Inequality Is Holding Back the Recovery".

"FRED Graph". stlouisfed.org.

Capitalism vs Corporatism - Edmund Phelps Columbia University. January 11, 2010.

Corporatism, Not Capitalism Is To Blame For Inequality - Edmund Phelps Financial Times. July 24, 2014.

Gérard Duménil and Dominique Lévy (2004). Capital Resurgent: Roots of the Neoliberal Revolution. Harvard University Press. ISBN 0674011589

"The advent of economic neoliberalism in the 1980s triggered a shift in

the world economy. In the three decades following World War II, now considered a golden age of capitalism, economic growth was high and income inequality decreasing. But in the mid-1970s this social compact was broken as the world economy entered the stagflation crisis, following a decline in the profitability of capital. This crisis opened a new phase of stagnating growth and wages, and unemployment. Interest rates as well as dividend flows rose, and income inequality widened."

Haymes, Stephen, Vidal de Haymes, Maria and Miller, Reuben (eds), The Routledge Handbook of Poverty in the United States, (London: Routledge, 2015), ISBN 0415673445, p. 7.

Kotz, David M., The Rise and Fall of Neoliberal Capitalism, (Harvard University Press, 2015), ISBN 0674725654. p. 43

Neoliberalism: Oversold? - IMF FINANCE & DEVELOPMENT June 2016 • Volume 53 • Number 2

IMF: The last generation of economic policies may have been a complete failure. Business Insider. May 2016.

"Does U.S. Economic Inequality Have a Good Side?". PBS NewsHour. 2011-10-26.

Jonathan Hopkin, Victor Lapuente and Lovisa Moller (January 25, 2014). Lower levels of inequality are linked with greater innovation in economies Archived February 11, 2014, at the Wayback Machine. London School of Economics. Retrieved July 17, 2014.

John Christoffersen (October 15, 2013).Robert Shiller: Income Inequality Is 'Most Important Problem'. The Huffington Post. Retrieved October 16, 2013.

"White House: Here's Why You Have To Care About Inequality," by Timothy

Noah, The New Republic (January 13, 2012)

Obama says income inequality is defining challenge for U.S. PBS NewsHour. December 4, 2013. Retrieved December 26, 2013.

Noah, Timothy (2010-09-16). "The United States of Inequality". Slate. Retrieved March 20, 2011.

"Bartles, L. M. (February, 2004). Partisan Politics and the U.S. Income Distribution. Woodrow Wilson School of Public and International Affairs" (PDF). Archived from the original (PDF) on June 27, 2007. Retrieved June 20, 2007.

Johnston, D. (June 5, 2005). "Richest Are Leaving Even the Richest Far Behind". The New York Times. Archived from the original on July 14, 2007. Retrieved June 20, 2007.

George Novack's Understanding History Resistance Books (2002)

"The Distribution of Household Income, 2014". March 19, 2018.

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. p. x

Saez & Piketty, "How Progressive is the U.S. Federal Tax System? A Historical and International Perspective".

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. p. xi

Top Earners Doubled Share of Nation's Income, Study Finds New York Times By Robert Pear, October 25, 2011

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. see pp. ix–x, with definitions on ii–iii, and pp. 10–12

Martin Feldstein (2015-07-30). "Are US Middle-Class Incomes Really

Stagnating?". Project Syndicate.

"The Distribution of Household Income and Federal Taxes, 2008 and 2009". Congressional Budget Office, US Government. July 2012.

"Surveying the Aftermath of the Storm: Changes in Family Finances from 2007 to 2009" (PDF). Finance and Economics Discussion Series Divisions of Research & Statistics and Monetary Affairs. Federal Reserve Board, Washington, D.C. p. 16.

Binyamin, Appelbaum (September 4, 2014). "Fed Says Growth Lifts the Affluent, Leaving Behind Everyone Else". New York Times. Retrieved September 13, 2014.

Saez, Emmanuel (September 3, 2013). "Striking it Richer: The Evolution of Top Incomes in the United States". UC Berkeley. Retrieved September 18, 2014.

"Income Inequality From Generation To Generation" by Robert Lenzner, Forbes (March 26, 2012)

"Emmanual Saez-Striking it Richer-June 2016" (PDF).

Jeff Guo (July 1, 2016). Income inequality today may be higher today than in any other era. The Washington Post Retrieved July 4, 2016.

"Focus on growth for the middle class".

We must rethink globalization, or Trumpism will prevail. Thomas Piketty,The Guardian. November 16, 2016.

Nicolaci da Costa, Pedro (June 13, 2017). "This eye-popping chart on inequality is a slap in the face of America's middle class". Business Insider. Retrieved July 13, 2017.

Gold, Howard R. (May 23, 2017). "New data: Inequality runs even deeper than previously thought". Chicago Booth Review. Retrieved July 13, 2017.

Alston, Philp (December 15, 2017). "Statement on Visit to the USA, by Professor Philip Alston, United Nations Special Rapporteur on extreme poverty and human rights". OHCHR. Retrieved December 24, 2017.

The Great Divergence By Timothy Noah

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. p. 13

"Yellen, J. L. (November 6, 2006). Speech to the Center for the Study of Democracy at the University of California, Irvine. Federal Reserve Bank of San Francisco". Retrieved June 20, 2007.

Inequality in America. The rich, the poor and the growing gap between them June 15, 2006

Bruce Western and Jake Rosenfeld, Unions, Norms, and the Rise in U.S. Wage Inequality, American Sociological Review, doi: 10.1177/0003122411414817, August 2011 vol. 76 no. 4 513–37

Stiglitz, Joseph E. (2012). The price of inequality: how today's divided society endangers our future. New York: W.W. Norton & Company. ISBN 9780393088694.

Stiglitz, Joseph; Greenwald, Bruce C. (2014). Creating a learning society: a new approach to growth, development, and social progress. New York: Columbia University Press. ISBN 9780231152143.

Rosenfeld, Jake (2014). What Unions No Longer Do. Harvard University Press. ISBN 0674725115

Michael Hiltzik (March 25, 2015). IMF agrees: Decline of union power has increased income inequality. Los Angeles Times. Retrieved May 19, 2015.

Krugman, Paul (October 20, 2002). "For Richer". The New York Times.

Roser, Max; Crespo-Cuaresma, Jesus (2014). "Why is Income Inequality

Increasing in the Developed World?". Review of Income and Wealth. 62: 1–27. doi:10.1111/roiw.12153. ISSN 1475-4991.

the superstar hypothesis was coined by the Chicago economist Sherwin Rosen) used the example of the passing of the hundreds of comedians that made a modest living at live shows in the borscht belt and other places in bygone days that have been replaced by a handful of superstar TV comedians.

"Stock Market Capitalization to GDP for United States". research.stlouisfed.org. January 1975. Retrieved February 3, 2016.

Murphy, Kevin J. (2002). "Explaining executive compensation: Managerial power versus the perceived cost of stock options". The University of Chicago Law Review.

Meyerson, Harold (September 2012). "If Labor Dies, What Next?". The American Prospect.

estimate by economist George Borjas, quoted in Conscience of a Liberal, p. 34

Dewan, Shaila (February 11, 2014). "Wage Premium From College Is Said to Be Up". nytimes.com. Retrieved March 25, 2018.

Yosif, Michael Brill, Corey Holman, Chris Morris, Ronjoy Raichoudhary, and Noah. "Understanding the labor productivity and compensation gap : Beyond the Numbers: U.S. Bureau of Labor Statistics". www.bls.gov. Retrieved March 25, 2018.

"Emmanuel Saez-Income and Wealth Inequality:Evidence and Policy Implications-October 2014" (PDF).

The Opioid Epidemic and the Labor MarketCleveland Federal Reserve

How the opioid epidemic has affected the U.S. labor force, county-by-

county, The Brookings Institution

"Twin Peaks Planet". The New York Times. January 2, 2015.

Van Dam, Andrew (July 4, 2018). "Is it great to be a worker in the U.S.? Not compared with the rest of the developed world". The Washington Post. Retrieved July 6, 2018.

"You Can't Feed a Family With G.D.P." The New York Times. September 17, 2014.

Bernstein, Jared (2013-09-09). "Why Labor's Share of Income Is Falling".

"The Middle-Class Squeeze". name.

"Chairman Alan Krueger Discusses the Rise and Consequences of Inequality at the Center for American Progress". whitehouse.gov. 2012-01-12.

Winner-Take-All Politics (book) by Jacob S. Hacker and Paul Pierson p. 75

"CBO Report Shows Rich Got Richer, As Did Most Americans: View". businessweek.com. October 31, 2011.

Oligarchy, American Style by Paul Krugman (November 3, 2011)

George Packer. The Broken Contract. Foreign Affairs, November/December 2011.

Christoffersen, John (October 14, 2013). "Rising inequality 'most important problem,' says Nobel-winning economist". St. Louis Post-Dispatch. Retrieved October 19, 2013.

Cassidy, John (March 31, 2014). "Forces of Divergence Is surging inequality endemic to capitalism? (review of Capital in the Twenty-first Century by Thomas Piketty)". New Yorker. Retrieved March 31, 2014.

"Two Americas: One Rich, One Poor? Understanding Income Inequality in the United States," by Rea Hederman, Jr. and Robert Rector, Heritage

Foundation (August 24, 2004)

Sowell, Thomas "Perennial Economic Fallacies", Jewish World Review February 7, 2000, URL accessed November 3, 2011.

A Look at the Global One Percent By Allan H. Meltzer, Wall Street Journal (March 9, 2012)

"The United States of Inequality, Entry 10: Why We Can't Ignore Growing Income Inequality," by Timothy Noah, Slate (September 16, 2010)

Garrett, Thomas A. (Spring 2010). "U.S. Income Inequality: It's Not So Bad". Federal Reserve Bank of St. Louis.

Alesina, Alberto; Dani Rodrick (May 1994). "Distributive Politics and Economic Growth" (PDF). Quarterly Journal of Economics. 109 (2): 465–90. doi:10.2307/2118470. JSTOR 2118470. Retrieved October 17, 2013.

Castells-Quintana, David; Vicente Royuela (2012). "Unemployment and long-run economic growth: The role of income inequality and urbanisation" (PDF). Investigaciones Regionales. 12 (24): 153–73. Retrieved October 17, 2013.

Inequality and crises: coincidence or causation? Paul Krugman

"Investment Outlook: Six Pac(k)in," PIMCO (October 2011)

"Wall Street Bolshies Watch," by Timothy Noah, The New Republic (October 3, 2011)

Study covers years between 1950 and 2006. Berg, Andrew G.; Ostry, Jonathan D. (2011). "Equality and Efficiency". Finance and Development. International Monetary Fund. 48 (3). Retrieved September 10, 2012.

Widening income gap is hurting the economy, survey says. The Associated Press. December 18, 2013. Retrieved December 18, 2013.

Josh Boak (August 5, 2014). Inequality Is Really Hurting The Economy, S&P

11

Warns. The Huffington Post. Retrieved August 5, 2014.

Capitalism in Long Term Stagnation and Decay – Gar Alperovitz on Reality Asserts Itself (3/5). The Real News, January 26, 2014. Retrieved January 26, 2014.

Reich, Robert (February 8, 2014). The War on the Poor and Middle-Class Families. Truthdig. Retrieved February 8, 2014.

Stiglitz, Joseph (July 2, 2012). "Stiglitz: the full transcript". The Independent (Interview). Interviewed by Ben Chu. Archived from the original on September 10, 2012. Retrieved September 8, 2012.

Stiglitz, Joseph E. (June 4, 2012). The Price of Inequality: How Today's Divided Society Endangers Our Future (p. 85). Norton. Kindle Edition. See also: Karen E. Dynan, Jonathan Skinner, and Stephen P. Zeldes, "Do the Rich Save More?," Journal of Political Economy 112, no. 2 (2004): 397– 444.

"More or Less", by Branko Milanovic, Finance & Development (September 2011) Vol. 48, No. 3

Gordon, Robert J. (August 2012). "Is US economic growth over? Faltering innovation confronts the six headwinds". NBER Working Paper No. 18315. doi:10.3386/w18315.

Three Cheers for Income Inequality Archived November 3, 2012, at the Wayback Machine

"Does inequality prevent economic growth?" by Jared Bernstein, Salon (October 1, 2012)

Yet Another Reason Why Thomas Piketty' Is Wrong, Forbes, June 5, 2014

Inequality A Piketty problem?, Economist, May 24, 2014

"Louis K. Liggett Co. v. Lee : 288 U.S. 517 (1933) :: Justia U.S. Supreme Court Center". Justia Law.

Lo, Andrew W. "Reading About the Financial Crisis: A 21-Book Review" (PDF). 2012. Journal of Economic Literature . Archived from the original (PDF) on January 13, 2013. Retrieved November 27, 2013.

Koehn, Nancy F. (July 31, 2010). "A Call to Fix the Fundamentals (Review of Fault Lines: How Hidden Fractures Still Threaten the World Economy by Raghuram G. Rajan)". New York Times. Retrieved November 20, 2013.

Pigou, Arthur C. (1932). The Economics of Welfare (4thchapter=Part I, Chapter VIII ed.). London: Macmillan and Co.

Lynn, Barry C.; Longman, Phillip (March–April 2010). "Who Broke America's Jobs Machine?". Washington Monthly. March/April 2010. Archived from the original on August 12, 2014. Retrieved August 11, 2014.

"Comcast Is America's Most Hated Company".

Vanishing Trials: The Bankruptcy Experience Archived August 12, 2011, at the Wayback Machine Elizabeth Warren*

White, Martha C. (January 9, 2019). "Americans see themselves in debt forever, even as they continue to borrow". NBC News. Retrieved January 22, 2019.

Paul Ryan on Income Inequality and Upward Mobility Diane Ellis, Ed. · November 28, 2011

Dieckhoff, Martina; Steiber, Nadia (April 1, 2012). "Institutional reforms and age-graded labour market inequalities in Europe". International Journal of Comparative Sociology. 53 (2): 97–119. doi:10.1177/0020715212452285. ISSN 0020-7152.

Uncovering the American Dream: Inequality and Mobility in Social Security Earnings Data since 1937 Wojciech Kopczuk, Emmanuel Saez, Jae Song, September 15, 2007, Figure 4B

Vasia Panousi; Ivan Vidangos; Shanti Ramnath; Jason DeBacker; Bradley

13

**Exibit V.**

# REDLINING

In the United States, redlining is the systematic denial of various services to residents of specific, often racially associated, neighborhoods or communities, either directly or through the selective raising of prices. While the best known examples of redlining have involved denial of financial services such as banking or insurance, other services such as health care or even supermarkets have been denied to residents. In the case of retail businesses like supermarkets, purposely locating impractically far away from said residents results in a redlining effect.Reverse redlining occurs when a lender or insurer targets particular neighborhoods that are predominantly nonwhite, not to deny residents loans or insurance, but rather to charge them more than in a non-redlined neighborhood where there is more competition.

In the 1960s, sociologist John McKnight coined the term "redlining" to describe the discriminatory practice of fencing off areas where banks would avoid investments based on community demographics. During the heyday of redlining, the areas most frequently discriminated against were black inner city neighborhoods. For example, in Atlanta in the 1980s, a Pulitzer Prize-winning series of articles by investigative reporter Bill Dedman showed that banks would often lend to lower-income whites but not to middle-income or upper-income blacks.The use of blacklists is a related mechanism also used by redliners to keep track of groups, areas, and people that the discriminating party feels should be denied business or aid or other transactions. In the academic literature, redlining falls under the

broader category of credit rationing.

## **United States**

Separate but equal Sundown town Black Codes Jim Crow laws Auto-segregation Residential segregation Housing segregation Blockbusting Racial steering Redlining School segregation

Although informal discrimination and segregation had existed in the United States, the specific practice called "redlining" began with the National Housing Act of 1934, which established the Federal Housing Administration (FHA). Racial segregation and discrimination against minorities and minority communities pre-existed this policy. The implementation of this federal policy aggravated the decay of minority inner-city neighborhoods caused by the withholding of mortgage capital, and made it even more difficult for neighborhoods to attract and retain families able to purchase homes. The assumptions in redlining resulted in a large increase in residential racial segregation and urban decay in the United States.

In 1935, the Federal Home Loan Bank Board (FHLBB) asked Home Owners' Loan Corporation (HOLC) to look at 239 cities and create "residential security maps" to indicate the level of security for real-estate investments in each surveyed city. On the maps, the newest areas—those considered desirable for lending purposes—were outlined in green and known as "Type A". These were typically affluent suburbs on the outskirts of cities. "Type B" neighborhoods, outlined in blue, were considered "Still Desirable", whereas older "Type C" were labeled "Declining" and outlined in yellow.

"Type D" neighborhoods were outlined in red and were considered the most risky for mortgage support. These neighborhoods tended to be the older districts in the center of cities; often they were also black neighborhoods.[10][page needed] Urban planning historians theorize that the maps were used by private and public entities for years afterward to deny loans to people in black communities. But, recent research has indicated that the HOLC did not redline in its own lending activities and that the racist language reflected the bias of the private sector and experts hired to conduct the appraisals.

Some redlined maps were also created by private organizations, such as J.M. Brewer's 1934 map of Philadelphia. Private organizations created maps designed to meet the requirements of the Federal Housing Administration's underwriting manual. The lenders had to consider FHA standards if they wanted to receive FHA insurance for their loans. FHA appraisal manuals instructed banks to steer clear of areas with "inharmonious racial groups", and recommended that municipalities enact racially restrictive zoning ordinances.

Following a National Housing Conference in 1973, a group of Chicago community organizations led by The Northwest Community Organization (NCO) formed National People's Action (NPA), to broaden the fight against disinvestment and mortgage redlining in neighborhoods all over the country. This organization, led by Chicago housewife Gale Cincotta and Shel Trapp, a professional community organizer, targeted The Federal Home Loan Bank Board, the governing authority over federally chartered Savings & Loan institutions (S&L) that held at that time the bulk of the country's home mortgages. NPA embarked on an effort to build a national coalition of urban community organizations to pass a national disclosure regulation or law to require banks to reveal their lending patterns.

For many years, urban community organizations had battled neighborhood decay by attacking blockbusting, forcing landlords to maintain properties, and requiring cities to board up and tear down abandoned properties. These actions addressed the short-term issues of neighborhood decline. Neighborhood leaders began to learn that these issues and conditions were symptoms of a disinvestment that was the true, though hidden, underlying cause of these problems. They changed their strategy as more data was gathered.

With the help of NPA, a coalition of loosely affiliated community organizations began to form. At the Third Annual Housing Conference held in Chicago in 1974, eight hundred delegates representing 25 states and 35 cities attended. The strategy focused on the Federal Home Loan Bank Board (FHLBB), which oversaw S&L's in cities all over the country.

In 1974, Chicago's Metropolitan Area Housing Association (MAHA), made up of representatives of local organizations, succeeded in having the Illinois State Legislature pass laws mandating disclosure and outlawing redlining. In Massachusetts, organizers allied with NPA confronted a unique situation. Over 90% of home mortgages were held by state-chartered savings banks. A Jamaica Plain neighborhood organization pushed the disinvestment issue into the statewide gubernatorial race. The Jamaica Plain Banking & Mortgage Committee and its citywide affiliate, The Boston Anti-redlining Coalition (BARC), won a commitment from Democratic candidate Michael S. Dukakis to order statewide disclosure through the Massachusetts State Banking Commission. After Dukakis was elected, his new Banking Commissioner ordered banks to disclose mortgage-lending patterns by ZIP code. The suspected redlining was revealed.

NPA and its affiliates achieved disclosure of lending practices with the passage of The Home Mortgage Disclosure Act of 1975. The required transparency and review of loan practices began to change lending practices. NPA began to work on reinvestment in areas that had been neglected. Their support helped gain passage in 1977 of the Community Reinvestment Act.

## Effects

As a consequence of redlining, neighborhoods that local banks deemed unfit for investment were left underdeveloped or in disrepair. Attempts to improve these neighborhoods with even relatively small-scale business ventures were commonly obstructed by financial institutions that continued to label the underwriting as too risky or simply rejected them outright. When existing businesses collapsed, new ones were not allowed to replace them, often leaving entire blocks empty and crumbling. Consequently, African Americans in those neighborhoods were frequently limited in their access to banking, healthcare, retail merchandise, and even groceries.

Redlining paralyzed the housing market, lowered property values in certain areas and encouraged landlord abandonment. As abandonment increased, the population density became lower. Abandoned buildings served as havens for drug dealing and other illegal activity, increasing social problems and reluctance of people to invest in these areas. Because areas were redlined residents in them were unable to obtain loans to improve their homes or get loans to move to a different area. Obviously, the neighborhoods had zero investment while neighborhoods around them

improved. When the GI Bill was created during World War II, veterans who once lived in redlined areas were unable to get zero interest loans to build new homes like the rest of the returning soldiers. This forced them to stay in the areas that were poor and uninvested in while the rest of America was growing and moving to the suburbs. Around the same time the GI Bill was created, the Federal Highway Act was also created. Because the areas that were redlined were so poor, many cities chose to destroy these areas to create the highways. The residents were displaced and forced to move into different uninvested neighborhoods while their homes and businesses were destroyed by the highways.

A 2017 study by Federal Reserve Bank of Chicago economists found that the practice of redlining—the practice whereby banks discriminated against the inhabitants of certain neighborhoods—had a persistent adverse impact on the neighborhoods, with redlining affecting homeownership rates, home values and credit scores in 2010. Since many African-Americans could not access conventional home loans, they had to turn to predatory lenders (who charged high interest rates). Due to lower home ownership rates, slumlords were able to rent out apartments that would otherwise be owned.

## Black - White Wealth Gap

   This structural racism actively helped to create what is now known as the Black - White wealth gap we see in America today. Wealth is what provides/allows opportunity for the American Family. A family can survive on an income alone but wealth is what provides for economic mobility and safety in the event of an emergency. This primary difference is what works to set apart people of color ( in particular black Americans) and affluent white Americans. Unfortunately, wealth is unevenly distributed on a basis of race, a process then can be traced back to times of slavery, allowing

whites to profit off bodies of an enslaved people, who were not allowed to live freely or build any wealth of some sort. Then, shortly after we experience Jim crow, redlining, prison-industrial complex and mass incarceration, environmental racism, law and policy that prohibit people of color from having the same liberties as their white counterparts. History shows an America built off the oppression of a disenfranchised people who have no direct relationship to power and wealth.

Studies show that:

Black families in America earn just $57.30 for every $100 in income earned by white families, according to the Census Bureau's Current Population Survey. For every $100 in white family wealth, black families hold just $5.04.

In 2016, the median wealth for black and Hispanic families was $17,600 and $20,700, respectively, compared with white families' median wealth of $171,000.

The black-white wealth gap has not recovered from the Great Recession. In 2007, immediately before the Great Recession, the median wealth of blacks was nearly 14 percent that of whites. Although black wealth increased at a faster rate than white wealth in 2016, blacks still owned less than 10 percent of whites' wealth at the median.

## **Challenges**

Court system

The U.S. Department of Housing and Urban Development announced a

$200 million settlement with Associated Bank over redlining in Chicago and Milwaukee in May 2015. The three-year HUD observation led to the complaint that the bank purposely rejected mortgage applications from black and Latino applicants. The final settlement required AB to open branches in non-white neighborhoods, just like HSBC.

New York Attorney General Eric Schneiderman announced a settlement with Evans Bank for $825,000 on September 10, 2015. An investigation had uncovered the erasure of black neighborhoods from mortgage lending maps. According to Schneiderman, of the over 1,100 mortgage applications the bank received between 2009 and 2012, only four were from African Americans. Following this investigation, the Buffalo News reported that more banks could be investigated for the same reasons in the near future. The most notable examples of such DOJ and HUD settlements have focused heavily on community banks in large metropolitan areas, but banks in other regions have been the subject of such orders as well, including First United Security Bank in Thomasville, Alabama, and Community State Bank in Saginaw, Michigan.

The United States Department of Justice announced a $33 million settlement with Hudson City Savings Bank, which services New Jersey, New York, and Pennsylvania, on September 24, 2015. The six-year DOJ investigation had proven that the company was intentionally avoiding granting mortgages to Latinos and African Americans and purposely avoided expanding into minority-majority communities. The Justice Department called it the "largest residential mortgage redlining settlement in its history." As a part of the settlement agreement, HCSB was forced to open branches in non-white communities. As U.S. Attorney Paul Fishman explained to Emily Badger for The Washington Post, "If you lived in a majority-black or Hispanic neighborhood and you wanted to apply for a mortgage, Hudson City Savings Bank was not the place to go." The

enforcement agencies cited additional evidence of discrimination Hudson City's broker selection practices, noting that the bank received 80 percent of its mortgage applications from mortgage brokers but that the brokers with whom the bank worked were not located in majority African-American and Hispanic areas.

## Legislative Action

In the United States, the Fair Housing Act of 1968 was passed to fight the practice. According to the Department of Housing and Urban Development "The Fair Housing Act makes it unlawful to discriminate in the terms, conditions, or privileges of sale of a dwelling because of race or national origin. The Act also makes it unlawful for any person or other entity whose business includes residential real estate-related transactions to discriminate against any person in making available such a transaction, or in the terms or conditions of such a transaction, because of race or national origin." The Office of Fair Housing and Equal Opportunity was tasked with administering and enforcing this law. Anyone who suspects that their neighborhood has been redlined is able to file a housing discrimination complaint.

The Community Reinvestment Act passed by Congress in 1977 to reduce discriminatory credit practices against low-income neighborhoods further required banks to apply the same lending criteria in all communities. Although open redlining was made illegal in the 1970s through community reinvestment legislation, the practice may have continued in less overt ways.

## Community Organizations

ShoreBank, a community-development bank in Chicago's South Shore neighborhood, was a part of the private-sector fight against redlining. Founded in 1973, ShoreBank sought to combat racist lending practices in Chicago's African-American communities by providing financial services, especially mortgage loans, to local residents. In a 1992 speech, then-Presidential candidate Bill Clinton called ShoreBank "the most important bank in America." On August 20, 2010, the bank was declared insolvent, closed by regulators and most of its assets were acquired by Urban Partnership Bank.

In the mid-1970s, community organizations, under the banner of the NPA, worked to fight against redlining in South Austin, Illinois. One of these organizations was SACCC (South Austin Coalition Community Council), formed to restore South Austin's neighborhood and to fight against financial institutions accused of propagating redlining. This got the attention of insurance regulators in the Illinois Department of Insurance, as well as federal officers enforcing anti-racial discrimination laws.

## Current Issues

Retail redlining is a spatially discriminatory practice among retailers. Taxicab services and delivery food may not serve certain areas, based on their ethnic-minority composition and assumptions about business (and perceived crime), rather than data and economic criteria, such as the potential profitability of operating in those areas. Consequently, consumers in these areas are vulnerable to prices set by fewer retailers. They may be exploited by retailers who charge higher prices and/or offer them inferior

goods.

## Online

   A 2012 study by the Wall Street Journal found that Staples, Home Depot, Rosetta Stone and some other online retailers displayed different prices to customers in different locations (distinct from shipping prices). Staples based discounts on proximity to competitors like OfficeMax and Office Depot. This generally resulted in higher prices for customers in more rural areas, who were on average less wealthy than customers seeing lower prices.

## Liquorlining

   Some service providers target low-income neighborhoods for nuisance sales. When those services are believed to have adverse effects on a community, they may considered to be a form of "reverse redlining." The term "liquorlining" is sometimes used to describe high densities of liquor stores in low income and/or minority communities relative to surrounding areas. High densities of liquor stores are associated with crime and public health issues, which may in turn drive away supermarkets, grocery stores, and other retail outlets, contributing to low levels of economic development. Controlled for income, nonwhites face higher concentrations of liquor stores than do whites.

## Financial Services

In December 2007, a class action lawsuit was brought against student loan lending giant Sallie Mae in the United States District Court for the District of Connecticut. The class alleged that Sallie Mae discriminated against African American and Hispanic private student loan applicants.

The case alleged that the factors Sallie Mae used to underwrite private student loans caused a disparate impact on students attending schools with higher minority populations. The suit also alleged that Sallie Mae failed to properly disclose loan terms to private student loan borrowers.

The lawsuit was settled in 2011. The terms of the settlement included Sallie Mae agreeing to make a $500,000 donation to the United Negro College Fund and the attorneys for the plaintiffs receiving $1.8 million in attorneys' fees.

## **Credit Cards**

Credit card redlining is a spatially discriminatory practice among credit card issuers, of providing different amounts of credit to different areas, based on their ethnic-minority composition, rather than on economic criteria, such as the potential profitability of operating in those areas. Scholars assess certain policies, such as credit card issuers reducing credit lines of individuals with a record of purchases at retailers frequented by so-called "high-risk" customers, to be akin to redlining.

## Banks

Much of the economic impacts we find as a result of redlining and the banking system directly impacts that of the African American / Black Community. Beginning in the 1960's, there was a large infiltration of Black Veterans and their families moving into suburban White communities. As Blacks moved in, Whites moved out and the market value of these homes dropped dramatically. In observation of said market values, bank lenders were able to keep close track by literally drawing red lines around the neighborhoods on a map. These lines signified areas that they would not invest in. By way of racial redlining, not only banks but savings and loans, insurance companies, grocery chains, and even pizza delivery companies thwarts economic vitality in black communities.The severe lacking in civil rights laws in combination with the economic impact led to the passing of the Community Reinvestment Act in 1977.

Racial and economic redlining sets the people who lived in these communities up for failure from the start. So much that banks would often deny people who came from these areas bank loans or offered them at stricter repayment rates. As a result, there was a very low rate at which people (in particular Blacks / African Americans) were able to own their homes; opening the door for slum landlords (who could get approved for low interest loans in those communities) to take over and do as they saw fit.

## Insurance

Gregory D. Squires wrote in 2003 that data showed that race continues to

affect the policies and practices of the insurance industry. Racial profiling or redlining has a long history in the property-insurance industry in the United States. From a review of industry underwriting and marketing materials, court documents, and research by government agencies, industry and community groups, and academics, it is clear that race has long affected and continues to affect the policies and practices of the insurance industry. Home-insurance agents may try to assess the ethnicity of a potential customer just by telephone, affecting what services they offer to inquiries about purchasing a home insurance policy. This type of discrimination is called linguistic profiling. There have also been concerns raised about redlining in the automotive insurance industry. Reviews of insurance scores based on credit are shown to have unequal results by ethnic group. The Ohio Department of Insurance in the early 21st century allows insurance providers to use maps and collection of demographic data by ZIP code in determining insurance rates.

The FHEO Director of Investigations at the Department of Housing and Urban Development, Sara Pratt, wrote:

Like other forms of discrimination, the history of insurance redlining began in conscious, overt racial discrimination practiced openly and with significant community support in communities throughout the country. There was documented overt discrimination in practices relating to residential housing—from the appraisal manuals which established an articulated "policy" of preferences based on race, religion and national origin, to lending practices which only made loans available in certain parts of town or to certain borrowers, to the decision-making process in loans and insurance which allowed the insertion of discriminatory assessments into final decisions about either.

## Mortgages

   Reverse redlining occurs when a lender or insurer particularly targets minority consumers, not to deny them loans or insurance, but to charge them more than would be charged to a similarly situated white consumer, specifically marketing the most expensive and onerous loan products. These communities had largely been ignored by most lenders just a couple of decades earlier. In the 2000s some financial institutions considered black communities as suitable for subprime mortgages. Wells Fargo partnered with churches in black communities, where the pastor would deliver "wealth building" seminars in their sermons, and the bank would make a donation to the church in return for every new mortgage application. Working-class blacks wanted a part of the nation's home-owning trend. Instead of contributing to homeownership and community progress, predatory lending practices through reverse redlining stripped the equity homeowners struggled to build and drained the wealth of those communities for the enrichment of financial firms. The growth of subprime lending (higher cost loans to borrowers with flaws on their credit records) prior to the 2008 financial crisis, coupled with growing law enforcement activity in those areas, clearly showed a surge in a range of manipulative practices. Not all subprime loans were predatory, but virtually all predatory loans were subprime. Some subprime loans certainly benefit high-risk borrowers who would not qualify for conventional, prime loans. Predatory loans, however, charge unreasonably higher rates and fees by compared to the risk, trapping homeowners in unaffordable debt and often costing them their homes and life savings.


A survey of two districts of similar incomes, one being largely white and the other largely black, found that bank branches in the black community offered largely subprime loans and almost no prime loans. Studies found

out that high-income blacks were almost twice as likely to end up with subprime home-purchase mortgages as did low-income whites. Some loan officers referred to blacks as "mud people" and to subprime lending as "ghetto loans." A lower savings rate and a distrust of banks, stemming from a legacy of redlining, may help explain why there are fewer branches in minority neighborhoods. In the early 21st century, brokers and telemarketers actively pushed subprime mortgages. A majority of the loans were refinance transactions, allowing homeowners to take cash out of their appreciating property or pay off credit card and other debt.

Redlining has helped preserve segregated living patterns for blacks and whites in the United States, as discrimination is often contingent on the racial composition of neighborhoods and the race of the applicant. Lending institutions such as Wells Fargo have been shown to treat black mortgage applicants differently when they are buying homes in white neighborhoods than when buying homes in black neighborhoods.

Dan Immergluck writes that in 2002 small businesses in black neighborhoods received fewer loans, even after accounting for business density, business size, industrial mix, neighborhood income, and the credit quality of local businesses.

Several state attorney generals have begun investigating these practices, which may violate fair lending laws. The NAACP filed a class-action lawsuit charging systematic racial discrimination by more than a dozen banks.

## Environmental racism

Policies related to redlining and urban decay can also act as a form of environmental racism, which in turn affect public health. Urban minority communities may face environmental racism in the form of parks that are smaller, less accessible and of poorer quality than those in more affluent or white areas in some cities. This may have an indirect effect on health, since young people have fewer places to play, and adults have fewer opportunities for exercise.

Robert Wallace writes that the pattern of the AIDS outbreak during the 80s was affected by the outcomes of a program of "planned shrinkage" directed at African-American and Hispanic communities. It was implemented through systematic denial of municipal services, particularly fire protection resources, essential to maintain urban levels of population density and ensure community stability. Institutionalized racism affects general health care as well as the quality of AIDS health intervention and services in minority communities. The over-representation of minorities in various disease categories, including AIDS, is partially related to environmental racism. The national response to the AIDS epidemic in minority communities was slow during the 80s and 90s, showing an insensitivity to ethnic diversity in prevention efforts and AIDS health services.

## **Workforce**

Workers living in American inner cities have more difficulty finding jobs than do suburban workers.

## Combating Redlining

<u>Fair Housing Act</u>

The Fair Housing Act (also known as the Civil Rights Act) of 1968 was passed in order to help protect minority individuals from the discriminatory practices of financial institutions and agents.

<u>Guidelines</u>

The Human Relations Commissions of Pennsylvania adopted guidelines regarding redlining. The guidelines demonstrate practices that are to be prohibited in the selling of property to people.

## Community Reinvestment Act

This act was designed to increase the availability of credit and financial services to lower income and minority borrowers and their communities and to improve on the ways that depository institutions approach lending in these communities. Although not Ill intended, this act ended up creating first known methods of segregation that are still active today. These active lines of discrimination are still prevalent. Redlining set the grounds for what became known as Ethnic Enclaves, closed off pockets of land that were provided with less financial resources and seen to have little to no monetary value.

## Culture

Redlining has a multiplicity of effects on the way our systems are set up today. Financial implications, benefits and public safety regulations impact the way that people who live in the "Hood", (often people of color) have come to relate to themselves and society. Hood Culture is reflective of the ways people of color have come to survive due to the impacts of redlining. They have had to become an adaptive people in order to make a livelihood for themselves and their families. Redlining, through years of systematic oppression, social engineering and segregative practices has destabilized communities; them not being provided much to better their own economic mobility. Researchers and Economist throughout the years have questioned if these maps actually influenced the development of urban neighborhoods (aka "the Hood") over the course of the 20th century to now?

The economists now believe that appraisers ... weren't merely identifying disparities that already existed in the 1930s, and that were likely to worsen anyway. The lines they helped draw, based in large part on the belief that the presence of blacks and other minorities would undermine property values, altered what would happen in these communities for years to come. Maps alone didn't create segregated and unequal cities today. But the role they played was pivotal. The maps became self-fulfilling prophesies, as "hazardous" neighborhoods — "redlined" ones — were starved of investment and deteriorated further in ways that most likely also fed white flight and rising racial segregation.[68]

<u>Present Day</u>

The culture of the hood is typically seen in a negative light; one consistent with drugs, poverty, single parent households, oversized families, violence, immigration, prostitution, overcrowding, scarcity, survival, territory, gangs, the list goes on. However, all of these things operating out of redlined communities is not by happenstance. Something important to note is the cycle of redlining. Active racism and segregation help to funnel many of these things into the hood. To give an example, early studies surrounding the crack cocaine epidemic show that there's a large influx of crack cocaine in impoverished neighborhoods while pure cocaine revolves largely in more affluent neighborhoods (being that it is more expensive than crack). However, crack cocaine has a longer jail sentence and penalty then that of pure cocaine. With crack cocaine being a popular choice within communities of color, we see minorities being incarcerated a longer rates for crack cocaine then those who are found in possession of pure cocaine. [69] Similarly, we note the same effect in health care. Geographically speaking, there are an overage of liquor stores and fast food stores in these hoods as opposed to the healthier choice options found in affluent communities. There is also a shortage of doctors office, farmers markets and hospitals. These are just a few of the disparities to highlight.

Hood culture emerges out of these experiences. The culture generally being that of not trusting anyone, especially the white man. Youth learn to care for themselves in the hood and then mature into adults that raise their kids to do the same. Nevertheless, there still exist a strong sense of community building in the hood as well. With the overcrowding of apartment complexes in the hood it becomes increasingly difficult not to know your neighbor. People in the hood have a tendency to support their local mom & pop shops and entrepreneurism. There also tends to be support from elders in the community who push their young to do better;

academic encouragement towards higher education vs. staying on the
street.

# REDLINING

## References

The HOLC maps are part of the records of the FHLBB (RG195) at the National Archives II Archived 2016-10-11 at the Wayback Machine.

Gross, Terry. "A 'Forgotten History' Of How The U.S. Government Segregated America". NPR.org. Retrieved 2019-03-31.

Harris, Richard; Forrester, Doris (2003-12-01). "The Suburban Origins of Redlining: A Canadian Case Study, 1935-54". Urban Studies. 40 (13): 2661–2686. doi:10.1080/0042098032000146830. ISSN 0042-0980.

Racial Discrimination and Redlining in Cities Archived 2006-05-13 at the Wayback Machine

See: Race and health

In poor health: Supermarket redlining and urban nutrition, Elizabeth Eisenhauer, GeoJournal Volume 53, Number 2 / February, 2001

How East New York Became a Ghetto by Walter Thabit. ISBN 0-8147-8267-1. Page 42.

Ehrenreich, Barbara; Muhammad, Dedrick (September 13, 2009). "The Recession's Racial Divide". The New York Times.

Powell, Michael (June 7, 2009). "Bank Accused of Pushing Mortgage Deals on Blacks". The New York Times.

Norton, William (2013). Cultural Geography: Environments, Landscapes, Identities, Inequalities. Oxford University Press. ISBN 978-0195429541.

Dedman, Bill (1988-05-01). "The Color of Money". The Atlanta Journal-

1

Constitution. Retrieved 2009-01-05.

Jackson, Kenneth T. (1985), Crabgrass Frontier: The Suburbanization of the United States, New York: Oxford University Press, ISBN 0-19-504983-7

Madrigal, Alexis C. (2014-05-22). "The Racist Housing Policy That Made Your Neighborhood". The Atlantic. Retrieved 2018-11-10.

When Work Disappears: The World of the New Urban Poor By William Julius Wilson. 1996. ISBN 0-679-72417-6

Hillier, Amy E. (2003-05-01). "Redlining and the Homeowners' Loan Corporation". Retrieved 2017-04-08.

Crossney, Kristen B; Bartelt, David W (November 2005). "Residential Security, Risk, and Race: The Home Owners' Loan Corporation and Mortgage Access in Two Cities". Urban Geography. 26 (8): 707–36. doi:10.2747/0272-3638.26.8.707. Retrieved 24 February 2019.

Crossney, Kristen B; Bartelt, David W (January 2005). "Residential Security, Risk, and Race: The Home Owners' Loan Corporation and Mortgage Access in Two Cities" (PDF). Housing Policy Debate. 16 ((3-4)): 547–574. doi:10.1080/10511482.2005.9521555. Archived from the original on 14 April 2008. Retrieved 24 February 2019.

Principles to Guide Housing Policy at the Beginning of the Millennium, Michael Schill & Susan Wachter, Cityscape

"Part II, Section 9, Rating of Location". Underwriting Manual: Underwriting and Valuation Procedure Under Title II of the National Housing Act With Revisions to February 1938. Washington, D.C.: Federal Housing Administration. "Recommended restrictions should include provision for the following: Prohibition of the occupancy of properties except by the race for which they are intended ... Schools should be appropriate to the needs of the new community and they should not be attended in large numbers

by inharmonious racial groups"

Hallahan, Kirk. "THE MORTGAGE REDLINING CONTROVERSY, 1972–1975" (PDF). Qualitative Studies Division, Association in Journalism and Mass Communication, Montreal August 1992. Archived from the original (PDF) on 9 August 2013. Retrieved 12 November 2012.

Michael, Westgate and Ann, Vick-Westgate (2011). Gale Force, The Battles for Disclosure and Community Reinvestment. Cambridge, Ma.: Harvard Bookstore. pp. 40–41. ISBN 978-0615449012.

Jordan, Patricia (June 12, 1975). "Mass Thrifts Plan Suit Over Redlining, Commissioner Stands Firm". American Banker.

"Redlining (1937- ) | The Black Past: Remembered and Reclaimed". www.blackpast.org. Retrieved 2015-11-04.

The Sprawling of America. Dir. Wade Goodwyn and Christopher M. Cook. Great Lakes Television Consortium, 2011. Great Lakes Television Consortium. Web.

Sugrue, Thomas, and Eric Foner. Origins of the Urban Crisis. New York: n.p., n.d. Print.

"The Effects of the 1930s HOLC "Redlining" Maps - Federal Reserve Bank of Chicago". www.chicagofed.org. Retrieved 2017-08-26.

Badger, Emily (2017-08-24). "How Redlining's Racist Effects Lasted for Decades". The New York Times. ISSN 0362-4331. Retrieved 2017-08-26.

Hanks, Angela; Solomon, Danyelle; Weller, Christian E. "Systematic Inequality". Center for American Progress. Retrieved 2018-12-17.

Badger, Emily (2017-09-18). "Whites Have Huge Wealth Edge Over Blacks (but Don't Know It)". The New York Times. ISSN 0362-4331. Retrieved 2018-12-18.

3

https://www.forbes.com/sites/jennawang/2018/05/31/asian-americans-post-largest-gains-in-homeownership/#12b88b494a64

"HUDNo_15-064". portal.hud.gov. Archived from the original on 2017-03-08. Retrieved 2017-03-08.

"Associated Bank settles with HUD over discriminatory lending". Retrieved 2017-03-08.

Silver-greenberg, Jessica; Corkery, Michael (2015-09-10). "Evans Bank Settles New York 'Redlining' Lawsuit". The New York Times. ISSN 0362-4331. Retrieved 2017-03-08.

"A.G. Schneiderman Secures Agreement With Evans Bank Ending Discriminatory Mortgage Redlining In Buffalo | New York State Attorney General". ag.ny.gov. Retrieved 2017-03-08.

Glynn, Matt (2014-09-02). "Evans Bancorp isn't only lender at risk of redlining lawsuit". The Buffalo News. Retrieved 2017-03-08.

"CONSUMER FINANCIAL PROTECTION BUREAU, and UNITED STATES OF AMERICA, v. HUDSON CITY SAVINGS BANK, F.S.B."

"Justice Department and Consumer Financial Protection Bureau Reach Settlement with Hudson City Savings Bank to Resolve Allegations of Mortgage Lending Discrimination". www.justice.gov. Retrieved 2017-03-08.

"What it looks like when a bank goes out of its way to avoid minorities". Washington Post. Retrieved 2017-03-08.

"HUDNo_15-064". portal.hud.gov. Archived from the original on 2015-09-05. Retrieved 2015-11-04.

Comeback Cities: A Blueprint for Urban Neighborhood Revival By Paul S. Grogan, Tony Proscio. ISBN 0-8133-3952-9. Published 2002. Page 114.

The goal was not to relax lending restrictions but rather to get banks to apply the same criteria to residents in the inner-city as in the suburbs.

Levine, Martin P.; Nardi, Peter M.; Gagnon, John H. (18 August 1997). In Changing Times: Gay Men and Lesbians Encounter HIV/AIDS. University of Chicago Press. ISBN 9780226278575. Retrieved 26 April 2018 – via Google Books.

Douthwaite, Richard. "HOW A BANK CAN TRANSFORM A NEIGHBOURHOOD", "Short Circuit". Retrieved January 8, 2007

Thomsen, Mark. "ShoreBank Surpasses $1 Billion in Community Development Investment", "Social Funds", 2001-11-1. Retrieved January 8, 2007.

"Combatting redlining in Austin (February 14, 1981)". Retrieved 2017-03-16.

Denver D'Rozario, "Retail Redlining: Definition, Theory, Typology, and Measurement", Journal of Macromarketing, Vol. 25, No. 2, 175–186 (2005)

Jennifer Valentino-DeVries, Jeremy Singer-Vine, Ashkan Soltani (24 Dec 2012). "Websites Vary Prices, Deals Based on Users' Information". Wall Street Journal.

"Staples, Home Depot, and other online stores change prices based on your location". 24 December 2012. Retrieved 26 April 2018.

"Online price discrimination: a surprising reality in ecommerce". Retrieved 26 April 2018.

Maxwell, Ann; Daniel, Immergluck (January 1997). "Liquorlining: Liquor Store Concentration and Community Development in Lower-income Cook County Neighborhoods" (PDF). Woodstock Institute. Archived from the original (PDF) on 16 April 2012. Retrieved 14 March 2015.

Romley, John A.; Cohen, Deborah; et al. (January 2007). Schuckit, Mark A., ed. "Alcohol and Environmental Justice:The Density of Liquor Stores and Bars in Urban Neighborhoods in the United States" (PDF). Journal of Studies on Alcohol and Drugs. 68 (1): 48–55. doi:10.15288/jsad.2007.68.48. Retrieved 14 March 2015 – via RAND Corporation.

"Sasha Rodriguez & Cathelyn Gregoire on Behalf of All Persons Similarly Situated vs. Sallie Mae (SLM) Corporation" (PDF). New America Foundation. December 17, 2007. Archived from the original (PDF) on 2014-10-06. Retrieved March 6, 2017.

"SDSD District Version 1.3". United States District Court for the District of Connecticut. Retrieved July 25, 2014.(subscription required)

Cohen-Cole, Ethan (2009). "Credit Card Redlining". doi:10.2139/ssrn.1098403.

Bullard, Robert D (2008). "Environmental Justice in The 21st Century" (PDF). uwosh.edu. Retrieved 2018-12-16.

Ross, Stephen (2000). "Redlining, the Community Reinvestment Act, and Private Mortgage Insurance". Urban Economics. CiteSeerX 10.1.1.194.5280.

Squires, Gregory D (2016). "Racial Profiling, Insurance Style: Insurance Redlining and the Uneven Development of Metropolitan Areas". Journal of Urban Affairs. 25 (4): 391–410. doi:10.1111/1467-9906.t01-1-00168.

Squires, Gregory D; Chadwick, Jan (2016). "Linguistic Profiling". Urban Affairs Review. 41 (3): 400–15. doi:10.1177/1078087405281064.

Karen Bouffard, "Michigan to crack down on uninsured drivers" Archived 2007-11-28 at the Wayback Machine, The Detroit News

"The History of Insurance Redlining | National Fair Housing Advocate Online". fairhousing.com. Retrieved 2017-03-16.

Mantell, Ruth (July 6, 2007). "Minority families face wave of foreclosures:

Consumer groups urge more 'teeth' in laws combating predators".
Retrieved December 22, 2009.

Bajaj, Vikas; Fessenden, Ford (November 4, 2007). "What's Behind the Race
Gap?". The New York Times.

Stephen R Holloway (1998), "Exploring the Neighborhood Contingency of
Race Discrimination in Mortgage Lending in Columbus, Ohio", Annals of the
Association of American Geographers, 88 (2), 252–276.

"Redlining Redux", Urban Affairs Review, Vol. 38, No. 1, 22–41 (2002)

Minority Communities Need More Parks, Report Says by Angela Rowen The
Berkeley Daily Planet

Wallace, R. "Urban desertification, public health and public order: 'planned
shrinkage', violent death, substance abuse and AIDS in the Bronx." Soc Sci
Med, 1990 – ncbi.nlm.nih.gov

"AIDS and racism in America." Hutchinson J., Journal of the National
Medical Association, 1992 Feb;

Racial Discrimination and Redlining in Cities, Yves Zenou and Nicolas
Boccard 1999

Gilliard, Chris (2016-05-24). "Digital Redlining, Access, and Privacy".
Common Sense Education. Retrieved 2019-03-31.

Taylor, Astra; Sadowski, Jathan (2015-05-27). "How Companies Turn Your
Facebook Activity Into a Credit Score". ISSN 0027-8378. Retrieved 2019-03-
31.

Podesta, John; Penny, Pritzker; Moniz, Earnest, J.; Holdren, John; Zients,
Jeffery (May 2014). "Big Data: Seizing Opportunities, Preserving Values" Pg.
46. Whitehouse.gov. Retrieved March 30, 2019

"HUD Charges Facebook With Housing Discrimination Over Company's

7

Targeted Advertising Practices". www.hud.gov. 2019-03-28. Retrieved 2019-03-31.

"HUD.gov / U.S. Department of Housing and Urban Development (HUD)". www.hud.gov. Archived from the original on 2017-09-28. Retrieved 2017-09-28.

Human Relations Commission, Pennsylvania (2017-09-27). "Unlawful Discriminatory Predatory and Reverse Redlining Guidelines in Housing and Commercial Property" (PDF).

HAAG, Susan White (2002). "Community Reinvestment: A Review of Urban Outcomes and Challenges". International Regional Science Review. 25 (3): 252–275. doi:10.1177/016176025003002. ISSN 0160-0176.

Church, Jennifer (2017). "Perceptions versus interpretations, and domains for self-fulfilling prophesies". Behavioral and Brain Sciences. 40. doi:10.1017/s0140525x15002320. ISSN 0140-525X. PMID 28327215.

Rosenberg A, Groves AK, Blankenship KM (2017). "Comparing Black and White Drug Offenders: Implications for Racial Disparities in Criminal Justice and Reentry Policy and Programming". Journal of Drug Issues. 47 (1): 132–142. doi:10.1177/0022042616678614. PMC 5614457. PMID 28966392.

Boyd, Todd (1997). Am I Black Enough For You? Popular Culture From the 'Hood and Beyond. Indiana University Press. ISBN 978-0-253-33242-4.

**Exibit VI.**

# <u>The History of African Americans</u>

## <u>African Americans</u>

The first Africans in America arrived as Indentured Servants via Jamestown, Virginia in 1619. From 1619 to about 1640, Africans could earn their freedom working as laborers and artisans for the European settlers. Africans could become free people and enjoy some of the liberties like other new settlers.

By 1640, Maryland became the first colony to institutionalize slavery. In 1641, Massachusetts, in its written legislative Body of Liberties, stated that "bondage was legal" servitude, at that moment changing the conditions of the African workers - they became chattel slaves who could be bought and solely owned by their masters.

The Portuguese were the first to embark upon the slave trade starting around 1562. The practice of slavery grew to exponential proportions from 1646 up until 1790. A prime area for slaves was on the west coast of Africa called the Sudan. This area was ruled by three major empires Ghana (790-1240), Mali (1240-1600), and Songhai (670-1591). Other smaller nations were also canvassed by slavers along the west coast; they included among them: Benin, Dahomey, and Ashanti. The peoples inhabiting those African nations were known for their skills in agriculture, farming, and mining. The

Africans of Ghana were well known for smelting iron ore, and the Benins were famous for their cast bronze art works. African tribal wars produced captives which became a bartering resource in the European slave market. Other slaves were kidnapped by white and black hunters. The main sources of barter used by the Europeans to secure African slaves were glass beads, whiskey, ivory, and guns.

The rising demand for sugar, coffee, cotton, and tobacco created a greater demand for slaves by other slave trading countries. Spain, France, the Dutch, and English were in competition for the cheap labor needed to work their colonial plantation system producing those lucrative goods. The slave trade was so profitable that, by 1672, the Royal African Company chartered by Charles II of England superseded the other traders and became the richest shipper of human slaves to the mainland of the Americas. The slaves were so valuable to the open market - they were eventually called "Black Gold."

## THE MIDDLE PASSAGE

The Middle Passage has been defined in several ways. Some authors refer to these routes as the "triangle trade" or "circuit trade," "three cornered," "round about," and "transatlantic trade" routes. The typical voyage for slaves taken by the British went south down the coast of Africa into the area adjacent to the Gulf of Guinea. These English slavers brought cargoes of rum, brandy, glass, cloths, beads, guns, and other appealing goods from Europe. They bargained with African traders for their tribal captives. Some slavers entered the shores and kidnapped the unsuspecting natives and took them aboard their slave ships or kept them in waiting areas near the shore called "barracoons" or slave barracks.

When the desired number of African slaves was met for shipping, the voyage of middle passage continued from Africa on the slave ships going across the Atlantic Ocean with a destination in one of several ports in the West Indies and Caribbean (including: Cuba, Jamaica, Puerto Rico, Haiti, Santo Domingo, and the islands of St. Thomas, St. John, St. Croix, and Barbados). In the West Indies and Caribbean, some slaves were off-loaded and sold to work at the sugar plantations, also called the "Sugar Islands." The raw molasses was taken aboard the ships; then they sailed up the coast northbound for Newport or Bristol, Rhode Island's distilleries, to make rum from the molasses. Other stops along the Atlantic coast where slaves were exchanged for goods or cash were Charleston, South Carolina and Boston, Massachusetts. The goods produced by cheap slave labor were loaded aboard the now empty slave ships along with sugar, tobacco, or cotton for the trip back to England. The rum from the rum distillers went directly back to Africa for more slaves, bartering on this, the Triangular Trade Routes.

By 1768, the English slave trade had a figure of 53,000 slaves a year being shipped to the North American continent. Other slave traders included the French at 23,000, the Dutch at 11,000, and the Portuguese at 8,700 slaves being transported yearly from Africa. Estimates of up to 10 million slaves took the Middle Passage Voyage to reach the Americas.

## SLAVERY AND RACE

Many Europeans came to America to exercise their God fearing beliefs and to practice religious freedom. Slavery, on the other hand, was a form of persecution which, in the eyes of colonial America, had to be justified.

Therefore, the black slave became an easily identifiable group targeted as being inferior, subhuman, and destined for servitude. The early Christian

churches did not take up the cause of eliminating slavery until much later in the century.

The famous Boston theologian, Cotton Mather, in 1693 included in his Rules for the Society of the Negroes the explanation that "Negroes were enslaved because they had sinned against God." He later included a heavenly plan that "God would prepare a mansion in Heaven," but little or no way for the end of forced slavery on earth was undertaken by most religious groups.

## SLAVE CODES AND RESISTANCE

The slave codes robbed the Africans of their freedom and will power. Slaves did resist this treatment, therefore strict and cruel punishment was on hand for disobeying their masters. Slaves were forbidden from carrying guns, taking food, striking their masters, and running away. All slaves could be flogged or killed for resisting or breaking the slave codes. Some slave states required both slaves and free blacks to wear metal badges. Those badges were embossed with an ID number and occupation.

Freedom was always on the minds of the enslaved Africans. How to gain that freedom was the big question. American historical records have identified some of those attempts and some of the people involved in the African's quest for freedom on American soil.

Refusing to obey their masters' demands created a duel crisis on the part of the resisting slaves and their demanding owners. The most common form of resistance used by the slaves was to run away. To live as a runaway required perfect escape routes and exact timing. Where to hide, finding

food, leaving the family and children behind became primary issues for the escaping slaves. Later, the severe punishment had to be faced whenever a hunted slave was caught and returned to bondage.

Many slaves ran off and lived in the woods or vast wilderness in the undeveloped American countryside. This group of slaves were called "maroons," for they found remote areas in the thick forest and mainly lived off wild fruits and animals as food. Some of these maroons ran off, lived, and even married into segments of the Native American populations. They were later called Black Indians.

## A NATION IN CRISIS:THE SLAVERY TIMELINE

The issue of slavery evolved into a complex problem on American soil from 1800 up until the beginning of 1865. The conditions of servitude and the status of Africans were at stake. Defining the legal grounds of these people of African descent put America in a quandary. Would free Africans be welcomed into this developing Democracy? The next sixty-five years produced a host of mixed events in their quest for freedom. Racial differences and previous conditions of servitude became an issue before the Republic.

* 1800. Gabriel Prosser attempts a slave rebellion in Virginia.

* By 1807, the British Parliament had put a stop to shipping and trading African slaves.

* By 1808, the Congress of the United States made it illegal to bring more

slaves into the country. Still, the smuggling of Africans as slaves into the United States continued well into the mid 1800's. Remember, the Amistad slave incident happened in 1839. Slave trading within the states continued up until the day of Emancipation in 1863.

* By 1812, the British, as a payback to the American colonists, offered the Africans a chance to own land and be free - if they fought on their side during the War of 1812.

* By 1819, the Canadian government refused to cooperate with the American government by not allowing them free access to pursue escaped slaves living in Canada.

* By 1820, the Missouri Compromise was adopted, allowing Missouri to enter the Union as a slaveholding state and Maine as a freebearing state. The Missouri Compromise kept the number of free states and slave states balanced.

* 1822. Denmark Vesey arrested for planning a slave rebellion in South Carolina.

* 1831. Nat Turner leads a slave rebellion in Southampton, Virginia.

* By 1833, the American Anti-Slavery Society was established in Philadelphia, Pennsylvania. The British Parliament abolished slavery in the entire British Empire during this year.

* 1839. The Amistad Insurrection

* By 1850, the Compromise of 1850 again brought up the issue of slavery. California entered the union as a free state, but the territories of New Mexico, Utah, and Texas were allowed to decide, as individual states, the choice of being a slave state or a free state. 1850 also saw the passage of another much stricter Fugitive Slave Law being put into effect.

* By 1852, Harriet Beecher Stowe published her novel, Uncle Tom's Cabin, which became the best selling book and a major influence for the Anti-Slavery Movement.

* 1854. The Dred Scott Case.

* The year of 1857 saw slavery and freedom hanging in the balance.

* 1859. John Brown broke into the Federal Armory at Harper's Ferry, Virginia.

* 1860. Abraham Lincoln elected president. South Carolina secedes.

* 1861. Alabama, Florida, Georgia, Louisiana, Mississippi, Arkansas, North Carolina, Tennessee, Texas, and Virginia secede. Formation of the Confederate States of America. Attack on Fort Sumter.

* 1861-1865. The Civil War.

* 1865. Freedom on the Horizon. February 1, 1865, Abraham Lincoln ratified the 13th Amendment to the U.S. Constitution outlawing slavery throughout the whole United States. Lincoln was assassinated two months later by John Wilkes Booth on April 15, 1865.


## OLAUDAH EQUIANO (1745-1801)

ALSO KNOWN AS GUSTAVUS VASSA

Olaudah Equiano's life as a slave would have never been known to the world, but he survived and learned the English language which helped him to record his horrific experiences under forced servitude. Those words in his biographical memoirs were later published after Equiano secured extra earnings and bought his way out of bondage in the year of 1766. His writings became one of the first of only a few written accounts of slavery written by a slave. That work was entitled, The Interesting Narrative of the Life of Olaudah Equiano or Gustavus Vassa, the African, published in 1789. Olaudah Equiano's account of slavery brought to the eyes of the world community the use of children taken and used as slaves in a practice which was heretofore thought of as only the world of adults living as captives.


Equiano, at age eleven along with his sister, was kidnapped by slave catchers from their Igbo village compound while their parents were working at a distant farm near their home in Essaka, Benin. Equiano told of his attempt to yell out, his being bound, mouth gagged and separated from his sister on his way to the slave trading post. He told of his contact and fear of white Europeans and his anger at them as he was chained together with other Africans on the long voyage to America. He told of the packing of his people in the filth of the ship's hold, the deaths from diseases, the forced feedings, and cruel treatment. Equiano traced his journey to the

slave market and his being sold in Barbados to a plantation owner in Virginia. Equiano talked about his luck at being eventually sold again to a British naval officer, who took him to Halifax, Nova Scotia, and to Falmouth, England in 1757. He told of his master naming him Gustavus Vassa (after a Swedish king). Equiano was eventually bought by a slave holding Quaker named Robert King. King taught Equiano certain skills including a way to the world of free people which he entered by 1766.

Olaudah Equiano's dignity was captured in an exceptional portrait of him done in the British School around the late 18th century. It is housed in the Royal Albert Memorial Museum in Exeter, England.

## SLAVE REVOLTS AND REBELLIONS

Slave revolts and rebellions were numerous, but most accounts were kept quiet. Historians were able to document several of these violent outbreaks. Among them were:

### GABRIEL PROSSER

Gabriel Prosser, in August of 1800, set out to free himself along with about 1,000 other slaves. His plot was to kill most of the white residents and take the town of Richmond, Virginia. It is said that a sudden bad thunderstorm caused the slave revolters to disband. Three other slaves also revealed the plot, and Gabriel Prosser and thirty-six of the slaves were identified, tried, and executed.

### DENMARK VESEY

Denmark Vesey had obtained his freedom by the year of 1800. He was so

disturbed by the whole system of slavery that he wanted to destroy all vestiges of its doing. He wanted a full-fledged war using armed slaves to kill white slave owners in the city of Charleston, South Carolina. By 1822, and after several years of planning, Vesey's idea to attack and "liberate" the city was revealed. One participant's forced confession led to Vesey's and several of his co-conspirators' arrest. All of them were tried and hung. South Carolina then passed laws to bar free Blacks from entering the state due to Denmark Vesey's alleged plot.

## NAT TURNER

Nat Turner had a religious zeal and a belief that he was the "chosen one" to free himself and his slave brethren. This 31 year old preacher to the slaves devised a plan of "terror and devastation."

His organized revolt became America's most famous and violent act involving slave resistance. On August 21, 1831, Nat Turner and six other slaves killed Turner's plantation master and his family in Southampton County, Virginia. Turner increased his supporting band of slaves as they went about killing a total of 60 white slave owners, including their wives and children.

Federal and Virginia state troopers encountered the roving band of slaves and killed most of those in rebellion. Other slaves not connected to the rebellion were also killed. An estimate of over 100 slaves were killed, but Nat Turner escaped. He was hunted down as he hid out in the swamps for almost three months. He was finally captured and executed on October 30, 1831.

## THE ANTI-SLAVERY MOVEMENT

Other slaves had often heard about the freedom in the north and Canada. Many of the northern states were developing strong coalitions of free Black and White groups in an organization called the American Anti-Slavery Society, established by 1833. Prominent black leaders began to join this organization.

Among them: Frederick Douglass, Highland Garnet, David Walker, James Forten, Sarah Parker Remond, Charles Lenox Remond, Sojourner Truth, William Whipper, Harriet Tubman, David Ruggles, William C. Nell, Robert Purvis, and Martin R. Delany. Among those whites who joined in the cause of the abolitionist movement were: Theodore D. Weld, Lewis Tappan and Arthur Tappan, William Lloyd Garrison, Levi Coffin, Charles G. Finney, Wendell Phillips, Lucretia Mott, James Birney, and James Miller McKim.

The stated goal of the American Anti-Slavery Society was to see the complete abolition of slavery everywhere in the United States. They used every conceivable method, including politics and moral persuasion to achieve their goal.

## THE UNDERGROUND RAILROAD

Many of the abolitionists endorsed a clandestine movement to help the African slave achieve freedom. Some significant clues of the Underground Railroad included well defined hidden routes and following the bright north star during the night, as well as certain "stations" - where a light in the window would be an indicator of a safe home used as a slave hideaway. Some slaves were hidden in barns or behind secret wall passages in these homes.

The leader who knew the way was called the "conductor." The "station masters" were in most cases free people of color or wealthy white benefactors who provided food, shelter, or money along the way for the escaping runaways. The most profoundly skilled and successful "conductor" of the Underground Railroad was Harriet Tubman.

She was credited with leading over 300 runaways to freedom with a total of 19 trips through the south. It was later stated that she never lost a "passenger" on these risky escape routes. The Underground Railroad, from 1800 up until the end of 1865, assisted more than 40,000 slaves to freedom up north and into Canada. Raymond Bial's book, The Underground Railroad, published in 1995, depicted the essence both in text and with superb pictures of those mystical hidden passageways which made up the Underground Railroad.

## THE AMISTAD INSURRECTION

This true to life mutiny took place in the year of 1839. The La Amistad, a slave bearing Spanish vessel, was carrying 53 captives (49 men, 1 young girl, and 3 children), all previously taken from the African country of Sierra Leone when the insurrection occurred. They belonged to the Mende village in West Africa. The insurrection started when the ship, La Amistad, was taking the slave captives from Cuba to a slave market in South America.

La Amistad was sailing in the Caribbean when Singbe, a 25 year old African, later given the Spanish name Joseph Cinque, was able to free himself and the other captives from their chains. During the dark night, they went on deck and killed the captain and his cook. Two other crew members were

saved and directed by Cinque to turn the ship back toward their homeland of Africa. Instead of going toward Africa, the ship was steered to the shores off Montauk, Long Island. Here the ship docked for food and water, but it was noticed by the American navel ship, U.S.S. Washington. The captain, named Richard Meade, ordered the ship to dock over at New London, Connecticut on August 27, 1839. New York was bypassed as a docking area due to slavery being illegal in the state. Connecticut still had not abolished slavery at that time period.

The importance of the Amistad Insurrection brought the focus of slavery to the attention of many more free Americans. The abolitionists were looking for evidence of cruelty and the evil profiteering involved in slavery. The abolitionists wanted slavery abolished in America. An 18 month legal battle ensued, and the black Africans did not seem to have a chance of gaining their release from prison as the ones accused of murder and mutiny aboard the ship, La Amistad. They were going to be tried by a court of Law and sent back to slavery in Havana, Cuba. The Cubans and the Spanish government were diplomatically trying to force President Martin Van Buren to side step any conflicts between America and Spain, and send the "murderous Africans" back to the slave port in Cuba.

The technicality was that Spanish law "had by 1817 prohibited the importation of slaves into any of its territory, including the colony of Cuba." This true to life drama escalated into one of America's most fascinating court cases. Attorney Roger Sherman Baldwin of New Haven, Connecticut was able to secure a translator of the Mende language to help with the actual documentation of Cinque's journey and the others being kidnapped in Africa where they were put into the hold of the Portuguese Slave ship, the Tecora, and sent via the middle passage to Cuba. The highest point of the Amistad incident came when the case reached the U.S. Supreme Court,

and the former U.S.

President John Quincy Adams, at 73 and nearly blind, was cajoled into fighting the case. His 8 1/2 hours of astute testimony won the acquittal verdict! "They were illegally enslaved, their papers were forged and they were never Spanish speaking Cuban slaves." The verdict favored Cinque and the 35 surviving Mende Africans. Before leaving Connecticut, Cinque, with an interpreter, spoke at several abolitionists' town meetings. Money was raised, and the town's Congregational Church at Farmington Connecticut helped the Africans on their voyage back to Sierra Leone in the month of November 1841.

The portrait shown here of Joseph Cinque was done by the New Haven Painter, Nathaniel Jocelyn, before the trial ended. The portrait is part of the New Haven Connecticut Historical Society.

## HARRIET BEECHER STOWE

Harriet Beecher Stowe (1811-1896) did wonders for the Anti-Slavery Movement. Her serialized publication of Uncle Tom's Cabin first appeared in the National Era weekly newspaper, starting June 2, 1851. It became so popular in 1851, she decided to do a completed version as a published book by March, 1852.

The entire printing of 5,000 copies was sold out the first week it appeared in Boston, Massachusetts. The demand suddenly took hold, and, before the summer of 1852 ended, Harriet Beecher Stowe's novel had earned her over $10,000 in royalties.

The demand for her book required a production of over 300,000 copies within one year. Several translations were done, and suddenly the world community knew about the cruel and inhuman treatment of enslaved blacks in America.

Harriet Beecher Stowe's Uncle Tom's Cabin was based upon the life in narrative of Josiah Henson, a runaway slave.

## THE DRED SCOTT CASE

By 1854, the Dred Scott Case brought a setback to the Abolitionist Movement. Dred Scott, a slave, was taken by his master into the free states of Illinois, Wisconsin, and Minnesota.

Scott stayed out of Missouri, his slave state, for four years. His claim was that he was an established person on "free soil." The lower courts ruled against Scott.

The case eventually went to the Supreme Court of the United States. Again the ruling was unfavorable. Chief Justice Roger B. Taney, a resident of Maryland, and the other justices ruled that "Dred Scott could not bring suit in federal court because he was a Negro, not just a slave.

No Negro whether slave or free, could ever be considered a citizen of the United States within the meaning of the Constitution." Thus, Scott's real problem was not his servitude but his race. This outspoken blow was a

positive message for the south in that slavery in America was not going away but was a legal part involved with the American way of life.

## RAID ON HARPER'S FERRY

By 1859, an unsettling event happened - John Brown, the dogmatic white abolitionist from Kansas attacked slavery as an issue which he felt could only be resolved using acts of violence.

He sought out justice to the slavery issue using biblical scriptures in the Old and New Testaments of the Holy Bible. "Without blood there is no remission of sins."

The Federal Armory at Harper's Ferry, Virginia was the chosen place. The plot was to take the ammunition and weapons and kill all, and free the slaves. October 17, 1859 twenty-two men on foot cut the telegraph wires and broke into the armory. Colonel Robert E. Lee (who later became Confederate General Lee) was summoned to the armory with his troops. The raiders held out for a day and a half. Lee's troops stormed the armory, and ten raiders were immediately killed.

Two of John Brown's sons died in this action along with four out of the five black volunteers who took part in the raid (Shields Green, Lewis Leary, John Copeland, Dangerfield Newby). By some fluke, the last black volunteer, Osborne Anderson, escaped and later joined the Union Army during the Civil War (1861-1865).

Four other raiders also escaped. John Brown and six others were captured

and hung on December 2, 1859. The John Brown Hanging elevated him as a martyr for the Abolitionist's cause. During the time of the raid he had grown a long beard; thus he was called the "Moses" of the Abolitionist Movement.

## THE ELECTION OF 1860

1860 was a crucial year in the history of this Republic. Slavery had weakened America's position as a country established on principles of freedom. This was an election year. Abraham Lincoln (b. Feb. 12, 1809 - d. April 15, 1865) won the nomination for the presidency of the United States representing the Republican Party.

The Democratic Party split up into a Northern Wing with Stephen A. Douglas as its candidate and a Southern Wing with John C. Breckinridge as the other candidate for the presidency of the United States.

The Whig Party was so weak with deserting members that it split up into a conservative Whig Wing, and they aligned with the Know-Nothing Party to form a new party called the Constitutional Union Party with John Bell as their candidate for the presidency of the United States.

Abraham Lincoln won the election easily on November 6, 1860 due to the unity on party issues within the Republican Party. Lincoln became the 16th President of the United States mainly from the votes coming from the north. Lincoln had built a reputation as an opponent of slavery.

The south made it known that this was going to split the United States if

Lincoln were elected. Therefore, on December 20, 1860, secession took place with South Carolina taking the lead, followed in January 1861, by the states of Alabama, Florida, Georgia, Louisiana, and Mississippi. They formed a separate Union within the United States called the Confederate States of America. Before the end of February, five other states joined the Confederacy. They were Arkansas, North Carolina, Tennessee, Texas, and Virginia.

When Abraham Lincoln took office on March 4, 1861 - the United States was a divided country with slavery as the major issue before the Republic.

The South moved fast and decided to seize U.S. Federal forts within their jurisdiction. Fort Sumter in Charleston Harbor was considered a Union stronghold. Lincoln provided stronger protection for Fort Sumter, therefore it had to be taken by force by the Confederates. The firing on Fort Sumter on April 12, 1861 was the start of the American Civil War. Abraham Lincoln had been in office only one month.

## THE CIVIL WAR (1861-1865)

It was therefore inevitable that something had to be done in America in order to preserve the Union. The disunity of the states escalated into one of America's most dreadful and bloody wars. President Abraham Lincoln stated, "A house divided against itself cannot stand." Earlier, in 1858, Lincoln had stated that, "I believe this government cannot endure, permanently, half slave and half free."

At the outset of the Civil War, both northern Whites and free Blacks came forth to join the Union Army. From the beginning, both black slaves and

freeman saw this opportunity to serve in the military as a method for relinquishing their chains and proving their inclusive worthiness to this nation. Some black slaves, for some unknown reasons, remained with their masters and assisted them on the side of the Confederacy during the entire period of the Civil War.

On the whole, there was widespread resistance by whites on both the Union blue and Confederate gray sides in accepting Blacks as part of the military. Lincoln rejected the participation of Blacks at first in the Union Army. He did not want to alienate those border states of Delaware, Maryland, Kentucky, and Missouri who still owned slaves but were loyal to the Union. West Virginia became a state in 1863 and stayed in the Union.

There were also many anti-abolitionist groups in the North who felt this war should not involve Blacks. The Union Secretary of War issued a statement: "This Department has no intention at the present to call into service of the government any colored soldiers."

As the bloody war progressed, many slaves "flocked to the Union lines seeking freedom." These slaves, by the hundreds, were crossing into Union territory, and they were placed in "contraband camps." The need for able-bodied fighting men soon led individual states to swear into the military separate regiments of all black troops. Other Blacks found acceptance as volunteers in semi-military or military support positions.

Not until August of 1862 did Blacks receive the endorsement of Congress to serve in the Civil War. "Congress revoked the militia laws banning Blacks" from serving in the Union Army. Confusion was all around, but it was not

until Abraham Lincoln issued on January 1, 1863, the Emancipation Proclamation, "freeing all slaves in areas still in rebellion" that ex-slaves were given the formal right to be received in the U.S. Union Armed Forces. The casualties on both sides of the war were climbing, therefore more soldiers were needed. Lincoln needed a victory, therefore the Emancipation was aimed at getting more recruits. The Emancipation Proclamation only freed those slaves in the states under the jurisdiction of the Confederacy.

The Emancipation Proclamation opened the door full-fledged for Blacks to participate in the Civil War. Among the newly freed slaves out of the Confederate states came thousands of volunteers. On May 1, 1863, the War Department created the Bureau of Colored Troops in order to handle the recruitment and organization of all black regiments. These units were known as the United States Colored Troops, and doubts about their competency, loyalty, and bravery were under close scrutiny. White officers were their commanders, and acceptance of ex-slaves by these commanders was not always willing.

It was with the valor displayed by the 54th All Black Infantry Regiment out of Boston, Massachusetts who charged Fort Wagner did some notable recognition come to these troops. The widespread knowledge about these all black units of the Civil War came about with the popularity of the movie, Glory, starring Denzel Washington.

Based upon the triumphs and defeats of the 54th Massachusetts Volunteer Infantry, a historical moment was captured in the lives of some unknown American freedom fighters. The first African-American medal of Honor was awarded to William Carney of this 54th Infantry Regiment. More than 300

African-Americans died at the Fort Wagner assault.

By the end of the Civil War, over 186,000 men of African decent had served in the U. S. Armed Forces, and over 38,000 died in an effort to be part of America's inclusive freedom. Twenty-four black soldiers were awarded the meritorious Congressional Medals of Honor. All together, on the Union side about 360,000 troops died in the war. On the Confederate side about 260,000 troops died. The Civil War ended April 9, 1865.

## THE RECONSTRUCTION (1865-1877)

America, including the South, had to be rebuilt, and, despite the South's hostile resistance, African-Americans were slowly becoming part of this nation's inclusion. By 1868, the 14th Amendment to the Constitution confirmed the long awaited citizenship for Blacks in America. By 1870, the 15th Amendment was added to the Constitution which made it illegal to deny the right the vote based on race.

The Reconstruction, although short-lived, showed the first real attempts of inclusive freedom for African-Americans. Gains were taking place: Citizenship, Voting, Education, and Politics.

Later that freedom was restricted by Jim Crow Laws, discrimination, and the denial of equal protection by law.

The Journey from Slavery to Freedom only opened the door halfway. 1877 was the beginning of a long journey. That journey was one hundred and

twenty-one years ago, and it still goes on.

# THE HISTORY OF AFRICAN AMERICANS

## REFERENCES

Wikipedia

# CIVIL RIGHTS MOVEMENT TIMLINE

**EXIBIT VII.**

This is a timeline of the civil rights movement, a nonviolent freedom movement to gain legal equality and the enforcement of constitutional rights for African Americans. The goals of the movement included securing equal protection under the law, ending legally established racial discrimination, and gaining equal access to public facilities, education reform, fair housing, and the ability to vote.

## 1954–1959

## 1954

May 3 – In Hernandez v. Texas, the U.S. Supreme Court rules that Mexican Americans and all other racial groups in the United States are entitled to equal protection under the 14th Amendment to the U.S. Constitution.

May 17 – In Brown v. Board of Education of Topeka, Kans. and in Bolling v. Sharpe, the U.S. Supreme Court rules against the "separate but equal" doctrine, overturning Plessy v. Ferguson and saying that segregation of public schools is unconstitutional.

July 27 – The Charleston, Arkansas school board unanimously votes to end segregation in the school district. Ending segregation for first through twelfth grades, the Charleston school district was the first school district among the former Confederate States to desegregate. The schools opened for the new school year on August 23.

July 30 – At a special meeting in Jackson, Mississippi called by Governor Hugh White, T.R.M. Howard of the Regional Council of Negro Leadership,

1

along with nearly one hundred other black leaders, publicly refuse to support a segregationist plan to maintain "separate but equal" in exchange for a crash program to increase spending on black schools.

September 2 – In Montgomery, Alabama, 23 black children are prevented from attending all-white elementary schools, defying the recent U.S. Supreme Court ruling.

September 7 – The District of Columbia ends segregated education; Baltimore, Maryland follows suit on September 8.

September 15 – Protests by white parents in White Sulphur Springs, West Virginia force schools to postpone desegregation another year.

September 16 – Mississippi abolishes all public schools with an amendment to its State Constitution; private segregation academies are founded for white students.

September 30 – Integration of a high school in Milford, Delaware collapses when white students boycott classes.

October 4 – Student demonstrations take place against integration of Washington, DC public schools.

October 19 – Federal judge upholds an Oklahoma law requiring African-American candidates to be identified on voting ballots as "negro".

October 30 – Desegregation of U.S. Armed Forces said to be complete.

Frankie Muse Freeman is the lead attorney for the landmark NAACP case Davis et al. v. the St. Louis Housing Authority, which ended legal racial discrimination in the city's public housing. Constance Baker Motley was an attorney for NAACP: it was unusual to have two women attorneys leading such a high-profile case.

2

## 1955

January 15 – President Dwight D. Eisenhower signs Executive Order 10590, establishing the President's Committee on Government Policy to enforce a nondiscrimination policy in Federal employment.

January 20 – Demonstrators from CORE and Morgan State University stage a successful sit-in to desegregate Read's Drug Store in Baltimore, Maryland.

April 5 – Mississippi passes a law penalizing white students by jail and fines who attend school with blacks.

May 7 – NAACP and Regional Council of Negro Leadership activist Reverend George W. Lee is killed in Belzoni, Mississippi.

May 31 – The U.S. Supreme Court rules in "Brown II" that desegregation must occur with "all deliberate speed".

June 8 – University of Oklahoma decides to allow black students.

June 23 – Virginia governor and Board of Education decide to continue segregated schools into 1956.

June 29 – The NAACP wins a U.S. Supreme Court suit which orders the University of Alabama to admit Autherine Lucy.

July 11 – Georgia Board of Education orders that any teacher supporting integration be fired.

July 14 – A Federal Appeals Court overturns segregation on Columbia, SC buses.

August 1 – Georgia Board of Education fires all black teachers who are members of the NAACP.

August 13 – Regional Council of Negro Leadership registration activist

3

Lamar Smith is murdered in Brookhaven, Mississippi.

August 28 – Teenager Emmett Till is killed for whistling at a white woman in Money, Mississippi.

November 7 – The Interstate Commerce Commission bans bus segregation in interstate travel in Sarah Keys v. Carolina Coach Company. On the same day, the U.S. Supreme Court bans segregation on public parks and playgrounds. The governor of Georgia responds that his state would "get out of the park business" rather than allow playgrounds to be desegregated.

December 1 – Rosa Parks refuses to give up her seat on a bus, starting the Montgomery Bus Boycott. This occurs nine months after 15-year-old high school student Claudette Colvin became the first to refuse to give up her seat. Colvin's was the legal case which eventually ended the practice in Montgomery.

Roy Wilkins becomes the NAACP executive secretary.


## 1956

January 9 – Virginia voters and representatives decide to fund private schools with state money to maintain segregation.

January 16 – FBI Director J. Edgar Hoover writes a rare open letter of complaint directed to civil rights leader Dr. T.R.M. Howard after Howard charged in a speech that the "FBI can pick up pieces of a fallen airplane on the slopes of a Colorado mountain and find the man who caused the crash, but they can't find a white man when he kills a Negro in the South."

January 24 – Governors of Georgia, Mississippi, South Carolina and Virginia agree to block integration of schools.

February 1 – Virginia legislature passes a resolution that the U.S.

Supreme Court integration decision was an "illegal encroachment".

February 3 – Autherine Lucy is admitted to the University of Alabama. Whites riot for days, and she is suspended. Later, she is expelled for her part in filing legal action against the university.

February 24 – The policy of Massive Resistance is declared by U.S. Senator Harry F. Byrd, Sr. from Virginia.

February/March – The Southern Manifesto, opposing integration of schools, is drafted and signed by members of the Congressional delegations of Southern states, including 19 senators and 81 members of the House of Representatives, notably the entire delegations of the states of Alabama, Arkansas, Georgia, Louisiana, Mississippi, South Carolina and Virginia. On March 12, it is released to the press.

February 13 – Wilmington, Delaware's school board decides to end segregation.

February 22 – Ninety black leaders in Montgomery, Alabama are arrested for leading a bus boycott.

February 29 – Mississippi legislature declares U.S. Supreme Court integration decision "invalid" in that state.

March 1 – Alabama legislature votes to ask for federal funds to deport blacks to northern states.

March 12 – U.S. Supreme Court orders the University of Florida to admit a black law school applicant "without delay".

March 22 – King sentenced to fine or jail for instigating Montgomery bus boycott, suspended pending appeal.

April 23 – U.S. Supreme Court strikes down segregation on buses nationwide.

May 26 – Circuit Judge Walter B. Jones issues an injunction prohibiting the NAACP from operating in Alabama.

May 28 – The Tallahassee, Florida bus boycott begins.

June 5 – The Alabama Christian Movement for Human Rights (ACMHR) is founded at a mass meeting in Birmingham, Alabama.

September 2–11 – Teargas and National Guard used to quell segregationists rioting in Clinton, Tennessee; 12 black students enter high school under Guard protection. Smaller disturbances occur in Mansfield, Texas and Sturgis, Kentucky.

September 10 – Two black students are prevented by a mob from entering a junior college in Texarkana, Texas. Schools in Louisville, Kentucky are successfully desegregated.

September 12 – Four black children enter an elementary school in Clay, Kentucky under National Guard protection; white students boycott. The school board bars the four again on September 17.

October 15 – Integrated athletic or social events are banned in Louisiana.

November 13 – In Browder v. Gayle, the U.S. Supreme Court strikes down Alabama laws requiring segregation of buses. This ruling, together with the ICC's 1955 ruling in Sarah Keys v. Carolina Coach banning "Jim Crow laws" in bus travel among the states, is a landmark in outlawing "Jim Crow" in bus travel.

December 20 – Federal marshals enforce the ruling to desegregate bus systems in Montgomery.

December 24 – Blacks in Tallahassee, Florida begin defying segregation on city buses.

December 25 – The parsonage in Birmingham, Alabama occupied by Fred Shuttlesworth, movement leader, is bombed. Shuttlesworth receives only

minor injuries.

December 26 – The ACMHR tests the Browder v. Gayle ruling by riding in the white sections of Birmingham city buses. 22 demonstrators are arrested.

Mississippi State Sovereignty Commission formed.

Director J. Edgar Hoover orders the FBI to begin the COINTELPRO program to investigate and disrupt "dissident" groups within the United States.

## 1957

February 8 – Georgia Senate votes to declare the 14th and 15th Amendments to the United States Constitution null and void in that state.

February 14 – Southern Christian Leadership Conference is formed; Dr. Martin Luther King, Jr. is named its chairman.

April 18 – Florida Senate votes to consider U.S. Supreme Court's desegregation decisions "null and void".

May 17 – The Prayer Pilgrimage for Freedom in Washington, DC is at the time the largest nonviolent demonstration for civil rights.

September 2 – Orval Faubus, governor of Arkansas, calls out the National Guard to block integration of Little Rock Central High School.

September 6 – Federal judge orders Nashville public schools to integrate immediately.

September 15 – New York Times reports that in three years since the decision, there has been minimal progress toward integration in four southern states, and no progress at all in seven.

September 24 – President Dwight Eisenhower federalizes the National Guard and also orders US Army troops to ensure Little Rock Central High School in Arkansas is integrated. Federal and National Guard troops escort the Little Rock Nine.

September 27 – Civil Rights Act of 1957 signed by President Eisenhower.

October 7 – The finance minister of Ghana is refused service at a Dover, Delaware restaurant. President Eisenhower hosts him at the White House to apologize October 10.

October 9 – Florida legislature votes to close any school if federal troops are sent to enforce integration.

October 31 – Officers of NAACP arrested in Little Rock for failing to comply with a new financial disclosure ordinance.

November 26 – Texas legislature votes to close any school where federal troops might be sent.


## 1958

June 29 – Bethel Baptist Church (Birmingham, Alabama) is bombed by Ku Klux Klan members, killing four girls.

June 30 – In NAACP v. Alabama, the U.S. Supreme Court rules that the NAACP was not required to release membership lists to continue operating in the state.

July – NAACP Youth Council sponsored sit-ins at the lunch counter of a Dockum Drug Store in downtown Wichita, Kansas. After three weeks, the movement successfully gets the store to change its policy and soon afterward all Dockum stores in Kansas are desegregated.

August 19 – Clara Luper and the NAACP Youth Council conduct the

8

largest successful sit-in to date, on drug store lunch-counters in Oklahoma City. This starts a successful six-year campaign by Luper and the Council to desegregate businesses and related institutions in Oklahoma City.

September 2 – Governor J. Lindsay Almond, Jr. of Virginia threatens to shut down any school if it is forced to integrate.

September 4 – Justice Department sues under Civil Rights Act to force Terrell County, Georgia to register blacks to vote.

September 8 – A Federal judge orders Louisiana State University to desegregate; sixty-nine African-Americans enroll successfully on September 12.

September 12 – In Cooper v. Aaron the U.S. Supreme Court rules that the states were bound by the Court's decisions. Governor Faubus responds by shutting down all four high schools in Little Rock, and Governor Almond shuts one in Front Royal, Virginia.

September 18 – Governor Lindsay closes two more schools in Charlottesville, Virginia, and six in Norfolk on September 27.

September 29 – The U.S. Supreme Court rules that states may not use evasive measures to avoid desegregation.

October 8 – A Federal judge in Harrisonburg, VA rules that public money may not be used for segregated private schools.

October 20 – Thirteen blacks arrested for sitting in front of bus in Birmingham.

November 28 – Federal court throws out Louisiana law against integrated athletic events.

December 8 – Voter registration officials in Montgomery refuse to cooperate with US Civil Rights Commission investigation.

9

## 1959

January 9 – One Federal judge throws out segregation on Atlanta, Georgia, buses, while another orders Montgomery registrars to comply with the Civil Rights Commission.

January 19 – Federal Appeals court overturns Virginia's closure of the schools in Norfolk; they reopen January 28 with 17 black students.

April 18 – King speaks for the integration of schools at a rally of 26,000 at the Lincoln Memorial in Washington, DC.

November 20 – Alabama passes laws to limit black voter registration.

## 1960–1968

## 1960

February 1 – Four black students sit at the Woolworth's lunch counter in Greensboro, North Carolina, sparking six months of the Greensboro Sit-Ins.

February 13 – The Nashville, Tennessee Sit-in begins, although the Nashville students, trained by activist and nonviolent teacher James Lawson, had been doing preliminary groundwork towards the action for two months. The sit-in ends successfully in May.

February 17 – Alabama grand jury indicts Martin Luther King, Jr. for tax evasion.

February 19 – Virginia Union University students, called the Richmond 34, stage a sit-in at Woolworth's lunch counter in Richmond, Virginia.

February 22 – The Richmond 34 stage a sit-in the Richmond Room at Thalhimer's department store.

March 3 – Vanderbilt University expels James Lawson for sit-in participation.

March 4, 1960 – Houston's first sit-in, led by Texas Southern University students, was held at Weingarten supermarket, located at 4110 Almeda in Houston, Texas.

March 19 – San Antonio becomes first city to integrate lunch counters.

April 8 – Weak civil rights bill survives Senate filibuster.

April 15–17 – The Student Nonviolent Coordinating Committee (SNCC) is formed in Raleigh, North Carolina.

April 19 – Z. Alexander Looby's home is bombed, with no injuries. Looby, a Nashville civil rights lawyer, was active in the city's ongoing Nashville sit-in for integration of public facilities.

May – Nashville sit-ins end with business agreements to integrate lunch counters and other public areas.

May 6 – Civil Rights Act of 1960 signed by President Dwight D. Eisenhower.

May 28 – William Robert Ming and Hubert Delaney obtain an acquittal of Dr. King from an all-white jury in Alabama.

June 28 – Bayard Rustin resigns from SCLC after condemnation by Rep. Adam Clayton Powell, Jr.

July 31 – Elijah Muhammad calls for an all-black state; membership in Nation of Islam estimated at 50,000 to 100,000.

August – Rev. Wyatt Tee Walker replaces Ella Baker as SCLC's Executive

11

Director.

October 19 – King and 50 others arrested at sit-in at Atlanta's Rich's Department Store.

October 26 – King's earlier probation revoked; he is transferred to Reidsville State Prison.

October 28 – After intervention from Robert F. Kennedy, King is freed on bond.

November 14 – Ruby Bridges becomes the first African-American child to attend an all-white elementary school in the South (William Frantz Elementary School) following court-ordered integration in New Orleans, Louisiana. This event was portrayed by Norman Rockwell in his 1964 painting The Problem We All Live With.

December 5 – In Boynton v. Virginia, the U.S. Supreme Court holds that racial segregation in bus terminals is illegal because such segregation violates the Interstate Commerce Act. This ruling, in combination with the Interstate Commerce Commission's 1955 decision in Keys v. Carolina Coach Co., effectively outlaws segregation on interstate buses and at the terminals servicing such buses.

## **1961**

January 11 – Rioting over court-ordered admission of first two African-Americans (Hamilton E. Holmes and Charlayne Hunter-Gault) at the University of Georgia leads to their suspension, but they are ordered reinstated.

January 31 – Members of the Congress of Racial Equality (CORE) and nine students are arrested in Rock Hill, South Carolina for a sit-in at a McCrory's lunch counter.

March 6 – President Kennedy issues Executive Order 10925, which establishes a Presidential committee that later becomes the Equal Employment Opportunity Commission.

May 4 – The first group of Freedom Riders, with the intent of integrating interstate buses, leaves Washington, D.C. by Greyhound bus. The group, organized by the Congress of Racial Equality (CORE), leaves shortly after the U.S. Supreme Court has outlawed segregation in interstate transportation terminals.

May 6 – Attorney General Robert F. Kennedy delivers a speech to the students of the University of Georgia School of Law in Athens, Georgia, promising to enforce civil rights legislation. It is the Kennedy administration's first formal endorsement of civil rights.

May 14 – The Freedom Riders' bus is attacked and burned outside of Anniston, Alabama. A mob beats the Freedom Riders upon their arrival in Birmingham. The Freedom Riders are arrested in Jackson, Mississippi, and spend 40 to 60 days in Parchman Penitentiary.

May 17 – Nashville students, coordinated by Diane Nash, John Lewis, and James Bevel, take up the Freedom Ride, signaling the increased involvement of the Student Nonviolent Coordinating Committee (SNCC).

May 20 – Freedom Riders are assaulted in Montgomery, Alabama, at the Greyhound Bus Station.

May 21 – MLK, the Freedom Riders, and congregation of 1,500 at Rev. Ralph Abernathy's First Baptist Church in Montgomery are besieged by mob of segregationists; RFK as Attorney General sends federal marshals to protect them.

May 29 – Attorney General Robert F. Kennedy, citing the 1955 landmark ICC ruling in Sarah Keys v. Carolina Coach Company and the U.S. Supreme Court's 1960 decision in Boynton v. Virginia, petitions the ICC to enforce

13

desegregation in interstate travel.

June–August – U.S. Dept. of Justice initiates talks with civil rights groups and foundations on beginning Voter Education Project.

July – SCLC begins citizenship classes; Andrew J. Young hired to direct the program. Bob Moses begins voter registration in McComb, Mississippi. He leaves because of violence.

September – James Forman becomes SNCC's Executive Secretary.

September 23 – The Interstate Commerce Commission, at RFK's insistence, issues new rules ending discrimination in interstate travel, effective November 1, 1961, six years after the ICC's own ruling in Sarah Keys v. Carolina Coach Company.

September 25 – Voter registration activist and NAACP member Herbert Lee is shot and killed by a white state legislator in McComb, Mississippi.

November 1 – All interstate buses required to display a certificate that reads: "Seating aboard this vehicle is without regard to race, color, creed, or national origin, by order of the Interstate Commerce Commission."

November 1 – SNCC workers Charles Sherrod and Cordell Reagon and nine Chatmon Youth Council members test new ICC rules at Trailways bus station in Albany, Georgia.

November 17 – SNCC workers help encourage and coordinate black activism in Albany, Georgia, culminating in the founding of the Albany Movement as a formal coalition.

November 22 – Three high school students from Chatmon's Youth Council arrested after using "positive actions" by walking into white sections of the Albany bus station.

November 22 – Albany State College students Bertha Gober and Blanton Hall arrested after entering the white waiting room of the Albany Trailways

14

station.

December 10 – Freedom Riders from Atlanta, SNCC leader Charles Jones, and Albany State student Bertha Gober are arrested at Albany Union Railway Terminal, sparking mass demonstrations, with hundreds of protesters arrested over the next five days.

December 11–15 – Five hundred protesters arrested in Albany, Georgia.

December 15 – King arrives in Albany, Georgia in response to a call from Dr. W. G. Anderson, the leader of the Albany Movement to desegregate public facilities.

December 16 – King is arrested at an Albany, Georgia demonstration. He is charged with obstructing the sidewalk and parading without a permit.

December 18 – Albany truce, including a 60-day postponement of King's trial; King leaves town.

Whitney Young is appointed executive director of the National Urban League and begins expanding its size and mission.

Black Like Me by John Howard Griffin, a white southerner who deliberately darkened his skin to pass as a Negro in the Deep South, is published, describing "Jim Crow" segregation for a national audience.


## 1962

January 18–20 – Student protests over sit-in leaders' expulsions at Baton Rouge's Southern University, the nation's largest black school, close it down.

February – Representatives of SNCC, CORE, and the NAACP form the Council of Federated Organizations (COFO). A grant request to fund COFO voter registration activities is submitted to the Voter Education Project

(VEP).

February 26 – Segregated transportation facilities, both interstate and intrastate, ruled unconstitutional by U.S. Supreme Court.

March – SNCC workers sit-in at US Attorney General Robert F. Kennedy's office to protest jailings in Baton Rouge.

March 20 – FBI installs wiretaps on NAACP activist Stanley Levison's office.

April 3 – Defense Department orders full racial integration of military reserve units, except the National Guard.

June – SNCC workers establish voter registration projects in rural southwest Georgia.

July 10 – August 28 SCLC renews protests in Albany; MLK in jail July 10–12 and July 27 – August 10.

August 31 – Fannie Lou Hamer attempts to register to vote in Indianola, Mississippi.

September 9 – Two black churches used by SNCC for voter registration meetings are burned in Sasser, Georgia.

September 20 – James Meredith is barred from becoming the first black student to enroll at the University of Mississippi.

September 30-October 1 – U.S. Supreme Court Justice Hugo Black orders James Meredith admitted to Ole Miss.; he enrolls and a white riot ensues. French photographer Paul Guihard and Oxford resident Ray Gunter are killed.

October – Leflore County, Mississippi, supervisors cut off surplus food distribution in retaliation against voter drive.

October 23 – FBI begins Communist Infiltration (COMINFIL) investigation

16

of SCLC.

November 20 – Attorney General Kennedy authorizes FBI wiretap on Stanley Levison's home telephone.

November 20 – President Kennedy upholds 1960 presidential campaign promise to eliminate housing segregation by signing Executive Order 11063 banning segregation in Federally funded housing.

## 1963

January 14 – Incoming Alabama governor George Wallace calls for "segregation now, segregation tomorrow, segregation forever" in his inaugural address.

April 3–May 10 – The Birmingham campaign, organized by the Southern Christian Leadership Conference (SCLC) and the Alabama Christian Movement for Human Rights, protests segregation in Birmingham by daily mass demonstrations.

April – Mary Lucille Hamilton, Field Secretary for the Congress of Racial Equality, refuses to answer a judge in Gadsden, Alabama, until she is addressed by the honorific "Miss". /at the time, it was southern custom to address white people by honorifics and people of color by their first names. Jailed for contempt of court Hamilton refused to pay bail. The case Hamilton v. Alabama is filed by the NAACP. It reached the U.S. Supreme Court, which ruled in 1964 that courts must address persons of color with the same courtesy extended to whites.

April 7 – Ministers John Thomas Porter, Nelson H. Smith and A.D. King lead a group of 2,000 marchers to protest the jailing of movement leaders in Birmingham.

April 12 – Dr. King is arrested in Birmingham for "parading without a

17

permit".

April 16 – Dr. King's Letter from Birmingham Jail is completed.

April 23 – CORE activist William L. Moore is murdered in Gadsden, Alabama.

May 2–4 – Birmingham's juvenile court is inundated with African-American children and teenagers arrested after James Bevel, SCLC's Director of Direct Action and Director of Nonviolent Education, launches his "D-Day" youth march. The actions spans three days to become the Birmingham Children's Crusade where over a thousand children and students are arrested. The images of fire hoses and police dogs turned on the protesters are televised around the world.

May 9–10 – The Children's Crusade lays the groundwork for the terms of a negotiated truce on Thursday, May 9, which puts an end to mass demonstrations in return for rolling back segregation laws and practices. Dr. King and Reverend Fred Shuttlesworth announce the settlement terms on Friday, May 10, only after King holds out to orchestrate the release of thousands of jailed demonstrators with bail money from Harry Belafonte and Robert Kennedy.

May 11–12 – A double bombing in Birmingham, probably organized by the KKK with help from local police, precipitates rioting, police retaliation, intervention of state troopers, and finally mobilization of federal troops.

May 13 – In United States of America and Interstate Commerce Commission v. the City of Jackson, Mississippi et al., the United States Court of Appeals Fifth Circuit rules the city's attempt to circumvent laws desegregating interstate transportation facilities by posting sidewalk signs outside Greyhound, Trailways and Illinois Central terminals reading "Waiting Room for White Only — By Order Police Department" and "Waiting Room for Colored Only – By Order Police Department" to be

unlawful.

May 24 – A group of Black leaders (assembled by James Baldwin) meets with Attorney General Robert F. Kennedy to discuss race relations.

May 29 – Violence escalates at NAACP picket of Philadelphia construction site.

May 30 – Police attack Florida A&M anti-segregation demonstrators with tear gas; arrest 257.

June 9 – Fannie Lou Hamer is among several SNCC workers badly beaten by police in the Winona, Mississippi, jail after their bus stops there.

June 11 – "The Stand in the Schoolhouse Door": Alabama Governor George Wallace stands in front of a schoolhouse door at the University of Alabama in an attempt to stop desegregation by the enrollment of two black students, Vivian Malone and James Hood. Wallace stands aside after being confronted by federal marshals, Deputy Attorney General Nicholas Katzenbach, and the Alabama National Guard. Later in life, he apologizes for his opposition to racial integration.

June 11 – President Kennedy makes his historic civil rights address, promising a bill to Congress the next week. About civil rights for "Negroes", in his speech he asks for "the kind of equality of treatment which we would want for ourselves."

June 12 – NAACP field secretary Medgar Evers is assassinated in Jackson, Mississippi. (His murderer is convicted in 1994.)

Summer – 80,000 blacks quickly register to vote in Mississippi by a test project to show their desire to participate in the political system.

June 19 – President Kennedy sends Congress (H. Doc. 124, 88th Cong., 1st session.) his proposed Civil Rights Act. White leaders in business and philanthropy gather at the Carlyle Hotel to raise initial funds for the Council

19

on United Civil Rights Leadership

August 28 – Gwynn Oak Amusement Park in Northwest Baltimore, County, Maryland is desegregated.

August 28 – March on Washington for Jobs and Freedom is held. Martin Luther King gives his I Have a Dream speech.

September 10 – Birmingham, Alabama City Schools are integrated by National Guardsmen under orders from President Kennedy.

September 15 – 16th Street Baptist Church bombing in Birmingham kills four young girls. That same day, in response to the killings, James Bevel and Diane Nash begin the Alabama Project, which will later develop as the Selma Voting Rights Movement.

## 1964

All year – The Alabama Voting Rights Project continues organizing led by James Bevel, Diane Nash, and James Orange. The SCLC is not yet participating. Bevel represents it as Director of Direct Action and Director of Nonviolent Education.

All year - Throughout Mississippi approximately fifty Freedom Libraries are established and ran by librarian volunteers.

January 23 – Twenty-fourth Amendment abolishes the poll tax for Federal elections.

Summer – Freedom Summer – movement for voter education and registration in the Mississippi. The Mississippi Freedom Democratic Party was founded and elected an alternative slate of delegates for the national convention, as blacks are still officially disenfranchised.

June 9 – Bloody Tuesday – peaceful marchers beaten, arrested and tear

gassed by Tuscaloosa, Alabama police on a peaceful march to the County Courthouse to protest whites-only restroom signs and drinking fountains

June 21 – Murders of Chaney, Goodman, and Schwerner, three civil rights workers disappear from Philadelphia, Mississippi, later to be found murdered and buried in an earthen dam.

June 28 – Organization of Afro-American Unity is founded by Malcolm X, lasts until his death.

July 2 – Civil Rights Act of 1964 signed, banning discrimination based on "race, color, religion, sex or national origin" in employment practices and public accommodations.

August – Congress passes the Economic Opportunity Act which, among other things, provides federal funds for legal representation of Native Americans in both civil and criminal suits. This allows the ACLU and the American Bar Association to represent Native Americans in cases that later win them additional civil rights.

August – The Mississippi Freedom Democratic Party delegates challenge the seating of all-white Mississippi representatives at the Democratic national convention.

December 10 – King is awarded the Nobel Peace Prize, the youngest person so honored.

December 14 – In Heart of Atlanta Motel v. United States, the U.S. Supreme Court upholds the Civil Rights Act of 1964.

The Edmund Pettus Bridge on "Bloody Sunday" in 1965.


## 1965

February 18 – After a peaceful protest march in Marion, Alabama, state

troopers break it up and one shoots Jimmie Lee Jackson. Jackson dies on February 26. Though not prosecuted at the time, James Bonard Fowler is indicted for his murder in 2007.

February 21 – Malcolm X is assassinated in Manhattan, New York, probably by three members of the Nation of Islam.

March 7 – Bloody Sunday: Civil rights workers in Selma, Alabama, begin the Selma to Montgomery march but are attacked and stopped by a massive Alabama State trooper and police blockade as they cross the Edmund Pettus Bridge into the county. Many marchers are injured. This march, initiated and organized by James Bevel, becomes the visual symbol of the Selma Voting Rights Movement.

March 9 – Joined by clergy from all over the country who responded to his urgent appeals for reinforcements in Selma, King leads a second attempt to cross the Pettus Bridge. Although amassed law enforcement personnel are ordered to draw back when the protesters near the foot of the bridge on the other side, King responds by telling the marchers to turn around, and they return to Brown Chapel nearby. He thereby obeys a just-minted federal order prohibiting the group from walking the highway to Montgomery.

March 15 – President Lyndon Johnson uses the phrase "We Shall Overcome" in a speech before Congress to urge passage of the voting rights bill.

March 21 – Participants in the third and successful Selma to Montgomery march stepped off on a five-day 54-mile march to Montgomery, Alabama's capitol.

March 25 – After the successful completion of the Selma to Montgomery March, and after Dr. King has delivered his "How Long, Not Long" speech on the steps of the state capitol, a white volunteer, Viola Liuzzo, is shot and

22

killed by KKK members in Alabama, one of whom was an FBI informant.

June 2 – Black deputy sheriff Oneal Moore is murdered in Varnado, Louisiana.

July 2 – Equal Employment Opportunity Commission begins operations.

August 6 – Voting Rights Act of 1965 is signed by President Johnson. It provides for federal oversight and enforcement of voter registration in states and individual voting districts with a history of discriminatory tests and underrepresented populations. It prohibits discriminatory practices preventing African Americans and other minorities from registering and voting, and electoral systems diluting their vote.

August 11–15 – Following the accusations of mistreatment and police brutality by the Los Angeles Police Department towards the city's African-American community, Watts riots erupt in South Central Los Angeles which last over five days. Over 34 are killed, 1,032 injured, 3,438 arrested, and cost over $40 million in property damage.

September – Raylawni Branch and Gwendolyn Elaine Armstrong become the first African-American students to attend the University of Southern Mississippi.

September 24 – President Johnson signs Executive Order 11246 requiring Equal Employment Opportunity by federal contractors.


## 1966

January 10 – NAACP local chapter president Vernon Dahmer is injured by a bomb in Hattiesburg, Mississippi. He dies the next day.

June 5 – James Meredith begins a solitary March Against Fear from Memphis, Tennessee to Jackson, Mississippi. Shortly after starting, he is shot with birdshot and injured. Civil rights leaders and organizations rally

and continue the march leading to, on June 16, Stokely Carmichael first using the slogan Black power in a speech. Twenty-five thousand marchers entered the capital.

Summer – The Chicago Open Housing Movement, led by Martin Luther King, Jr., James Bevel and Al Raby, includes a large rally, marches, and demands to Mayor Richard J. Daley and the City of Chicago which are discussed in a movement-ending Summit Conference.

October – Black Panther Party founded by Huey P. Newton and Bobby Seale in Oakland, California.

## 1967

April 4 – MLK delivers "Beyond Vietnam" speech, calling for defeat of "the giant triplets of racism, materialism, and militarism".

June 12 – In Loving v. Virginia, the U.S. Supreme Court rules that prohibiting interracial marriage is unconstitutional.

In the trial of accused killers in the murders of Chaney, Goodman, and Schwerner, the jury convicts 7 of 18 accused men. Conspirator Edgar Ray Killen is later convicted in 2005.

June - August – Over 150 communities burn during the Long, Hot Summer of 1967. The largest and deadliest riots of the summer take place in Newark, New Jersey and Detroit with 26 fatalities reported in Newark and 43 people losing their lives in the Motor City.

October 2 – Thurgood Marshall is sworn in as the first African-American justice of the United States Supreme Court.

## 1968

February 1 – Two Memphis sanitation workers are killed in the line of duty, exacerbating labor tensions.

February 8 – The Orangeburg Massacre occurs during university protest in South Carolina.

February 12 – First day of the (wildcat) Memphis Sanitation Strike.

April 3 – King returns to Memphis; delivers "Mountaintop" speech in support of the workers.

April 4 – Martin Luther King, Jr. is shot and killed in Memphis, Tennessee.

April 4–8 and one on May 1968 – Riots break out in Chicago, Washington, D.C., Baltimore, Louisville, Kansas City, and more than 150 U.S. cities in response to the assassination of Martin Luther King, Jr.

April 11 – Civil Rights Act of 1968 is signed. The Fair Housing Act is Title VIII of this Civil Rights Act, and bans discrimination in the sale, rental, and financing of housing. The law is passed following a series of Open Housing campaigns throughout the urban North, the most significant being the 1966 Chicago Open Housing Movement and the organized events in Milwaukee during 1967–68. In both cities, angry white mobs had attacked nonviolent protesters.

May 12 – Poor People's Campaign encamps on the National Mall in Washington, DC.

October 16 – In Mexico City, African-American athletes Tommie Smith and John Carlos raise their fists in a black power salute after winning, respectively, the gold and bronze medals in the Olympic men's 200 metres.

In Powe v. Miles, a federal court holds that the portions of private colleges that are funded by public money are subject to the Civil Rights Act.

# <u>CIVIL RIGHTS MOVEMENT TIMLINE</u>

## <u>References</u>

David T. Beito and Linda Royster Beito, Black Maverick: T.R.M. Howard's Fight for Civil Rights and Economic Power, Urbana: University of Illinois Press, 2009, pp.154-55.

Staff, From Times; Reports, Wire (28 April 2005). "J.B. Stoner, 81; White Supremacist Bombed Black Church". Los Angeles Times. Retrieved 27 October 2017.

"The Virginia Center for Digital History". Vcdh.virginia.edu. Retrieved 30 October 2014.

Clayborne Carson (1998). The autobiography of Martin Luther King, Jr. Grand Central Publishing. p. 141. ISBN 978-0-446-52412-4.

The King Center, The Chronology of Dr. Martin Luther King, Jr. "1961". Archived from the original on October 13, 2007. Retrieved 2007-10-20.

Catsam, Derek Charles (2009). Freedom's Main Line: The Journey of Reconciliation and the Freedom Rides. Civil Rights and the Struggle for Black Equality in the Twentieth Century. University Press of Kentucky. ISBN 9780813138862.

Arsenault, Raymond (2006). Freedom Riders: 1961 and the Struggle for Racial Justice. Oxford Univ. Press. p. 439. ISBN 0-19-513674-8.

Branch, Taylor (1988). Parting the Waters: America in the King Years. Simon & Schuster Paperbacks. pp. 527–530. ISBN 978-0-671-68742-7.

Branch, pp.533–535

Branch, pp. 555–556

Branch, pp. 756–765

Branch, pp. 786–791

United States of America and Interstate Commerce Commission v. The City of Jackson, Mississippi, Allen Thompson, Douglas L. Lucky and Thomas B. Marshall, Commissioners of the City of Jackson, and W.D. Rayfield, Chief of Police of the City of Jackson, United States Court of Appeals Fifth Circuit, May 13, 1963.

"Northern City Site of Most Violent Negro Demonstrations", Rome News-Tribune (CWS), 30 May 1963.

"Tear Gas Used to Stall Florida Negroes, Drive Continues, Evening News (AP), 31 May 1963.

"Medgar Evers". Olemiss.edu. Retrieved 30 October 2014.

The Dirksen Congressional Center, 2815 Broadway, Pekin, Illinois 61554. "Proposed Civil Rights Act". Archived from the original on 23 August 2014. Retrieved 30 October 2014.

"March on Washington". Abbeville.com. Archived from the original on 12 October 2007. Retrieved 27 October 2017.

Cook, Karen (2008). Freedom Libraries in the 1964 Mississippi Freedom Summer Project: A History.

"Civil Rights Act of 1964Zwebsite=Finduslaw.com". Retrieved 30 October 2014.

Loevy, Robert. "A Brief History of the Civil Rights Act of 1964". Retrieved 2007-12-31.

"Nobel Peace Prize acceptance speech". Nobelprize.org. Retrieved 30

2

October 2014.

Branch, Taylor (2006). At Canaan's Edge: America in the King Years, 1965-68. Simon and Schuster Paperbacks, pp. 75-77.

Gavin, Philip. "The History Place, Great Speeches Collection, Lyndon B. Johnson, "We Shall Overcome"". Historyplace.com. Retrieved 2007-12-31.

"James L. Bevel The Strategist of the 1960s Civil Rights Movement" by Randall Kryn, published in David Garrow's 1989 book We Shall Overcome, Volume II, Carlson Publishing Company

"Randy Kryn: Movement Revision Research Summary Regarding James Bevel - Chicago Freedom Movement". Cfm40.middlebury.edu. Retrieved 27 October 2017.

James Ralph, Northern Protest: Martin Luther King, Jr., Chicago, and the Civil Rights Movement (1993) Harvard University Press ISBN 0-674-62687-7

Patrick D. Jones (2009). The Selma of the North: Civil Rights Insurgency in Milwaukee. Harvard University Press. pp. 1–6, 169ff. ISBN 978-0-674-03135-7.

Rob Arthur (March 6, 2019). "EXCLUSIVE: Trump's Justice Department is investigating 60% fewer civil rights cases than Obama's". Vice News. Retrieved March 14, 2019.

# POLICE BRUTALITY

**EXIBIT VII.**

Police brutality is one of several forms of police misconduct which involves undue violence by police members. Widespread police brutality exists in many countries and territories, even those that prosecute it. Although illegal, it can be performed under the color of law.

The term "police brutality" was in use in the American press as early as 1872, when the Chicago Tribune reported on the beating of a civilian under arrest at the Harrison Street Police Station.

The origin of 'modern' policing based on the authority of the nation state is commonly traced back to developments in seventeenth and 18th century France, with modern police departments being established in most nations by the nineteenth and early twentieth centuries. Cases of police brutality appear to have been frequent then, with "the routine bludgeoning of citizens by patrolmen armed with nightsticks or blackjacks". Large-scale incidents of brutality were associated with labor strikes, such as the Great Railroad Strike of 1877, the Pullman Strike of 1894, the Lawrence textile strike of 1912, the Ludlow massacre of 1914, the Steel strike of 1919, and the Hanapepe massacre of 1924.

Portions of the populations may perceive the police to be oppressors. In addition, there is a perception that victims of police brutality often belong to relatively powerless groups, such as minorities, the disabled, the young, and the poor.

1

Hubert Locke writes,

When used in print or as the battle cry in a black power rally, police brutality can by implication cover a number of practices, from calling a citizen by his or her first name to a death by a policeman's bullet. What the average citizen thinks of when he hears the term, however, is something midway between these two occurrences, something more akin to what the police profession knows as "alley court"—the wanton vicious beating of a person in custody, usually while handcuffed, and usually taking place somewhere between the scene of the arrest and the station house.

In March 1991, members of the Los Angeles Police Department harshly beat an African American suspect, Rodney King, while a white civilian videotaped the incident, leading to extensive media coverage and criminal charges against several of the officers involved. In April 1992, hours after the four police officers involved were acquitted at trial, the Los Angeles riots of 1992 commenced, causing 53 deaths, 2,383 injuries, more than 7,000 fires, damage to 3,100 businesses, and nearly $1 billion in financial losses. After facing federal trial, two of the four officers were convicted and received 32-month prison sentences. The case was widely seen as a key factor in the reform of the Los Angeles Police Department.

According to data released by the Bureau of Justice Statistics (2011), between 2003 and 2009 at least 4,813 people died in the process of being arrested by local police. Of the deaths classified as law enforcement homicides, 2,876 deaths occurred of which 1,643 or 57.1% of the people who died were "people of color".

**Police brutality in the United States**

2

In the United States, major political and social movements have involved excessive force by police, including the civil rights movement of the 1960s, anti-war demonstrations, the War on Drugs, and the Global War on Terrorism. In 2014, the UN Committee against Torture condemned police brutality and excessive use of force by law enforcement in the US, and highlighted the "frequent and recurrent police shootings or fatal pursuits of unarmed black individuals." According to a 2016 report by the United Nations' Working Group of Experts on People of African Descent, "contemporary police killings and the trauma that they create are reminiscent of the past racial terror of lynching."

Seven members of the United States Maryland military police were convicted for the Abu Ghraib torture and prisoner abuse incidents in Iraq. Detainees were abused within the prison by being forced to jump on their naked feet, being videotaped in sexually exploited positions, having chains around their neck for photos, and being kept naked for days.

The United States has developed a notorious reputation for cases of police brutality, having reported far more incidents of killings by police officers than the rest of the Western world. According to an FBI homicide report from 2012, while blacks represent 13% of the US population, they amounted for 31% of those killed by police.

Police officers are legally permitted to use force, and their superiors — and the public — expect them to do so. According to Jerome Herbert Skolnick, in dealing largely with disorderly elements of the society, some people working in law enforcement may gradually develop an attitude or sense of authority over society, particularly under traditional reaction-based policing

3

models; in some cases the police believe that they are above the law.

There are many reasons as to why police officers can sometimes be excessively aggressive. It is thought that psychopathy makes some officers more susceptible to the use of excessive force than others. In one study, police psychologists were surveyed on officers who had used excessive force. The information obtained allowed the researchers to develop five unique types of officers, only one of which was similar to the bad apple stereotype. These include personality disorders, previous traumatic job-related experience, young inexperienced or authoritarian officers; officers who learn inappropriate patrol styles, and officers with personal problems. Schrivers categorizes groups of officers, separating the group that most likely use excessive force. However, this "bad apple paradigm" is considered by some to be an "easy way out". A broad report commissioned by the Royal Canadian Mounted Police on the causes of misconduct in policing calls it "a simplistic explanation that permits the organization and senior management to blame corruption on individuals and individual faults – behavioural, psychological, background factors, and so on, rather than addressing systemic factors." The report goes on to discuss the systemic factors, which include:

   Pressures to conform to certain aspects of "police culture", such as the Blue Code of Silence, which can "sustain an oppositional criminal subculture protecting the interests of police who violate the law" and a "'we-they' perspective in which outsiders are viewed with suspicion or distrust"

   Command and control structures with a rigid hierarchical foundation ("results indicate that the more rigid the authoritarian hierarchy, the lower the scores on a measure of ethical decision-making" concludes one study

reviewed in the report and deficiencies in internal accountability mechanisms (including internal investigation processes).

Police use of force is not kept in check in many jurisdictions by the issuance of a use of force continuum. A use of force continuum sets levels of force considered appropriate in direct response to a victims behavior. This power is granted by the government, with few if any limits set out in statutory law as well as common law.

Violence used by police can be excessive despite being lawful, especially in the context of political repression. Indeed, "police brutality" is often used to refer to violence used by the police to achieve politically desirable ends (terrorism) and, therefore, when none should be used at all according to widely held values and cultural norms in the society (rather than to refer to excessive violence used where at least some may be considered justifiable).

Studies show that there are officers who believe the legal system they serve is failing and that it is their duty to pick up the slack. This is known as "vigilantism", where the officer involved may think the suspect deserves more punishment than what they may have to serve under the court system.

During high-speed pursuits of suspects, officers can become angry and filled with adrenaline, which can affect their judgment when they finally assault the victim. The resulting loss of judgment and heightened emotional state can result in inappropriate use of force. The effect is colloquially known as "high-speed pursuit syndrome."

### Effects of Police brutality in America

Police brutality is the misuse of power by police force to intentionally harm individuals. The excessive force imposed by police officers has grown dramatically over the past decade, causing social misinterpretations of the role that police officers play in the community.

In 2015, the percentage of people who have confidence in the police hit its lowest since 1993 at 52 percent. Of this 52 percent democrats saw the biggest drop in confidence. Democrats' confidence in police dropped 13 percentage points over the last two years compared with 2012–2013, a larger change than for any other subgroup. Over the same period, Independents' and Republicans' confidence in police has not changed. As a result, Democrats (42%) now have less confidence in police than independents (51%) and remain much less confident than Republicans (69%). Most importantly however is the number of Black people that have lost trust in the police over the last two years: Black people's confidence in police has averaged 30 percent, well below the national average of 53% and much lower than for any other subgroup. Black people's confidence is down six points from 2012 to 2013, similar to the four-point drop among all Americans.

The same study found that the number of White people who identify as democrat have lost the same amount of confidence in the police as Black people, as White Democrats' confidence declined 11 points over the last two years, similar to the 14-point decline among non-White Democrats the sample sizes are not large enough to break out Black Democrats separately,

6

but the limited data suggest their confidence declined no more than that of White Democrats. This decreased confidence in police officers is harming relations and affecting how many people deal with and respond to police which in turn leads to more hostility from police in the United States. This has also lead to many cities making police wear body armor and cameras on them at all times.

The repercussions of police officers' "excessive force" of those who find themselves in confrontation with authorities are non-existent. Authorities have legal right over how the respond and treat suspects, police officers may justifiably escalate the use of force with mere commands... but commands from who? Therefore, police officers receive little to no punishment for willingly and forcefully hurting civilians.

**Hands Up Don't Shoot**

The Constitution states that police officers are legally allowed to shoot in the instance that they feel the need to protect their lives or an innocent life or to prevent the suspect from escaping and posing a dangerous threat to the of bystanders in society. The Supreme Court Decision of Tennessee v. Garner made it possible to shoot a fleeing suspect ONLY if they may cause harm to innocent people so that authorities are not just shoot every suspect that tries to escape.

In the United States there are one hundred sixty million more Caucasian people than there are Black people. However, being thirteen percent of the country's population, Black people are twenty four percent of the number of people killed by cops as of 2015. Due to the increased rate of the

7

number of Black people killed by the police there has been an increased distrust of the police in the United States.

Society would like to believe that police officers and protectors are not biased towards the victims of police brutality, we hope that everything law enforcement does is to better protect us. As history repeats and more and more Black Americans lose their lives, this gives reason to believe that different geographic locations carry different political and social views, therefore police officers are biased towards those they decide to abuse, instead of allowing the justice system to properly serve justice.

**Stereotypes**

Lorie Fridell, Associate Professor of criminology at University of South Florida states that "racial profiling was the number one issue facing police [in the 1990's]." Which leads her to understand two things: "bias in policing was not just a few officers in a few departments and, overwhelmingly, the police in this country are well-intentioned." The country as a whole sets stereotypes as well as biases against Black Americans which inevitably leads to social misinterpretation of the safety of Americans when a Black person is present.

An experiment done in Mekawi during 2014 conducted on White undergraduate female students suggests that there is a higher degree of fear of racial minorities which gives reason for authorities to believe racial minorities are dangerous, hence so many shootings of minorities. The experiment exemplifies the dehumanization and lack of empathetic

concern for minorities displayed by citizen of racial majority.

Protest march in response to the Jamar Clark shooting, Minneapolis, Minnesota

Incidents resulting in high profile deaths of innocent Black men such like Eric Garner in New York City, Tamir Rice in Cleveland, and Freddie Gray in Baltimore shows the Black community that they can no longer trust the police force. As a result of this lack of trust in police officers, the Black society have formulated many social organizations; founded in 2013, the Black Lives Matter Movement made a social impact on the world in a response the violent and systematic racism that Black people still face by police officers.

While the Justice Department reported that Cleveland police officers used "excessive deadly force, including shootings and head strikes with impact weapons; unnecessary, excessive, and retaliatory force, including Tasers, chemical sprays, and their fists" on the victim, there was no real repercussions from their actions.

**Black Americans V. US Police Department**

Another report released concerning the Michael Brown shooting in Ferguson, Missouri, the Justice Department admits to the pattern of racial bias of the Police Department in Ferguson. The department argues that it is typically an effort to ticket as many low-income Black residents as possible in an attempt to raise local budget revenue through fines and court fees. The Justice Department explains, police encounters could get downright

abusive when the person being questioned by the police officers gets disrespectful or challenges their authority.

In addition, The Department of Justice released a statement that confronts police officers' susceptibility to implicit bias: One of the things they looked at is what they called threat perception failure. The officer believed that the person was armed and it turned out not to be the case. And these failures were more likely to occur when the subject was Black.

## **Statistics**

In the United States in the late 2010s there has been a increase in the number of police brutality cases. The number of deaths caused by a police officer have slightly increased from 397 to 426 deaths in the last reporting year which was 2013.

In addition, In a study done by Research Triangle Institute in 2015, Arrest Related Deaths were ranked higher than Supplementary Homicide Reports in US deaths by approximately 4%. Police officers are killing more citizens at a higher rate than citizens are killing each other.

In the year of 2017 there were 1,147 deaths accounted for by police, 13 of which police officers were charged with a crime. 640 of the deaths caused by police officers that year, were responses to non-violent offenses and no crime was reported. 149 people killed by the police were unarmed.

10

Also, studies have shown that "Black people are three times more likely to be killed by police in the United States than White people. More unarmed Black people were killed by police than unarmed White people last year," give. the fact that only 14% of the population are Black people.

# Police Brutality

## References

Martinelli TJ. (2007). Minimizing Risk by Defining off-Duty Police Misconduct Archived 12 December 2013 at the Wayback Machine

"Police Brutality: A Prisoner was shamefully beaten by Officers, he was Kicked and Pounded in a Cell ---Probably Fatally Injured". Chicago Daily Tribune. October 12, 1872.

Johnson, Marilynn S. (2004). Johnson, ed. Street Justice: A History of Police Violence in New York City. Beacon Press. p. 365. ISBN 978-0-8070-5023-1.

Powers, Mary D. (1995). "Civilian Oversight Is Necessary to Prevent Police Brutality". In Winters, Paul A. Policing the Police. San Diego: Greenhaven Press. pp. 56–60. ISBN 978-1-56510-262-0.

Locke, Hubert G. (1966–1967). "Police Brutality and Civilian Review Boards: A Second Look". 44. J. Urb. L.: 625.

Kappeler, Victor. "Being Arrested can be Hazardous to your Health, Especially if you are a Person of Color".

"Reactions to Police Brutality". Retrieved 2016-07-22.

Andrade, John. "World Police & Paramilitary Forces" Mstockton Press, Macmillan Publishers Ltd, 1985. ISBN 9781349077847 - Pages 28-29.

Article at The Independent, October 29, 2016.

Article at "Folha de São Paulo" (in Portuguese), July 31, 2015.

Article at "The Wall Street Journal", July 12, 2013.

Article at New York Times, October 18, 2016.


"Black man killed in UK police custody echoes racial tensions sweeping US". RT UK. 2016-07-18. Retrieved 2017-01-29.

Stephanie Nebehay (November 28, 2014). U.N. torture watchdog urges U.S. crackdown on police brutality. Reuters. Retrieved March 19, 2015.

Tharoor, Ishaan (September 27, 2016). "U.S. owes black people reparations for a history of 'racial terrorism,' says U.N. panel". The Washington Post. Retrieved May 1, 2017.

""Iraq Prison Abuse Scandal Fast Facts"". CNN. April 10, 2017. Retrieved September 26, 2017.

"American police shoot and kill far more people than their peers in other countries". Vox. 2015-12-17. Retrieved 2018-08-17.

Hirschfield, Paul. "Why do American cops kill so many compared to European cops?". The Conversation. Retrieved 2018-08-17.

"There are huge racial disparities in how US police use force". Vox. 2015-12-17. Retrieved 2018-08-17.

Skolnick, Jerome H.; Fyfe, James D. (1995). "Community-Oriented Policing Would Prevent Police Brutality". In Winters, Paul A. Policing the Police. San Diego: Greenhaven Press. pp. 45–55. ISBN 978-1-56510-262-0.

2

# RACIAL DISCRIMINATION

## EXIBIT IX.

Racial discrimination refers to discrimination against individuals on the basis of their race. Policies of racial segregation may formalize it, but it is also often exerted without being legalised and also it means facing injustice.

## Racial discrimination in the United States

With regard to employment, multiple audit studies have found strong evidence of racial discrimination in the United States' labor market, with magnitudes of employers' preferences of white applicants found in these studies ranging from 50% to 240%. Other such studies have found significant evidence of discrimination in car sales, home insurance applications, provision of medical care, and hailing taxes. There is some debate regarding the method used to signal race in these studies.

## Employment

Racial discrimination in the workplace falls into two basic categories:

   Disparate Treatment: An employer's policies discriminate based upon any immutable racial characteristic, such as skin, eye or hair color, and

certain facial features;

   Disparate Impact: Although an employer may not intend to discriminate based on racial characteristics, its policies nonetheless have an adverse effect based upon race.

Discrimination may occur at any point in the employment process, including pre-employment inquiries, hiring practices, compensation, work assignments and conditions, privileges granted to employees, promotion, employee discipline and termination.

Researchers Marianne Bertrand and Sendhil Mullainathan, at the University of Chicago and MIT found in a 2004 study, that there was widespread racial discrimination in the workplace. In their study, candidates perceived as having "white-sounding names" were 50% more likely than those whose names were merely perceived as "sounding black" to receive callbacks for interviews. The researchers view these results as strong evidence of unconscious biases rooted in the United States' long history of discrimination (e.g., Jim Crow laws, etc.)

Devah Pager, a sociologist at Princeton University, sent matched pairs of applicants to apply for jobs in Milwaukee and New York City, finding that black applicants received callbacks or job offers at half the rate of equally qualified whites. Another recent audit by UCLA sociologist S. Michael Gaddis examines the job prospects of black and white college graduates from elite private and high quality state higher education institutions. This research finds that blacks who graduate from an elite school such as Harvard have about the same prospect of getting an interview as whites who graduate from a state school such as UMass Amherst.

2

A 2001 study of workplace evaluation in a large U.S. company showed that black supervisors rate white subordinates lower than average and vice versa.

## Housing discrimination (United States)

Multiple experimental audit studies conducted in the United States have found that blacks and Hispanics experience discrimination in about one in five and one in four housing searches, respectively.

A 2014 study also found evidence of racial discrimination in an American rental apartment market.

## Effects on health

Studies have shown an association between reported racial discrimination and adverse physical and mental health outcomes. This evidence has come from multiple countries, including the United States, the United Kingdom, and New Zealand.

## Racism in healthcare system

Racial bias exists in the medical field affecting the way patients are treated

3

and the way they are diagnosed. There are instances where patients' words are not taken seriously, an example would be the recent case with Serena Williams. After the birth of her daughter via C-section, the tennis player began to feel pain and shortness of breath. It took her several times to convince the nurse they actually took her self-said symptoms seriously. Had she not been persistent and demanded a CT scan, which showed a clot resulting in blood thinning, Williams might have not been alive. This is just one of hundred's of cases where systemic racism can affect women of color in pregnancy complications.

One of the factors that lead to higher mortality rates amongst black mothers is the poorly conditioned hospitals and lack of standard healthcare facilities. Along with having deliveries done in underdeveloped areas, situation becomes complicated when the pain dealt by patients are not taken seriously by healthcare providers. Pain heard from patients of color are underestimated by doctors compared to pain told by patients who are white leading them to misdiagnose.

Many say that the education level of people affect whether or not they admit to healthcare facilities, leaning to the argument that people of color purposefully avoid hospitals compared to white counterparts however, this is not the case. Even Serena Williams, a well-known athlete, was not taken seriously when she described her pain. It is true that the experiences of patients in hospital settings influence whether or not they return to healthcare facilities. Black people are less likely to admit to hospitals however those that are admitted have longer stays than white people .

The longer hospitalization of black patients does not improve care conditions, it makes it worse, especially when treated poorly by faculty. Not

4

a lot of minorities are admitted into hospitals and those that are receive poor conditioned treatment and care. This discrimination results in misdiagnosis and medical mistakes that lead to high death rates.

Although the Medicaid program was passed to ensure African Americans and other minorities received the healthcare treatment they deserved and to limit discrimination in hospital facilities, there still seems to be an underlying cause for the low number of black patients admitted to hospitals, like not receiving the proper dosage of medication. Infant mortality rates and life expectancies of minorities are much lower than that of white people in the United States. Illnesses like cancer and heart diseases are more prevalent in minorities, which is one of the factors for the high mortality rate in the group. however are not treated accordingly.

Although programs like medicaid exists to support minorities, there still seems to be a large number of people who are not insured. This financial drawback discourages people in the group to go to hospitals and doctors offices.

Financial and cultural influences can impact the way patients are treated by their healthcare providers. When doctors have a bias on a patient, it can lead to the formation of stereotypes, impacting the way they view their patient's data and diagnosis, affecting the treatment plan they implement.

# RACIAL DISCRIMINATION

## References

"A fascinating map of the world's most and least racially tolerant countries". Washington Post. Retrieved 2017-08-16.

Riach, P. A.; Rich, J. (November 2002). "Field Experiments of Discrimination in the Market Place". The Economic Journal. 112 (483): F480–F518. CiteSeerX 10.1.1.417.9100. doi:10.1111/1468-0297.00080. "Controlled experiments, using matched pairs of bogus transactors, to test for discrimination in the marketplace have been conducted for over 30 years, and have extended across 10 countries. Significant, persistent and pervasive levels of discrimination have been found against non-whites and women in labour, housing and product markets."

CNN, Huizhong Wu. "African students hospitalized in roving mob attacks in India". CNN. Retrieved 2 April 2017.

"India Is Racist, And Happy About It". Outlook. India. 29 June 2009.

Elizabeth Soumya. "Africans decry 'discrimination' in India". Retrieved 6 May 2015.

Blommaert, L.; Coenders, M.; van Tubergen, F. (19 December 2013). "Discrimination of Arabic-Named Applicants in the Netherlands: An Internet-Based Field Experiment Examining Different Phases in Online Recruitment Procedures". Social Forces. 92 (3): 957–82. doi:10.1093/sf/sot124.

Ludwig, Bernadette (2016-01-15). "A Black Republic: Citizenship and naturalisation requirements in Liberia". Migration Letters. 13 (1): 84–99.

doi:10.33182/ml.v13i1.265. ISSN 1741-8992.

Pager, Devah; Shepherd, Hana (August 2008). "The Sociology of Discrimination: Racial Discrimination in Employment, Housing, Credit, and Consumer Markets". Annual Review of Sociology. 34 (1): 181–209. doi:10.1146/annurev.soc.33.040406.131740. PMC 2915460. PMID 20689680.

Gaddis, S. Michael (2017). "How Black Are Lakisha and Jamal? Racial Perceptions from Names Used in Correspondence Audit Studies". Sociological Science. 4: 469–489. doi:10.15195/v4.a19.

Gaddis, S. Michael (2017). "Racial/Ethnic Perceptions from Hispanic Names: Selecting Names to Test for Discrimination". Socius: Sociological Research for a Dynamic World. 3: 237802311773719. doi:10.1177/2378023117737193.

Larson, Aaron (10 January 2017). "Racial Discrimination Law". ExpertLaw. ExpertLaw.com. Retrieved 16 August 2017.

"Facts About Race/Color Discrimination". U.S. Equal Employment Opportunity Commission. 8 September 2008. Retrieved 16 August 2017.

Bertrand, M.; Mullainathan, S. (2004). "Are Emily and Greg More Employable Than Lakisha and Jamal? A Field Experiment on Labor Market Discrimination". American Economic Review. 94 (4): 991–1013. CiteSeerX 10.1.1.321.8621. doi:10.1257/0002828042002561.

"Discrimination in a Low Wage Labor Market: A Field Experiment," 2009, American Sociological Review, by Devah Pager, Bruce Western, and Bart Bonikowski

"The Mark of a Criminal Record," 2003, American Journal of Sociology, by Devah Pager

Gaddis, S. M. (June 2015). "Discrimination in the Credential Society: An

Audit Study of Race and College Selectivity in the Labor Market". Social Forces. 93 (4): 1451–1479. doi:10.1093/sf/sou111.

Elvira, Marta; Town, Robert (2001-10-01). "The Effects of Race and Worker Productivity on Performance Evaluations". Industrial Relations: A Journal of Economy and Society. 40 (4): 571–590. doi:10.1111/0019-8676.00226. ISSN 1468-232X.

Ewens, Michael; Tomlin, Bryan; Wang, Liang Choon (March 2014). "Statistical Discrimination or Prejudice? A Large Sample Field Experiment". Review of Economics and Statistics. 96 (1): 119–34. CiteSeerX 10.1.1.244.8241. doi:10.1162/REST_a_00365.

Pascoe, EA; Smart Richman, L (July 2009). "Perceived discrimination and health: a meta-analytic review". Psychological Bulletin. 135 (4): 531–54. doi:10.1037/a0016059. PMC 2747726. PMID 19586161.

Williams, David R.; Mohammed, Selina A. (22 November 2008). "Discrimination and racial disparities in health: evidence and needed research". Journal of Behavioral Medicine. 32 (1): 20–47. doi:10.1007/s10865-008-9185-0. PMC 2821669. PMID 19030981.

Landrine, H.; Klonoff, E. A. (1 May 1996). "The Schedule of Racist Events: A Measure of Racial Discrimination and a Study of Its Negative Physical and Mental Health Consequences". Journal of Black Psychology. 22 (2): 144–168. doi:10.1177/00957984960222002.

Sellers, Robert M.; Copeland-Linder, Nikeea; Martin, Pamela P.; Lewis, R. L'Heureux (June 2006). "Racial Identity Matters: The Relationship between Racial Discrimination and Psychological Functioning in African American Adolescents". Journal of Research on Adolescence. 16 (2): 187–216. doi:10.1111/j.1532-7795.2006.00128.x.

Williams, David R.; Neighbors, Harold W.; Jackson, James S. (February 2003). "Racial/Ethnic Discrimination and Health: Findings From Community

Studies". American Journal of Public Health. 93 (2): 200–208. doi:10.2105/AJPH.93.2.200. PMC 2518588. PMID 18687616.

Wallace, Stephanie; Nazroo, James; B?cares, Laia (July 2016). "Cumulative Effect of Racial Discrimination on the Mental Health of Ethnic Minorities in the United Kingdom". American Journal of Public Health. 106 (7): 1294–1300. doi:10.2105/AJPH.2016.303121. PMC 4984732. PMID 27077347.

Harris, Ricci; Tobias, Martin; Jeffreys, Mona; Waldegrave, Kiri; Karlsen, Saffron; Nazroo, James (June 2006). "Effects of self-reported racial discrimination and deprivation on Māori health and inequalities in New Zealand: cross-sectional study". The Lancet. 367 (9527): 2005–2009. doi:10.1016/S0140-6736(06)68890-9. PMID 16782491.

"Beyoncé, Serena Williams open up about potentially fatal childbirths, a problem especially for black mothers". Washington Post. Retrieved 2018-10-14.

"Pregnancy-Related Deaths | Pregnancy | Reproductive Health | CDC". www.cdc.gov. 2018-05-09. Retrieved 2018-10-14.

Howell EA, Egorova N, Balbierz A, Zeitlin J, Hebert PL (January 2016). "Black-white differences in severe maternal morbidity and site of care". American Journal of Obstetrics and Gynecology. 214 (1): 122.e1–7. doi:10.1016/j.ajog.2015.08.019. PMC 4698019. PMID 26283457.

Hoffman KM, Trawalter S, Axt JR, Oliver MN (April 2016). "Racial bias in pain assessment and treatment recommendations, and false beliefs about biological differences between blacks and whites". Proceedings of the National Academy of Sciences of the United States of America. 113 (16): 4296–301. doi:10.1073/pnas.1516047113. PMC 4843483. PMID 27044069.

"Redirecting..." heinonline.org. Retrieved 2018-10-14.

Ferraro, K. F.; Thorpe, R. J.; McCabe, G. P.; Kelley-Moore, J. A.; Jiang, Z. (2006-11-01). "The Color of Hospitalization Over the Adult Life Course:

Cumulative Disadvantage in Black and White?". The Journals of Gerontology Series B: Psychological Sciences and Social Sciences. 61 (6): S299–S306. doi:10.1093/geronb/61.6.S299. ISSN 1079-5014.

Kahn, Katherine L. (1994-04-20). "Health Care for Black and Poor Hospitalized Medicare Patients". JAMA: The Journal of the American Medical Association. 271 (15): 1169. doi:10.1001/jama.1994.03510390039027. ISSN 0098-7484.

"Redirecting..." heinonline.org. Retrieved 2018-10-14.

Riley WJ (2012). "Health disparities: gaps in access, quality and affordability of medical care". Transactions of the American Clinical and Climatological Association. 123: 167–72, discussion 172–4. PMC 3540621. PMID 23303983.

Biskupic, Joan (April 22, 2009). "Court tackles racial bias in work promotions". USA Today. Retrieved May 22, 2010.

"The Struggle for Access in Law School Admissions". Academic.udayton.edu. Retrieved 2010-05-23.

"Ten Myths About Affirmative Action". Understandingprejudice.org. Retrieved 13 June 2017.

Pincus, F. L. (1 November 1996). "Discrimination Comes in Many Forms: Individual, Institutional, and Structural" (PDF). American Behavioral Scientist. 40 (2): 186–194. doi:10.1177/0002764296040002009.

"Discrimination and conflicts in U.S. society". U.S. Politics & Policy. Pew Research Center. 8 December 2016. Retrieved 3 July 2017.

Jones, Jeffrey M. (17 August 2016). "Six in 10 Americans Say Racism Against Blacks Is Widespread". Gallup. Retrieved 3 July 2017.

Wilkins, Clara L.; Hirsch, Alexander A.; Kaiser, Cheryl R.; Inkles, Michael P. (23 February 2016). "The threat of racial progress and the self-protective nature of perceiving anti-White bias". Group Processes & Intergroup

Relations. 20 (6): 801–812. doi:10.1177/1368430216631030.

"Section 15: Race & Color Discrimination". EEOC Compliance Manual. 19 April 2006. Retrieved 16 August 2017.

# CRUELTY AND INJUSTICE OF AFRICAN - AMERICANS

## EXIBIT X.

In the cruelty and injustice of negro slavery, in the misery it occasions, and the devastation which it spreads over the face of the earth, all the thinking part of mankind are agreed. How is it possible there can be two opinions on the subject, when it has long been a matter of public notoriety, that the slaves in the West Indies are degradingly driven like cattle by the whip at their labour, which, for nearly half the year, lasts for one half the night, as well as the whole day; that they are held, and dealt with, as property, and often branded as such with a hot iron; that they are liable to be sold at the will of their master, or for payment of his debts, and the nearest ties of life are thus rent asunder; that they are liable, whether male or female, to be exposed and degradingly punished, at the caprice, not only of the master or overseer, but of the meanest driver; that they are compelled to work on the Sabbath for their own subsistence, which is, in fact, for their master's profit; that the advantages of religious instruction, and of the marriage tie, are almost universally withheld from them; that the most unrestrained licentiousness prevails amongst them, and is exhibited in a degrading, disgusting, and depopulating promiscuous intercourse, encouraged by the debaucheries of the whites; that they can hold no property; their evidence is not received, and hence laws for their protection are but a mockery.

The reader will be ready to exclaim, "Surely there must be some great and palpable gain arising from this system, to induce its maintenance for a single hour!" But what will be his astonishment to find, that instead of gain, it is attended with great and enormous loss; that such is its inherent impolicy, that if it had not been supported and protected by bounties and

1

prohibitions, it would long since have been ameliorated and finally have fallen.

Had commerce been carried on with enlarged and enlightened views of self-interest, and especially if united with motives of benevolence and humanity, how would knowledge and civilization have marked the steps of Europeans, and have been extended from the coasts to the interior of Africa! Instead of which, we have spread barbarism and desolation on her coasts, and thereby formed a formidable barrier to our intercourse with the more civilized interior!

Had these views and these motives characterized our intercourse with India, how would darkness, ignorance and idolatry, have been disappearing amongst her vast population? Then might we, at this day, have been exchanging the produce of a vastly-extended manufacturing industry, for the cheap productions of voluntary labour on the fertile soils of Africa and of India.

But how widely different has been our conduct! What but absolute infatuation could have induced the Europeans to destroy the native inhabitants of the West Indies, in order to repeople those islands, at an enormous expense, from the coast of Africa! And what but absolute infatuation can it have been, which in this country has actually led us to reject sugar, if produced by the labour of the African on his native soil; and at the same time to give a bounty on the produce of his labour, when converted into a slave, and forced to cultivate the now-exhausted soils of our West India islands!

2

Such is truly the state of things; and how lamentable is it, that after condemning and abolishing the African slave trade, we should still be supporting, with enormous pecuniary sacrifices, the remnant of our wickedness and folly!

If the change from slavery to freedom was attended both with danger and with loss, who would even then be found to advocate the continuance of slavery? But when its policy has been so fully proved, let us hope that the enlightened part of the West Indians themselves will unite with us to extirpate this evil. Who can entertain any doubt, that if the subject was properly investigated, and the interests and claims of the planters, and those of their oppressed slaves fairly taken into consideration, a plan might be devised and adopted which would prove greatly beneficial alike to planters, to the slaves, and to the country at large?

Do not these things call for investigation? Can any individual, who feels an interest in the prosperity of his country, or in the happiness of his fellow-creatures, refuse to examine whether they are true? And, if convinced of their truth, shall we be guiltless if we hold our peace, or relax our efforts until the whole mass of this iniquitous system, with all its ruinous effects, is understood and felt by the country?

3

# CRUELTY AND INJUSTICE

## REFERENCE

The Gaurdian

# **REPARATIONS FOR SLAVERY**

**Exibit XI.**

Reparations for slavery is a proposal that some type of compensation should be provided to the descendants of enslaved people in the United States, in consideration of the forced and uncompensated labor their ancestors performed over centuries. This compensation has been proposed in a variety of forms, from individual monetary payments to land-based compensation related to independence. The idea remains highly controversial and no broad consensus exists as to how it could be implemented. There have been similar calls for reparations from some Caribbean countries and elsewhere in the African diaspora, and some African countries have called for reparations to their states for the loss of their population.

## **U.S. Historical Context**

The arguments surrounding reparations are based on the formal discussion about many different reparations, and actual land reparations received by African Americans which were later taken away. In 1865, after the Confederate States of America were defeated in the American Civil War, General William Tecumseh Sherman issued Special Field Orders, No. 15 to both "assure the harmony of action in the area of operations" and to solve problems caused by the masses of freed slaves, a temporary plan granting each freed family forty acres of tillable land in the sea islands and around Charleston, South Carolina for the exclusive use of black people who had been enslaved. The army also had a number of unneeded mules

1

which were given to settlers. Around 40,000 freed slaves were settled on 400,000 acres (1,600 km²) in Georgia and South Carolina. However, President Andrew Johnson reversed the order after Lincoln was assassinated, and the land was returned to its previous owners. In 1867, Thaddeus Stevens sponsored a bill for the redistribution of land to African Americans, but it was not passed.

Reconstruction came to an end in 1877 without the issue of reparations having been addressed. Thereafter, a deliberate movement of segregation and oppression arose in southern states. Jim Crow laws passed in some southeastern states to reinforce the existing inequality that slavery had produced. In addition white extremist organizations such as the Ku Klux Klan engaged in a massive campaign of terrorism throughout the Southeast in order to keep African Americans in their prescribed social place. For decades this assumed inequality and injustice was ruled on in court decisions and debated in public discourse.

Reparation for slavery in what is now the United States is a complicated issue. Any proposal for reparations must take into account the role of the newly formed United States government in the importation and enslavement of Africans, as well as that of the older and established European countries that created the colonies in which slavery was legal. Also relevant are their efforts to stop the trade in slaves. It must also consider if and how much modern Americans have benefited from the importation and enslavement of Africans since the end of the slave trade in 1865.

Profit from slavery was not limited to the South: New England merchants profited from the slave trade. In a 2007 column in The New York Times,

2

historian Eric Foner writes:

In the Colonial era, Southern planters regularly purchased imported slaves, and merchants in New York and New England profited handsomely from the trade.

The American Revolution threw the slave trade and slavery itself into crisis. In the run-up to war, Congress banned the importation of slaves as part of a broader nonimportation policy. During the War of Independence, tens of thousands of slaves escaped to British lines. Many accompanied the British out of the country when peace arrived.

Inspired by the ideals of the Revolution, most of the newly independent American states banned the slave trade. But importation resumed to South Carolina and Georgia, which had been occupied by the British during the war and lost the largest number of slaves.

The slave trade was a major source of disagreement at the Constitutional Convention of 1787. South Carolina's delegates were determined to protect slavery, and they had a powerful impact on the final document. They originated the three-fifths clause (giving the South extra representation in Congress by counting part of its slave population) and threatened disunion if the slave trade were banned, as other states demanded.

The result was a compromise barring Congress from prohibiting the importation of slaves until 1808. Some Anti-Federalists, as opponents of ratification were called, cited the slave trade clause as a reason why the Constitution should be rejected, claiming it brought shame upon the new

3

nation.

As slavery expanded into the Deep South, a flourishing internal slave trade replaced importation from Africa. Between 1808 and 1860, the economies of older states like Virginia came increasingly to rely on the sale of slaves to the cotton fields of Alabama, Mississippi and Louisiana. But demand far outstripped supply, and the price of slaves rose inexorably, placing ownership outside the reach of poorer Southerners.

## Proposals for Reparations

### United States government

Some proposals have called for direct payments from the U.S. government. Various estimates have been given if such payments were to be made. Harper's Magazine estimated that the total of reparations due was about "$97 trillion, based on 222,505,049 hours of forced labor between 1619 and 1865, compounded at 6% interest through 1993". Should all or part of this amount be paid to the descendants of slaves in the United States, the current U.S. government would only pay a fraction of that cost, since it has been in existence only since 1789.

The Rev. M.J. Divine, better known as Father Divine, was one of the earliest leaders to argue clearly for "retroactive compensation" and the message was spread via International Peace Mission publications. On July 28, 1951, Father Divine issued a "peace stamp" bearing the text: "Peace! All nations and peoples who have suppressed and oppressed the under-privileged, they will be obliged to pay the African slaves and their descendants for all uncompensated servitude and for all unjust compensation, whereby they have been unjustly deprived of compensation on the account of previous

4

condition of servitude and the present condition of servitude. This is to be accomplished in the defense of all other under-privileged subjects and must be paid retroactive up-to-date".

At the first National Reparations Convention in Chicago in 2001, a proposal by Howshua Amariel, a Chicago social activist, would require the federal government to make reparations to proven descendants of slaves. In addition, Amariel stated "For those blacks who wish to remain in America, they should receive reparations in the form of free education, free medical, free legal and free financial aid for 50 years with no taxes levied," and "For those desiring to leave America, every black person would receive a million dollars or more, backed by gold, in reparation." At the convention Amariel's proposal received approval from the 100 or so participants,nevertheless the question of who would receive such payments, who should pay them and in what amount, has remained highly controversial, since the United States Census does not track descent from slaves or slave owners and relies on self-reported racial categories.

On July 30, 2008, the United States House of Representatives passed a resolution apologizing for American slavery and subsequent discriminatory laws.

Some states have also apologized for slavery, including Maryland, Virginia, and North Carolina.

In April 2010, Harvard professor Henry Louis Gates in a New York Times editorial advised reparations activists to consider the African role in the

5

slave trade in regards to who should shoulder the cost of reparations.

Private institutions

Private institutions and corporations were also involved in slavery. On March 8, 2000, Reuters News Service reported that Deadria Farmer-Paellmann, a law school graduate, initiated a one-woman campaign making a historic demand for restitution and apologies from modern companies that played a direct role in enslaving Africans. Aetna Inc. was her first target because of their practice of writing life insurance policies on the lives of enslaved Africans with slave owners as the beneficiaries. In response to Farmer-Paellmann's demand, Aetna Inc. issued a public apology, and the "corporate restitution movement" was born.

By 2002, nine lawsuits were filed around the country coordinated by Farmer-Paellmann and the Restitution Study Group—a New York non-profit. The litigation included 20 plaintiffs demanding restitution from 20 companies from the banking, insurance, textile, railroad, and tobacco industries. The cases were consolidated under 28 U.S.C. § 1407 to multidistrict litigation in the United States District Court for the Northern District of Illinois. The district court dismissed the lawsuits with prejudice, and the claimants appealed to the United States Court of Appeals for the Seventh Circuit.

On December 13, 2006, that Court, in an opinion written by Judge Richard Posner, modified the district court's judgment to be a dismissal without prejudice, affirmed the majority of the district court's judgment, and reversed the portion of the district court's judgment dismissing the plaintiffs' consumer protection claims, remanding the case for further

6

proceedings consistent with its opinion. Thus, the plaintiffs may bring the lawsuit again, but must clear considerable procedural and substantive hurdles first:

If one or more of the defendants violated a state law by transporting slaves in 1850, and the plaintiffs can establish standing to sue, prove the violation despite its antiquity, establish that the law was intended to provide a remedy (either directly or by providing the basis for a common law action for conspiracy, conversion, or restitution) to lawfully enslaved persons or their descendants, identify their ancestors, quantify damages incurred, and persuade the court to toll the statute of limitations, there would be no further obstacle to the grant of relief.

In October 2000, California passed a Slavery Era Disclosure Law requiring insurance companies doing business there to report on their role in slavery. The disclosure legislation, introduced by Senator Tom Hayden, is the prototype for similar laws passed in 12 states around the United States.

The NAACP has called for more of such legislation at local and corporate levels. It quotes Dennis C. Hayes, CEO of the NAACP, as saying, "Absolutely, we will be pursuing reparations from companies that have historical ties to slavery and engaging all parties to come to the table." Brown University, whose namesake family was involved in the slave trade, has also established a committee to explore the issue of reparations. In February 2007, Brown University announced a set of responses to its Steering Committee on Slavery and Justice. While in 1995 the Southern Baptist Convention apologized for the "sins" of racism, including slavery.

7

In December 2005, a boycott was called by a coalition of reparations groups under the sponsorship of the Restitution Study Group. The boycott targets the student loan products of banks deemed complicit in slavery— particularly those identified in the Farmer-Paellmann litigation. As part of the boycott students are asked to choose from other banks to finance their student loans."

In 2005, JP Morgan Chase and Wachovia both apologized for their connections to slavery.

## Arguments for reparations

Accumulated wealth

In 2008 the American Humanist Association published an article which argued that if emancipated slaves had been allowed to possess and retain the profits of their labor, their descendants might now control a much larger share of American social and monetary wealth. Not only did the freedmen not receive a share of these profits, but they were stripped of the small amounts of compensation paid to some of them during Reconstruction.

The wealth of the United States was greatly enhanced by the exploitation of African American slave labor. According to this view, reparations would be valuable primarily as a way of correcting modern economic imbalances.

## Precedents

Under the Civil Liberties Act of 1988, signed into law by President Ronald

8

Reagan, the U.S. government apologized for Japanese American internment during World War II and provided reparations of $20,000 to each survivor, to compensate for loss of property and liberty during that period. For many years, Native American tribes have received compensation for lands ceded to the United States by them in various treaties. Other countries have also opted to pay reparations for past grievances, such as the German government making reparations to survivors of the Holocaust.

# REPARATIONS FOR SLAVERY

## References

"United States of America 1789 (rev. 1992)". Constitute Project.

King, Wilma (2004). "Slavery, United States". Encyclopedia of Children and Childhood: In History and Society. 3: 757–758 – via GVRL.

Cong. John Connyers. My Reparations Bill – HR 40., Institute of the Black World.

114th Congress (2016). "All Bill Information for H.R.40 - Commission to Study Reparation Proposals for African-Americans Act". Congress.Gov.

Coates, Ta-Nehisi (June 2014). "The Case for Reparations". The Atlantic.

"Report of the Working Group of Experts on People of African Descent on its mission to the United States of America" (PDF). US Human Rights Network. August 18, 2016.

Robinson, Randall (1999). "He Drove the First U.S Stake in South African Apartheid". Journal of Blacks in Higher Education. 24: 58.

"Six White Congressmen Endorse Reparations for Slavery". The Journal of Blacks in Higher Education (27): 20–21. 2000-01-01. doi:10.2307/2678973. JSTOR 2678973.

Moore, Peter (June 2, 2014). "Overwhelming Opposition to Reparations for Slavery and Jim Crow". YouGov.

Haltiwanger, John (March 1, 2019). "Bernie Sanders when asked about reparations says there are 'better ways' to help people than 'writing out a check'". Business Insider. Retrieved March 6, 2019.

Horowitz, David (2001-01-01). "David Horowitz's "Ten Reasons Why

1

Reparations for Slavery is a Bad Idea for Blacks – and Racist Too"". The Black Scholar. 31 (2): 48–48. JSTOR 41068938.

"FrontPage Magazine - Reparations for Oppression?". archive.frontpagemag.com. Retrieved 2017-03-13.

Fisher, Max. "Henry Louis Gates Sets Off Slavery Reparations Debate". The Atlantic. Retrieved 2017-03-13.

Williamson, Kevin D. (May 24, 2014). "The Case Against Reparations". National Review.

From, David (June 3, 2014). "The Impossibility of Reparations". The Atlantic.

"Slave descendents file $1 billion lawsuit against companies with alleged ties to slave trade". Jet. 150 (17): 36–37. 2004.

Walsh, Conal (27 March 2004). "Slave descendants sue Lloyd's for billions". The Guardian. ISSN 0261-3077. Retrieved 2017-03-14.

Stamp, Gavin (20 March 2007). "BBC NEWS | Business | Counting the cost of the slave trade". news.bbc.co.uk. Retrieved 2017-03-14.

"Jamaicans Form Commission to Investigate Slavery Reparations from Britain". Associated Press. 1 November 2012.

"Blair 'sorrow' over slave trade". BBC News, 27 November 2006. Accessed 15 March 2007.

"Blair 'sorry' for UK slavery role". BBC News, 14 March 2007. Accessed 15 March 2007.

"Livingstone breaks down in tears at slave trade memorial". Daily Mail, 24 August 2007. Accessed 22 July 2009.

Muir, Hugh (24 August 2007). "Livingstone weeps as he apologises for slavery". The Guardian. Retrieved 30 July 2014.

"Africa Trillions demanded in slavery reparations". BBC. August 20, 1999.

Howard-Hassmann, Rhoda E. (2004-01-01). "Reparations to Africa and the Group of Eminent Persons (Les réparations pour l'Afrique et le Groupe de personnalités éminentes)". Cahiers d'Études Africaines. 44 (173/174): 81–97. JSTOR 4393370.

Diadie, Ba (11 August 2001). "Senegal's Wade Calls Slave Reparations Absurd". Independent Online.

Howard-Hassmann, Rhoda E. (2007-01-01). "Reparations for the Slave Trade: Rhetoric, Law, History and Political Realities". Canadian Journal of African Studies. 41 (3): 427–454. JSTOR 40380098.

"BBCCaribbean.com - Guyana calls for reparations".

"Establishment of the Reparations Committee of Guyana". Parliament of the Cooperative Republic of Guyana.

Section, United Nations News Service (24 September 2011). "UN News - Reparations should be made for African slave trade, Antigua and Barbuda tells UN".

Anders, Wendy (October 24, 2016). "Antigua and Barbuda Asks Harvard University for Slavery Reparations". The Costa Rica Star.

"Barbados Takes Lead in Fight For Reparations for Slavery in the Caribbean", Atlanta Black Star, November 6, 2012.

Patrick Hunter, "CARICOM and reparations for slavery", Share, 20 February 2013.

Sanchez Manning, "Britain's colonial shame: Slave-owners given huge payouts after abolition", The Independent, 24 February 2013.

"UWI principal wants CARICOM to seek reparation for slavery", Jamaica Observer, 12 February 2013.

Rony Best, "The Case for Reparations", The New York Carib News, 6 March 2013.

Pilkington, Ed (March 9, 2014). "Caribbean nations prepare demand for slavery reparations". The Guardian.

"Reparations for Native Genocide And Slavery". CARICOM. October 13, 2015.

Buser, Andreas (2017). "Colonial Injustices and the Law of State Responsibility: The CARICOM Claim to Compensate Slavery and (Native) Genocide". Heidelberg Journal of International Law: 91–115.

Heim (Spring 2013). "Inequality Rising and Permanent Over Past Two Decades". Brookings Papers on Economic Activity. Brookings Institution. Archived from the original on April 8, 2013. Retrieved March 23, 2013.

Krugman, Paul. "The Rich, the Right, and the Facts: Deconstructing the Income Distribution Debate"prospect.org, December 19, 2001

Millionaire For A Day Paul Krugman. November 3, 2011,

"Harder for Americans to Rise From Lower Rungs", By Jason DeParle (January 4, 2012)

"Here is the source for the "Great Gatsby Curve" in the Alan Krueger speech at the Center for American Progress on January 12 - Economics for public policy". Economics for public policy. 2012-01-12.

Corak graphs 25 countries, Krueger limits his to developed countries and lists 10

Bernstein, Jared (2014-01-13). "Poverty and Inequality, in Charts".

Matt Bruenig (January 17, 2014). We Would Have Eliminated Poverty Entirely by Now if Inequality Hadn't Skyrocketed. Moyers & Company. Retrieved January 18, 2014.

Zachary A. Goldfarb (December 9, 2013). Study: U.S. poverty rate decreased over past half-century thanks to safety-net programs. The Washington Post. Retrieved January 15, 2015.

Cingano, Federico (2014). "Trends in Income Inequality and its Impact on Economic Growth". OECD Social, Employment and Migration Working Papers. doi:10.1787/5jxrjncwxv6j-en.

"Wall Street Bolshevism, Part 3," by Timothy Noah, The New Republic (October 5, 2011)

Kristal, Tali; Cohen, Yinon (March 23, 2016). "The causes of rising wage

inequality: the race between institutions and technology". Socio-Economic Review: mww006. doi:10.1093/ser/mww006. (Advance publication.)

Smeeding, T. (2005). Public policy, economic inequality, and poverty: The United States in comparative perspective. Social Science Quarterly, 86, 956–983.

Martin Gilens & Benjamin I. Page (2014). "Testing Theories of American Politics: Elites, Interest Groups, and Average Citizens" (PDF). Perspectives on Politics. 12 (3): 564–581. doi:10.1017/S1537592714001595.

Piketty, Thomas (2014). Capital in the Twenty-First Century. Belknap Press. ISBN 067443000X p. 514:


   "the risk of a drift towards oligarchy is real and gives little reason for optimism about where the United States is headed."


Josh Harkinson (September 13, 2013). Chart: Washington Gridlock Linked to Income Inequality. Mother Jones. Retrieved September 16, 2013.

Chris Gentilviso (August 21, 2013). Senate Represents The Wealthy First: Study. The Huffington Post. Retrieved September 18, 2013.

"Pollution and Politics". The New York Times. November 28, 2014.

Bonica, Adam; McCarty, Nolan; Poole, Keith T; Rosenthal, Howard (August 1, 2013). "Why Hasn't Democracy Slowed Rising Inequality?". Journal of Economic Perspectives. 27 (3): 103–124. doi:10.1257/jep.27.3.103. ISSN 0895-3309.

"Polarization and Inequality". The Monkey Cage. 2011-10-18.

Dunsmuir, Lindsay (October 11, 2017). "IMF calls for fiscal policies that

tackle rising inequality". Reuters. Retrieved August 2, 2018.

Based on Larry Bartels's study Economic Inequality and Political Representation Archived March 4, 2016, at the Wayback Machine, Table 1: Differential Responsiveness of Senators to Constituency Opinion.

Bartels, Larry (2008). Unequal Democracy: The Political Economy of the New Gilded Age. Princeton University Press. pp. 270–80. ISBN 9781400828357.

Bartels, Larry (November 2002). "Economic Inequality and Political Representation" (PDF). Russell Sage. Retrieved July 2016. Check date values in: |access-date= (help)

"Obama, GOP fight the class war". POLITICO.

"In Class Warfare, Guess Which Class Is Winning". The New York Times. November 26, 2006.

Frank, Robert (2007). Richistan: A Journey Through the American Wealth Boom and the Lives of the New Rich. Three Rivers Press. ISBN 9780307341457.

Smith, Hedrick, Who Stole the American Dream, Random House pp. xviii–xix

Smith, Hedrick, Who Stole the American Dream, Random House p. xix

Stiglitz, Joseph (June 2012). "We've been brainwashed". Salon Magazine. Retrieved November 17, 2014.

Stiglitz, Joseph E. (June 4, 2012). The Price of Inequality: How Today's Divided Society Endangers Our Future (p. 92). Norton. Kindle Edition.

Joseph E. Stiglitz (May 2011). Of the 1%, by the 1%, for the 1%. Vanity Fair. Retrieved August 1, 2013.

Phillips, Matt. "The hidden economics behind the rise of Donald Trump".

"Suicides and Drug Overdose Deaths Push Down US Life Expectancy". Voice of America. November 29, 2018. Retrieved November 30, 2018. "William Dietz is with George Washington University in Washington, D.C. He suggested that financial struggles, inequality and divisive politics are all depressing many Americans. "I really do believe that people are increasingly hopeless, and that that leads to drug use, it leads...to suicide," he said."

A study confined to non-Hispanic whites in US and England also showed the effect. (Pickett and Wilkinson, The Spirit Level, 2011, p. 177)

Countries of similar cultures and different levels of equality – Spain and Portugal – showed difference in the index, while countries with very different cultures and ways of achieving equality – Nordic countries and Japan – charted closer to each other. (Pickett and Wilkinson, The Spirit Level, 2011, p. 183)

The effect was worse among low class/education level in high inequality countries, but continued through all occupational classes and was still significant among the highest. (Pickett and Wilkinson, The Spirit Level, 2011, pp. 178–79)

"The Spirit Level". equalitytrust.org.uk.

"The Spirit Level: How 'ideas wreckers' turned book into political punchbag," by Robert Booth, The Guardian (August 13, 2010)

Joshua Holland (April 19, 2014). High Inequality Results in More US Deaths Than Tobacco, Car Crashes and Guns Combined. Moyers & Company. Retrieved July 1, 2014.

John Helliwell, Richard Layard and Jeffrey Sachs. World Happiness Report. The Earth Institute at Columbia University, p. 8. Retrieved October 1, 2013.

Michelle Chen (November 5, 2015). Now White People Are Dying From Our Terrible Economic Policies, Too. The Nation. Retrieved November 6, 2015.

A. W. Gaffney (November 8, 2015). How Class Kills. Jacobin. Retrieved November 8, 2015.

"Policy Implications of Capital-Biased Technology: Opening Remarks" by Paul Krugman, New York Times (December 28, 2012)

"The Impact of the Upward Redistribution of Wage Income on Social Security Solvency" Center for Economic and Policy Research, February 12, 2013

"David Brooks." Contemporary Authors Online. Detroit: Gale, 2012. Biography In Context. Web. November 7, 2013.

"The Wrong Inequality," by David Brooks, New York Times (31 October 2011)

"The White Underclass," by Niholas D. Kristof, New York Times (8 February 2012)

Hayek, Friedrich A. Von. "Law, Legislation, and Liberty". Volume 2: The Mirage of Social Justice. Chicago: University of Chicago, 1976. p. 33. Print.

Hayek, Friedrich A. Von. The Constitution of Liberty. Chicago: University of Chicago, 1960. p. 231

"Why Obama's New Populism May Sink His Campaign," by William Galston, The New Republic (December 17, 2011)

"Why the President's Campaign Shouldn't Focus on Inequality" by William Galston, The New Republic (May 3, 2012) accessed May 5, 2012

by USA Today/Pew Research Center

Susan Page and Kendall Breitman (January 23, 2014). Poll: United we stand

on wealth gap. USA Today. Retrieved January 24, 2014.

"Most See Inequality Growing, but Partisans Differ over Solutions". Pew Research Center for the People and the Press. January 23, 2014.

Osberg, Lars; Smeeding, Timothy (2006). "Fair Inequality? Attitudes Toward Pay Differentials: The United States in Comparative Perspective". American Sociological Review. 71 (3): 450–73. doi:10.1177/000312240607100305.

Norton, M. I., & Ariely, D., "Building a Better America – One Wealth Quintile at a Time", Perspectives on Psychological Science, January 2011 6: 9–12

Joseph E. Stiglitz (2012) The Price of Inequality. New York: W.W.Norton

Adam Bee (February 2012). "Household Income Inequality Within U.S. Counties: 2006–2010" (PDF). Census Bureau, U.S. Department of Commerce.

Daniel H. Cooper; Byron F. Lutz; Michael G. Palumbo (September 22, 2011). "Quantifying the Role of Federal and State Taxes in Mitigating Income Inequality" (PDF). Federal Reserve, Boston, United States.

Chokshi, Niraj (August 11, 2014). "Income inequality seems to be rising in more than 2 in 3 metro areas". Washington Post. Retrieved September 13, 2014.

"Income, Poverty and Health Insurance Coverage in the United States: 2009". Newsroom. United States Census Bureau.

Table 2.9 of World Development Indicators: Distribution of income or consumption The World Bank (2014)

"CIA. (June 14, 2007). Field Listing – Distribution of family income – Gini index. Factbook". Retrieved June 20, 2007.

Growing Unequal? Income distribution and poverty in OECD countries (summary) OECD (2008)

Organization for Economic Cooperation and Development, Growing Unequal? Income Distribution and Poverty in OECD Countries (2008)

"Eurofound". europa.eu. Archived from the original on December 1, 2008.

"The American Middle Class Is No Longer the World's Richest". The New York Times. April 23, 2014.

John Cassidy (November 18, 2013). "American Inequality in Six Charts". The New Yorker.

For example, Ingvar Kamprad's family is one of the richest in the world (by some accounts with wealth between 50 and 90 billion U.S. dollars), but because of offshore arrangements the family's wealth and income never shows up in Swedish statistics. (see: "Who's really the world's richest?" CNNMoney.com, April 6, 2004)

Peter Baldwin (2009). The narcissism of minor differences: how America and Europe are alike. Oxford University Press. ISBN 978-0-19-539120-6

Tax evasion is a national pastime afflicting southern Europe. CNN. November 2, 2011

Low-Income Italians Own An Awful Lot Of Supercars, Private Jets And Yachts Archived December 12, 2012, at the Wayback Machine. Business Insider. January 12, 2012

ki Ito, Ian Katz and Ilan Kolet (August 19, 2014). Only Rich Know Wage Gains With No Raises for U.S Workers. Bloomberg. Retrieved August 23, 2014.

Yellen, Janet. "Perspectives on Inequality and Opportunity from the Survey of Consumer Finances". Retrieved October 17, 2014.

Grusky, David B. (March–April 2013). "What to Do about Inequality". Boston Review. Retrieved April 6, 2013.

"For Solution to Income Stagnation, Republicans and Democrats Revise

Their Playbooks". The New York Times. December 30, 2014.

"Reagan, Obama and Inequality". The New York Times. January 22, 2015.

"The Distribution of Household Income, 2014". cbo.gov. March 19, 2018. Retrieved March 25, 2018.

"FRED Graph". stlouisfed.org.

Salles, Joaquim (October 1, 2014). "This Country Just Abolished College Tuition Fees". ThinkProgress.org. Retrieved October 21, 2014.

Wealth Gap Widens In Rich Countries As Austerity Threatens To Worsen Inequality: OECD. The Huffington Post. Retrieved May 14, 2013

Kenworthy, Lane (February 2014). America's Social Democratic Future. Foreign Affairs. Retrieved February 2, 2014. See also: Kenworthy, Lane (2014). Social Democratic America. Oxford University Press. ISBN 0199322511

Kenworthy, Lane (1999). "Do Social-Welfare Policies Reduce Poverty? A Cross-National Assessment". Social Forces. 77 (3): 1119–39. doi:10.1093/sf/77.3.1119. Archived from the original on July 6, 2008.

Bradley, D., E. Huber, S. Moller, F. Nielsen, and J. D. Stephens (2003). "Determinants of Relative Poverty in Advanced Capitalist Democracies". American Sociological Review. 68 (1): 22–51. doi:10.2307/3088901. JSTOR 3088901.

Gould, Elise and Wething, Hilary (July 24, 2012). "U.S. poverty rates higher, safety net weaker than in peer countries." Economic Policy Institute. Retrieved February 2, 2014.

Woods, Thomas (October 2002). "Race, Inequality, and the Market".

Thompson, Derek (February 17, 2012) "The Entrepreneur State: Safety Nets for Startups, Capitalism for Corporations" The Atlantic

Livingston, Jay (November 10, 2011) "Start-Ups and Safety Nets" The Society Pages: Sociological Images

"The Distribution of Household Income and Federal Taxes, 2010". The US Congressional Budget Office (CBO). December 4, 2013. Retrieved January 6, 2014.

Lowrey, Annie (January 4, 2013). "Tax Code May Be the Most Progressive Since 1979". The New York Times. Retrieved January 6, 2014.

"CBO-Trends in the Distribution of Household Income Between 1979 and 2008, p. 20" (PDF).

NYT-David Leonhardt-$111 Billion in Tax Cuts for the Top 1 Percent-July 11, 2018

"In Defense of Obama". Rolling Stone. 2014-10-08.

Annie Lowrey (April 16, 2012). For Two Economists, the Buffett Rule Is Just a Start. The New York Times. Retrieved August 17, 2013.

Nader, Ralph (April 18, 2013). Time for a Sales Tax on Wall Street Financial Transactions. The Huffington Post. Retrieved June 5, 2013.

1% Wall Street Sales Tax. UFAA.

Erika Eichelberger (October 30, 2013). Economists to Congress: It's Time for a "Robin Hood Tax" on the Rich. Mother Jones. Retrieved November 15, 2013.

"A Minimum Tax for the Wealthy". The New York Times. November 26, 2012.

"Richest 20 percent get half the overall savings from U.S. tax breaks, CBO says".

"The Distribution of Major Tax Expenditures in the Individual Income Tax

System". CBO. May 29, 2013.

Baker, Dean (August 26, 2014). "How to Think About the Corporate Income Tax". Center for Economic and Policy Research. Retrieved November 16, 2014.

Baker, Dean (August 26, 2014). "Subverting the Inversions: More Thoughts on Ending the Corporate Income Tax". Center for Economic and Policy Research. Retrieved November 16, 2014.

Baker, Dean (August 29, 2014). "More Cheap Thoughts on the Corporate Income Tax". Center for Economic and Policy Research. Retrieved November 26, 2014.

Cooper, David and Hall, Doug (March 13, 2013).Raising the federal minimum wage to $10.10 would give working families, and the overall economy, a much-needed boost. Economic Policy Institute. Retrieved July 24, 2013.

Hananel, Sam (August 29, 2013). Labor Secretary Thomas Perez: Fast Food Strikes Show Need For Minimum Wage Hike The Huffington Post. Retrieved August 30, 2013.

"The logical floor". The Economist. 2013-12-14.

"Minimum Wage". dol.gov. Wage and Hour Division (WHD), U.S. Department of Labor.

"Minimum Wage Laws in the States - Wage and Hour Division (WHD) - U.S. Department of Labor". dol.gov.

Economist Statement on the Federal Minimum Wage. Economic Policy Institute. Retrieved January 29, 2014.

CBO (February 2014). "The Effects of a Minimum Wage Increase on Employment and Family Income". Retrieved November 16, 2014.

Hanley, Lawrence J. (August 3, 2012). A Maximum Wage Law? The Huffington Post. Retrieved July 24, 2013.

"CEO Pay in 2012 Was Extraordinarily High Relative to Typical Workers and Other High Earners". Economic Policy Institute.

Allan Sheahen (August 26, 2013). Fulfilling One of MLK's Dreams – A Basic Income Guarantee. The Huffington Post. Retrieved January 29, 2014.

Robert H. Frank (November 23, 2006). "The Other Milton Friedman: A Conservative With a Social Welfare Program". New York Times.

RAWIllumination.net. RAWIllumination.net (August 9, 2011). Retrieved on July 29, 2013.

Danny Vinik (November 20, 2013). Paul Ryan Should Get Behind This Plan To Give Everyone Free Money. Business Insider. Retrieved January 26, 2014.

"The Green Party of the United States". gp.org. Archived from the original on June 19, 2011.

Konczal, Mike (March 30, 2013). "How an anti-rentier agenda might bring liberals, conservatives together". Washington Post. Retrieved April 6, 2013.

Richard Wolff on Curing Capitalism. Moyers & Company, March 22, 2013; See also: Wolff, Richard D. (2012). Democracy at Work: A Cure for Capitalism. Haymarket Books. ISBN 1608462471.

11-20-13: MK Asante's Memoir "Buck" and Gar Alperovitz on Using Democracy to Reduce Inequality. WYPR. Retrieved January 29, 2014; See also: Alperovitz, Gar (2013). What Then Must We Do?: Straight Talk about the Next American Revolution. Chelsea Green Publishing. ISBN 1603585044

Erik Reece (October 4, 2013). The End of Illth: In search of an economy that won't kill us. Harper's Magazine. Retrieved January 9, 2014.

24

Ben S. Bernanke (June 1, 2015). "Monetary policy and inequality". The Brookings Institution.

Federal Reserve Bulletin. September 2017, Vol. 103, No. 3. See PDF: Changes in U.S. Family Finances from 2013 to 2016: Evidence from the Survey of Consumer Finances. Table 1 (on the left) is taken from page 4 of the PDF. Table 2 (on the right) is taken from page 13. See: Survey of Consumer Finances and more data.

"US Census Bureau. (2005). Historical Income Tables – Income Equality" (PDF). Archived from the original (PDF) on June 26, 2007. Retrieved June 20, 2007.

"US Census Bureau. (2006). Measures of Individual Earnings Inequality for Full-Time, Year-Round Workers by Sex: 1967 to 2005". Archived from the original on June 17, 2007. Retrieved June 21, 2007.

a gini index increase of 15% as opposed to CBO's increase in gini index of 33% (cbo "Trends in Distribution" study p. 7)

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. pp. 6–7

A 2010 census study showed the top 20 percent of Americans earned 49.4% of the nation's income, compared with the 3.4% earned by Americans living below the poverty line (roughly 15 percent of the population). This earnings ratio of 14.5 to 1 was an increase from the 13.6 to 1 ratio just two years earlier, and a significant rise from the historic low of 7.69 to 1 in 1968

"Associated Press. (September 28, 2010)". Retrieved March 20, 2011.

The Distribution of US Wealth, Capital Income and Returns since 1913, Emmanuel Saez, Gabriel Zucman, March 2014

"The Fed - Survey of Consumer Finances (SCF)".

New Perspectives On Income Mobility and Inequality, Gerald Auten, Geoffrey Gee, and Nicholas Turner, National Tax Journal, December 2013.

Income Inequality: It's Not So Bad, Federal Reserve Bank of St. Louis, Spring 2010

Income Growth and Income Inequality: The Facts May Surprise You, Brookings Institution, January 2014

"Stoops, N. (June, 2004). Educational Attainment in the United States: 2003. US Census Bureau" (PDF). Retrieved June 21, 2007.

"US Census Bureau. (2006). Selected Characteristics of Households, by Total Money Income in 2005". Archived from the original on June 26, 2007. Retrieved June 21, 2007.

Datta, Gautam; Meerman, Jacob (1980). "Datta, B., & Meerman, J. (December 18, 1980). Household Income or Household Income Per Capita in Welfare Comparisons. Review of Income and Wealth 26 (4), 401–418". Review of Income and Wealth. 26 (4): 401. doi:10.1111/j.1475-4991.1980.tb00175.x.

Consumption and the Myths of Inequality, K. Hassett and A. Mathur, Wall Street Journal, October 24, 2012

"Reynolds, A. (January 8, 2007). Has U.S. Income Inequality Really Increased?. Cato Institute" (PDF). Retrieved June 20, 2007.

"Rector, R., & Herderman Jr., R. (August 24, 2004). Two Americas, One Rich, One Poor? Understanding Income Inequality In the United States. Heritage Foundation". Archived from the original on June 13, 2007. Retrieved June 20, 2007.

Rakesh Kochhar and D'Vera Cohn (October 3, 2011) "Fighting Poverty in a Bad Economy, Americans Move in with Relatives" Pew Research Center

Congressional Budget Office: Trends in the Distribution of Household

Income Between 1979 and 2007. October 2011. p. 2

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. p. 4

"Aron-Dine, A. & Sherman, A. (January 23, 2007). New CBO Data Show Income Inequality Continues to Widen: After-tax-income for Top 1 Percent Rose by $146,000 in 2004". Retrieved November 24, 2007.

"Conservative Inequality Denialism," by Timothy Noah The New Republic (October 25, 2012)

Schiller, Bradely (2003). The Economy Today: Ninth Edition. New York, NY: McGraw-Hill.

"Income distribution – Inequality : Income distribution – Inequality – Country tables". OECD. 2012. Archived from the original on February 5, 2012.

N. C. Kakwani (April 1977). "Applications of Lorenz Curves in Economic Analysis". Econometrica. 45 (3): 719–28. doi:10.2307/1911684. JSTOR 1911684.

Chu, Davoodi, Gupta (March 2000). "Income Distribution and Tax and Government Social Spending Policies in Developing Countries" (PDF). International Monetary Fund.

Chen Wang; Koen Caminada; Kees Goudswaard (July–September 2012). "The redistributive effect of social transfer programmes and taxes: A decomposition across countries". International Social Security Review. 65 (3): 27–48. doi:10.1111/j.1468-246X.2012.01435.x.

U.S. Census Bureau (September 16, 2014). "Income, Poverty and Health Insurance Coverage in the United States: 2013". prnewswire.com.

"FRED Graph". stlouisfed.org. January 1967.

Salvatore Babones (February 14, 2012). U.S. Income Distribution: Just How Unequal? inequality.org, Institute for Policy Studies. Retrieved September 7, 2013.

"Thinking Clearly About Economic Inequality", Will Wilkinson, Cato Institute 2009

Johnson, Smeeding, Tory, "Economic Inequality" in Monthly Labor review of April 2005, table 3.

see also "Consumption and the Myths of Inequality", by Kevin Hassett and Aparna Mathur, Wall Street Journal, October 24, 2012

Edsall, Thomas B. (January 30, 2013). "The Hidden Prosperity of the Poor". New York Times. Retrieved January 2, 2013.

Attanasio, Orazio; Hurst, Erik; Pistaferri, Luigi (2012). "The Evolution of Income, Consumption, and Leisure Inequality in The US, 1980–2010". NBER Working Paper No. 17982. doi:10.3386/w17982. SSRN 2035781.

Congressional Budget Office: Trends in the Distribution of Household Income Between 1979 and 2007. October 2011. p. 5

The Way Forward By Daniel Alpert, Westwood Capital; Robert Hockett, Professor of Law, Cornell University; and Nouriel Roubini, Professor of Economics, New York University, New America Foundation, October 10, 2011

Plumer, Brad. "'Trickle-down consumption': How rising inequality can leave everyone worse off". 27 March 2013. Washington Post. Retrieved March 27, 2013.

Inequality and crises: coincidence or causation? Paul Krugman (see last chart: Inequality and household debt)

"Trends in Family Wealth, 1989 to 2013". Congressional Budget Office.

August 18, 2016. Retrieved November 29, 2016.

"the top 1% by wealth, not income-January 2013".[permanent dead link]

"Forget the 1%". The Economist. 2014-11-06.

Frank, Robert (September 16, 2013). "400 richest Americans now worth $2 trillion".

"FRB: Speech with Slideshow – Yellen, Perspectives on Inequality and Opportunity from the Survey of Consumer Finances". federalreserve.gov. October 17, 2014.

"Who Rules America: Wealth, Income, and Power". ucsc.edu.

# **CRUELTY AND INJUSTICE**

## **REFERENCE**

The Gaurdian

African Americans United Alliance

>Plaintiff

## VS.

United States Government

Department of Justice

>Defendant

# **Demand for Reparations for Slavery**

## **Standing to sue**

African Americans of Slave Descendants

## **Demands for reparations**

Release of all African Americans incarcerated for non- violent drug crimes

Dual citizenship to our homeland

Tax Exemption

Medical and Debt cancellation

24 month extension for current assistance programs (ASSISTANCE PROGRAM TRANSITION PERIOD)

$100,000,000,000,000 Trillion U.S. Currency Dollars backed by gold in the form of a Bank / Treasury

15,000,000 - 30,000,000 + Acres of land per 50 States , 7 U.S. Territory Islands

Independence as a Nation

## Exibit XII.

## H.R. 40 BILL

The H.R. 40 Bill, is a Bill to study and Develop Reparation Proposals for African - Americans. The H.R. 40 Bill originally known as the H.R. 3745 Bill, was introduced to Congress by former U.S. Representative John Conyers in January of 1989 under the Ronald Reagan and George H.W. Bush administration. Therefore this bill has been sitting since 1989 without any further recognition.

According to the United States Government Constitution, if a bill sits unsigned for more than the 10- day period, it becomes law regardless of the President's signature or not.

The summary attached was completed by Shaquanna Marie Gary.

# H.R. 40 Bill - Commission to Study and Develop Reparation Proposals for African-Americans

The summary below was written by the Congressional Research Service, which is a nonpartisan division of the Library of Congress, and was published on Jan, 3 2017.

Commission to Study and Develop Reparations Proposals for African-Americans Act.

This bill establishes the Commission to Study and  Develop Reparation Proposals for African-Americans to examine slavery and discrimination in the colonies and the United States from 1619 to present and recommend appropriate remedies.

# African Americans by the Numbers

**From the U.S. Census Bureau**

Find information on African-American populations, veterans, business-owners, incomes, home-owners, and more, in honor of Black History Month.

**Source: U.S. Census Bureau**

Black History Timeline

Top 50 Colleges for Black Students

Historically Black Colleges and Universities

Milestones in African-American Education

Poverty and Race

Median Income of Households

African-American Population by Region

Cities with Highest Percentage of African Americans

Interracial Married Couples

**Population**

1

45.7 million

The number of blacks, either alone or in combination with one or more other races, on July 1, 2014, up 1.3 percent from July 1, 2013.

74.5 million

The projected black, either alone or in combination, population of the United States (including those of more than one race) for July 1, 2060. On that date, according to the projection, blacks would constitute 17.9 percent of the nation's total population.

3.8 million

The black population in New York, which led all states as of July 1, 2014. Texas had the largest numeric increase since 2013 (88,000). The District of Columbia had the highest percentage of blacks (50.6 percent), followed by Mississippi (38.2 percent).

1.3 million

Cook County, Ill. (Chicago) had the largest black population of any county in 2014 (1.3 million), and Harris, Texas (Houston) had the largest numeric increase since 2014 (21,000). Holmes, Miss., was the county with the highest percentage of blacks in the nation (82.5 percent).

**Businesses**

2.6 million

The number of black-owned firms nationally in 2012, up from 1.9 million or 34.5 percent from 2007.

649,896

The number of African-American/black-owned firms in "other services," which includes repair and maintenance (automotive, consumer electronics, etc.) and personal/laundry services (hair/nail salons, dry cleaning, pet care). This is the largest sector of black-owned businesses. The "other services" sector is followed by health care and social assistance (492,983 black-owned firms); administrative, support, waste management and remediation (294,977); professional, scientific and technical support (206,942); and transportation and warehousing (184,777).

Serving Our Nation

2.2 million

Number of black military veterans in the United States in 2014.

**Education**

84.4%

The percentage of blacks 25 and over with a high school diploma or higher in 2014.

19.7%

The percentage of blacks 25 and over who had a bachelor's degree or higher in 2014.

1.8 million

Among blacks 25 and over, the number who had an advanced degree in 2014.

2.9 million

Number of blacks enrolled in undergraduate college in 2014 compared with 2.8 million in 2009, a 5.3 percent increase.

**Voting**

17.8 million

The number of blacks who voted in the 2012 presidential election. In comparison to the 2008 election, about 1.7 million additional black voters reported going to the polls in 2012.

66.2%

Percent of blacks who voted in the 2012 presidential election, higher than the 64.1 percent of non-Hispanic whites who did so. This marks the first time that blacks have voted at a higher rate than whites since the Census Bureau started publishing statistics on voting by the eligible citizen population in 1996.

**Income, Poverty and Health Insurance**

$35,398

The annual median income of black households in 2014, compared with the nation at $53,657.

26.2

Poverty rate in 2014 for blacks, while nationally it was 14.8 percent.

88.2%

Percentage of blacks that were covered by health insurance during all or part of 2014. Nationally, 89.6 percent of all races were covered by health insurance.

**<u>Families and Children</u>**

61.3%

Among households with a black householder, the percentage that contained a family in 2014. There were 9.9 million black family households.

50.0%

Among families with black householders, the percentage that were married couples in 2014.

1.2 million

Number of black grandparents who lived with their own grandchildren younger than 18 in 2014. Of this number, 44.0 percent were also responsible for their care.

**Jobs**

28.6%

The percentage of civilian employed blacks 16 and over who worked in management, business, science and arts occupations, while 36.9 percent of the total civilian employed population worked in these occupations.

## SOCIAL INDICATORS REPORT FOR AFRICAN AMERICANS

African Americans rank 44th in GDP with an annual GDP of $ 1.8 trillion making us the 15th wealthiest Nation in the world out of 196 countries.

Culture, education, human rights, peace security, environments, economic, social development, health, population, social indicators statistics summary report.

Region - United States of America

Surface Are - N/A

Population - 47 Million

Pop Density - N/A

Capital - N/A

Capital City - N/A

Currency - U.S. Dollar

United Nations Membership Date - N/A

Trade Profile - N/A

Environment - N/A

Social Indicators - N/A

Economic Indicators - N/A

GDP - $ 1.8 Trillion

PPP - $ 836 Billion per year

Services - Agricultural, Commercial, Product Manufacturing, Industrial, Import and Export.

Balance of Payments - $ 0.00

| | | |
|---|---|---|
| Harvard Law School | $ 44 Billion | $ 4 Billion |
| Princeton | $ 30 Billion | $ 3 Billion |
| Yale | $ 25 Billion | $ 2.5 Billion |
| Penn | $ 10 Billion | $ 1 Billion |
| Rutgers | $ N/A | $ N/A |
| Lorillard | $ 6 Billion | $ 1 Billion |
| University of Delaware | $ N/A | $ N/A |
| Dart Mouth | $ N/A | $ N/A |
| New York Life | $ 570 Billion | $ 57 Billion |
| USA Today | $ N/A | $ N/A |
| Caswell Massey | $ N/A | $ N/A |
| Tabacco | $ 35 Billion | $ 10 Billion |
| Cotton Mills | $ N/A | $ 200 Bilion |
| Sugar | $ N/A | $ 100 Billion |
| Rail Way | $ N/A | $ 200 Billion |
| AIG | $ 65 Billion | $ 6.5 Billion |
| Aetna | $ 55 Billion | $ 5 Billion |
| Fleet Boston | $ 197 Billion | $ 70 Billion |

# **Company's that benefit from prison labor**

| **COMPANY'S** | **NET WORTH** | **AMOUNT  DUE** |
| --- | --- | --- |
| American Airlines | $ 25 Billion | $ 2.5 Billion |
| AT&T | $ 200 Billion | $ 30 Billion |
| Mc Donalds | $ 104 Billion | $ 10 Billion |
| Victoria Secret | $ 12 Billion | $ 1.2 Billion |
| BP (British Petroleum) | $ 38 Billion | $ 9 Billion |
| Bank of America | $ 2.2 Trillion | $ 200 Billion |
| Bayer | $ N/A | $ N/A |
| Cargrill | $ 114 Billion | $ 10 Billion |
| Chrysler | $ 9 Billion | $ 1.8 Billion |
| Costco | $ 80 Billion | $ 16 Billion |
| John Deere | $ 29 Billion | $ 6 Billion |
| Exxon Mobil | $ 237 Billion | $ 80 Billion |
| Glaxo Smith Kline | $ 107 Billion | $ 10 Billion |
| Johnson & Johnson | $ 360 Billion | $ 36 Billion |
| K-Mart | $ 25 Billion | $ 2.5 Billion |
| Koch Industries | $ 48.5 Billion | $ 4.8 Billion |
| Merck | $ 201 Billion | $ 20 Billion |

| | | |
|---|---|---|
| Microsoft | $ 739 Billion | $ 70 Billion |
| Motorola | $ 6 Billion | $ 600 Million |
| Nintendo | $ 140 Billion | $ 14 Billion |
| Pfizer | $ 210 Billion | $ 20 Billion |
| Procter and Gamble | $ 200 Billion | $ 20 Billion |
| Con Agra Foods | $ 7 Billion | $ 700 Million |
| Shell | $ 70 Billion | $ 7 Billion |
| Star Bucks | $ 3.3 Billion | $ 3.3 Million |
| UPS | $ 53 Billion | $ 5.3 Billion |
| Verizon | $ 364 Billion | $ 36 Billion |
| Wal-Mart | $ 386 Billion | $ 38 Billion |
| Wendy's | $ 4 Billion | $ 400 Million |
| Whole Foods | $ 13.7 Billion | $ 1.3 Billion |

## **Governing Authorities that owe reparations for slavery**

| Government | Net worth | Amount Due |
|---|---|---|
| United States of America | $269.6 Trillion | $100 Trillion |

# <u>Proposal for Reparations</u>

Then following is a proposal to the United States Government for Reparations for African Americans of Slave Descendants.

## <u>Proposal for Reparations</u>

Release of all African Americans incarcerated for non- violent drug crimes

Dual citizenship to our homeland

Tax Exemption

Medical and Debt cancellation

24 month extension for current assistance programs (ASSISTANCE PROGRAM TRANSITION PERIOD)

$100,000,000,000,000 Trillion U.S. Currency Dollars backed by gold as a Financial Instituion / Bank / Treasury

15,000,000 - 30,000,000 + Acres of land per 50 States , 7 U.S. Territory Islands

Independence as a Nation